**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al*., | : | Case No. 20-10475 (BLS) |
| Debtors.[1] | : | (Joint Administration Requested) |

AGENDA REGARDING HEARING ON FIRST DAY MOTIONS SCHEDULED FOR MARCH 4, 2020, AT 11:00 A.M. (PREVAILING EASTERN TIME)[2]

| | |
|---|---|
| Date and Time of Hearing: | March 4, 2020, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Brendan L. Shannon, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1 Wilmington, Delaware 19801 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, PrimeClerk, LLC, at http://cases.primeclerk.com/craftworks. Further information may be obtained by calling PrimeClerk, LLC at: 877-720-6590 (toll- |

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

2 Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (866-533-2946).

free; domestic) or 646-979-4413 (international) or emailing at craftworksinfo@primeclerk.com.

This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below:

1. Voluntary Chapter 11 Petitions.

    1. Roadhouse Parent Inc.
    2. CraftWorks Holdings, LLC
    3. CraftWorks Intermediate Co, LLC
    4. CraftWorks Parent, LLC
    5. Big River Breweries, Inc.
    6. Brew Moon Colorado, Inc.
    7. Chophouse License, LLC
    8. Craft Brewery Holding, Inc.
    9. CraftWorks Restaurants & Breweries Group, Inc.
    10. CraftWorks Restaurants & Breweries, Inc.
    11. CraftWorks Restaurants & Breweries, LLC
    12. GB Acquisition, Inc.
    13. GB Franchise, LLC
    14. GB Kansas, LLC
    15. GB Maryland, Inc.
    16. GB Parent, Inc.
    17. GBBR Texas, Inc.
    18. Gordon Biersch Brewery Restaurant Group, Inc.
    19. Harbor East Brewery, LLC
    20. Logan's Restaurants, Inc.
    21. Logan's Roadhouse, Inc.
    22. Logan's Roadhouse of Kansas, Inc.
    23. Logan's Roadhouse of Texas, Inc.
    24. LRI Holdings, Inc.
    25. Old Chicago Franchising LLC
    26. Old Chicago of Colorado, Inc.
    27. Old Chicago of Kansas, Inc.

28. Old Chicago Oregon, LLC
29. Old Chicago Parker Crossing, Inc.
30. Old Chicago Taproom, LLC
31. Old Chicago Westminster, Inc.
32. Roadhouse Intermediate Inc.
33. Roadhouse Midco Inc.
34. Rock Bottom Arizona, Inc.
35. Rock Bottom License, LLC
36. Rock Bottom of Minneapolis, Inc.
37. Wadsworth Old Chicago, Inc.
38. Walnut Brewery, Inc.

2. First Day Declaration. Declaration of Hazem Ouf in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 17; Filed 3/3/2020]

Status: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

**Procedural Motions**

3. Joint Administration Motion. Motion of Debtors for an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 4; Filed 3/3/2020]

Status: This matter is going forward.

4. Creditor Matrix Motion. Motion of Debtors for and Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and (B) File a Consolidated List of the Debtors' Fifty (50) Largest Unsecured Creditors and (II) Granting Related Relief [Docket No. 6; Filed 3/3/2020]

Status: This matter is going forward.

5. Prime Clerk 156(c) Retention Application. Application of Debtors for Entry of Order (I) Appointing Prime Clerk, LLC as Claims and Noticing Agent; and (II) Granting Related Relief [Docket No. 9; Filed 3/3/2020]

Status: This matter is going forward.

**First Day Motions Pertaining to Financing/Cash Collateral**

6. DIP Financing/Cash Collateral Motion. Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V)

Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 11; Filed 3/3/2020]

Related Documents:

A. Declaration of Colin M. Adams in Support of Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 12; Filed 3/3/2020]

Status: This matter is going forward with respect to an interim order.

**First Day Motions Pertaining to Business Operations**

7. Cash Management Motion. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management Systems, Bank Accounts and Business Forms and (B) Implement Changes to Their Cash Management System in the Ordinary Course of Business; (II) Extending the Time to Comply with Requirements of 11 U.S.C §345(b); and (III) Granting Related Relief [Docket No. 14; Filed 3/3/2020]

Status: This matter is going forward with respect to an interim order.

8. Wages Motion. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief [Docket No. 5; Filed 3/3/2020]

Status: This matter is going forward with respect to an interim order.

9. Comprehensive Vendor Motion. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Trade Claimants, PACA/PASA Claimants and Other Vendors; and (II) Granting Related Relief [Docket No. 7; Filed 3/3/2020]

Status: This matter is going forward with respect to an interim order.

10. Customer Programs Motion. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Continue Their Customer Programs and Honor Prepetition Obligations Related Thereto; and (II) Granting Related Relief [Docket No. 8; Filed 3/3/2020]

Status: This matter is going forward with respect to an interim order.

11. Utilities Motion. Motion of Debtors for Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services; (III) Establishing Procedures for Determining Adequate Assurance of Payment; (IV) Authorizing Certain Fee Payments; (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use; and (VI) Granting Related Relief [Docket No. 10; Filed 3/3/2020]

Status: This matter is going forward with respect to an interim order.

12. Taxes Motion. Motion of Debtors for Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Taxes and Fees; and (II) Granting Related Relief [Docket No. 13; Filed 3/3/2020]

Status: This matter is going forward with respect to an interim order.

13. Insurance Motion. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder; (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; and (C) Maintain the Surety Bonds; (II) Authorize Continuation of Insurance Premium Financing Agreements; and (III) Granting Related Relief [Docket No. 15; Filed 3/3/2020]

Status: This matter is going forward with respect to an interim order.

**Motions Listed for Scheduling Purposes Only**

14. Rejection Procedures Motion. Motion of Debtors for an Omnibus Order (I) Authorizing and Approving (A) Rejection of Certain Unexpired Leases Upon the Surrender Date and (B) Procedures for the Sale or Abandonment of De Minimis Assets Free and Clear of All Lines, Claims, Interests and Encumbrances; and (II) Granting Related Relief [Docket No. 16; Filed 3/3/2020]

Status: This matter is going forward with respect to scheduling only.

Dated: March 3, 2020
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

-and-

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Morton R. Branzburg (*pro hac vice* pending)
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (*pro hac vice* pending)
Bryan M. Kotliar (*pro hac vice* pending)
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8876

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (*pro hac vice* pending)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*