IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.,* | Case No. 20-10475 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that Michael J. Joyce and the Law Offices of Joyce, LLC hereby enter their appearance as counsel to Eagle Trading International Corp. d/b/a Roofing Source ("Roofing Source") and request that copies of all pleadings and other papers (however designated) filed in the above-captioned case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

>Michael J. Joyce, Esquire
>THE LAW OFFICES OF JOYCE, LLC
>1225 King Street
>Suite 800
>Wilmington, DE 19801
>(302)-388-1944
>Mjoyce@mjlawoffices.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings,

requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by Roofing Source to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: March 17, 2020
Wilmington, DE

<u>s/ Michael J. Joyce</u>
Michael J. Joyce (No. 4563)
THE LAW OFFICES OF JOYCE, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*Counsel to* Eagle Trading International Corp. d/b/a Roofing Source