**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CRAFTWORKS PARENT, LLC,** *et al.*, | **Case No. 20-10475 (BLS)** |
| **Debtors.** | **(Jointly Administered)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of NTS Bluegrass Commonwealth Park ("NTS") and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect NTS or these chapter 11 bankruptcy cases to be served upon:

> Ronald E. Gold
> Ohio Bar No. 0061351
> A.J. Webb
> Ohio Bar No. 0093655
> Erin P. Severini
> Ohio Bar No. 0091487
> **Frost Brown Todd LLC**
> 3300 Great American Tower
> 301 East Fourth Street
> Cincinnati, OH 45202
> 513-651-6800 Telephone
> 513-651-6981 Facsimile
> E-mail rgold@fbtlaw.com
>          awebb@fbtlaw.com
>          eseverini@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over NTS, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which NTS is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments NTS expressly reserves.

Date:    March 17, 2020                                  Respectfully submitted,


**FROST BROWN TODD LLC**


By:    */s/ Ronald E. Gold*
          Ronald E. Gold, Esq.
          Ohio Bar No. 0061351
          A.J. Webb, Esq.
          Ohio Bar No. 0093655
          Erin P. Severini
          Ohio Bar No. 0091487
          3300 Great American Tower
          301 East Fourth Street
          Cincinnati, Ohio  45202
          513-651-6800  Telephone
          513-651-6981  Facsimile
          E-mail rgold@fbtlaw.com
                    awebb@fbtlaw.com
                    eseverini@fbtlaw.com

          **COUNSEL FOR NTS BLUEGRASS
          COMMONWEALTH PARK**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of March, 2020, a true and correct copy of the

foregoing ***Notice of Appearance and Request for Notices*** was sent via ECF Noticing to all

parties receiving ECF Notices in these chapter 11 cases.

*/s/ Ronald E. Gold*
Ronald E. Gold
