## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| **CraftWorks Parent, LLC** | **Chapter 11** |
| **Debtor.** | **Case No. 20-10475-BLS** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that David G. Sommer and Gallagher Evelius & Jones LLP, appear herein as counsel for creditor and party in interest, Harbor East – Office LLC, pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b), and request, pursuant to Bankruptcy Rule 2002, 3017, and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the above case and any related adversary proceedings, and all papers served or required to be served in this or any other related case, be given to and served upon the undersigned at the following address:

> David G. Sommer, Esquire
> Gallagher Evelius & Jones LLP
> 218 N. Charles Street, Suite 400
> Baltimore, MD  21201
> Telephone:  410-951-1414
> dsommer@gejlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceeding herein.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is not intended as nor is it a consent of Harbor East – Office LLC to the jurisdiction of the United States Bankruptcy Court for the District of Delaware nor specifically but not limited to (i) Harbor East – Office LLC's right to have the reference withdrawn by the United States District Court for the District of Delaware in any matter subject to mandatory or discretionary withdrawal or (ii) Harbor East – Office LLC's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto, (iii) Harbor East – Office LLC's right to have final orders in non-core matters entered only after *de novo* review by a district

judge, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Harbor East – Office LLC is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Harbor East – Office LLC expressly reserves.

Respectfully submitted,

Dated:    March 18, 2020             /s/  David G. Sommer
David G. Sommer, Esquire, Fed. Bar No. 27581
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore, MD  21201
Telephone:  410-951-1414
dsommer@gejlaw.com
*Counsel for Harbor East – Office LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 18th day of March, 2020, a copy of the foregoing Notice of Appearance and Request for Notices was sent via CM/ECF electronic mail to the parties listed on the Court's Electronic Mail Notice List.

              /s/
David G. Sommer

#697350