IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2020 MAR 17 AM 9: 34
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

CRAFTWORKS PARENT, LLC, *et al.*,

Debtors.

Chapter 11

Case No. 20-10475 (BLS)

(Jointly Administered)

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that interested party, AP 140 W Franklin ST., LP, predecessor in interest to 140 West Franklin LLC, by and through its counsel, Natalie D. Potter and the law firm of Essex Richards, P.A., hereby requests that all notices given or required to be given, and all documents filed or served, in this case and in all adversary proceedings in this case be served on AP 140 W Franklin St., LP as follows:

    Natalie D. Potter
    NC State Bar No. 34574
    Essex Richards, P.A.
    1701 South Blvd.
    Charlotte, NC 28203
    Email: npotter@essexrichards.com
    Telephone: 704-377-4300
    Facsimile: 704-372-1357

Dated: March 11, 2020

/s/ Natalie P. Potter
Natalie D. Potter, NC Bar No. 34574
Essex Richards, P.A.
1701 South Blvd.
Charlotte, NC 28203
Email: npotter@essexrichards.com
Telephone: 704-377-4300
Facsimile: 704-372-1357
Counsel for AP 140 W Franklin St., LP