Issue:

Case: Nutricional Sourcing Corporation

1:07:bk:11038

Related Documents 2753 - Year 2017

Related Document - 2757 - Year 2018

Related [+]

Breach of Payment

Illegal Apropiation of money

Abuse from Power

Collection of money

Sincerly: Jorge Delgado Ayala

FILED 2020 MAR 17 AM 9:36 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE