**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*,[1] | ) ) ) | Case No. 20-10475 (BLS) |
| | ) ) ) | (Jointly Administered) |

**SECOND AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 19, 2020 AT 11:00 A.M. (PREVAILING EASTERN TIME)

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

UNCONTESTED MATTERS

1. Motion of Debtors for an Omnibus Order (I) Authorizing and Approving (A) Rejection of Certain Unexpired Leases Upon the Surrender Date and (B) Procedures for the Sale or Abandonment of De Minimis Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; and (II) Granting Related Relief [Docket No. 16; Filed 3/3/2020]

    Related Documents:

    A.  Notice of Motion of Debtors for an Omnibus Order (I) Authorizing and Approving (A) Rejection of Certain Unexpired Leases Upon the Surrender Date and (B) Procedures for the Sale or Abandonment of De Minimis Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; and (II) Granting Related Relief [Docket No. 87; Filed 3/5/2020]

    B.  **Certification of Counsel [Docket No. 151; Filed 3/17/2020]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

| | |
|---|---|
| Response Deadline: | March 11, 2020 at 4:00 p.m. extended until March 13, 2020 at 4:00 p.m. for certain landlords and the U.S. Trustee. |
| Responses Received: | None |
| **Status:** | **An Order has been entered on this matter at Docket No. 152.** |

Dated: March **18**, 2020  
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

-and-

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Morton R. Branzburg
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (admitted *pro hac vice*)
Bryan M. Kotliar (admitted *pro hac vice*)
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8876

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Proposed Attorneys for the Debtors and Debtors in Possession*