# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*,[1] | Case No. 20-10475 (BLS) |
| Debtors. | (Jointly Administered) |
| | Sale Procedures Objection Deadline: TBD |
| | Sale Procedures Hearing Date: TBD |
| | **Related to Docket Nos. 19, 93** |

## NOTICE OF ADJOURNMENT OF
## BID PROCEDURES HEARING AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE THAT** on March 3, 2020, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Combined Motions of the Debtors for Orders: (I)(A) Approving Bid Procedures in Connection with Sale of the Debtors' Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices; and (E) Granting Related Relief* (the "Sale Procedures Relief"); and *(II)(A) Authorizing Sale of the Debtors' Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief* (the "Sale Approval Relief") [Docket No. 19] (the "Combined Sale Procedures/Sale Motion") with the United States Bankruptcy Court for the District of Delaware ("Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 6, 2020, the Debtors filed a notice (the "Notice") setting forth an objection deadline of March 23, 2020 (the "Original Objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

Deadline") with respect to the Sale Procedures Relief and a hearing date of April 3, 2020 at 10:00 a.m. (prevailing Eastern Time, the "Original Hearing Date").

**PLEASE TAKE FURTHER NOTICE** THAT IN ACCORDANCE WITH THE NOTICE, THE DEBTORS HAVE EXTENDED THE ORIGINAL OBJECTION DEADLINE AND THE ORIGINAL HEARING DATE **TO A DATE AND TIME TO BE DETERMINED**.

**PLEASE TAKE FUTHER NOTICE** that when a new objection deadline and hearing date are set, an additional notice will be filed with the Court.

| | |
|---|---|
| Dated: March 18, 2020<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Morton R. Branzburg<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 569-2700<br>Facsimile: (215) 568-6603<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Steven J. Reisman (admitted *pro hac vice*)<br>Bryan M. Kotliar (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8876<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Peter A. Siddiqui (admitted *pro hac vice*)<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br><br>*Proposed Attorneys for the Debtors*<br>*and Debtors in Possession* |