**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In RE: § | |
| § | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et. al.,* § | |
| § | Case No. 20-10475 (BLS) |
| § | |
| § | (Jointly Administered) |
| § | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Stephen W. Sather, of Barron & Newburger, PC, 7320 N. Mopac Expressway, Ste 400, Austin, Texas 78731 to represent 1801 West Parmer Lane, LLC, in the above-captioned case and any related proceedings.

Dated:  March 19, 2020.  
       Austin, Texas

BARRON & NEWBURGER, P.C.

By: */s/ Stephen W. Sather*  
Stephen W. Sather  (Bar ID)  
7320 N. MoPac Expwy., Suite 400  
Austin, TX  78731  
Tel: (512) 476-9103  
Email: ssather@bn-lawyers.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, and in good standing as a member of the State of Texas Bar.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By: */s/ Stephen W. Sather*  
Stephen W. Sather  
**Barron & Newburger, P.C.**  
7320 N. MoPac Expwy., Suite 400  
Austin, TX  78731  
Tel: (512) 476-9103  
email: ssather@bn-lawyers.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.