IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Craftworks Parent, LLC, et al., | Case No. 1:20-bk-10475-BLS |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND CERTIFICATION OF GOVERNMENT ATTORNEY

TO THE CLERK;

Please be advised that the undersigned attorney, Peter Muthig, as counsel for the Maricopa County Treasurer, hereby withdraws the Notice of Appearance and Certification of Government Attorney filed on March 18, 2020 (DE 163). The undersigned will re-file using Local Form 105A (Government Attorney Pro Hac Certification).

DATED March 19, 2020.

/s/ Peter Muthig
Peter Muthig (AZ Bar No. 018526)
Deputy County Attorney
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004-2206
Telephone (602) 506-1923
muthigk@mcao.maricopa.gov
*Attorneys for Maricopa County Treasurer*

/ / /

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing document was served this 19th day of March 2020, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

*/s/ Peter Muthig*
Peter Muthig (AZ Bar No. 018526)
Deputy County Attorney
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004-2206
Telephone (602) 506-1923
muthigk@mcao.maricopa.gov
*Attorneys for Maricopa County Treasurer*

## Lea Wink

| | |
|---|---|
| **From:** | Klaus Muthig |
| **Sent:** | Thursday, March 19, 2020 11:35 AM |
| **To:** | Roger Geiser |
| **Cc:** | Lea Wink |
| **Subject:** | RE: 3-19-20 Craftworks |

Ok to file.

**From:** Roger Geiser
**Sent:** Thursday, March 19, 2020 11:29 AM
**To:** Klaus Muthig <muthigk@mcao.maricopa.gov>
**Cc:** Lea Wink <wink@mcao.maricopa.gov>
**Subject:** 3-19-20 Craftworks

Peter,

Linked is the draft of the Notice of Withdrawal of Appearance and Certification of Government Attorney to be filed in the Craftworks Parent case, 20-10475 (Delaware) to comply with the case administrator's request. Attached is the completed NOA Govt Atty Cert to be filed in the case. If okay, Lea can e-file both today, 3/19/20.

S:\CIVIL\CIV\Matters\BK\2020\BK20-10475 Craftworks Parent LLC\County\Notice of WD of NOA and Cert of Govt Atty 20-10475.docx

Roger Geiser
Paralegal to Peter Muthig
Maricopa County Attorney's Office
Civil Services Division
222 N. Central Avenue, Suite 1100
Phoenix, AZ 85004

The information contained in this electronic message is confidential information intended only for use of individual(s) named above, and may be privileged. If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, please notify me immediately by telephone at (602) 506-8541, and then delete this message. Thank you.