**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: Craftworks Parent LLC, et al.    Chapter  11

Case No.  20 - 10475    ( BLS )

**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent MARICOPA COUNTY TREASURER in this action:  I am admitted to practice law in __(court(s))

See Attachment

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/s/ Peter Muthig

Agency/Organization
Name:  Maricopa County Attorney's Office
Address:  222 N. Central Avenue, Suite 1100
Phoenix, AZ 85004
Phone:  (602) 506-1923
Email:  muthigk@mcao.maricopa.gov

Local Form 105A

## **ATTACHMENT**

I am admitted to practice law in the United States Supreme Court, United States Court of Appeals for the Ninth Circuit, the United States District Court for the District of Arizona, the United States District Courts for the Northern, Eastern and Central Districts of California, the Supreme Court of Arizona, and the Supreme Court of California (currently voluntarily inactive in California).