# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| CRAFTWORKS PARENT, LLC, *et al.*, ) | Case No. 20-10475 |
| ) | |
| Debtors.[1] ) | Chapter 11 |
| ) | |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICES, AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that FirstBank appears herein by and through counsel, Chad S. Caby of Lewis Roca Rothgerber Christie LLP. Pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C. §§ 102(1) and 342, FirstBank hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Chad S. Caby, Esq.
Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000
Denver, CO  80202-5855
Email:  ccaby@lrrc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Trustee reports, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether filed, transmitted or conveyed electronically, by mail, delivery, telephone, telegraph, telex, or otherwise:  (1) which affect or seek to affect, in any way, any rights or interests of creditors with respect to (a) the Debtor, or (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate, Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

110775437.1

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) this party's right to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) this party's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this party is or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

Filed this 19th day of March, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Chad S. Caby*
Chad S. Caby, No. 30927
1200 17th Street, Suite 3000
Denver, CO  80202-5855
Tel:     303-628-9583
Fax:    303-623-9222
E-mail:  ccaby@lrrc.com

*Attorneys for FirstBank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 19, 2020 the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES, AND RESERVATION OF RIGHTS** was electronically filed and served via CM/ECF and was served upon the following listed in the attached mailing matrix by depositing same in the U.S. Mail, first class postage prepaid.

Bryan M. Kotliar
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Lindsay C. Lersner
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

Steven J. Reisman
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Michael W. Yurkewicz
Klehr Harrison Harvey Branzburg LLP
919 Market St., Suite 1000
Wilmington, DE 19801

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Linda J. Casey
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

*s/ Christina Marquez*
OF LEWIS ROCA ROTHGERBER CHRISTIE LLP