IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>CRAFTWORKS PARENT, LLC<br><br>Debtor. | Chapter 11<br>Case No. 20-10475 BLS<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure and the attached certification, counsel moves for the admission *pro hac vice* of Greg Pappas of McNeilePappas PC, 7500 West 110th Street, Suite 110, Overland Park, Kansas 66210 to represent KBSIII Park Place Village, LLC in this action.

/s/ *James S. Green Jr.*  (DE4406)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302)888-7607
jsgreen@svglaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of Kansas and the State of Missouri and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Greg Pappas
McNeilePappas, PC
7500 West 110th Street, Suite 110
Overland Park, KA 66210
913-491-4050
gpappas@cmplaw.net

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.