IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*, | Case No. 20-10475 (BLS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE that the below attorneys with the law firm Ice Miller LLP hereby enter their appearance for Landlord, AD Investments, LLC, pursuant to sections 102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Such attorneys hereby request that all notices given or required to be given, papers and pleadings filed or served in the above-captioned cases be served upon the following attorneys at the addresses set forth below:

Tyson A. Crist
John C. Cannizzaro
**Ice Miller LLP**
250 West Street, Suite 700
Columbus, OH 43215
Facsimile: (614) 224-3266
Tyson.Crist@icemiller.com
John.Cannizzaro@icemiller.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405).  The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

PLEASE TAKE FURTHER NOTICE that foregoing request includes not only the notices and papers referred to in the Bankruptcy Code sections and the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise, filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this appearance nor any subsequent appearance, pleading, claim, motion, filing or suit is intended or shall be deemed to waive Landlord, AD Investments, LLC's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Landlord, AD Investments, LLC is or may be entitled under agreements, in law, in equity, or under the U.S. Constitution, and all of the foregoing are hereby expressly reserved, without exception.

Dated:  March 20, 2020
       Columbus, Ohio

Respectfully submitted,

ICE MILLER LLP

*/s/ Tyson A. Crist*
Tyson A. Crist (Ohio Bar No. 0071276)
John C. Cannizzaro (Ohio Bar No. 0085161)
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-2243
Facsimile: (614) 224-3266
tyson.crist@icemiller.com
john.cannizzaro@icemiller.com

*Counsel to Landlord, AD Investments, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, a copy of the foregoing document was filed electronically with the Clerk using the CM/ECF system, which sent notification of such filing to all parties and counsel registered to receive electronic service, and that a copy of same was served by email on the Debtors' proposed counsel at the following addresses:

Katten Muchin Rosenman LLP
Attn: Steven J. Reisman, Esq.
Bryan M. Kotliar, Esq.
575 Madison Avenue
New York, NY 10022
sreisman@katten.com
bryan.kotliar@katten.com

Katten Muchin Rosenman LLP
Attn: Peter A. Siddiqui, Esq.
525 W. Monroe Street
Chicago, IL 60661
peter.siddiqui@katten.com

Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti, Esq.
Michael W. Yurkewicz, Esq.
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
dpacitti@klehr.com
myurkewicz@klehr.com

*/s/ Tyson A. Crist*
Tyson A. Crist