# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRAFTWORKS PARENT, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10475 (BLS)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedures and the attached certification, counsel moves the admission *pro hac vice* of Stephen W. Sather, to represent 1801 West Parmer Lane, LLC, in the above-captioned case and any related proceedings.

Dated: March 21, 2020

**MORRIS JAMES, LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Ste 1500
Wilmington, DE 19801
T 302-888-6800 / F 302-571-1750
E-mail: emonzo@morrisjames.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, and in good standing as a member of the State of Texas Bar.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated March 21, 2020

*/s/ Stephen W. Sather*
Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy, Suite 400
Austin, TX  78731
Telephone: (512) 476-9103
E-mail: ssather@bn-lawyers.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: March 23rd, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**