IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| CRAFTWORKS PARENT, LLC, et al., ) | Case No. 20-10475-BLS |
| ) | Judge Shannon |
| Debtor. ) | |

### APPEARANCE OF COUNSEL AND
### REQUEST FOR COPIES OF ALL NOTICES,
### DOCUMENTS AND PLEADINGS

Please take notice that the Law Firm of Wiles & Wiles, LLP counsel for Buckhead Place, LLC hereby enters its appearance of counsel and requests that all notices given or required to be given in this case, and all papers, pleadings and documents filed or served or required to be filed in this case, be given to and served upon the following person as attorney for Buckhead Place, LLC:

> Victor W. Newmark, Esq.
> Wiles & Wiles, LLP
> 800 Kennesaw Avenue, Suite 400
> Marietta, Georgia 30060-7946
> bankruptcy@evict.net

This request for notice encompasses, but is not limited to, all notices, copies, documents and pleadings referred to, inter alia, in Rules 2002, 3017, or 9007 of the Bankruptcy Rules and without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other document brought before this Court in any case, whether formal or informal, written or oral, or transmitted by

mail delivery, CM/ECF, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

This 23rd day of March, 2020.

                                      Respectfully submitted,

                                      /s/Victor W. Newmark
                                      Victor W. Newmark, Esq.
                                      Georgia Bar No. 541405

Of Counsel:

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
B208\3 Craftworks Restaurants\3appear.doc

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I electronically filed an Appearance of Counsel and Request for Copies of all Notices, Documents and Pleadings with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing and which was also sent via email to the following:

Bryan M. Kotliar, Esq.
Attorney for Debtor
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

Reliable Companies
Attn: Gene Matthews
1007 North Orange Street, Suite 110
Wilmington, Delaware 19801

Domenic E. Pacitti, Esq.
Attorney for Debtor
Klehr Harrison Harvey Branzburg, LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

Primie Clerk, LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, New York 10165

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

CraftWorks Parent, LLC
Debtor
8001 Arista Place, #500
Broomfield, Colorado 80021

/s/Victor W. Newmark
Victor W. Newmark, Esq.
Georgia Bar No. 541405

Of Counsel:
Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
B208\3 Craftworks Restaurants\3appear.doc