Richard J. Cinclair, Jr.
State Bar ID No. 04251375
Thomas, Cinclair & Beuttenmuller, PLLC
5335 Spring Valley Road
Dallas, Texas  75254-3009
(972) 991-2121; (972) 991-3220 (Facsimile)
Attorneys for Maidstone Tulsa, LLC
rick@tcblawfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CRAFTWORKS PARENT, LLC, et al.,** | § | **CASE NO. 20-10475 (BLS)** |
| | § | **(Chapter 11(Jointly Administered)** |
| **Debtors.** | § | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

NOW COMES Maidstone Tulsa, LLC and hereby appears by and through its attorneys and files this its *Notice of Appearance and Demand for Service of Papers* and pursuant to 11 U.S.C. §§102(1), 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 respectfully requests that all notices given or required to be given in this case be also given to and served on:

> Richard J. Cinclair, Jr., Esq.
> Thomas, Cinclair & Beuttenmuller, PLLC
> 5335 Spring Valley Road
> Dallas, Texas 75254
> Telephone:     (972) 991-2121
> Facsimile:     (972) 991-3220
> Email: rick@tcblawfirm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any applications, complaints, demands, hearings, motions, objections, orders, plans, pleadings or other request, formal or informal, whether transmitted or conveyed by mail, telephone, courier service, hand delivery, facsimile

transmission, electronic mail, telex or otherwise that affects or seeks to affect or may potentially affect the rights or interest of any creditor or party-in-interest in this case affects or seeks to affect the above-captioned Debtor and/or its estate.

PLEASE TAKE FURTHER NOTICE that Maidstone Tulsa, LLC does not, by filing this Notice of Appearance or any other appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that the Notice of Appearance constitutes a waiver of any of its respective rights: (i) to have final orders in non-core matters entered only after a *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding relating to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Maidstone Tulsa, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 23, 2020
      Dallas, Texas

Respectfully submitted,

By: _____/s/ Richard J. Cinclair, Jr.
      Richard J. Cinclair, Jr.
      State Bar No. 04251375

Counsel for Maidstone Tulsa, LLC

Thomas, Cinclair & Beuttenmuller, PLLC
5335 Spring Valley Road
Dallas, Texas 75254
(972) 991-2121 (Telephone)
(972) 991-3220 (Fax)
rick@tcblawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 23rd day of March, 2020, he caused a true and correct copy of the foregoing *Notice of Appearance* to be forwarded via this Court's CM/ECF notification system to the parties registered for such service.

      /s/ Richard J. Cinclair, Jr.
      Richard J. Cinclair, Jr.