UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CRAFTWORKS PARENT, LLC., *et al.*[1] | ) | Case No. 20-10475 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## **AFFIDAVIT OF SERVICE**

I, Kelsey L. Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order (I) Authorizing and Approving (A) Rejection of Certain Unexpired Leases upon the Surrender Date and (B) Procedures for the Sale or Abandonment of *De Minimis* Assets Free and Clear of All Lines, Claims, Interests and Encumbrances; and (II) Granting Related Relief [Docket No. 152] (the "***Lease Rejection Order***")

Additionally, on March 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Lease Rejection Order and the following documents to be served via overnight mail and email on the Lease Rejection Notice Parties Service List attached hereto as **Exhibit B**:

- *De Minims* Asset Sale Notice [Store No. 19]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

- *De Minims* Asset Sale Notice [Store No. 35]

- *De Minims* Asset Sale Notice [Store No. 37]

- *De Minims* Asset Sale Notice [Store No. 67]

- *De Minims* Asset Sale Notice [Store No. 71]

- *De Minims* Asset Sale Notice [Store No. 78]

- *De Minims* Asset Sale Notice [Store No. 86]

- *De Minims* Asset Sale Notice [Store No. 87]

- *De Minims* Asset Sale Notice [Store No. 93]

- *De Minims* Asset Sale Notice [Store No. 363]

- *De Minims* Asset Sale Notice [Store No. 383]

- *De Minims* Asset Sale Notice [Store No. 433]

- *De Minims* Asset Sale Notice [Store No. 435]

- *De Minims* Asset Sale Notice [Store No. 498]

- *De Minims* Asset Sale Notice [Store No. 511]

- *De Minims* Asset Sale Notice [Store No. 515]

- *De Minims* Asset Sale Notice [Store No. 530]

- *De Minims* Asset Sale Notice [Store No. 534]

- *De Minims* Asset Sale Notice [Store No. 1074]

- *De Minims* Asset Sale Notice [Store No. 1094]

- *De Minims* Asset Sale Notice [Store No. 4511]

- *De Minims* Asset Sale Notice [Store No. 4513]

- *De Minims* Asset Sale Notice [Store No. 4519]

- *De Minims* Asset Sale Notice [Store No. 4520]

- *De Minims* Asset Sale Notice [Store No. 4613]

- *De Minims* Asset Sale Notice [Store No. 4617]

- *De Minims* Asset Sale Notice [Store No. 4623]

Finally, on March 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused:

- the *De Minimis* Asset Sale Notice [Store No. 19] and the Lease Rejection Order to be served via overnight mail on Evin-Longmont, LLC [MMLID: 9413470], c/o Shames-Makovsky Realty Co. 1400 Glenarm Place, Suite 201, Denver, CO 80202.

- the *De Minimis* Asset Sale Notice [Store No. 35] and the Lease Rejection Order to be served via overnight mail on Speedway Properties and B and J Partnership, [MMLID: 941347], 340 Victory Lane, Lincoln, NE 68528.

- the *De Minimis* Asset Sale Notice [Store No. 37] and the Lease Rejection Order to be served via overnight mail on Union Block Associates, [MMLID: 9413472], LLC, 817 West Franklin Street, Boise, ID 83702.

- the *De Minimis* Asset Sale Notice [Store No. 67] and the Lease Rejection Order to be served via overnight mail on Southlands TC LLC, [MMLID: 9413473], c/o M & J Wilkow Properties LLC, 20 South Clark Street, Suite 3000, Chicago, IL 60603.

- the *De Minimis* Asset Sale Notice [Store No. 71] and the Lease Rejection Order to be served via overnight mail on PPG Shadow Real Estate LLC, [MMLID: 9413474], c/o PECO Real Estate Partners, LLC, Attn: Chief Operating Officer, 1790 Bonanza Drive, Suite 201, Park City, UT 84060; and via overnight mail and email on Benesch Friedlander, Coplan & Aronoff LLP, [MMLID: 9415090], Benesch Friedlander, Coplan & Aronoff LLP, Attn: Michael J. Barrie, Kevin M. Capuzzi, 222 Delaware Avenue, Suite 801, Wilmington, DE 19801 (mbarrie@beneschlaw.com, kcapuzzi@beneschlaw.com).

- the *De Minimis* Asset Sale Notice [Store No. 78] and the Lease Rejection Order to be served via overnight mail on American Fund US Investments LP, [MMLID: 9413463], c/o Real Estate Capital Partners, 114 West 47th Street, 23rd Floor, New York, NY 10036 and American Fund US Investments LP, [MMLID: 9413464], 5910 N. Central Expressway, Suite 125, Dallas, TX 75206.

- the *De Minimis* Asset Sale Notice [Store No. 86] and the Lease Rejection Order to be served via overnight mail on National Retail Properties, Inc., [MMLID: 9413465], 450 South Orange Avenue Suite 900, Orlando, FL 32801.

- the *De Minimis* Asset Sale Notice [Store No. 87] and the Lease Rejection Order to be served via overnight mail on Baruch Cedar Hill LLC, [MMLID: 9413466], 587 Fifth Avenue, New York, NY 10017.

- the *De Minimis* Asset Sale Notice [Store No. 93] and the Lease Rejection Order to be served via overnight mail on JR Real Estate, LLC, [MMLID: 9413467], 3309 Collins Lane, Louisville, KY 40245.

- the *De Minimis* Asset Sale Notice [Store No. 363] and the Lease Rejection Order to be served by the method set forth on the Store No. 363 Notice Parties attached hereto as **Exhibit C**.

- the *De Minimis* Asset Sale Notice [Store No. 368] and the Lease Rejection Order to be served via overnight mail and email on Gellert Scali Busenkell & Brown, LLC, [MMLID: 9413452], Attn:  Mike Busenkell, 1201 N. Orange Street, Suite 300, Wilmington DE, 19801, mbusenkell@gsbblaw.com; and via overnight mail on Seritage SRC Finance LLC, [MMLID: 9413451], c/o Seritage Growth Properties, LP, 54 W. 40th Street, Suite 10N, New York, NY 10018.

- the *De Minimis* Asset Sale Notice [Store No. 433] and the Lease Rejection Order to be served via overnight mail on Paddock Center/Logan's LLC, [MMLID: 9413456], 1700 SE 19th Street Suite 300, Orlando, FL 34471.

- the *De Minimis* Asset Sale Notice [Store No. 435] and the Lease Rejection Order to be served by via overnight mail on P & M Investment Company 1, LLC, [MMLID: 9413445], 2 Buckhead Abbey, Nashville, TN 37215.

- the *De Minimis* Asset Sale Notice [Store No. 485] and the Lease Rejection Order to be served via overnight mail on Nashville West, LLC, [MMLID: 9413448], 200 South Orange Ave. Suite 1375, Orlando, FL 32801; and VAR Resources, LLC, [MMLID: 9413449], 2330 Interstate 30, Mesquite TX, 75150-2720.

- the *De Minimis* Asset Sale Notice [Store No. 498] and the Lease Rejection Order to be served by the method set forth on the Store No. 498 Notice Parties attached hereto as **Exhibit D**.

- the *De Minimis* Asset Sale Notice [Store No. 511] and the Lease Rejection Order to be served via overnight mail on National Retail Properties, LP, [MMLID: 9413441], 450 South Orange Avenue Suite 900, Orlando, FL 32801.

- the *De Minimis* Asset Sale Notice [Store No. 515] and the Lease Rejection Order to be served via overnight mail on National Retail Properties, LP, [MMLID: 9413442], 450 South Orange Avenue Suite 900, Orlando, FL 3280

- the *De Minimis* Asset Sale Notice [Store No. 530] and the Lease Rejection Order to be served via overnight mail on National Retail Properties, LP, [MMLID: 9413443], 450 South Orange Avenue Suite 900, Orlando, FL 3280

- the *De Minimis* Asset Sale Notice [Store No. 534] and the Lease Rejection Order to be served via overnight mail on Ohio County Development Authority, [MMLID: 9413444], 1500 Chapline Street, Room 215, Wheeling, WV 26003.

- the *De Minimis* Asset Sale Notice [Store No. 1074] and the Lease Rejection Order to be served via overnight mail on Ocotillo SD VillaLaJolla LLC, [MMLID: 9413433], c/o Goldstein Planting Investments, LLC, 11777 San Vicente Blvd. Suite 550, Los Angeles, CA 90049.

- the *De Minimis* Asset Sale Notice [Store No. 1094] and the Lease Rejection Order to be served via overnight mail on Vestar Orchard Town Center, L.L.C., [MMLID: 9413434], c/o Vestar Properties, Inc., 2425 E. Camelback Road, Suite 750, Phoenix, AZ 85016.

- the *De Minimis* Asset Sale Notice [Store No. 4511] and the Lease Rejection Order to be served via overnight mail on Greenbrier Technology Center II Associates, L.L.C., [MMLID: 9413437], 222 Central Park Avenue, Suite 2100, Virginia Beach, VA 23462.

- the *De Minimis* Asset Sale Notice [Store No. 4513] and the Lease Rejection Order to be served via overnight mail and email on Ballard Spahr LLP, [MMLID: 9413427], Attn: Leslie C. Heilman & Laurel Roglen, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3034 (HeilmanL@ballardspahr.com; RoglenL@ballardspahr.com); and Street Retail, Inc., [MMLID: 9413438], 1626 East Jefferson Street, Rockville, MD 20852-4041.

- the *De Minimis* Asset Sale Notice [Store No. 4519] and the Lease Rejection Order to be served via overnight mail on Harbor East Office, LLC, 650 South Exeter Street, Suite 200, Baltimore, MD 21202; and via overnight mail and email on Gallagher Evelius & Jones LLP, [MMLID: 9415143], Attn: David G. Sommer, 218 N. Charles Street, Suite 400, Baltimore MD, 21201, (dsommer@gejlaw.com).

- the *De Minimis* Asset Sale Notice [Store No. 4520] and the Lease Rejection Order to be served via overnight mail on NW 100 M Street LLC100 M Street, SE, Washington, D.C. 20003.

- the *De Minimis* Asset Sale Notice [Store No. 4613] and the Lease Rejection Order to be served via overnight mail on Joe Pinheiro & Sons Dairy, [MMLID: 9413424], 13881 Road 120, Tipton, CA 93272.

- the *De Minimis* Asset Sale Notice [Store No. 4617] and the Lease Rejection Order to be served by the method set forth on the Store No. 4617 Notice Parties attached hereto as **Exhibit E**.

- the *De Minimis* Asset Sale Notice [Store No. 4623] and the Lease Rejection Order to be served via overnight mail on KBSII Park Place Village LLC, [MMLID: 9413420], 800 Newport Center Drive, Suite 700, Newport Beach, CA 92660.


Dated: March 23, 2020

*/s/ Kelsey L. Gordon*
Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 23, 2020, by Kelsey L. Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 40713

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Tower Investments, LLC | Ansell Grimm & Aaron, PC | Attn: Joshua S. Bauchner, Anthony J. D'Artiglio<br>365 Rifle Camp Road<br>Woodland Park NJ 07424 | jb@ansellgrimm.com<br>ajd@ansellgrimm.com | Overnight Mail and Email |
| Counsel to PGIM Real Estate, The Macerich Company and Starwood Retail Partners LLC | Ballard Spahr LLP | Attn: Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian<br>2029 Century Park East, Suite 800<br>Los Angeles CA 90067-2909 | branchd@ballardspahr.com<br>simonjm@ballardspahr.com<br>zarnighiann@ballardspahr.com | Overnight Mail and Email |
| Counsel to Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGIM Real Estate, The Macerich Company and Starwood Retail Partners LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen and Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>mcclambc@ballardspahr.com | Overnight Mail and Email |
| Counsel to Pyramid Management Group, LLC | Barclay Damon LLP | Attn: Kevin M. Newman, Esq.<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | knewman@barclaydamon.com | Overnight Mail and Email |
| Counsel to RPT Realty, L.P. | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 501<br>New York NY 10020 | sfleischer@barclaydamon.com | Overnight Mail and Email |
| Counsel to PPG Shadow Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi<br>222 Delaware Avenue, Suite 801<br>Wilmington DE 19801 | mbarrie@beneschlaw.com<br>kcapuzzi@beneschlaw.com | Overnight Mail and Email |
| Counsel to Brookfield Property REIT, Inc., as Direct and Indirect Owner and/or Managing Agent as Landlord for the Debtor | Brookfield Property REIT, Inc., as Agent | Attn: Kristen N. Pate<br>350 N. Orleans Street, Suite 300<br>Chicago IL 60654-1607 | bk@brookfieldpropertiesretail.com | Overnight Mail and Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Leah Fiorenza McNeill<br>One Atlantic Center, 14th Floor<br>1201 W. Peachtree Street, N.W.<br>Atlanta GA 30309 | leah.fiorenza@bclplaw.com | Overnight Mail and Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Timothy R. Bow<br>161 North Clark Street, Suite 4300<br>Chicago IL 60601 | timothy.bow@bclplaw.com | Overnight Mail and Email |
| Counsel to Governor's Square Company 1B dba Governor's Square Plaza, Huntington Mall Company dba Huntington Mall, and Spotsylvania Mall Company dba Spotsylvania Towne Centre | Cafaro Management Company | Attn: Lindsey M. Harrison Madgar, Richard T. Davis<br>5577 Youngstown-Warren Rd.<br>Niles OH 44446 | LMadgar@cafarocompany.com | Overnight Mail and Email |
| Holder of other debt instruments issued by the Debtors | Carl Marks Strategic Investments, L.P. | Attn:  James F. Wilson; Esteban Rakela<br>c/o Carl Marks Management Company LLC<br>900 Third Avenue, 33rd Floor<br>New York NY 10022 | jwilson@carlmarks.com<br>erakela@carlmarks.com | Overnight Mail and Email |
| Holder of other debt instruments issued by the Debtors | Carl Marks Strategic Opportunities Fund II, L.P. | Attn:  James F. Wilson; Esteban Rakela<br>c/o Carl Marks Management Company LLC<br>900 Third Avenue, 33rd Floor<br>New York NY 10022 | jwilson@carlmarks.com<br>erakela@carlmarks.com | Overnight Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Equity Holders of Debtor CraftWorks Parent, LLC | Centerbridge Capital Partners AIV I, L.P. | Attn: General Counsel<br>375 Park Avenue<br>New York NY 10152 | | Overnight Mail |
| Equity Holders of Debtor CraftWorks Parent, LLC | Centerbridge Capital Partners C Co-Investment, L.P | Attn: General Counsel<br>375 Park Avenue<br>New York NY 10152 | | Overnight Mail |
| Equity Holders of Debtor CraftWorks Parent, LLC | Centerbridge Capital Partners SBS, L.P. | Attn: General Counsel<br>375 Park Avenue<br>New York NY 10152 | | Overnight Mail |
| Equity Holders of Debtor CraftWorks Parent, LLC | Centerbridge Capital Partners Strategic AIV I, L.P. | Attn: General Counsel<br>375 Park Avenue<br>New York NY 10152 | | Overnight Mail |
| Equity Owner Of Craftworks Holdings, LLC | Centerbridge Partners, L.P. | Attn: President or General Counsel<br>375 Park Avenue, 11th Floor<br>New York NY 10152 | btruong@centerbridge.com<br>amodi@centerbridge.com | Overnight Mail and Email |
| Counsel to Fortress Credit Co LLC and certain of its affiliated entities | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr.<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington DE 19801 | chipman@chipmanbrown.com | Overnight Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | Overnight Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | Overnight Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | Overnight Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | Overnight Mail and Email |
| Parties asserting liens against the Debtors' assets | Disney Vacation Development, Inc. | Attn: General Counsel<br>200 Celebration Place<br>Celebration  FL 34747 | | Overnight Mail |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | Overnight Mail |
| Counsel to AP 140 W Franklin St., LP | Essex Richards, PA | Attn: Natalie D. Potter<br>1701 South Blvd.<br>Charlotte NC 28203 | npotter@essexrichards.com | Overnight Mail and Email |
| Counsel to Alsco, Inc. | Fabian VanCott | Attn: David P. Billings<br>215 South State Street<br>Suite 1200<br>Salt Lake City UT 84111 | dbillings@fabianvancott.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Agent for First Lien Debt | Fortress Investment Group | Attn: Morgan J. McClure, Marc Blanchette<br>3290 Northside Parkway NW, Suite 350<br>Atlanta GA 30327 | mmcclure@fortress.com<br>mblanchette@fortress.com | Overnight Mail and Email |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold & A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Overnight Mail and Email |
| Counsel to NTS Bluegrass Commonwealth Park | Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb & Erin P. Severini<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com<br>eseverini@fbtlaw.com | Overnight Mail and Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | FS Investment Corporation II | Attn: Ryan O'Hagan<br>201 Rouse Boulevard<br>Philadelphia PA 19112 | credit.notices@fsinvestments.com<br>kkrcreditlegal@kkr.com<br>FSICII_Team@fsinvestments.com | Overnight Mail and Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | FS Investment Corporation III | Attn: Ryan O'Hagan<br>201 Rouse Boulevard<br>Philadelphia  PA 19112 | credit.notices@fsinvestments.com<br>kkrcreditlegal@kkr.com<br>FSICIII_Team@fsinvestments.com | Overnight Mail and Email |
| Holder of other debt instruments issued by the DebtorsTop 75 Unsecured Creditor | FS KKR Capital Corp (f/k/a FS Investment Corporation) | Attn: Ryan O'Hagan<br>201 Rouse Boulevard<br>Philadelphia  PA 19112 | credit.notices@fsinvestments.com<br>kkrcreditlegal@kkr.com<br>FSIC_Team@fsinvestments.com | Overnight Mail and Email |
| Counsel to Harbor East - Office LLC | Gallagher Evelius & Jones LLP | Attn: David G. Sommer<br>218 N. Charles Street, Suite 400<br>Baltimore MD 21201 | dsommer@gejlaw.com | Overnight Mail and Email |
| Counsel to Retail Partners Murfreesboro | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Amy D. Brown<br>1201 North Orange Street, Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com<br>abrown@gsbblaw.com | Overnight Mail and Email |
| Parties asserting liens against the Debtors' assets | Hewlett-Packard Financial Services Company | Attn: General Counsel<br>200 Connell Drive<br>Berkeley Heights NJ 07922 | | Overnight Mail |
| Counsel to Fortress Investment Group and Agent under the Debtors' prepetition first lien debt facility and the Debtors' proposed debtor-in-possession financing facility | Hunton Andrews Kurth LLP | Attn: John R. Schneider, Mary L. Santanello, Mack Emerson<br>Bank of America Plaza, Suite 4100<br>600 Peachtree Street, NE<br>Atlanta GA 30308 | jschneider@HuntonAK.com<br>msantanello@HuntonAK.com<br>memerson@HuntonAK.com | Overnight Mail and Email |
| Counsel to Agent under the Debtors' prepetition first lien debt facility and the Debtors' proposed debtor-in-possession financing facility | Hunton Andrews Kurth LLP | Attn: John T. O'Connor<br>200 Park Avenue<br>New York NY 10166 | joconnor@HuntonAK.com | Overnight Mail and Email |
| Counsel to Fortress Investment Group and Agent under the Debtors' prepetition first lien debt facility and the Debtors' proposed debtor-in-possession financing facility | Hunton Andrews Kurth LLP | Attn: Tyler P. Brown<br>951 East Byrd Street<br>Richmond VA 23219 | tpbrown@HuntonAK.com | Overnight Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | Overnight Mail |
| Counsel to Blue Mountain IPG Associates, LP | Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant<br>910 Harvest Drive, 2nd Floor<br>PO Box 3037<br>Blue Bell PA 19422 | wlevant@kaplaw.com | Overnight Mail and Email |
| Counsel to Debtors | Katten Muchin Rosenman LLP | Attn: Bryan M. Kotliar, Steven J. Reisman, Cindi M. Giglio, David A. Crichlow, Brian J. Hecht, Lindsay C. Lersner<br>575 Madison Avenue<br>New York NY 10022 | sreisman@katten.com<br>cindi.giglio@katten.com<br>bryan.kotliar@katten.com<br>david.crichlow@katten.com<br>brian.hecht@kattenlaw.com<br>lindsay.lersner@katten.com | Email |
| Counsel to Debtors | Katten Muchin Rosenman LLP | Attn: Peter A. Siddiqui, Stephanie Hor-Chen, Ethan Trotz<br>525 West Monroe Street<br>Chicago IL 60661-3693 | peter.siddiqui@katten.com<br>stephanie.hor-chen@katten.com<br>ethan.trotz@katten.com | Email |
| Holder of other debt instruments issued by the Debtors | Kelso Investment Associates VIII, L.P. | Attn:  William Woo<br>c/o Kelso & Company<br>320 Park Avenue, 24th Floor<br>New York NY 10022 | wwoo@kelso.com | Overnight Mail and Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | KEP VI, LLC | c/o Kelso & Company<br>Attn: William Woo<br>320 Park Avenue, 24th Floor<br>New York NY 10022 | wwoo@kelso.com | Overnight Mail and Email |
| Counsel to Fortress Credit Co LLC and certain of its affiliated entities | King & Spalding LLP | Attn: Michael R. Handler<br>1185 Avenue of the Americas<br>34th Floor<br>New York NY 10036 | mhandler@kslaw.com | Overnight Mail and Email |
| Counsel to Agent under the Debtors' prepetition first lien debt facility, the Debtors' proposed debtor-in-possession financing facility and Fortress Credit Co LLC and certain of its affiliated entities | King & Spalding LLP | Attn: W. Austin Jowers<br>1180 Peachtree Street, NE<br>Suite 1600<br>Atlanta GA 30309 | ajowers@kslaw.com | Overnight Mail and Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | KKR Credit Advisors (Ireland) | Attn: Ryan O'Hagan<br>75 St. Stephen's Green<br>Dublin 2 Ireland | credit.notices@fsinvestments.com<br>kkrcreditlegal@kkr.com<br>FSIC_Team@fsinvestments.com | Overnight Mail and Email |
| Counsel to Debtors | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti<br>919 N. Market Street, Suite 1000<br>Wilmington DE 19801 | DPacitti@klehr.com | Email |
| Counsel to Debtors | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg<br>1835 Market Street, 14th Floor<br>Philadelphia PA 19103 | mbranzburg@klehr.com | Email |
| Counsel to Blue Mountain IPG Associates and Ironwood Property Group | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman<br>401 S. 2nd Street, Suite 200<br>Philadelphia PA 19147 | kurtzman@kurtzmansteady.com | Overnight Mail and Email |

In re: CraftWorks Parent, LLC, et al.
Case No. 20-10475 (BLS)

Page 4 of 11

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Madrona Morrison II, LLC | Larkins Vacura Kayser LLP | Attn: Cody Hoesly<br>121 SW Morrison Street, Suite 700<br>Portland OR 97204-3183 | choesly@lvklaw.com | Overnight Mail and Email |
| Counsel to Nueces County, Cameron County, Hidalgo County, City of Harlingen, Hays CISD, City of McAllen, Harlingen CISD, and McLennan County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin TX 78760 | | Overnight Mail |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com | Overnight Mail and Email |
| Counsel to Parker CAD, Tarrant County, Dallas County and Smith County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Overnight Mail and Email |
| Counsel to Cypress-Fairbanks ISD, Angelina County, Jefferson County, Galveston County, Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Overnight Mail and Email |
| Holder of other debt instruments issued by the Debtors | Marblegate Special Opportunities Master Fund, L.P. | Attn: General Counsel<br>80 Field Point Road<br>Greenwich CT 06830 | notices@marblegate.com | Overnight Mail and Email |
| Counsel to Tax Appraisal District of Bell County, The County of Hays, Texas, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay<br>P. O. Box 1269<br>Round Rock TX 78680 | tleday@mvbalaw.com | Overnight Mail and Email |
| Counsel to Gateway Washington, Inc. | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P. Foley<br>1800 West Park Dr.<br>Suite 400<br>Westborough MA 01581 | kfoley@mirickoconnell.com | Overnight Mail and Email |
| Counsel to Gateway Washington, Inc. | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey<br>100 Front Street<br>Worcester MA 01608 | pcarey@mirickoconnell.com | Overnight Mail and Email |
| Counsel to the State of Missouri | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>301 W. High Street, Room 670<br>Jefferson City MO 65105 | deecf@dor.mo.gov | Overnight Mail and Email |
| Counsel to the State of Missouri | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | Overnight Mail and Email |
| Counsel to Spotsylvania Mall Company, Huntington Mall Company and Governor's Square Company | Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky & Brian J. McLaughlin<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801-1155 | rmersky@monlaw.com<br>bmclaughlin@monlaw.com | Overnight Mail and Email |
| Counsel to Wells Fargo Bank, National Association, in its capacity as administrative agent for the Prepetition Second Lien Facility, as issuer of certain letter of credit obligations, and in other capacities | Morgan, Lewis & Bockius, LLP | Attn: Jennifer Feldsher<br>101 Park Avenue<br>New York NY 10178-0060 | jennifer.feldsher@morganlewis.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Wells Fargo Bank, National Association, in its capacity as administrative agent for the Prepetition Second Lien Facility, as issuer of certain letter of credit obligations, and in other capacities | Morgan, Lewis & Bockius, LLP | Attn: Sula R. Fiszman<br>One Federal Street<br>Boston MA 02110 | sula.fiszman@morganlewis.com | Overnight Mail and Email |
| Counsel to Alsco, Inc. | Morris James LLP | Attn: Eric J. Monzo<br>500 Delaware Avenue, Suite 1500<br>Wilmington DE 19801 | emonzo@morrisjames.com | Overnight Mail and Email |
| Counsel to Shark Properties IV, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | aremming@mnat.com<br>jbarsalona@mnat.com | Overnight Mail and Email |
| Counsel to Finkelstein Commercial Properties, LLC | Moye White LLP | Attn: Vikrama S. Chandrashekar<br>1400 16th Street, 6th Floor<br>Denver  CO 80202-1486 | vika.chandrashekar@moyewhite.com | Overnight Mail and Email |
| Counsel to Shark Properties IV, LLC | Mullin Hoard & Brown, LLP | Attn: Brad W. Odell<br>1500 Broadway, Suite 700<br>Lubbock TX 79401 | bodell@mhba.com | Overnight Mail and Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | Overnight Mail and Email |
| Counsel to the State of Texas | Office of the Attorney General of Texas, Bankruptcy & Collections Division | Attn: Jason B. Binford, Abigail Ryan<br>P.O. Box 12548- MC 008<br>Austin TX 78711-2548 | jason.binford@oag.texas.gov<br>abigail.ryan@oag.texas.gov<br>public.information@oag.state.tx.us | Overnight Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Robert J. Feinstein, Colin R. Robinson<br>919 N. Market Street, 17th Floor<br>Wilmington DE 19801 | bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>crobinson@pszjlaw.com | Overnight Mail and Email |
| Counsel to City of Burleson, Burleson ISD, City of Garland, Garland ISD | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb<br>500 E. Border Street, Suite 640<br>Arlington TX 76010 | ecobb@pbfcm.com | Overnight Mail and Email |
| Counsel to Lubbock Central Appraisal District, Midland County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Overnight Mail and Email |
| Counsel to US Foods, Inc. | Potter Anderson & Corroon LLP | Attn: L. Katherine Good, R. Stephen McNeill<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801-3700 | rmcneill@potteranderson.com<br>kgood@potteranderson.com | Overnight Mail and Email |
| Counsel to RDS, LLC | Reiling Teder & Schrier, LLC | Attn: James R. Schrier<br>250 Main Street, Suite 601<br>P.O. Box 280<br>Lafayette IN 47902-0280 | jrs@rtslawfirm.com | Overnight Mail and Email |
| Counsel to Weingarten Realty Investors and WRI Ridgeway, LLC | Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | john.demmy@saul.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Andrew Calamari, Regional Director<br>200 Vesey Street, Suite 400<br>New York NY 10281 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Overnight Mail and Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | SHCO 56 SARL | c/o Kelso & Company<br>Attn: William Woo<br>320 Park Avenue, 24th Floor<br>New York  NY 10022 | wwoo@kelso.com | Overnight Mail and Email |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Overnight Mail and Email |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | Overnight Mail |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Dept<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | Overnight Mail and Email |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Dept<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | Overnight Mail |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Overnight Mail and Email |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Dept<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | Attorney.General@state.co.us | Overnight Mail and Email |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Dept<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | | Overnight Mail |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Dept<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | Overnight Mail |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Dept<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Dept<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | Overnight Mail |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Overnight Mail and Email |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Dept<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | | Overnight Mail |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Dept<br>1305 E. Walnut Street<br>Des Moines IA 50319 | | Overnight Mail |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Dept<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | | Overnight Mail |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | ConsumerInfo@ag.state.la.us | Overnight Mail and Email |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Dept<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Overnight Mail and Email |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Overnight Mail and Email |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Dept<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | Attorney.General@ag.state.mn.us | Overnight Mail and Email |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Dept<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | Overnight Mail |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Overnight Mail and Email |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Dept<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Dept 2115 State Capitol 2nd Fl, Rm 2115 Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Overnight Mail and Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Dept 100 North Carson Street Carson City NV 89701 | AgInfo@ag.nv.gov | Overnight Mail and Email |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Dept The Capitol Albany  NY 12224-0341 | | Overnight Mail |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Dept 9001 Mail Service Center Raleigh NC 27699-9001 | | Overnight Mail |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Dept State Capitol 600 E Boulevard Ave Dept 125 Bismarck ND 58505-0040 | ndag@nd.gov | Overnight Mail and Email |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Dept 30 E. Broad St., 14th Floor Columbus OH 43215 | | Overnight Mail |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Dept 313 NE 21st Street Oklahoma City OK 73105 | | Overnight Mail |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Dept 1162 Court Street NE Salem OR 97301 | consumer.hotline@doj.state.or.us | Overnight Mail and Email |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Dept Strawberry Square 16th Floor Harrisburg PA 17120 | | Overnight Mail |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Dept P.O. Box 11549 Columbia SC 29211-1549 | info@scattorneygeneral.com | Overnight Mail and Email |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept P.O. Box 20207 Nashville TN 37202-0207 | consumer.affairs@tn.gov | Overnight Mail and Email |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Dept PO Box 142320 Salt Lake City UT 84114-2320 | uag@utah.gov | Overnight Mail and Email |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Dept 900 East Main Street Richmond  VA 23219 | | Overnight Mail |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Dept State Capitol Bldg 1 Room E 26 Charleston WV 25305 | consumer@wvago.gov | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Dept<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison WI 53707-7857 | | Overnight Mail |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Dept<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | Overnight Mail |
| Taiwan High Procescutors Office | Taiwan High Procescutors Office | Attn: Wang, Tian-Sheng<br>No.124, Sec. 1, Chongqing S. Rd., Zhongzheng<br>Taipei City ROC 10048 Taiwan | | Overnight Mail |
| Counsel to Eagle Trading International Corp. d/b/a Roofing Source | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce<br>1225 King Street, Suite 800<br>Wilmington  DE 19801 | mjoyce@mjlawoffices.com | Overnight Mail and Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Dept<br>US Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | Overnight Mail |
| US Attorney For The District Of Delaware | US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights<br>1007 Orange St Ste 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | Overnight Mail and Email |
| Parties asserting liens against the Debtors' assets | VAR Resources, LLC | Attn: General Counsel<br>2330 Interstate 30<br>Mesquite  TX 75150 | | Overnight Mail |
| Washington DC Attorney General | Washington DC Attorney General | Attn: Bankruptcy Dept<br>441 4th Street, NW<br>Washington DC 20001 | | Overnight Mail |
| Counsel to Centerbridge Partners, L.P. | Weil, Gotshal & Manges LLP | Attn: Brendan C. Conley<br>200 Crescent Court, Suite 300<br>Dallas TX 75201-6950 | brendan.conley@weil.com | Overnight Mail and Email |
| Counsel to Centerbridge Partners, L.P., Centerbridge Capital Partners AIV I, L.P., Centerbridge Capital Partners Strategic AIV I, L.P., Centerbridge Capital Partners SBS, L.P., Centerbridge Capital Partners B Co-Investment L.P. &  Equity Holders of Debtor CraftWorks Parent, LLC | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Andriana Georgallas, Sunny Singh, Benton Lewis, Bryan R. Podzius<br>767 Fifth Avenue<br>New York NY 10153-0119 | matt.barr@weil.com<br>andriana.georgallas@weil.com<br>sunny.singh@weil.com<br>benton.lewis@weil.com<br>allison.liff@weil.com<br>bryan.podzius@weil.com | Overnight Mail and Email |
| Counsel to Weingarten Realty Investors and WRI Ridgeway, LLC | Weingarten Realty Investors, Legal Department | Attn: Jenny Hyun<br>2600 Citadel Plaza Drive, Suite 300<br>P.O. Box 924133<br>Houston TX 77292-4133 | bankruptcycases@weingarten.com | Overnight Mail and Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | Wells Fargo Bank, National Association | MAC D1109-019<br>1525 West W.T. Harris Blvd.<br>Charlotte NC 28262 | agencyservices.requests@wellsfargo.com | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Wells Fargo Bank, National Association, in its capacity as administrative agent for the Prepetition Second Lien Facility, as issuer of certain letter of credit obligations, and in other capacities | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward and Morgan L. Patterson 1313 North Market Street, Suite 1200 Wilmington DE 19801 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com | Overnight Mail and Email |
| Counsel to Centerbridge Capital Partners AIV I, L.P., Centerbridge Capital Partners Strategic AIV I, L.P., Centerbridge Capital Partners SBS, L.P., and Centerbridge Capital Partners B Co-Investment L.P. | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Jaime Luton Chapman, Jordan E. Sazant Rodney Square 1000 North King Street Wilmington DE 19801 | bankfilings@ycst.com pmorgan@ycst.com jchapman@ycst.com jsazant@ycst.com | Overnight Mail and Email |

**<u>Exhibit B</u>**

Exhibit B
Lease Rejection Notice Parties
Served via overnight mail and email

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| King & Spalding LLP | Attn: Michael R. Handler | 1185 Avenue of the Americas | 34th Floor | New York | NY | 10036 | mhandler@kslaw.com | Overnight Mail and Email |
| King & Spalding LLP | Attn: W. Austin Jowers | 1180 Peachtree Street, NE | Suite 1600 | Atlanta | GA | 30309 | ajowers@kslaw.com | Overnight Mail and Email |
| Morgan, Lewis & Bockius, LLP | Attn: Jennifer Feldsher | 101 Park Avenue | | New York | NY | 10178-0060 | jennifer.feldsher@morganlewis.com | Overnight Mail and Email |
| Morgan, Lewis & Bockius, LLP | Attn: Sula R. Fiszman | One Federal Street | | Boston | MA | 02110 | sula.fiszman@morganlewis.com | Overnight Mail and Email |
| Office of the United States Trustee | Attn: Linda J. Casey | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | Linda.Casey@usdoj.gov | Overnight Mail and Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Robert J. Feinstein, Colin R. Robinson | 919 N. Market Street, 17th Floor | | Wilmington | DE | 19801 | bsandler@pszjlaw.com rfeinstein@pszjlaw.com crobinson@pszjlaw.com | Overnight Mail and Email |
| Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr. | Hercules Plaza | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801 | chipman@chipmanbrown.com | Overnight Mail and Email |
| Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward and Morgan L. Patterson | 1313 North Market Street, Suite 1200 | | Wilmington | DE | 19801 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com | Overnight Mail and Email |

**Exhibit C**

Exhibit C

Store No. 363 Notice Parties

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 9413461 | Morris, Nichols, Arsht & Tunnell LLP | Attn:  Andrew R. Remming & Joseph C. Barsalona II | 1201 N. Market St., 16th Floor | Wilmington | DE | 19899-1347 | aremming@mnat.com; jbarsalona@mnat.com | Overnight Mail and Email |
| 9413462 | Mullin Hoard & Brown, LLP | Attn:  Brad W. Odell | 1500 Broadway, Suite 700 | Lubbock | TX | 79401 | bodell@mhba.com | Overnight Mail and Email |
| 9413460 | Shark Properties, LLC | 5109 80th Street | | Lubbock | TX | 79424 | | Overnight Mail |

**<u>Exhibit D</u>**

Exhibit D
Store No. 498 Notice Parties
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 9413440 | Saul, Ewing, Arnstein & Lehr | Attn:  John Demmy | 1201 North Market Street, Suite 2300 | Wilmington | DE | 19801 | john.demmy@saul.com | Overnight Mail and Email |
| 9413439 | VAR Resources, LLC | 2330 Interstate 30 | | Mesquite | TX | 75150-2720 | | Overnight Mail |
| 9413450 | Weingarten Realty Investors | Jenny Hyun, Esq., Legal Department | 2600 Citadel Plaza Drive, Suite 300 | Houston | TX | 77292-4133 | bankruptcycases@weingarten.com | Overnight Mail and Email |

**<u>Exhibit E</u>**

Exhibit E

Store No. 4617 Notice Parties

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 9413426 | Ballard Spahr LLP | Attn: Leslie C. Heilman & Laurel Roglen | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801-3034 | HeilmanL@ballardspahr.com; RoglenL@ballardspahr.com | Overnight Mail and Email |
| 9413419 | Westcor SanTan Village LLC | c/o Macerich Company, Attn: Legal Dept. | P.O. Box 2172, 401 Wilshere Blvd., Suite 700 | Santa Monica | CA | 90407 | | Overnight Mail |
| 9413425 | Westcor SanTan Village LLC | 11411 North Tatum Blvd. | | Phoenix | AZ | 85028 | | Overnight Mail |