## IN THE UNITED BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.,* | Case No. 20-10475 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Plaza on Union LLC in the above-captioned chapter 11 case.  Pursuant to 11 U.S.C. § 1109(b), and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

Seth A. Niederman, Esquire
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
sniederman@foxrothschild.com

Martha B. Chovanes, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone:  (215) 299-2000
Facsimile:  (215) 299-2150
mchovanes@foxrothschild.com

Dana S. Katz, Esquire
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO  80202
Telephone:  (303) 292-1200
Facsimile:  (303) 292-1300
dkatz@foxrothschild.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "<u>Notice</u>") nor any later appearance or pleading shall constitute a waiver of:

      a)     rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

      b)     rights to trial by jury in any proceedings as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

      c)     rights to seek abstention or remand of any matter or proceeding subject to mandatory discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

      d)     rights to receipt of service of process in all actions, causes, claims, or proceedings arising in, arising under or related to these proceedings to be served directly on Trustee;

e)    rights to contest service of process; or

f)    any other rights, claims, actions, defenses, set-offs or recoupments to which Plaza on Union LLC is or may be entitled to under any agreement, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments Plaza on Union LLC expressly reserves.

All of the above rights are expressly reserved and preserved by Plaza on Union LLC without exception.

Dated:  March 27, 2020                                      FOX ROTHSCHILD LLP

By:    */s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone: (302) 654-7444
Facsimile:  (302) 656-8920
sniederman@foxrothschild.com

-and-

Martha B. Chovanes, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone:  (215) 299-2000
Facsimile:  (215) 299-2150
mchovanes@foxrothschild.com

-and-

Dana S. Katz, Esquire
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO  80202
Telephone:  (303) 292-1200
Facsimile:  (303) 292-1300
dkatz@foxrothschild.com

*Counsel to Plaza on Union LLC*