**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*,[1] | ) ) ) ) ) | Case No. 20-10475 (BLS) (Jointly Administered) |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 3, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

CONTINUED MATTERS:

1.  Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief [Docket No. 5; Filed 3/3/2020]

    Related Documents:

    A.  Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief [Docket No. 69; Filed 3/4/2020]

    B.  Omnibus Notice of Second Day Hearing to be Held on April 3, 2020 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 89; Filed 3/6/2020]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

    Response Deadline:    March 23, 2020 at 4:00 p.m.

    Responses Received:  Informal comments received from Chubb.

    Status:    This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

2. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Trade Claimants, PACA/PASA Claimants and Other Vendors; and (II) Granting Related Relief [Docket No. 7; Filed 3/3/2020]

    Related Documents:

    A.    Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Trade Claimants, PACA/PASA Claimants and Other Vendors; and (II) Granting Related Relief [Docket No. 70; Filed 3/4/2020]

    B.    Omnibus Notice of Second Day Hearing to be Held on April 3, 2020 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 89; Filed 3/6/2020]

    Response Deadline:    March 23, 2020 at 4:00 p.m.

    Responses Received:  None

    Status:    This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

3. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Continue Their Customer Programs and Honor Prepetition Obligations Related Thereto; and (II) Granting Related Relief [Docket No. 8; Filed 3/3/2020]

    Related Documents:

    A.    Interim Order (I) Authorizing Debtors to Continue their Customer Programs and Honor Prepetition Obligations Related Thereto; and (II) Granting Related Relief [Docket No. 71; Filed 3/4/2020]

    B.    Omnibus Notice of Second Day Hearing to be Held on April 3, 2020 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 89; Filed 3/6/2020]

    Response Deadline:    March 23, 2020 at 4:00 p.m.

    Responses Received:  Informal comments received from the Texas Office of Attorney General.

    Status:  This matter has been continued to a date to be determined.  To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

4. Motion of Debtors for Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services; (III) Establishing Procedures for Determining Requests for Adequate Assurance of Payment; (IV) Authorizing Certain Fee Payments; (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use; and (VI) Granting Related Relief [Docket No. 10; Filed 3/3/2020]

    Related Documents:

        A.  Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services; (III) Establishing Procedures for Determining Requests for Adequate Assurance of Payment; (IV) Authorizing Certain Fee Payments; (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use; and (VI) Granting Related Relief [Docket No. 72; Filed 3/4/2020]

        B.  Omnibus Notice of Second Day Hearing to be Held on April 3, 2020 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 89; Filed 3/6/2020]

    Response Deadline:  March 23, 2020 at 4:00 p.m.

    Responses Received:

        A.  Objection of Certain Utility Companies to the Motion of Debtors for Interim and Final Orders (I) Determining Adequate Assurance of Payment For Future Utility Services; (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services; (III) Establishing Procedures For Determining Requests For Adequate Assurance of Payment; (IV) Authorizing Certain Fee Payments; (V) Requiring Utility Providers to Return Deposits For Utility Services No Longer In Use; and (VI) Granting Related Relief [Docket No. 160; Filed 3/18/2020]

        B.  Joinder of AEP Energy, Inc. and San Diego Gas and Electric Company to the Objection of Certain Utility Companies to the Motion of Debtors For Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services; (III) Establishing Procedures for Determining Requests for Adequate Assurance of Payment; (IV)

        Authorizing Certain Fee Payments; (V) Requiring Utility Providers to Return Deposits for Utility Services No Longer in Use; and (VI) Granting Related Relief [Docket No. 177; Filed 3/20/2020]

    Status:    This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

5. Motion of Debtors for Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Taxes and Fees; and (II) Granting Related Relief [Docket No. 13; Filed 3/3/2020]

    Related Documents:

        A.    Interim Order (I) Authorizing Payment of Certain Prepetition Taxes and Fees; and (II) Granting Related Relief [Docket No. 73; Filed 3/4/2020]

        B.    Omnibus Notice of Second Day Hearing to be Held on April 3, 2020 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 89; Filed 3/6/2020]

    Response Deadline:    March 23, 2020 at 4:00 p.m.

    Responses Received: None

    Status:    This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

6. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management Systems, Bank Accounts and Business Forms and (B) Implement Changes to Their Cash Management System in the Ordinary Course of Business; (II) Extending the Time to Comply with Requirements of 11 U.S.C §345(b); and (III) Granting Related Relief [Docket No. 14; Filed 3/3/2020]

    Related Documents:

        A.    Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing Cash Management Systems, Bank Accounts and Business Forms and (B) Implement Changes to Their Cash Management System in the Ordinary Course of Business; (II) Extending the Time to Comply; and (III) Granting Related Relief [Docket No. 68; Filed 3/4/2020]

        B.    Omnibus Notice of Second Day Hearing to be Held on April 3, 2020 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 89; Filed 3/6/2020]

      C.      Notice of Revised Exhibits C and D to the Debtors' Cash Management Motion [Docket No. 91; Filed 3/6/2020]

Response Deadline:    March 23, 2020 at 4:00 p.m.

Responses Received:  Informal comments received from the Office of the United States Trustee.

Status:    This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

7. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder; (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; and (C) Maintain the Surety Bonds; (II) Authorize Continuation of Insurance Premium Financing Agreements; and (III) Granting Related Relief [Docket No. 15; Filed 3/3/2020]

Related Documents:

    A.     Interim Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder; (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; and (C) Maintain the Surety Bonds; (II) Authorizing Continuation of Insurance Premium Financing Agreements; and (II) Granting Related Relief [Docket No. 74; Filed 3/4/2020]

    B.     Omnibus Notice of Second Day Hearing to be Held on April 3, 2020 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 89; Filed 3/6/2020]

Response Deadline:    March 23, 2020 at 4:00 p.m.

Responses Received:  Informal comments received from Chubb.

Status:    This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

8. Motion of Debtors for an Omnibus Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, If Any, Each Effective Nunc Pro Tunc to the Petition Date; and (II) Granting Related Relief [Docket No. 18; Filed 3/3/2020]

Related Documents:

    A.    Notice of Motion of Debtors for an Omnibus Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, If Any, Each Effective Nunc Pro Tunc to the Petition Date; and (II) Granting Related Relief [Docket No. 92; Filed 3/6/2020]

Response Deadline:    March 23, 2020 at 4:00 p.m.

Responses Received:    Informal comments received from the Office of the United States Trustee.

    A.    Objection to Motion of Debtors for an Omnibus Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, If Any, Each Effective Nunc Pro Tunc to the Petition Date; and (II) Granting Related Relief filed by Maricopa County Treasurer [Docket No. 161; Filed 3/18/2020]

Status:    This matter has been continued to a date to be determined. Maricopa County Treasurer to withdraw objection. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

9. Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business; and (II) Granting Related Relief [Docket No. 126; Filed 3/13/2020]

Response Deadline:    March 27, 2020 at 4:00 p.m.

Responses Received:    Informal comments received from the Office of the United States Trustee.

Status:    This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

10. Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals; and (II) Granting Related Relief [Docket No. 128; Filed 3/13/2020] Related Documents:

Response Deadline:    March 27, 2020 at 4:00 p.m.

Responses Received:    Informal comments received from the Office of the United States Trustee.

Status: This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

11. Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel for the Debtors Effective as of the Petition Date [Docket No. 131; Filed 3/13/2020]

    Response Deadline: March 27, 2020 at 4:00 p.m.

    Responses Received: Informal comments received from the Office of the United States Trustee.

    Status: This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

12. Application of Debtors for Entry of an Order, Authorizing the Retention and Employment of M-III Advisory Partners, LP as Financial Advisor for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 132; Filed 3/13/2020]

    Response Deadline: March 27, 2020 at 4:00 p.m.

    Responses Received: Informal comments received from the Office of the United States Trustee.

    Status: This matter has been continued to a date to be determined. To the extent the Debtors are able, the Debtors intend to file a Certification of Counsel with a proposed revised order.

UNCONTESTED MATTERS WITH A COC/CNO:

13. Application of Debtors for Order Authorizing the Employment and Retention of Prime Clerk LLC as Administrative Advisor [Docket No. 129; Filed 3/13/2020]

    Related Documents:

    A. Certificate of No Objection Regarding Docket No. 129 [Docket No. 232; Filed 4/1/2020]

    B. Proposed Order

    Status: A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court. **An Order has been entered on this matter at Docket No. 238.**

14.     Application of Debtors for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of The Bankruptcy Code, (I) Authorizing the Retention and Employment of Configure Partners, LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date; (II) Waiving Certain Information Requirements Imposed by Local Rule 2016-2; and (III) Granting Related Relief [Docket No. 130; Filed 3/13/2020]

      Related Documents:

          A.     Supplemental Declaration of Vineet Batra in Support of Application of Debtors for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, (I) Authorizing the Retention and Employment of Configure Partners, LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date; (II) Waiving Certain Information Requirements Imposed by Local Rule 2016-2; and (III) Granting Related Relief [Docket No. 226; Filed 3/31/2020]

          B.     Certification of Counsel Regarding Docket No. 130 [Docket No. 227; Filed 3/31/2020]

          C.     Proposed Order

      Status:     A Certification of Counsel has been filed. This matter is going forward unless otherwise directed by the Court. **An Order has been entered on this matter at Docket No. 236.**

15.     Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Delaware Co-Counsel for the Debtors Effective as of the Petition Date [Docket No. 133; Filed 3/13/2020]

      Related Documents:

          A.     Certification of No Objection [Docket No. 233; Filed 4/1/2020]

          B.     Proposed Order.

      Status:     A Certification of No Objection has been filed. This matter is going forward unless otherwise directed by the Court. **An Order has been entered on this matter at Docket No. 237.**

| | |
|---|---|
| Dated: April 1, 2020<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Morton R. Branzburg<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 569-2700<br>Facsimile: (215) 568-6603<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Steven J. Reisman (admitted *pro hac vice*)<br>Bryan M. Kotliar (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8876<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Peter A. Siddiqui (admitted *pro hac vice*)<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br><br>*Proposed Attorneys for the Debtors*<br>*and Debtors in Possession* |