**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CRAFTWORKS PARENT, LLC,** *et al.*, | : | **Case No. 20-10475 (BLS)** |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

### AMENDED NOTICE OF REJECTION OF CERTAIN UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on March 30, 2020, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the Order Establishing Temporary Procedures and Granting Related Relief [Docket No. 217] (the "Order"), authorizing and approving, among other things, procedures for the Debtors to reject unexpired leases (each a "Lease").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order and by this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Lease set forth on **Schedule 1** attached hereto is hereby rejected effective as of the date (the "Rejection Date") set forth in **Schedule 1**, or such other date as the Debtors and the counterparty or counterparties to such Lease(s) agree. Attached as **Exhibit 1** is a redline showing changes to the original notice filed at Docket No. 296.

**PLEASE TAKE FURTHER NOTICE** that, parties seeking to object to the Debtors' rejection of any Leases listed in **Schedule 1** must file and serve a written objection, so that such objection is filed with the Court and is *actually received* no later than **4:00 p.m. (prevailing Eastern Time) on April 24, 2020** (the "Objection Deadline"), upon the following parties: (i) counsel to the Debtors, Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022, Attn: Steven J. Reisman, Esq. (sreisman@katten.com) and Bryan M. Kotliar, Esq.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 2981 Sidco Drive, Nashville, TN 37204.

(bryan.kotliar@katten.com); (ii) Delaware co-counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti, Esq. (DPacitti@klehr.com) and Michael W. Yurkewicz, Esq. (MYurkewicz@klehr.com); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Linda Casey, Esq. (linda.casey@usdoj.gov); (iv) proposed counsel for the Committee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: Bradford J. Sandler, Esq. (bsandler@pszjlaw.com), Robert J. Feinstein, Esq. (rfeinstein@pszjlaw.com) and Colin R. Robinson, Esq. (crobinson@pszjlaw.com), and; (v) counsel for the DIP Agent, King & Spalding LLP, 1180 Peachtree Street NE, Atlanta, GA 30309, Attn: W. Austin Jowers, Esq. (ajowers@kslaw.com) and 1185 6th Avenue, New York, NY 10036, Attn: Michael R. Handler, Esq. (mhandler@kslaw.com); and (vi) counsel for the Prepetition Second Lien Agent, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060, Attn: Jennifer Feldsher, Esq. (jennifer.feldsher@morganlewis.com) and Sula Fiszman, Esq. (sula.fiszman@morganlewis.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection to the rejection of any Lease being timely filed no later than the Objection Deadline as set forth in the preceding paragraph, the rejection of any Lease listed on **Schedule 1** shall become effective on the Rejection Date set forth in **Schedule 1** without further notice, hearing or order of this Court, unless (i) the Debtors withdraw such Rejection Notice on or prior to the Rejection Date or (ii) the Debtors and the pertinent counterparty or counterparties agree, prior to the Rejection Date, upon another such date.[2]

**PLEASE TAKE FURTHER NOTICE** that, if a timely objection to the rejection of any Lease listed on **Schedule 1** is timely filed and not withdrawn or resolved, the Debtors shall file a notice of hearing to consider the unresolved objection. If such objection is overruled or withdrawn, such Lease(s) shall be rejected as of the applicable Rejection Date set forth in Schedule 1 or such other date as the Debtors and the counterparty or counterparties to any such Lease agree.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if the Debtors have deposited monies with a Lease counterparty as a security deposit or other arrangement, the Lease counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Lease(s) otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert any claim(s) arising out of the rejection of your Lease(s) listed on **Schedule 1**, you must do so before the later of (i) the deadline for filing proofs of claim established in the Chapter 11 Cases, if any, and (ii) 30 days after the latest of (A) the objection deadline for this Notice, if no objection is filed or (B) the date that all such filed objections have either been overruled or withdrawn. **IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED,**

---

[2] An objection to the rejection of any particular Lease listed in Schedule 1 to this Rejection Notice shall not constitute an objection to the rejection of any other Lease listed in Schedule 1. Any objection to the rejection of any particular Lease must state with specificity the Lease to which it is directed. For each particular Lease whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Order.

**ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.**

*[Rest of page left intentionally blank]*

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and orders referenced herein can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' notice and claims agent, PrimeClerk, LLC, at http://cases.primeclerk.com/craftworks. Further information may be obtained by calling PrimeClerk, LLC at: 877-720-6590 (toll-free; domestic) or 646-979-4413 (international) or emailing at craftworksinfo@primeclerk.com.

| | |
|---|---|
| Dated: April 23, 2020<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193 |

-and-

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Morton R. Branzburg (admitted *pro hac vice*)
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (admitted *pro hac vice*)
Bryan M. Kotliar (admitted *pro hac vice*)
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8876

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Debtors*
*and Debtors in Possession*

## SCHEDULE 1

## Rejected Leases

| Lease | Debtors(s) Party to Lease | Counterparty Name and Address | Rejection Date[1] | Description of Property Subject to Rejected Lease (if applicable) |
|---|---|---|---|---|
| Nashville, TN Main Office (Sublease) | Logan's Roadhouse, Inc. | PatientCredit, Inc. 3011 Armory Drive, Suite 320 Nashville, TN 37024 | April 17, 2020 | 3011 Armory Dr., Suite 320 Nashville, TN 37024 |
| LR Chattanooga (Gun Barrel) (Store #309) (Parent) | Logan's Roadhouse, Inc. | Sang S. Yi and Young Ae Yi 3310 Bob Wallace Ave SW Huntsville, AL 35805 | April 17, 2020 | 2119 Gunbarrel Rd. Chattanooga, TN 37421 |
| LR Chattanooga (Gun Barrel) (Store #309) (Sublease) | Logan's Roadhouse, Inc. | Miller's Ale House, Inc. 5750 Major Boulevard Suite 400 Orlando, FL 32819 | April 17, 2020 | 2119 Gunbarrel Rd. Chattanooga, TN 37421 |
| LR Tulsa (Store #430) (Parent) | Logan's Roadhouse, Inc. | Specialty Restaurant Group, LLC 150 W. Church Avenue Maryville, TN 37801 | April 17, 2020 | 9026 E. 71st St. Tulsa, OK 74133 |
| LR Tulsa (Store #430) (Sublease) | Logan's Roadhouse, Inc. | Bear Tracks Holdings, LLC 1880 Shasta Street Redding, CA 96001 | April 17, 2020 | 9026 E. 71st St. Tulsa, OK 74133 |

---

[1] In the event the premises are not surrendered by the dates listed, the Rejection Date shall be that date on which the Debtors relinquish control of the premises by notifying the affected landlord in writing of the Debtors' surrender of the premises and (1) turn over keys, key codes, and security codes, if any, to the affected landlord or (2) notify the affected landlord in writing that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.  Order ¶ 2(a)(iv).

| Lease | Debtors(s) Party to Lease | Counterparty Name and Address | Rejection Date[1] | Description of Property Subject to Rejected Lease (if applicable) |
|---|---|---|---|---|
| LR Humble (Store #523) (Parent) | Logan's Roadhouse, Inc. | Specialty Restaurant Group, LLC<br>150 W. Church Avenue<br>Maryville, TN 37801 | April 17, 2020 | 9510 F.M. 1960 Bypass<br>Humble, TX 77338 |
| LR Humble (Store #523) (Sublease) | Logan's Roadhouse, Inc. | Bear Tracks Holdings, LLC<br>1880 Shasta Street<br>Redding, CA 96001 | April 17, 2020 | 9510 F.M. 1960 Bypass<br>Humble, TX 77338 |
| RB Indianapolis (Store #1062) | Walnut Brewery, Inc. | Two North Meridian Company<br>10 South New Jersey Street<br>Suite 100<br>Indianapolis, IN 46204-2633 | April 17, 2020 | 10 West Washington St.<br>Indianapolis, IN 46204 |
| SB Sing Sing (Store # 2002) (Parent) | Walnut Brewery, Inc. | Thermo Union Pacific, LLC<br>1735 19th Street, 2nd Floor<br>Denver, CO 80202 | April 17, 2020 | 1735 19th Street, Space LL-1<br>Denver, CO 80202 |
| SB Sing Sing (Store # 2002) (Sublease) | Walnut Brewery, Inc. | Howl Denver, LLC<br>c/o Howl USA, LLC<br>30 West Hubbard<br>Suite 200<br>Chicago, IL 60654 | April 17, 2020 | 1735 19th Street, Space LL-1<br>Denver, CO 80202 |

2

**Exhibit 1**

**Redline to Filed Notice**

## SCHEDULE 1

## Rejected Leases

| Lease | Debtors(s) Party to Lease | Counterparty Name and Address | Rejection Date[1] | Description of Property Subject to Rejected Lease (if applicable) |
|---|---|---|---|---|
| Nashville, TN Main Office (Sublease) | Logan's Roadhouse, Inc. | PatientCredit, Inc. 3011 Armory Drive, Suite 320 Nashville, TN 37024 | April 17, 2020 | 3011 Armory Dr., Suite 320 Nashville, TN 37024 |
| LR Chattanooga (Gun Barrel) (Store #309) (Parent) | Logan's Roadhouse, Inc. | Sang S. Yi and Young Ae Yi 3310 Bob Wallace Ave SW Huntsville, AL 35805 | April 17, 2020 | 2119 Gunbarrel Rd. Chattanooga, TN 37421 |
| LR Chattanooga (Gun Barrel) (Store #309) (Sublease) | Logan's Roadhouse, Inc. | Miller's Ale House, Inc. 5750 Major Boulevard Suite 400 Orlando, FL 32819 | April 17, 2020 | 2119 Gunbarrel Rd. Chattanooga, TN 37421 |
| ~~LR Nashville (Store #323) (Parent)~~ | ~~Logan's Roadhouse, Inc.~~ | ~~RMR Investment Company, LLC 1665 Jenkinsville-Jamestown Road Dyersburg, TN 68024~~ | ~~April 17, 2020~~ | ~~2400 and 2404 Elliston Place Nashville, TN 37203~~ |
| ~~LR Nashville (Store #323) (Sublease)~~ | ~~Logan's Roadhouse, Inc.~~ | ~~Martins BBQ West End, LLC 2400 and 2404 Elliston Place Nashville, TN 37203~~ | ~~April 17, 2020~~ | ~~2400 and 2404 Elliston Place Nashville, TN 37203~~ |
| LR Tulsa (Store #430) (Parent) | Logan's Roadhouse, Inc. | Specialty Restaurant Group, LLC | April 17, 2020 | 9026 E. 71st St. Tulsa, OK 74133 |

[1]   In the event the premises are not surrendered by the dates listed, the Rejection Date shall be that date on which the Debtors relinquish control of the premises by notifying the affected landlord in writing of the Debtors' surrender of the premises and (1) turn over keys, key codes, and security codes, if any, to the affected landlord or (2) notify the affected landlord in writing that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.  Order ¶ 2(a)(iv).

| Lease | Debtors(s) Party to Lease | Counterparty Name and Address | Rejection Date[1] | Description of Property Subject to Rejected Lease (if applicable) |
|---|---|---|---|---|
| | | 150 W. Church Avenue<br>Maryville, TN 37801 | | |
| LR Tulsa (Store #430) (Sublease) | Logan's Roadhouse, Inc. | Bear Tracks Holdings, LLC<br>1880 Shasta Street<br>Redding, CA 96001 | April 17, 2020 | 9026 E. 71st St.<br>Tulsa, OK 74133 |
| LR Humble (Store #523) (Parent) | Logan's Roadhouse, Inc. | Specialty Restaurant Group, LLC<br>150 W. Church Avenue<br>Maryville, TN 37801 | April 17, 2020 | 9510 F.M. 1960 Bypass<br>Humble, TX 77338 |
| LR Humble (Store #523) (Sublease) | Logan's Roadhouse, Inc. | Bear Tracks Holdings, LLC<br>1880 Shasta Street<br>Redding, CA 96001 | April 17, 2020 | 9510 F.M. 1960 Bypass<br>Humble, TX 77338 |
| RB Indianapolis (Store #1062) | Walnut Brewery, Inc. | Two North Meridian Company<br>10 South New Jersey Street<br>Suite 100<br>Indianapolis, IN 46204-2633 | April 17, 2020 | 10 West Washington St.<br>Indianapolis, IN 46204 |
| SB Sing Sing (Store # 2002) (Parent) | Walnut Brewery, Inc. | Thermo Union Pacific, LLC<br>1735 19th Street, 2nd Floor<br>Denver, CO 80202 | April 17, 2020 | 1735 19th Street, Space LL-1<br>Denver, CO 80202 |
| SB Sing Sing (Store # 2002) (Sublease) | Walnut Brewery, Inc. | Howl Denver, LLC<br>c/o Howl USA, LLC<br>30 West Hubbard<br>Suite 200<br>Chicago, IL 60654 | April 17, 2020 | 1735 19th Street, Space LL-1<br>Denver, CO 80202 |