**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*,[1] | ) ) ) | Case No. 20-10475 (BLS) |
|  | ) ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC STATUS CONFERENCE ON APRIL 29, 2020 AT 11:30 A.M. (PREVAILING EASTERN TIME)[2]**

1. Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 11; Filed 3/3/2020]

    Related Documents:

    A. Interim Order Approving Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secure Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 79; Filed 3/5/2020]

    B. Notice of Proposed Final Order: (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (866-533-2946).

      Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; and (V) Granting Related Relief [Docket No. 98; Filed 3/6/2020]

C. Motion to Supplement DIP Motion and for (I) Entry of Further Modified Interim Order and (II) Related Relief [Docket No. 206; Filed 3/27/2020]

D. Motion of Debtors for Entry of an Order Shortening the Notice Period for Motion to Supplement DIP Motion and for (I) Entry of Further Modified Interim Order and (II) Related Relief [Docket No. 207; Filed 3/27/2020]

E. Order Approving Order Shortening the Notice Period for Motion to Supplement DIP Motion and for (I) Entry of Further Modified Interim Order and (II) Related Relief [Docket No. 220; Filed 3/30/2020]

F. Notice of Telephonic Hearing Regarding DIP Supplement Motion [Docket No. 221; Filed 3/30/2020]

G. Declaration of Colin M. Adams in Support of Motion to Supplement DIP Motion and for (I) Entry of Further Modified Interim Order and (II) Related Relief [Docket No. 229; Filed 4/1/2020]

H. Second Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties and (V) Granting Related Relief [Docket No. 247; Filed 4/2/2020]

I. Notice of Telephonic Hearing Regarding DIP Supplement Motion [Docket No. 252; Filed 4/3/2020]

Response Deadline:

Responses Received:    Informal comments were received from the U.S. Trustee, Wells Fargo Bank, National Association and ACE American Insurance Company.

A. Objection to the Notice of Proposed Final Order: (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; and (V) Granting Related Relief filed by Texas Taxing Authorities [Docket No. 106; Filed 3/11/2020]

B. Objection to Notice of Proposed Final Order: (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and

        Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; and (V) Granting Related Relief filed by Maricopa County Treasurer [Docket No. 162; Filed 3/18/2020]

C.      Objection of Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGIM Real Estate, Primestor Development, Inc., Realty Income Corporation, Spirit Realty Capital, Starwood Retail Partners LLC, Store Master Funding VIII, LLC, The Macerich Company, and YTC Mall Owner, LLC to Motion of Debtors for Interim and Final Order (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 202; Filed 3/26/2020]

D.      Limited Objection of Crackerneck West Retail LLC to the Motion of Debtors for Interim and Final Order (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 208; Filed 3/27/2020]

E.      Joinder of WRI Ridgeway, LLC and Weingarten Sheriden, LLC to Limited Objection to Postpetition Financing Motion (Docket 202) [Docket No. 209; Filed 3/27/2020]

F.      Joinder to the Limited Objection of Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGIM Real Estate, Primestor Development, Inc., Realty Income Corporation, Spirit Realty Capital, Starwood Retail Partners LLC, Store Master Funding VIII, LLC, The Macerich Company, and YTC Mall Owner, LLC to Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superiority Administrative Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Scheduling a Final Hearing; and, (IV) Granting Related Relief [Docket No. 218; Filed 3/30/2020]

G.      Limited Objection of Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGIM Real Estate, Primestor Development, Inc., Realty Income Corporation, RKL 5912 Logan's, LLC, Spirit Realty Partners LLC, Store Master Funding VIII, LLC, the Macerich Company, and YTC Mall Owner, LLC to Motion to Supplement DIP Motion and for (I) Entry of

        Further Modified Interim Order and (II) Related Relief [Docket No. 228; Filed 4/1/2020]

H.    Joinder of Crackerneck West Retail LLC to Limited Objection of Brixmore Operating Partnership LP and other landlords to the Motion to Supplement DIP Motion and for (I) Entry of Further Modified Interim Order and (II) Related Relief [Docket No. 230; Filed 4/1/2020]

Status:    This matter is going forward as a status conference.

Dated: April 27, 2020
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

-and-

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Morton R. Branzburg
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (admitted *pro hac vice*)
Bryan M. Kotliar (admitted *pro hac vice*)
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8876

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Debtors and Debtors in Possession*