## Exhibit B

**Griffin Declaration**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **CRAFTWORKS PARENT, LLC,** *et al.*, | : | **Case No. 20-10475 (BLS)** |
|  | : |  |
| **Debtors.**[1] | : | **(Jointly Administered)** |
|  | : |  |

### DECLARATION OF T. PARKER GRIFFIN, JR. IN
### SUPPORT OF THE APPLICATION OF DEBTORS FOR
### ENTRY OF AN ORDER AUTHORIZING THE RETENTION
### AND EMPLOYMENT OF BRADLEY ARANT BOULT CUMMINGS LLP AS
### SPECIAL COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO APRIL 17, 2020

I, T. PARKER GRIFFIN, JR., being duly sworn, state the following under penalty of perjury:

1.    I am a partner of the law firm of Bradley Arant Boult Cummings LLP ("Bradley"), located at 1819 Fifth Avenue North, Birmingham, Alabama 35203.  If approved by the Court, I will be one of the attorneys from Bradley representing the Debtors as special counsel in the above-captioned chapter 11 cases (the "Chapter 11 Cases").  I am a member in good standing of the Bar of the State of Alabama.  There are no disciplinary proceedings pending against me.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 2981 Sidco Drive, Nashville, TN 38204.

2.       I submit this declaration (the "Declaration") in support of the *Application for Entry of an Order Authorizing the Retention and Employment of Bradley Arant Boult Cummings LLP as Special Counsel for the Debtors Nunc Pro Tunc to April 17, 2020*, filed contemporaneously herewith (the "Application").[2]

3.       Except as otherwise noted,[3] I have personal knowledge of the matters set forth herein. To the extent any information disclosed herein requires amendment or modification upon Bradley's completion of further review, or as additional party in interest information is provided to Bradley, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

## BRADLEY'S QUALIFICATIONS

4.       Bradley is a full service law firm with approximately 550 attorneys and 10 offices located in the United States, with 252 attorneys listed in The Best Lawyers in America, 95 attorneys listed in Chambers USA, and 42 attorneys recognized by the American Colleges. Bradley is a national law firm known for providing skilled legal work and exceptional client service, representing clients on a regional, national and international basis.

5.       The Debtors seek to retain Bradley because of Bradley's recognized expertise in the field of real estate, which includes a multi-office bench of skilled real estate attorneys with experience in commercial real estate and leasing transactions, regularly serving as counsel to both landlords and tenants in the lease negotiation and drafting process.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

[3]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Bradley and are based on information provided by them.

31.     Bradley understands the Debtors' businesses, the importance of the lease amendments to these Chapter 11 Cases, and the types of legal issues that may arise in the context of drafting the lease amendments, and Bradley has formed a team to timely and efficiently meet the Debtors' needs.   Bradley also possesses extensive experience in the field of business reorganizations and has served as debtor's counsel in numerous cases filed under chapter 11 of the Bankruptcy Code, which, when coupled with Bradley's experience in commercial lease transactions, makes Bradley well suited to serve as special real estate counsel in these Chapter 11 Cases.  I believe that Bradley is both well-qualified and uniquely able to represent the Debtors in the leasing project in these Chapter 11 Cases in an efficient and timely manner.

## SERVICES TO BE PROVIDED

6.     As has been represented to Bradley by the Debtors, one of the most important and time-sensitive tasks currently in these Chapter 11 Cases is the drafting of lease amendments for potentially hundreds of the Debtors' existing leases, for which the Debtors seek to retain Bradley as special real estate counsel.

7.     Subject to further order of this Court, and consistent with the Engagement Agreement, Bradley will serve as special real estate counsel to draft lease amendments (the "Lease Amendments") to existing leases of the Debtors (the "Leases") based on deal terms negotiated by the Debtors' real estate consultant (Hilco Real Estate) and approved by the Debtors (the "Approved Deal Terms").     Bradley's engagement as to each Lease Amendment accepted under the Engagement Agreement shall end upon the earlier of (a) the Debtors receiving a fully executed Lease Amendment, (b) the Debtors advising Bradley that the Debtors no longer seek to pursue that Lease Amendment or that an impasse has occurred in the amendment negotiations between the Debtors and the counter-party landlord, or (c) the Court's entry of an order approving the

3

assumption, assumption and assignment, or rejection of the Lease relating to the Lease Amendment (the "Services Termination Conditions").

8.      It is necessary for the Debtors to employ attorneys to render the foregoing professional services. I have advised the Debtors of Bradley's desire and willingness to act as special real estate counsel for the Debtors in these Chapter 11 Cases to prepare the Lease Amendments.  Bradley's services shall complement, and not duplicate, the services to be rendered by the Debtors' other professionals previously retained in these Chapter 11 Cases.

## **PROFESSIONAL COMPENSATION**

9.      As provided for in the Engagement Letter, Bradley's requested compensation for professional services as special counsel to the Debtors (once retained pursuant to Section 327(e) and 328(a) of the Bankruptcy Code) will be based on a fixed, alternative fee of $1,700.00 per Lease Amendment. Notwithstanding the Services Termination Conditions, each fixed fee will be earned under the terms of the Engagement Letter (a) once Bradley has drafted and delivered to the Debtors a Lease Amendment incorporating the Approved Deal Terms, or (b) if the initial draft of the Lease Amendment has been prepared by the counter-party landlord, once Bradley has revised and edited the Lease Amendment to incorporate the Approved Deal Terms and delivered the same to the Debtors; provided, however, that Bradley shall not be paid for any Lease Amendments prepared by other counsel for the Debtors.

10.      Bradley intends to apply to the Court for allowance of the aforementioned fixed, alternative fee compensation for professional services rendered as special counsel in these Chapter 11 cases, subject to the Court's approval in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§ 330 for Attorneys in Large Chapter 11 Cases dated June 11, 2013 (the "UST Guidelines"), and any other applicable procedures and orders of this Court.  Notwithstanding the aforementioned fixed, alternative fee arrangement, Bradley will maintain time records for its work performed on the Lease Amendment matters and file such time records with the Bankruptcy Court if required by the Bankruptcy Court as part of any fee applications.

11.     I believe that the fee structure provided by Bradley is appropriate and not significantly different from (a) the rates that Bradley charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Bradley will perform in these Chapter 11 Cases.

## COMPENSATION RECEIVED BY BRADLEY FROM THE DEBTORS

12.     As of the Petition Date, the Debtors did not owe Bradley any amounts for legal services rendered before the Petition Date.

13.     Pursuant to Bankruptcy Rule 2016(b), Bradley has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Bradley, or (b) any compensation another person or party has received or may receive.

## STATEMENT REGARDING UST GUIDELINES

14.     Bradley shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with Debtors' Chapter 11 Cases in compliance with Sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court. Bradley also intends to make a reasonable effort to comply with the United States Trustee's requests for information and additional disclosures as set forth in the UST Guidelines, both in

connection with this Application and the interim and final fee applications to be filed by Bradley in the course of its engagement in these Chapter 11 Cases.

15.    The following is provided in response to the request for additional information set forth in Paragraph D.1. of the UST Guidelines:

a.    **Question**: *Did Bradley agree to any variations from, or alternatives to, Bradley's standard billing arrangements for this engagement?*

**Answer**: Yes.  While Bradley more typically bills on an hourly rate, Bradley and the Debtors have agreed to an alternative, fixed fee compensation structure as discussed in Paragraphs 9 through 11 herein.  The defined scope of services for which the Debtors seek to retain Bradley and the volume of Lease Amendments that the Debtors anticipate Bradley drafting supports the alternative, fixed fee compensation structure that has been agreed to by the parties.  Without limitation, this fixed-fee structure limits the Debtors' fees and expenses to $1,700.00 per Lease Amendment, provides a definitive way for the Debtors to keep track of its fees and expenses incurred in connection with the Lease Amendments, and incentivizes the efficient and timely drafting of the Lease Amendments.

b.    **Question**: *Do any of the Katten professionals in this engagement vary their rate based on the geographic location of Debtors' chapter 11 cases?*

**Answer**: No.  The alternative, fixed fee compensation structure agreed to by Bradley and the Debtors was not dependent upon or effected by the geographic location of these Chapter 11 Cases.

c.    **Question**: *If Bradley has represented the Debtors in the 12 months prepetition, disclose Bradley's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Bradley's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.*

**Answer**: No. Not applicable.

d.    **Question**: *Have the Debtors approved Bradley's budget and staffing plan, and, if so, for what budget period?*

**Answer**:  Yes, anticipating that the Debtors will ask Bradley to draft approximately 175 Lease Amendments on a fixed-fee arrangement of $1,700.00 per Lease Amendment, the Debtors' have or are in the process of approving an initial budget of $300,000 for Bradley's services to be provided as special counsel between April 17, 2020 and June 15, 2020.

## SCHEDULE 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of T. Parker Griffin, Jr. in Support of the Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Bradley Arant Boult Cummings LLC as Counsel for the Debtors Effective as of April 17, 2020* (the "Griffin Declaration").[1]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Bradley Arant Boult Cummings LLP reviewed each entity in its records, as more fully described in the Griffin Declaration, matching the incomplete or ambiguous name.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Griffin Declaration.

## BRADLEY'S DISINTERESTEDNESS

16.     In connection with its proposed retention as special counsel by the Debtors in these Chapter 11 Cases, Bradley has conducted a thorough conflicts analysis with respect to the below described individuals and entities that may be parties in interest in these Chapter 11 Cases.  To the best of my knowledge, and except as otherwise set forth herein, the partners, counsel and associates of Bradley do not hold or represent any interest adverse to the Debtors or the estates in relation to the services to be employed by Bradley under the Engagement Agreement.

17.     Bradley and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represents, individuals and entities that may be parties in interest in these Chapter 11 Cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these Chapter 11 Cases.

18.     Bradley obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases, and conducted searches as to those individuals and entities listed on **Schedule 1** hereto (the "Potential Parties in Interest").  Specifically, Bradley has searched in its electronic database for its connections to those individuals and entities listed on **Schedule 1**[4] hereto, organized by the following categories:

| **Schedule 1** | **Category** |
|---|---|
| 1(a) | Debtors |
| 1(b) | Current and Former Officers, Directors, and Managers |
| 1(c) | Banks/Lenders/UCC Lien Parties/Administrative Agents |
| 1(d) | Equity Holders |
| 1(e) | Landlords[5] |

---

[4] Bradley's inclusion of parties in the following Schedules is solely to illustrate Bradley's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

[5] Bradley did not search landlords whose leases have been rejected by the Debtors and for which Bradley will not be drafting Lease Amendments.  Bradley searched all other "active" landlords that (a) already have Approved Deal Terms for which the Debtors have requested Bradley draft Lease Amendments, or (b) whose leases have not been rejected and as to which the Debtors might ask Bradley to draft Lease Amendments at a later date.

| | |
|---|---|
| 1(f) | Top 75 Unsecured Creditors |
| 1(g) | Bankruptcy Professionals |
| 1(h) | Lenders' Professionals |
| 1(i) | U.S. Bankruptcy Court Judges (Delaware) |
| 1(j) | U.S. District Court Judges (Delaware) |
| 1(k) | U.S. Trustee (Delaware) |

19.     Any matches between Potential Parties in Interest and Bradley's client database were identified, together with the names of the respective Bradley personnel responsible for current or former matters for the identified entities.  Bradley attorneys then reviewed these matches and deleted obvious name coincidences and individuals or entities that were adverse to Bradley's clients in both this matter and the matters referenced on the list.

20.     To the best of my knowledge based on the review procedures described above, Bradley does not have any "connection" to the Potential Parties in Interest in these Chapter 11 Cases except as listed in **Schedule 2** annexed hereto, which are not, to my understanding disqualifying or problematic under Section 327(e) of the Bankruptcy Code.

21.     Listed on **Schedule 2** are the connections between Bradley and other Potential Parties in Interest that were identified during Bradley's review process and which are grouped according to former and current clients, where current clients are those clients for whom Bradley has active and ongoing matters.  Importantly, Bradley has obtained conflict waivers from all of the landlords that are identified as current clients (and who Bradley represents in unrelated matters), pursuant to which those landlords have consented to Bradley's representation of the Debtors for purposes of drafting the Lease Amendments.  Moreover, the Debtors have informed Bradley that other counsel will represent the Debtors as necessary with respect to matters related to the other parties identified as Bradley's current clients on **Schedule 2**.  Additional details regarding connections identified in **Schedule 2** are included in the disclosures in the Engagement Agreement and incorporated by reference herein.

8

22.     It is possible that the information in **<u>Schedule 1</u>** may change during the pendency of these Chapter 11 Cases.  Bradley will review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflict or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise or to the extent other conflicts arise during the course of Bradley's employment, Bradley will use reasonable efforts to identify the same and will promptly file a supplemental declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated:  May 1, 2020                              Respectfully submitted,
            Birmingham, AL

                                                 */s/ T. Parker Griffin, Jr.*
                                                 T. PARKER GRIFFIN, JR.
                                                 Partner, Bradley Arant Boult Cummings LLP

## **SCHEDULE 1**

The following lists contain the names of reviewed entities as described more fully in the *Declaration of T. Parker Griffin, Jr. in Support of the Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Bradley Arant Boult Cummings LLC as Counsel for the Debtors Effective as of April 17, 2020* (the "Griffin Declaration").[1]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Bradley Arant Boult Cummings LLP reviewed each entity in its records, as more fully described in the Griffin Declaration, matching the incomplete or ambiguous name.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Griffin Declaration.

## <u>SCHEDULE 1</u>

**List of Schedules**

| <u>Schedule</u> | <u>Category</u> |
|---|---|
| 1(a) | Debtors |
| 1(b) | Current and Former Officers, Directors and Managers |
| 1(c) | Banks/Lender/UCC Lien Parties/Administrative Agents |
| 1(d) | Equity Holders |
| 1(e) | Landlords |
| 1(f) | Top 75 Unsecured Creditors |
| 1(g) | Bankruptcy Professionals |
| 1(h) | Lenders' Professionals |
| 1(i) | U.S. Bankruptcy Judges in the District of Delaware |
| 1(j) | U.S. District Court Judges in the District of Delaware |
| 1(k) | U.S. Trustee for the District of Delaware |

## SCHEDULE 1(a)

### Debtors

Big River Breweries, Inc.
Brew Moon Colorado, Inc.
Chophouse License, LLC
Craft Brewery Holding, Inc.
CraftWorks Holdings, LLC
CraftWorks Intermediate Co, LLC
CraftWorks Parent, LLC
CraftWorks Restaurants & Breweries Group, Inc.
CraftWorks Restaurants & Breweries, Inc.
CraftWorks Restaurants & Breweries, LLC
GB Acquisition, Inc.
GB Franchise, LLC
GB Kansas, LLC
GB Maryland, Inc.
GB Parent, Inc.
GBBR Texas, Inc.
Gordon Biersch Brewery Restaurant Group, Inc.
Harbor East Brewery, LLC
Logan's Restaurants, Inc.
Logan's Roadhouse of Kansas, Inc.
Logan's Roadhouse of Texas, Inc.
Logan's Roadhouse, Inc.
LRI Holdings, Inc.
Old Chicago Franchising LLC
Old Chicago of Colorado, Inc.
Old Chicago of Kansas, Inc.
Old Chicago Oregon, LLC
Old Chicago Parker Crossing, Inc.
Old Chicago Taproom, LLC
Old Chicago Westminster, Inc.
Roadhouse Intermediate Inc.
Roadhouse Midco Inc.
Roadhouse Parent Inc.
Rock Bottom Arizona, Inc.
Rock Bottom License, LLC
Rock Bottom of Minneapolis, Inc.
Wadsworth Old Chicago, Inc.
Walnut Brewery, Inc.

## <u>SCHEDULE 1(b)</u>

**Current and Former Officers, Directors and Managers**

Abhi Modi
Bao Truong
Bill Streitberger
Brian Morrow
Courtney Mowry
David Lux
Doug Benham
Frank Day
Fred Beilstein
Hazem Ouf
Jason Mozingo
Jeff Hopmayer
Jim Lebs
Jonathan Foster
Kelly Sellers
Ken Siegel
Mike Mrlik II
Rebecca Foster
Srinivas Kumar
Wayne Jones
Mark Smith
Jonathan Childs

## SCHEDULE 1(c)

### Banks/Lenders/UCC Lien Parties/Administrative Agents

Bank of America, N.A.
BCT Bank
Citizens Bank, N.A.
Coöperatieve Rabobank U.A., New York Branch
(f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Rabobank Neerland, New York Branch)"
CTI Bank, N.A.
DBDB Funding LLC
Drawbridge Special Opportunities Fund LP
Fifth Third Bank
FLF I Holdings Finance L.P.
Fortress Credit Co LLC
Fortress Credit Opportunities IX CLO Limited
Fortress Credit Opportunities VI CLO Limited
Fortress Credit Opportunities VII CLO Limited
Fortress Credit Opportunities XI CLO Limited
Fortress Lending I Holdings L.P.
Hewlett Packard Financial Services Company
JP Morgan Chase
Keybank National Association
Regions Financial Corporation
Suntrust Bank
US Bank
VAR Resources, LLC
Webster Bank, N.A.
Wells Fargo Bank, National Association

## <u>SCHEDULE 1(d)</u>

### Equity Holders

Centerbridge Capital Partners AIV I, L.P.
Centerbridge Capital Partners B Co-Investment, L.P.
Centerbridge Capital Partners SBS, L.P.
Centerbridge Capital Partners Strategic AIV I, L.P.
Centerbridge Partners, L.P.

## SCHEDULE 1(e)

### Landlords

1 King LLC & CHW, LLC
1280 South Colorado Boulevard LLC
1315 ORANGE LLC
1734 Partners, LLC
1801 West Parmer Lane LLC
240 Conference Associates, LLC
39605 Ford Road Owner LLC
501 Albertoni, LLC
518 Laurel, L.L.C.
75-82-319 Intersection, LLC
88th & Wadsworth (SWC), LLC
ADN Realty Evansville IN, LLC
AGA Pueblo LLC
Akin Holdings V Gadsden LLC
Allen Brothers Milling Company
Annapolis Town Center at Parole LLC
Arapahoe Crossings, L.P.
ARC CAFEUSA001, LLC
Arellano Properties II
Arista Place, LLC
Arizona LLC
Armory Hill Oaks, LLC
Arnall Golden Gregory LLP
Arthur Wong
BACKWARDS BUILDING, LLC
BAI Rivergate, LLC
Bear Properties, Inc.
Beautiful, L.L.C.
BEI-BEACH LLC
Biloxi Creek LTD
Blair Manassass, LLC
Blazon, LTD
Blue Mountain IPG Associates, LP
Boise Mall, LLC
BRE Retail Residual Owner 6, LLC
Broadway Jones Properties, LLC
Bruce Sanft
Burleson Gateway Station Limited Partnership
Capricorn, LTD.
Cardinal & Gold IV, LLC
CBL Entertainment Parcel, LLC
CCP Logan Waco, LP

CCP Logan Wax LP
CCP Logan W-FORD LP
Cedargrove Opportunities, LLC
Centerra Ground Leases, LLC
CNL Net Lease Funding 2003, LLC
Cole LR Bristol VA LLC
Cole LR Florence AL DST
Cole LR Martinsburg WV, LLC
Cole LR Troy OH, LLC
Cole LR Tuscaloosa AL DST
Colorado Plaza on Union, LLC
Constance S. Foster
Crackerneck West Retail, LLC
Craddock Development
Crain Management Group, LLC
Cressy Land Planning Association
Dakota UPREIT Limited Partnership
Dalton Mall, LLC
Dauzat Investments, LLC
David E. Carpenter
Daytona Beach Property Holdings Retail, LLC
DDR Corp.
DDRA Tanasbourne Town Center LLC
Disney Vacation Development, Inc.
Dothan Pavilion Group, LLC
DPM SPE Southgate LLC
DRK College Hills, LLC
Drury Development
Drury Development Corporate
Drury Development Corporation
DSW JR Tucson Retail Owner, LLC
Dulcet, LLC
EK 2013 Pensacola, LLC
Elaine C. Wong
Ellis & Winters LLP
EPR Properties
Equity Office Management, L.L.C.
Eugene B. Weisman
Eugene B. Weisman Revocable Living Trust, an Illinois trust
Evin-Broomfield, LLC
Evin-Grand Junction, LLC
Evin-Greeley, LLC
Excel Trust, L.P.
F&P Investments LP
Fayette Development Property, LLC
Federal Realty Investment Trust

Fertitta Enterprises
Fifth Third Company
Finklestein Commercial Properties, LLC
FirstBank Holding Company
First and Main, LLC
Flatiron Property Holding, L.L.C.
Flemming Hjorting
Flowood MS Retail Investors, LP
FPACP3 Watertower, LLC
G&H Development, LLC
G&I VI Promenade, LLC
Gadsden Motor Inn
Gateway Washington Inc.
Geenen Dekock Properties
Genesee Valley Center
GLS Portage Limited Liability
GR Marketplace
Hamilton Place CMBS, LLC
Hamilton Place CMBS, LLC.
HAP Property Owner LP
HAP Property Owner, L.P.
Harkavy Shainberg Kaplan PLC
Harmony Entrance, LLC
Health Properties Investment, Inc.
Highlands Property Management, LLC
Highway 150 LLC
Hixson Mall, LLC
Independence Plaza Investment Group, Inc.
Inland Diversified Real Estate Service, LLC
IRC Retail Centers
Janus Investments, LLC
J.C.C.M. Properties, Inc.
Jazz Casino Company, L.L.C.
Jefferson Pointe SPE, LLC
Jemal's Phillip's, LLC
JMCR Sherman, LLC
John Hancock Life Insurance Company (U.S.A.)
Jonathan Cyprien Investments, LLC
Jones Lang LaSalle Americas, Inc.
KBS Legacy Partners Water Tower LLC
Kevin P. Eltife
Klauer Enterprises, LLC
KPE Longhorn, LLC
KSK Scotsdale Mall LP
La Frontera Village, LP
Lagomorph, L.L.C.

Lance Brendan Young
Lawrence D Limited Partnership
LBX Fultondale, LLC
Lineberry Properties, Inc.
Lion Orland Park LLC
LLOYD CROSSING SHOPPING CENTER LLC
Lloyd Crossing Shopping Center, LLC
Logans Jones, LLC
Loizu Investment, LLC
Louisville Galleria, LLC
LPF One Hundred Oaks, Inc.
LSREF3 Spartan (Genessee) LLC
Lux/Day Northport, LTD.
M & J Wilkow Properties, LLC
M&F Athens II, LLC
Maidstone Tulsa, LLC
Manchester Equities, LP
Marine Iron & Ship Building
Mary LeFriant
Matthew T. Myren Trust, an Iowa trust
Mayhill Partners, LP
MB Rockford State, L.L.C.
MCIF Wanamaker Crossing, LLC
Midtown Investments, LP
Miller Land Partnership, L.P.
Miriam Weisman Revocable Living Trust, an Illinois trust
Mission Center Partners, LLC
Morris and Gloria Sobhani
Molly Sue Fillinger Individual Trust, an Iowa trust
National Retail Properties LP
Nor'wood Ltd.
NTS Bluegrass Commonwealth Park
OCI Holdings, LLC
OCI RE Cool Springs Partners, LLC
Pacific Retail Capital Partners
Patricia Lester Clowdus
Parkdale Crossing Limited Partnership
PGIM Law Department
Plainfield Lot 2 LLC
Plaza 205 GRF2, LLC
Potter Minton
Pruneyard Regency, LLC
Rainier UTC Acquisitions, LLC
Ramco Jacksonville, LLC
Ramco-Gershenson LP
Ranier Stony Creek Acquisitions, LLC

RC Amarillo Inv, LLC
RED Capital Management Holdings
Regency Centers Corporation
Regency Centers, L.P.
Resource Holdings, LLC
Retail Partners 153, LLC
Retail Partners Murfreesboro
RIVER BANK PLAZA
RKL 5912 Logan's, LLC
RMRTN, LLC
ROTH INVESTMENT COMPANY
Rouse Properties, Inc.
Royal Casino Corp
Royal Coachman LLC
RWB Bessemer LR 2019 Exchange, LLC
S&K Enterprise
Sang S. Yi & Young Ae Yi
Savelle Realty Holdings, LLC
SC Springfield Group, LLC
Scott A. Young
SCV Fund I, LLC
SE Building, LLC
Shervoss Company, Inc.
Short Pump Town Center, LLC
Simon Property Group
Simon Property Group, L.P.
SOF-IX PB OWNER, L.P.
Sooner Town Center, LLC
South End Apts, Inc.
Southcoast Capital Partners, Ltd.
Spinnaker Investments II, LLC
Spinoso Real Estate Group
Spirit LR Johnson City TN, LLC
Spirit SPE Loan Portfolio 2013-2, LLC
SPM Real Estate Florence, LLC
Store Master Funding VIII LLC
The Market Common
The Niki Group, LLC
The Promenade at Bolingbrook
The Robert Davies Volk Living Trust U/T/D August 7, 1997
The Waterfront Management Office
The Wheatley Family Trust
Theatre District, LLC
Thermo Union Pacific LLC
THF Conway Commons
THF Prairie Center Perm One, LLC

THF-D Charleston Development
Thomas P. Stoltman, Esq.
Thomson Walker, LLC
Tower 111 Broadway, LLC
Town and Country Shopping Centers
TR LaSalle Plaza, LLC
Trademark Property Company
Twenty Mill Road LLC
Two North Meridian Co.
Tysons Corner Holdings LLC
Valley Road Properties, LLC
Vaquero MG Presidio Partners II, LP
W. Michael Clowdus
W R Logan's, LLC
Waldrop and Waldrop, LLC
Walt Disney World Co.
Walter Scott
Weingarten Sheridan, LLC
West Walnut, LLC
WestCol Center, LLC
WHC Realty
Whitex Financial Inc.
WHLR-Janaf, LLC
Wilson Investments GC, LLC
Xentury City Developments
Y&O Harlingen Corners, LLC
YTC Management, LLC
Zeller-800 LaSalle Avenue, L.L.C.
Zenith Estates, LLC
ZYMOTIC LLC ET AL

**SCHEDULE 1(f)**

**Top 75 Unsecured Creditors**

AD Investments, LLC
ALSCO Incorporated
American Fund US Investments
AP 140 West Franklin LLC
Azur Properties
Bank of America, N.A.
BankDirect Capital Finance
Baruch Cedar Hill LLC
Bexar County Tax Office
Blue Bear Creative LLC
Broad Street Land Co. LLC
Carl Marks Strategic Investments, L.P
Century Drive Investments, LLC
Cintas Corporation
Cole LR Lancaster TX, LLC
Cole LR Opelike AL, LLC
Cole LR Sanford FL, LLC
Coronado Center LLC
Corporate IT Solutions, Inc.
Datasource Inc.
Destiny USA Holdings, LLC
DirecTV
Dykes Restaurant Huntsville
EMC4, LLC
Evin-Longmont, LLC
FS Investment Corporation
FS Investment Corporation III
FS KKR Capital Corp. (f/k/a FS Investment Corporation)
Grandstand Sportswear and Glassware
Greenbrier Technology Center II
Haidar Estates, LLC
Harbor East Office LLC
Hawaii Lifestyle Retail Properties, LLC
Hockenbergs
Joe Pinheiro and Sons Dairy
JR Real Estate, LLC
KBSIII Park Place Village, LLC
Kelso Investment Associates VIII, L.P.
KEP VI, LLC
Kingyard Assets III, LLC
Levine Investments II, LLP
Liberty Mutual Insurance Company

Madrona Morrison II, LLC
Marblegate Special Opportunities Master Fund, L.P.
Nashville West LLC
National Retail Properties, LP
NW 100 M Street LLC
Ohio County Development Authority
Outdoor Nation
P&M Investment Company 1, LLC
Paddock Center/Logan's LLC
PPG Shadow Real Estate LLC
Pro Forma
Produce Alliance
Pyramid Walden Company LC
RDS LLC
REMCO
Seritage SRC Finance LLC
Shark Properties, LLC
SHCO 56 SARL
SHI International Corporation
Southlands TC, LLC
Speedway Properties and B and J Partnership
Street Retail, Inc.
Tarrant County Tax Office
The Buntin Group Inc.
The William Thomas Group Inc.
U.S. Interactive Media
Union Block Associates, LLC
US Foodservice
Wasserstrom Company
Wells Fargo, National Association
Westcor SanTan Village LLC
WRI Ridgeway LLC

## **SCHEDULE 1(g)**

### **Bankruptcy Professionals**

Bass Berry & Sims
Configure Partners, LLC
HILCO Real Estate LLC
Katten Muchin Rosenman LLP
Kekst CNC
Klehr Harrison Harvey Branzburg LLP
M-III Partners, LP
Prime Clerk LLC
Weil Gotshal & Manges LLP

## SCHEDULE 1(h)

### Lenders' Professionals

Grant Thornton LLP
Hunton Andrews Kurth LLP
King & Spalding
Morgan Lewis & Bockius LLP

## SCHEDULE 1(i)

### U.S. Bankruptcy Court Judges (District of Delaware)

Ashely Chan
Brendan L. Shannon
Christopher S. Sontchi
John T. Dorsey
Karen B. Owens
Kevin Gross
Laurie S. Silverstein
Mary F. Walrath

## **<u>SCHEDULE 1(j)</u>**

### **U.S. District Court Judges (District of Delaware)**

Colm F. Connolly
Leonard P. Stark
Maryellen Noreika
Richard G. Andrews

## SCHEDULE 1(k)

### U.S. Trustee for the District of Delaware

Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Ramona Vinson
Richard Schepacarter
Robert Agarwal
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**SCHEDULE 2\***

| Name of Entity Searched | Category | Status |
|---|---|---|
| Bank of America, N.A. | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Client |
| Wells Fargo, National Association | Banks/Lenders/UCC Lien Parties/Administrative Agents and Top 75 Unsecured Creditors | Current Client |
| Regions Financial Corporation | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Client |
| SunTrust Bank | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Client |
| JP Morgan Chase | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Client |
| US Bank | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Client |
| Citizens Bank, N.A. | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Client |
| Fifth Third Bank | Banks/Lenders/UCC Lien Parties/Administrative Agents and Landlord | Current Client |
| Keybank National Association | Banks/Lenders/UCC Lien Parties/Administrative Agents | Current Client |
| Cooperatieve Centrale Raiffeisen-Boerenleenbank BA/ Rabobank | Banks/Lenders/UCC Lien Parties/Administrative Agents | Former Client |
| Hewlett Packard Financial Services Company | Banks/Lenders/UCC Lien Parties/Administrative Agents | Former Client |
| Nashville West LLC/GLL Real Estate | Top 75 Unsecured Creditors | Current Client |
| Bank Direct Capital Finance | Top 75 Unsecured Creditors | Former Client |
| DirecTV | Top 75 Unsecured Creditors | Former Client |
| REMCO | Top 75 Unsecured Creditors | Former Client |
| Cintas Corporation | Top 75 Unsecured Creditors | Current Client |
| Hixson Mall, LLC | Landlord | Former Client |
| Drury Development Corporation | Landlord | Current Client |

| Vaquero Pelham Partners | Landlord | Former Client |
|---|---|---|
| Disney Vacation | Landlord | Former Client |
| Simon Property Group | Landlord | Current Client |
| WestCol/ERP | Landlord | Former Client |
| DDRA | Landlord | Former Client |
| Chick-Fil-A | Landlord | Former Client |
| Weingarten Investments | Landlord | Former Client |
| John Hancock | Landlord | Former Client |
| Brixmor | Landlord | Former Client |
| BRE/Blackstone | Landlord | Current Client |
| CBL Entertainment Parcel, LLC | Landlord | Current Client |
| SCV | Landlord | Former Client |
| Scott and Scott | Landlord | Former Client |
| SOF-IX PB OWNER, L.P. / Starwood | Landlord | Former Client |
| Mark Smith/Vantage Point Advisory | Co- CRO | Former Client |
| Centerbridge Partners, L.P. | Equity Holder | Current Client |

*With respect to matters related to any current client, Bradley will either obtain a waiver or other counsel will represent the Debtors.