**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | ) **Chapter 11** |
| | ) |
| **CRAFTWORKS PARENT, LLC., et al.,**[1] | ) **Case No. 20-10475 (BLS)** |
| | ) |
| **Debtors.** | ) **(Jointly Administered)** |
| | ) |

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Service List attached hereto as **Exhibit A**:

- First Monthly Fee Application of Configure Partners, LLC as Investment Banker for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the period of March 3, 2020 through March 31, 2020 [Docket No. 320]

On April 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via email on the Core/2002 Email Service List attached hereto as **Exhibit B**; and (2) via email on the Agenda Service List attached hereto as **Exhibit C**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

- Second Amended Notice of Agenda of Matters Scheduled for Telephonic Status Conference on April 29, 2020 at 1:30 p.m. (prevailing Eastern Time) [Docket No. 323] (*"Agenda"*)

On April 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Agenda to be served (1) via facsimile on the Facsimile Service List attached hereto as **Exhibit D**; and (2) via facsimile on the Agenda Facsimile Service List attached hereto as **Exhibit E**.

Dated: May 1, 2020

*/s/ Nathan Chien*
Nathan Chien

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 1, 2020, by Nathan Chien, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 41775

**<u>Exhibit A</u>**

Exhibit A

Fee Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|------|-------------|-----------|------|-------|-------------|-------|-------------------|
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | Austin | TX | 78760 | | First Class Mail |
| Reiling Teder & Schrier, LLC | Attn: James R. Schrier | | | | | jrs@rtslawfirm.com | Email |
| S&D Law | Attn: Steven W. Kelly | | | | | skelly@s-d.com | Email |
| Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy | | | | | john.demmy@saul.com | Email |
| ShopCore Properties | Attn: William F. McDonald III | | | | | wmcdonald@shopcore.com | Email |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | | | | rtucker@simon.com | Email |
| Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III | | | | | zallinson@sha-llc.com | Email |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | | | | | mjoyce@mjlawoffices.com | Email |
| Thomas, Cinclair & Beuttenmuller, PLLC | Attn: Richard J. Cinclair, Jr., Esq. | | | | | rick@tcblawfirm.com | Email |
| Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Andriana Georgallas, Sunny Singh, Benton Lewis, Bryan R. Podzius | | | | | matt.barr@weil.com; andriana.georgallas@weil.com; sunny.singh@weil.com; benton.lewis@weil.com; allison.liff@weil.com; bryan.podzius@weil.com | Email |
| Weingarten Sheridan, Legal Department | Attn: Jenny Hyun | | | | | bankruptcycases@weingarten.com | Email |
| Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | | | | | bankruptcy@evict.net | Email |
| Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward and Morgan L. Patterson | | | | | matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com | Email |
| Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | | | | | mfullington@wyattfirm.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Jaime Luton Chapman, Jordan E. Sazant | | | | | bankfilings@ycst.com; pmorgan@ycst.com; jchapman@ycst.com; jsazant@ycst.com | Email |

**<u>Exhibit B</u>**

# Exhibit B

Core/2002 Email Service List
Served as set forth below

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Ansell Grimm & Aaron, PC | Attn: Joshua S. Bauchner, Anthony J. D'Artiglio | jb@ansellgrimm.com; ajd@ansellgrimm.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen and Chantelle D. McClamb | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; mcclambc@ballardspahr.com |
| Ballard Spahr LLP | Attn: Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian | branchd@ballardspahr.com; simonjm@ballardspahr.com; zarnighiann@ballardspahr.com |
| Barclay Damon LLP | Attn: Kevin M. Newman, Esq. | knewman@barclaydamon.com |
| Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| Barron & Newburger, PC | Attn: Stephen W. Sather | gmagnuson@bn-lawyers.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Brookfield Property REIT, Inc., as Agent | Attn: Kristen N. Pate | bk@brookfieldpropertiesretail.com |
| Bryan Cave Leighton Paisner LLP | Attn: Leah Fiorenza McNeill | leah.fiorenza@bclplaw.com |
| Bryan Cave Leighton Paisner LLP | Attn: Timothy R. Bow | timothy.bow@bclplaw.com |
| Cafaro Management Company | Attn: Lindsey M. Harrison Madgar, Richard T. Davis | LMadgar@cafarocompany.com |
| Carl Marks Strategic Investments, L.P. | Attn: James F. Wilson; Esteban Rakela | jwilson@carlmarks.com; erakela@carlmarks.com |
| Carl Marks Strategic Opportunities Fund II, L.P. | Attn: James F. Wilson; Esteban Rakela | jwilson@carlmarks.com; erakela@carlmarks.com |
| Centerbridge Partners, L.P. | Attn: President or General Counsel | btruong@centerbridge.com; amodi@centerbridge.com |
| Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan | kbifferato@connollygallagher.com; kconlan@connollygallagher.com |
| Delaware Attorney General | Attn: Bankruptcy Dept | attorney.general@state.de.us |
| Delaware Division of Revenue | Attn: Zillah Frampton | FASNotify@state.de.us |

Exhibit B
Core/2002 Email Service List
Served as set forth below

| | | |
|---|---|---|
| Delaware Secretary of State | Division of Corporations Franchise Tax | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Attn: Bankruptcy Dept | statetreasurer@state.de.us |
| Essex Richards, PA | Attn: Natalie D. Potter | npotter@essexrichards.com |
| Fabian VanCott | Attn: David P. Billings | dbillings@fabianvancott.com |
| Fortress Investment Group | Attn: Morgan J. McClure, Marc Blanchette | mmcclure@fortress.com; mblanchette@fortress.com |
| Fox Rothschild LLP | Attn: Seth A. Niederman | sniederman@foxrothschild.com |
| Fox Rothschild LLP | Attn: Martha B. Chovanes | mchovanes@foxrothschild.com |
| Fox Rothschild LLP | Attn: Dana S. Katz | dkatz@foxrothschild.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & A.J. Webb | rgold@fbtlaw.com; awebb@fbtlaw.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb & Erin P. Severini | rgold@fbtlaw.com; awebb@fbtlaw.com; eseverini@fbtlaw.com |
| FS Investment Corporation II | Attn: Ryan O'Hagan | credit.notices@fsinvestments.com; kkrcreditlegal@kkr.com; FSICII_Team@fsinvestments.com |
| FS Investment Corporation III | Attn: Ryan O'Hagan | credit.notices@fsinvestments.com; kkrcreditlegal@kkr.com; FSICIII_Team@fsinvestments.com |
| FS KKR Capital Corp (f/k/a FS Investment Corporation) | Attn: Ryan O'Hagan | credit.notices@fsinvestments.com; kkrcreditlegal@kkr.com; FSIC_Team@fsinvestments.com |
| Gallagher Evelius & Jones LLP | Attn: David G. Sommer | dsommer@gejlaw.com |
| Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Amy D. Brown | mbusenkell@gsbblaw.com; abrown@gsbblaw.com |
| Hunton Andrews Kurth LLP | Attn: Tyler P. Brown | tpbrown@HuntonAK.com |
| Hunton Andrews Kurth LLP | Attn: John R. Schneider, Mary L. Santanello, Mack Emerson | jschneider@HuntonAK.com; msantanello@HuntonAK.com; memerson@HuntonAK.com |

Exhibit B
Core/2002 Email Service List
Served as set forth below

| | | |
|---|---|---|
| Hunton Andrews Kurth LLP | Attn: John T. O'Connor | joconnor@HuntonAK.com |
| Ice Miller LLP | Attn: Tyson A. Crist, John C. Cannizzaro | tyson.crist@icemiller.com; john.cannizzaro@icemiller.com |
| Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | wlevant@kaplaw.com |
| Katten Muchin Rosenman LLP | Attn: Bryan M. Kotliar, Steven J. Reisman, Cindi M. Giglio, David A. Crichlow, Brian J. Hecht | sreisman@katten.com; cindi.giglio@katten.com; bryan.kotliar@katten.com; david.crichlow@katten.com; brian.hecht@kattenlaw.com; |
| Katten Muchin Rosenman LLP | Attn: Peter A. Siddiqui, Stephanie Hor-Chen, Ethan Trotz | peter.siddiqui@katten.com; stephanie.hor-chen@katten.com; ethan.trotz@katten.com |
| Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Michael W. Reining | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com; mreining@kelleydrye.com |
| Kelso Investment Associates VIII, L.P. | Attn:  William Woo | wwoo@kelso.com |
| KEP VI, LLC | c/o Kelso & Company | wwoo@kelso.com |
| King & Spalding LLP | Attn: W. Austin Jowers | ajowers@kslaw.com |
| King & Spalding LLP | Attn: Michael R. Handler, Jeff Pawlitz | mhandler@kslaw.com |
| KKR Credit Advisors (Ireland) | Attn: Ryan O'Hagan | credit.notices@fsinvestments.com; kkrcreditlegal@kkr.com; FSIC_Team@fsinvestments.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti and Michael W. Yurkewicz | DPacitti@klehr.com; myurkewicz@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Knowles & Sullivan, LLC | Attn: Haley K. Tucker | tami@kkslawgroup.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |

## Exhibit B
Core/2002 Email Service List
Served as set forth below

| | | |
|---|---|---|
| Larkins Vacura Kayser LLP | Attn: Cody Hoesly | choesly@lvklaw.com |
| Lewis Roca Rothgerber Christie LLP | Attn: Chad S. Caby | ccaby@lrrc.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Marblegate Special Opportunities Master Fund, L.P. | Attn: General Counsel | notices@marblegate.com |
| Maricopa County Attorney's Office | Attn: Peter Muthig | muthigk@mcao.maricopa.gov |
| McCarron & Diess | Attn: Gregory Brown | gbrown@mccarronlaw.com |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | tleday@mvbalaw.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | pcarey@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P. Foley | kfoley@mirickoconnell.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | deecf@dor.mo.gov |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | deecf@dor.mo.gov |
| Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky & Brian J. McLaughlin | rmersky@monlaw.com; bmclaughlin@monlaw.com |
| Morgan, Lewis & Bockius, LLP | Attn: Sula R. Fiszman | sula.fiszman@morganlewis.com |
| Morgan, Lewis & Bockius, LLP | Attn: Jennifer Feldsher | jennifer.feldsher@morganlewis.com |
| Morris James LLP | Attn: Eric J. Monzo | emonzo@morrisjames.com |
| Morris James LLP | Attn: Eric J. Monzo | emonzo@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II | aremming@mnat.com; jbarsalona@mnat.com |
| Moye White LLP | Attn: Vikrama S. Chandrashekar | vika.chandrashekar@moyewhite.com |
| Mullin Hoard & Brown, LLP | Attn: Brad W. Odell | bodell@mhba.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |

## Exhibit B
### Core/2002 Email Service List
Served as set forth below

| | | |
|---|---|---|
| Office of the Attorney General of Texas, Bankruptcy & Collections Division | Attn: Jason B. Binford, Abigail Ryan | jason.binford@oag.texas.gov; abigail.ryan@oag.texas.gov; public.information@oag.state.tx.us |
| Office of the United States Trustee | Attn: Linda J. Casey | Linda.Casey@usdoj.gov |
| Oklahoma County Assistant District Attorney | Attn: Gretchen Crawford | grecra@oklahomacounty.org |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Robert J. Feinstein, Colin R. Robinson | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; crobinson@pszjlaw.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb | ecobb@pbfcm.com |
| Potter Anderson & Corroon LLP | Attn: L. Katherine Good, R. Stephen McNeill | rmcneill@potteranderson.com; kgood@potteranderson.com |
| Reiling Teder & Schrier, LLC | Attn: James R. Schrier | jrs@rtslawfirm.com |
| S&D Law | Attn: Steven W. Kelly | skelly@s-d.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy | john.demmy@saul.com |
| Securities & Exchange Commission | Attn: Secretary Of The Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Attn: Andrew Calamari, Regional Director | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| SHCO 56 SARL | c/o Kelso & Company | wwoo@kelso.com |
| ShopCore Properties | Attn: William F. McDonald III | wmcdonald@shopcore.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | rtucker@simon.com |
| State of Arizona Attorney General | Attn: Bankruptcy Dept | aginfo@azag.gov |

## Exhibit B
Core/2002 Email Service List
Served as set forth below

| | | |
|---|---|---|
| State of California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| State of Hawaii Attorney General | Attn: Bankruptcy Dept | hawaiiag@hawaii.gov |
| State of Illinois Attorney General | Attn: Bankruptcy Dept | webmaster@atg.state.il.us |
| State of Louisiana Attorney General | Attn: Bankruptcy Dept | ConsumerInfo@ag.state.la.us |
| State of Maryland Attorney General | Attn: Bankruptcy Dept | oag@oag.state.md.us |
| State of Michigan Attorney General | Attn: Bankruptcy Dept | miag@michigan.gov |
| State of Missouri Attorney General | Attn: Bankruptcy Dept | attorney.general@ago.mo.gov |
| State of Montana Attorney General | Attn: Bankruptcy Dept | contactdoj@mt.gov |
| State of Nebraska Attorney General | Attn: Bankruptcy Dept | ago.info.help@nebraska.gov |
| State of North Dakota Attorney General | Attn: Bankruptcy Dept | ndag@nd.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Dept | consumer.hotline@doj.state.or.us |
| State of Tennessee Attorney General | Attn: Bankruptcy Dept | consumer.affairs@tn.gov |
| State of Utah Attorney General | Attn: Bankruptcy Dept | uag@utah.gov |
| State of West Virginia Attorney General | Attn: Bankruptcy Dept | consumer@wvago.gov |
| Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III | zallinson@sha-llc.com |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| Thomas, Cinclair & Beuttenmuller, PLLC | Attn: Richard J. Cinclair, Jr., Esq. | rick@tcblawfirm.com |
| US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Andriana Georgallas, Sunny Singh, Benton Lewis, Bryan R. Podzius | matt.barr@weil.com; andriana.georgallas@weil.com; sunny.singh@weil.com; benton.lewis@weil.com; allison.liff@weil.com; bryan.podzius@weil.com |
| Weil, Gotshal & Manges LLP | Attn: Brendan C. Conley | brendan.conley@weil.com |
| Weingarten Sheridan, Legal Department | Attn: Jenny Hyun | bankruptcycases@weingarten.com |
| Wells Fargo Bank, National Association | MAC D1109-019 | agencyservices.requests@wellsfargo.com |
| Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |

## Exhibit B
Core/2002 Email Service List
Served as set forth below

| | | |
|---|---|---|
| Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward and Morgan L. Patterson | matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |
| Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |
| Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Jaime Luton Chapman, Jordan E. Sazant | bankfilings@ycst.com; pmorgan@ycst.com; jchapman@ycst.com; jsazant@ycst.com |

**Exhibit C**

## Exhibit C
Agenda Service List
Served via email

**Exhibit D**

# Exhibit D

Facsimile Service List
Served via facsimile

| NAME | NOTICE NAME | FACSIMILE |
|---|---|---|
| Ballard Spahr LLP | Attn: Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian | 424-204-4350 |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen and Chantelle D. McClamb | 302-252-4466 |
| Barclay Damon LLP | Attn: Kevin M. Newman, Esq. | 315-703-7349 |
| Barclay Damon LLP | Attn: Scott L. Fleischer | 212-784-5799 |
| Barron & Newburger, PC | Attn: Stephen W. Sather | 801-596-2814 |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | 302-442-7012 |
| Brookfield Property REIT, Inc., as Agent | Attn: Kristen N. Pate | 312-442-6374 |
| Bryan Cave Leighton Paisner LLP | Attn: Leah Fiorenza McNeill | 404-572-6999 |
| Bryan Cave Leighton Paisner LLP | Attn: Timothy R. Bow | 312-602-5050 |
| Cafaro Management Company | Attn: Lindsey M. Harrison Madgar, Richard T. Davis | 330-743-2902 |
| Carl Marks Strategic Investments, L.P. | Attn: James F. Wilson; Esteban Rakela | 212-980-2630 |
| Carl Marks Strategic Opportunities Fund II, L.P. | Attn: James F. Wilson; Esteban Rakela | 212-980-2630 |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan | 302-757-7299 |
| Delaware Attorney General | Attn: Bankruptcy Dept | 302-577-6630 |
| Delaware Division of Revenue | Attn: Zillah Frampton | 302-577-8632 |
| Delaware Secretary of State | Division of Corporations Franchise Tax | 302-739-5831 |
| Delaware State Treasury | Attn: Bankruptcy Dept | 302-739-5635 |
| Environmental Protection Agency | Attn: Bankruptcy Dept | 215-814-5103 |
| Essex Richards, PA | Attn: Natalie D. Potter | 704-372-1357 |
| Fabian VanCott | Attn: David P. Billings | 801-596-2814 |
| Fox Rothschild LLP | Attn: Dana S. Katz | 303-292-1300 |
| Fox Rothschild LLP | Attn: Martha B. Chovanes | 215-299-2150 |
| Fox Rothschild LLP | Attn: Seth A. Niederman | 302-656-8920 |

# Exhibit D

Facsimile Service List

Served via facsimile

| | | |
|---|---|---|
| Frost Brown Todd LLC | Attn: Ronald E. Gold & A.J. Webb | 513-651-6981 |
| Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb & Erin P. Severini | 513-651-6981 |
| Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Amy D. Brown | 302-425-5814 |
| Ice Miller LLP | Attn: Tyson A. Crist, John C. Cannizzaro | 614-224-3266 |
| Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | 610-684-2020 |
| Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Michael W. Reining | 212-808-7897 |
| Knowles & Sullivan, LLC | Attn: Haley K. Tucker | 256-467-6322 |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | 414-962-8725 |
| Larkins Vacura Kayser LLP | Attn: Cody Hoesly | 503-827-7600 |
| Lewis Roca Rothgerber Christie LLP | Attn: Chad S. Caby | 303-623-9222 |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | 512-443-5114 |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 210-225-6410 |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 469-221-5003 |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | 713-844-3503 |
| Marblegate Special Opportunities Master Fund, L.P. | Attn: General Counsel | 203-413-6938 |
| McCarron & Diess | Attn: Gregory Brown | 202-364-2731 |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | 512-323-3205 |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P. Foley | 508-898-1502 |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | 508-791-8502 |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | 573-751-7232 |

## Exhibit D
### Facsimile Service List
#### Served via facsimile

| | | |
|---|---|---|
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | 573-751-7232 |
| Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky & Brian J. McLaughlin | 302-656-2769 |
| Morgan, Lewis & Bockius, LLP | Attn: Jennifer Feldsher | 212-309-6001 |
| Morgan, Lewis & Bockius, LLP | Attn: Sula R. Fiszman | 617-341-7701 |
| Morris James LLP | Attn: Eric J. Monzo | 302-571-1750 |
| Morris James LLP | Attn: Eric J. Monzo | 302-571-1750 |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II | 302-658-3989 |
| Moye White LLP | Attn: Vikrama S. Chandrashekar | 303-292-4510 |
| Mullin Hoard & Brown, LLP | Attn: Brad W. Odell | 806-765-0553 |
| National Association of Attorneys General | Attn: Karen Cordry | 202-331-1427 |
| Office of the Attorney General of Texas, Bankruptcy & Collections Division | Attn: Jason B. Binford, Abigail Ryan | 512-936-1409 |
| Office of the United States Trustee | Attn: Linda J. Casey | 302-573-6497 |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Robert J. Feinstein, Colin R. Robinson | 302-652-4400 |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | 713-862-1429 |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb | 817-860-6509 |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe | 806-744-9953 |
| Potter Anderson & Corroon LLP | Attn: L. Katherine Good, R. Stephen McNeill | 302-658-1192 |
| Reiling Teder & Schrier, LLC | Attn: James R. Schrier | 765-423-4564 |
| S&D Law | Attn: Steven W. Kelly | 303-200-8615 |

## Exhibit D
Facsimile Service List
Served via facsimile

| | | |
|---|---|---|
| Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy | 302-421-5881 |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | 317-263-7901 |
| State of Alabama Attorney General | Attn: Bankruptcy Dept | 334-242-2433 |
| State of Arizona Attorney General | Attn: Bankruptcy Dept | 602-542-4085 |
| State of Arkansas Attorney General | Attn: Bankruptcy Dept | 501-682-8084 |
| State of California Attorney General | Attn: Bankruptcy Dept | 916-323-5341 |
| State of Colorado Attorney General | Attn: Bankruptcy Dept | 720-508-6030 |
| State of Florida Attorney General | Attn: Bankruptcy Dept | 850-488-4872 |
| State of Georgia Attorney General | Attn: Bankruptcy Dept | 404-657-8733 |
| State of Hawaii Attorney General | Attn: Bankruptcy Dept | 808-586-1239 |
| State of Idaho Attorney General | Attn: Bankruptcy Dept | 208-854-8071 |
| State of Indiana Attorney General | Attn: Bankruptcy Dept | 317-232-7979 |
| State of Iowa Attorney General | Attn: Bankruptcy Dept | 515-281-4209 |
| State of Kentucky Attorney General | Attn: Bankruptcy Dept | 502-564-2894 |
| State of Louisiana Attorney General | Attn: Bankruptcy Dept | 225-326-6499 |
| State of Michigan Attorney General | Attn: Bankruptcy Dept | 517-373-3042 |
| State of Missouri Attorney General | Attn: Bankruptcy Dept | 573-751-0774 |
| State of Montana Attorney General | Attn: Bankruptcy Dept | 406- 444-3549 |
| State of Nebraska Attorney General | Attn: Bankruptcy Dept | 402- 471-3297 |
| State of Nevada Attorney General | Attn: Bankruptcy Dept | 775- 684-1108 |
| State of New York Attorney General | Attn: Bankruptcy Dept | 866-413-1069 |
| State of North Carolina Attorney General | Attn: Bankruptcy Dept | 919- 716-6750 |
| State of North Dakota Attorney General | Attn: Bankruptcy Dept | 701-328-2226 |
| State of Oklahoma Attorney General | Attn: Bankruptcy Dept | 405- 521-6246 |
| State of Oregon Attorney General | Attn: Bankruptcy Dept | 503- 378-4017 |
| State of Pennsylvania Attorney General | Attn: Bankruptcy Dept | 717-787-8242 |
| State of Tennessee Attorney General | Attn: Bankruptcy Dept | 615- 741-2009 |

## Exhibit D
### Facsimile Service List
Served via facsimile

| | | |
|---|---|---|
| State of Utah Attorney General | Attn: Bankruptcy Dept | 801- 538-1121 |
| State of Virginia Attorney General | Attn: Bankruptcy Dept | 804-225-4378 |
| State of West Virginia Attorney General | Attn: Bankruptcy Dept | 304-558-0140 |
| State of Wisconsin Attorney General | Attn: Bankruptcy Dept | 608-267-2223 |
| State of Wyoming Attorney General | Attn: Bankruptcy Dept | 307- 777-6869 |
| Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III | 302-428-8195 |
| Thomas, Cinclair & Beuttenmuller, PLLC | Attn: Richard J. Cinclair, Jr., Esq. | 972-991-3220 |
| US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights | 302-573-6220 |
| Washington DC Attorney General | Attn: Bankruptcy Dept | 202- 347-8922 |
| Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Andriana Georgallas, Sunny Singh, Benton Lewis, Bryan R. Podzius | 212-310-8007 |
| Weingarten Sheridan, Legal Department | Attn: Jenny Hyun | 713-880-6146 |
| Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | 770-426-4846 |
| Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward and Morgan L. Patterson | 302-252-4330 |
| Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | 859-259-0649 |
| Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Jaime Luton Chapman, Jordan E. Sazant | 302-571-1253 |

**<u>Exhibit E</u>**

# Exhibit E
Agenda Facsimile Service List
Served via facsimile