## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CRAFTWORKS PARENT, LLC,** *et al.*, | ) | **Case No. 20-10475 (BLS)** |
| | ) | |
| **Debtors.** [1] | ) | **(Jointly Administered)** |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Bradley Arant Boult Cummings LLP as Special Counsel for the Debtors *nunc pro tunc* to April 17, 2020 [Docket No. 329] (the "***Bradley Arant Employment Application***")

- Motion of Debtors for Order (I) Modifying and Extending Second Interim DIP Financing Order; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 331]

- Motion of Debtors for Entry of an Order Shortening the Notice Period on Motion of Debtors for Order (I) Modifying and Extending Second Interim DIP Financing Order; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 332]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

On May 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Bradley Arant Employment Application to be served via first class mail on Linebarger Goggan Blair & Sampson, LLP, Attn: Diane Wade Sanders, P.O. Box 17428, Austin, TX 78760.

Dated: May 6, 2020

/s/ Nathan Chien
Nathan Chien

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 6, 2020, by Nathan Chien, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 41897

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Tower Investments, LLC | Ansell Grimm & Aaron, PC | Attn: Joshua S. Bauchner, Anthony J. D'Artiglio<br>365 Rifle Camp Road<br>Woodland Park NJ 07424 | jb@ansellgrimm.com<br>ajd@ansellgrimm.com | Email |
| Counsel to PGIM Real Estate, The Macerich Company and Starwood Retail Partners LLC | Ballard Spahr LLP | Attn: Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian<br>2029 Century Park East, Suite 800<br>Los Angeles CA 90067-2909 | branchd@ballardspahr.com<br>simonjm@ballardspahr.com<br>zarnighiann@ballardspahr.com | Email |
| Counsel to Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGIM Real Estate, The Macerich Company and Starwood Retail Partners LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen and Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>mcclambc@ballardspahr.com | Email |
| Counsel to Pyramid Management Group, LLC | Barclay Damon LLP | Attn: Kevin M. Newman, Esq.<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | knewman@barclaydamon.com | Email |
| Counsel to RPT Realty, L.P. | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 501<br>New York NY 10020 | sfleischer@barclaydamon.com | Email |
| Counsel to 1801 West Parmer Lane, LLC | Barron & Newburger, PC | Attn: Stephen W. Sather<br>7320 N. Mopac Expressway, Ste 400<br>Austin TX 78731 | gmagnuson@bn-lawyers.com | Email |
| Counsel to PPG Shadow Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi<br>222 Delaware Avenue, Suite 801<br>Wilmington DE 19801 | mbarrie@beneschlaw.com<br>kcapuzzi@beneschlaw.com | Email |
| Counsel to Brookfield Property REIT, Inc., as Direct and Indirect Owner and/or Managing Agent as Landlord for the Debtor | Brookfield Property REIT, Inc., as Agent | Attn: Kristen N. Pate<br>350 N. Orleans Street, Suite 300<br>Chicago IL 60654-1607 | bk@brookfieldpropertiesretail.com | Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Leah Fiorenza McNeill<br>One Atlantic Center, 14th Floor<br>1201 W. Peachtree Street, N.W.<br>Atlanta GA 30309 | leah.fiorenza@bclplaw.com | Email |
| Counsel to US Foods, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Timothy R. Bow<br>161 North Clark Street, Suite 4300<br>Chicago IL 60601 | timothy.bow@bclplaw.com | Email |
| Counsel to Governor's Square Company 1B dba Governor's Square Plaza, Huntington Mall Company dba Huntington Mall, and Spotsylvania Mall Company dba Spotsylvania Towne Centre | Cafaro Management Company | Attn: Lindsey M. Harrison Madgar, Richard T. Davis<br>5577 Youngstown-Warren Rd.<br>Niles OH 44446 | LMadgar@cafarocompany.com | Email |
| Holder of other debt instruments issued by the Debtors | Carl Marks Strategic Investments, L.P. | Attn: James F. Wilson; Esteban Rakela<br>c/o Carl Marks Management Company LLC<br>900 Third Avenue, 33rd Floor<br>New York NY 10022 | jwilson@carlmarks.com<br>erakela@carlmarks.com | Email |
| Holder of other debt instruments issued by the Debtors | Carl Marks Strategic Opportunities Fund II, L.P. | Attn: James F. Wilson; Esteban Rakela<br>c/o Carl Marks Management Company LLC<br>900 Third Avenue, 33rd Floor<br>New York NY 10022 | jwilson@carlmarks.com<br>erakela@carlmarks.com | Email |
| Equity Holders of Debtor CraftWorks Parent, LLC | Centerbridge Capital Partners AIV I, L.P. | Attn: General Counsel<br>375 Park Avenue<br>New York NY 10152 | | First Class Mail |
| Equity Holders of Debtor CraftWorks Parent, LLC | Centerbridge Capital Partners C Co-Investment, L.P | Attn: General Counsel<br>375 Park Avenue<br>New York NY 10152 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Equity Holders of Debtor CraftWorks Parent, LLC | Centerbridge Capital Partners SBS, L.P. | Attn: General Counsel<br>375 Park Avenue<br>New York NY 10152 | | First Class Mail |
| Equity Holders of Debtor CraftWorks Parent, LLC | Centerbridge Capital Partners Strategic AIV I, L.P. | Attn: General Counsel<br>375 Park Avenue<br>New York NY 10152 | | First Class Mail |
| Equity Owner Of Craftworks Holdings, LLC | Centerbridge Partners, L.P. | Attn: President or General Counsel<br>375 Park Avenue, 11th Floor<br>New York NY 10152 | btruong@centerbridge.com<br>amodi@centerbridge.com | Email |
| Counsel to Fortress Credit Co LLC and certain of its affiliated entities | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr.<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington DE 19801 | chipman@chipmanbrown.com | Email |
| Other Holder of other debt instruments issued by the Debtors | CIT BANK, N.A. | 11 West 42nd Street, 7th Floor<br>New York NY 10036 | | First Class Mail |
| Counsel to IREIT Flowood Dogwood, L.L.C., IREIT Prattville Legends, L.L.C. and IREIT Shreveport Regal Court, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan<br>1201 N. Market Street, 20th Floor<br>Wilmington DE 19801 | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover DE 19904 | statetreasurer@state.de.us | Email |
| Parties asserting liens against the Debtors' assets | Disney Vacation Development, Inc. | Attn: General Counsel<br>200 Celebration Place<br>Celebration FL 34747 | | First Class Mail |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Counsel to AP 140 W Franklin St., LP | Essex Richards, PA | Attn: Natalie D. Potter<br>1701 South Blvd.<br>Charlotte NC 28203 | npotter@essexrichards.com | Email |
| Counsel to Alsco, Inc. | Fabian VanCott | Attn: David P. Billings<br>215 South State Street<br>Suite 1200<br>Salt Lake City UT 84111 | dbillings@fabianvancott.com | Email |
| Agent for First Lien Debt | Fortress Investment Group | Attn: Morgan J. McClure, Marc Blanchette<br>3290 Northside Parkway NW, Suite 350<br>Atlanta GA 30327 | mmcclure@fortress.com<br>mblanchette@fortress.com | Email |
| Counsel to Plaza on Union LLC | Fox Rothschild LLP | Attn: Dana S. Katz<br>1225 17th Street, Suite 2200<br>Denver CO 80202 | dkatz@foxrothschild.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Plaza on Union LLC | Fox Rothschild LLP | Attn: Martha B. Chovanes<br>2000 Market Street, 20th Floor<br>Philadelphia PA 19103-3222 | mchovanes@foxrothschild.com | Email |
| Counsel to Plaza on Union LLC | Fox Rothschild LLP | Attn: Seth A. Niederman<br>919 North Market Street, Suite 300<br>Wilmington  DE 19899-2323 | sniederman@foxrothschild.com | Email |
| Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold & A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Email |
| Counsel to NTS Bluegrass Commonwealth Park | Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb & Erin P. Severini<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com<br>eseverini@fbtlaw.com | Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | FS Investment Corporation II | Attn: Ryan O'Hagan<br>201 Rouse Boulevard<br>Philadelphia PA 19112 | credit.notices@fsinvestments.com<br>kkrcreditlegal@kkr.com<br>FSICII_Team@fsinvestments.com | Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | FS Investment Corporation III | Attn: Ryan O'Hagan<br>201 Rouse Boulevard<br>Philadelphia  PA 19112 | credit.notices@fsinvestments.com<br>kkrcreditlegal@kkr.com<br>FSICIII_Team@fsinvestments.com | Email |
| Holder of other debt instruments issued by the DebtorsTop 75 Unsecured Creditor | FS KKR Capital Corp (f/k/a FS Investment Corporation) | Attn: Ryan O'Hagan<br>201 Rouse Boulevard<br>Philadelphia PA 19112 | credit.notices@fsinvestments.com<br>kkrcreditlegal@kkr.com<br>FSIC_Team@fsinvestments.com | Email |
| Counsel to Harbor East - Office LLC | Gallagher Evelius & Jones LLP | Attn: David G. Sommer<br>218 N. Charles Street, Suite 400<br>Baltimore MD 21201 | dsommer@gejlaw.com | Email |
| Counsel to Retail Partners Murfreesboro | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Amy D. Brown<br>1201 North Orange Street, Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com<br>abrown@gsbblaw.com | Email |
| Parties asserting liens against the Debtor's assets | Hewlett-Packard Financial Services Company | Attn: General Counsel<br>200 Connell Drive<br>Berkeley Heights NJ 07922 | | First Class Mail |
| Counsel to Fortress Investment Group and Agent under the Debtors' prepetition first lien debt facility and the Debtors' proposed debtor-in-possession financing facility | Hunton Andrews Kurth LLP | Attn: John R. Schneider, Mary L. Santanello, Mack Emerson<br>Bank of America Plaza, Suite 4100<br>600 Peachtree Street, NE<br>Atlanta GA 30308 | jschneider@HuntonAK.com<br>msantanello@HuntonAK.com<br>memerson@HuntonAK.com | Email |
| Counsel to Agent under the Debtors' prepetition first lien debt facility and the Debtors' proposed debtor-in-possession financing facility | Hunton Andrews Kurth LLP | Attn: John T. O'Connor<br>200 Park Avenue<br>New York NY 10166 | joconnor@HuntonAK.com | Email |
| Counsel to Fortress Investment Group and Agent under the Debtors' prepetition first lien debt facility and the Debtors' proposed debtor-in-possession financing facility | Hunton Andrews Kurth LLP | Attn: Tyler P. Brown<br>951 East Byrd Street<br>Richmond VA 23219 | tpbrown@HuntonAK.com | Email |
| Counsel to AD Investments, LLC | Ice Miller LLP | Attn: Tyson A. Crist, John C. Cannizzaro<br>250 West Street, Suite 700<br>Columbus OH 43215 | tyson.crist@icemiller.com<br>john.cannizzaro@icemiller.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Blue Mountain IPG Associates, LP | Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant<br>910 Harvest Drive, 2nd Floor<br>PO Box 3037<br>Blue Bell PA 19422 | wlevant@kaplaw.com | Email |
| Counsel to Debtors | Katten Muchin Rosenman LLP | Attn: Bryan M. Kotliar, Steven J. Reisman, Cindi M. Giglio, David A. Crichlow, Brian J. Hecht<br>575 Madison Avenue<br>New York NY 10022 | sreisman@katten.com<br>cindi.giglio@katten.com<br>bryan.kotliar@katten.com<br>david.crichlow@katten.com<br>brian.hecht@kattenlaw.com | Email |
| Counsel to Debtors | Katten Muchin Rosenman LLP | Attn: Peter A. Siddiqui, Stephanie Hor-Chen, Ethan Trotz<br>525 West Monroe Street<br>Chicago IL 60661-3693 | peter.siddiqui@katten.com<br>stephanie.hor-chen@katten.com<br>ethan.trotz@katten.com | Email |
| Counsel to Brookfield Property REIT, Inc., National Retail Properties, Inc. and Regency Centers, L.P. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Michael W. Reining<br>101 Park Avenue<br>New York  NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>mreining@kelleydrye.com | Email |
| Holder of other debt instruments issued by the Debtors | Kelso Investment Associates VIII, L.P. | Attn:  William Woo<br>c/o Kelso & Company<br>320 Park Avenue, 24th Floor<br>New York NY 10022 | wwoo@kelso.com | Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | KEP VI, LLC | c/o Kelso & Company<br>Attn: William Woo<br>320 Park Avenue, 24th Floor<br>New York NY 10022 | wwoo@kelso.com | Email |
| Counsel to Fortress Credit Co LLC and certain of its affiliated entities | King & Spalding LLP | Attn: Michael R. Handler, Jeff Pawlitz<br>1185 Avenue of the Americas<br>34th Floor<br>New York NY 10036 | mhandler@kslaw.com | Email |
| Counsel to Agent under the Debtors' prepetition first lien debt facility, the Debtors' proposed debtor-in-possession financing facility and Fortress Credit Co LLC and certain of its affiliated entities | King & Spalding LLP | Attn: W. Austin Jowers<br>1180 Peachtree Street, NE<br>Suite 1600<br>Atlanta GA 30309 | ajowers@kslaw.com | Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | KKR Credit Advisors (Ireland) | Attn: Ryan O'Hagan<br>75 St. Stephen's Green<br>Dublin 2 Ireland | credit.notices@fsinvestments.com<br>kkrcreditlegal@kkr.com<br>FSIC_Team@fsinvestments.com | Email |
| Counsel to Debtors | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti and Michael W. Yurkewicz<br>919 N. Market Street, Suite 1000<br>Wilmington DE 19801 | DPacitti@klehr.com<br>myurkewicz@klehr.com | Email |
| Counsel to Debtors | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg<br>1835 Market Street, 14th Floor<br>Philadelphia PA 19103 | mbranzburg@klehr.com | Email |
| Counsel to Gadsden Motor Inn, Inc. | Knowles & Sullivan, LLC | Attn: Haley K. Tucker<br>400 Broad Street, Suite 105<br>Gadsden  AL 35901 | tami@kkslawgroup.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Ecolab Inc. | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey<br>Washington Building, Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee WI 53212-1059 | swisotzkey@kmksc.com | Email |
| Counsel to Blue Mountain IPG Associates and Ironwood Property Group | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman<br>401 S. 2nd Street, Suite 200<br>Philadelphia PA 19147 | kurtzman@kurtzmansteady.com | Email |
| Counsel to Madrona Morrison II, LLC | Larkins Vacura Kayser LLP | Attn: Cody Hoesly<br>121 SW Morrison Street, Suite 700<br>Portland OR 97204-3183 | choesly@lvklaw.com | Email |
| Counsel to FirstBank | Lewis Roca Rothgerber Christie LLP | Attn: Chad S. Caby<br>1200 17th Street, Suite 3000<br>Denver CO 80202-5855 | ccaby@lrrc.com | Email |
| Counsel to Nueces County, Cameron County, Hidalgo County, City of Harlingen, Hays CISD, City of McAllen, Harlingen CISD, and McLennan County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin TX 78760 | | First Class Mail |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com | Email |
| Counsel to Parker CAD, Tarrant County, Dallas County and Smith County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Cypress-Fairbanks ISD, Angelina County, Jefferson County, Galveston County, Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Holder of other debt instruments issued by the Debtors | Marblegate Special Opportunities Master Fund, L.P. | Attn: General Counsel<br>80 Field Point Road<br>Greenwich CT 06830 | notices@marblegate.com | Email |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn: Peter Muthig<br>222 North Central Avenue, Suite 1100<br>Phoenix AZ 85004-2206 | muthigk@mcao.maricopa.gov | Email |
| Counsel to Produce Alliance, LLC | McCarron & Diess | Attn: Gregory Brown<br>576 Broadhollow Road, Suite 105<br>Melville NY 11747 | gbrown@mccarronlaw.com | Email |
| Counsel to Tax Appraisal District of Bell County, The County of Hays, Texas, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay<br>P. O. Box 1269<br>Round Rock TX 78680 | tleday@mvbalaw.com | Email |
| Counsel to Gateway Washington, Inc. | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P. Foley<br>1800 West Park Dr.<br>Suite 400<br>Westborough MA 01581 | kfoley@mirickoconnell.com | Email |
| Counsel to Gateway Washington, Inc. | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey<br>100 Front Street<br>Worcester MA 01608 | pcarey@mirickoconnell.com | Email |
| Counsel to the State of Missouri | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>301 W. High Street, Room 670<br>Jefferson City MO 65105 | deecf@dor.mo.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the State of Missouri | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | Email |
| Counsel to Spotsylvania Mall Company, Huntington Mall Company and Governor's Square Company | Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky & Brian J. McLaughlin<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801-1155 | rmersky@monlaw.com<br>bmclaughlin@monlaw.com | Email |
| Counsel to Wells Fargo Bank, National Association, in its capacity as administrative agent for the Prepetition Second Lien Facility, as issuer of certain letter of credit obligations, and in other capacities | Morgan, Lewis & Bockius, LLP | Attn: Jennifer Feldsher<br>101 Park Avenue<br>New York NY 10178-0060 | jennifer.feldsher@morganlewis.com | Email |
| Counsel to Wells Fargo Bank, National Association, in its capacity as administrative agent for the Prepetition Second Lien Facility, as issuer of certain letter of credit obligations, and in other capacities | Morgan, Lewis & Bockius, LLP | Attn: Sula R. Fiszman<br>One Federal Street<br>Boston MA 02110 | sula.fiszman@morganlewis.com | Email |
| Counsel to Alsco, Inc. | Morris James LLP | Attn: Eric J. Monzo<br>500 Delaware Avenue, Suite 1500<br>Wilmington DE 19801 | emonzo@morrisjames.com | Email |
| Counsel to 1801 West Parmer Lane, LLC | Morris James LLP | Attn: Eric J. Monzo<br>500 Delaware Avenue, Suite 1500<br>Wilmington DE 19801 | emonzo@morrisjames.com | Email |
| Counsel to Shark Properties IV, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | aremming@mnat.com<br>jbarsalona@mnat.com | Email |
| Counsel to Finkelstein Commercial Properties, LLC | Moye White LLP | Attn: Vikrama S. Chandrashekar<br>1400 16th Street, 6th Floor<br>Denver CO 80202-1486 | vika.chandrashekar@moyewhite.com | Email |
| Counsel to Shark Properties IV, LLC | Mullin Hoard & Brown, LLP | Attn: Brad W. Odell<br>1500 Broadway, Suite 700<br>Lubbock TX 79401 | bodell@mhba.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | Email |
| Counsel to the State of Texas | Office of the Attorney General of Texas, Bankruptcy & Collections Division | Attn: Jason B. Binford, Abigail Ryan<br>P.O. Box 12548- MC 008<br>Austin TX 78711-2548 | jason.binford@oag.texas.gov<br>abigail.ryan@oag.texas.gov<br>public.information@oag.state.tx.us | Email |
| United States Trustee, District of Delaware | Office of the United States Trustee | Attn: Linda J. Casey<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | Email |
| Counsel to Oklahoma County Treasurer | Oklahoma County Assistant District Attorney | Attn: Gretchen Crawford<br>320 Robert S. Kerr, Room 505<br>Oklahoma City OK 73102 | grecra@oklahomacounty.org | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Robert J. Feinstein, Colin R. Robinson<br>919 N. Market Street, 17th Floor<br>Wilmington DE 19801 | bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>crobinson@pszjlaw.com | Email |
| Counsel to Dickinson Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | osonik@pbfcm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to City of Burleson, Burleson ISD, City of Garland, Garland ISD | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb<br>500 E. Border Street, Suite 640<br>Arlington TX 76010 | ecobb@pbfcm.com | Email |
| Counsel to Lubbock Central Appraisal District, Midland County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to US Foods, Inc. | Potter Anderson & Corroon LLP | Attn: L. Katherine Good, R. Stephen McNeill<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801-3700 | rmcneill@potteranderson.com<br>kgood@potteranderson.com | Email |
| Counsel to RDS, LLC | Reiling Teder & Schrier, LLC | Attn: James R. Schrier<br>250 Main Street, Suite 601<br>P.O. Box 280<br>Lafayette IN 47902-0280 | jrs@rtslawfirm.com | Email |
| Counsel to Central Park at Highlands Ranch Retail, LLC | S&D Law | Attn: Steven W. Kelly<br>1290 Broadway, Suite 1650<br>Denver CO 80203 | skelly@s-d.com | Email |
| Counsel to Weingarten Realty Investors and WRI Ridgeway, LLC | Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | john.demmy@saul.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Andrew Calamari, Regional Director<br>200 Vesey Street, Suite 400<br>New York NY 10281 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | SHCO 56 SARL | c/o Kelso & Company<br>Attn: William Woo<br>320 Park Avenue, 24th Floor<br>New York  NY 10022 | wwoo@kelso.com | Email |
| Counsel to ShopCore Properties | ShopCore Properties | Attn: William F. McDonald III<br>10920 Via Frontera, Suite 220<br>San Diego CA 92127 | wmcdonald@shopcore.com | Email |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| State of Alabama Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Dept<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Dept<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Dept<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Dept<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State of Georgia Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Dept<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Dept<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | Email |
| State of Idaho Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Dept<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Dept<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | | First Class Mail |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Dept<br>1305 E. Walnut Street<br>Des Moines IA 50319 | | First Class Mail |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Dept<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | | First Class Mail |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | ConsumerInfo@ag.state.la.us | Email |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Dept<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Dept<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |
| State of Mississippi Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Dept<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Dept<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Dept<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Dept<br>100 North Carson Street<br>Carson City NV 89701 | | First Class Mail |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Dept<br>The Capitol<br>Albany  NY 12224-0341 | | First Class Mail |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Dept<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Dept<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Dept<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Dept<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Dept<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us | Email |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Dept<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 | consumer.affairs@tn.gov | Email |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Dept<br>PO Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| State of Virginia Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Dept<br>900 East Main Street<br>Richmond  VA 23219 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Dept<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | Email |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Dept<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Dept<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |
| Counsel to Produce Alliance, LLC | Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III<br>919 North Market Street, Suite 420<br>Wilmington DE 19801 | zallinson@sha-llc.com | Email |
| Taiwan High Procescutors Office | Taiwan High Procescutors Office | Attn: Wang, Tian-Sheng<br>No.124, Sec. 1, Chongqing S. Rd., Zhongzheng<br>Taipei City ROC 10048 Taiwan | | First Class Mail |
| Counsel to Eagle Trading International Corp. d/b/a Roofing Source; Steven E. Kane and Jacqueline P. Kane as co-trustees under the Steven and Jacqueline Kane Family Trust Agreement | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce<br>1225 King Street, Suite 800<br>Wilmington  DE 19801 | mjoyce@mjlawoffices.com | Email |
| Counsel to Maidstone Tulsa, LLC | Thomas, Cinclair & Beuttenmuller, PLLC | Attn: Richard J. Cinclair, Jr., Esq.<br>5335 Spring Valley Road<br>Dallas TX 75254 | rick@tcblawfirm.com | Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Dept<br>US Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | First Class Mail |
| US Attorney For The District Of Delaware | US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights<br>1007 Orange St Ste 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | Email |
| Parties asserting liens against the Debtors' assets | VAR Resources, LLC | Attn: General Counsel<br>2330 Interstate 30<br>Mesquite  TX 75150 | | First Class Mail |
| Washington DC Attorney General | Washington DC Attorney General | Attn: Bankruptcy Dept<br>441 4th Street, NW<br>Washington DC 20001 | | First Class Mail |
| Counsel to Centerbridge Partners, L.P. | Weil, Gotshal & Manges LLP | Attn: Brendan C. Conley<br>200 Crescent Court, Suite 300<br>Dallas TX 75201-6950 | brendan.conley@weil.com | Email |
| Counsel to Centerbridge Partners, L.P., Centerbridge Capital Partners AIV I, L.P., Centerbridge Capital Partners Strategic AIV I, L.P., Centerbridge Capital Partners SBS, L.P., Centerbridge Capital Partners B Co-Investment L.P. &  Equity Holders of Debtor CraftWorks Parent, LLC | Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Andriana Georgallas, Sunny Singh, Benton Lewis, Bryan R. Podzius<br>767 Fifth Avenue<br>New York NY 10153-0119 | matt.barr@weil.com<br>andriana.georgallas@weil.com<br>sunny.singh@weil.com<br>benton.lewis@weil.com<br>allison.liff@weil.com<br>bryan.podzius@weil.com | Email |
| Counsel to Weingarten Sheridan, LLC and WRI Ridgeway, LLC | Weingarten Sheridan, Legal Department | Attn: Jenny Hyun<br>2600 Citadel Plaza Drive, Suite 125<br>Houston TX 77008 | bankruptcycases@weingarten.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Holder of other debt instruments issued by the Debtors and Top 75 Unsecured Creditor | Wells Fargo Bank, National Association | MAC D1109-019<br>1525 West W.T. Harris Blvd.<br>Charlotte NC 28262 | agencyservices.requests@wellsfargo.com | Email |
| Counsel to Buckhead Place, LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq.<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta GA 30060-7946 | bankruptcy@evict.net | Email |
| Counsel to Wells Fargo Bank, National Association, in its capacity as administrative agent for the Prepetition Second Lien Facility, as issuer of certain letter of credit obligations, and in other capacities | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward and Morgan L. Patterson<br>1313 North Market Street, Suite 1200<br>Wilmington DE 19801 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Email |
| Counsel to Dykes Restaurant Supply, Inc. | Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington<br>250 West Main Street, Suite 1600<br>Lexington KY 40507 | mfullington@wyattfirm.com | Email |
| Counsel to Centerbridge Capital Partners AIV I, L.P., Centerbridge Capital Partners Strategic AIV I, L.P., Centerbridge Capital Partners SBS, L.P., and Centerbridge Capital Partners B Co-Investment L.P. | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Jaime Luton Chapman, Jordan E. Sazant<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | bankfilings@ycst.com<br>pmorgan@ycst.com<br>jchapman@ycst.com<br>jsazant@ycst.com | Email |