# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CRAFTWORKS PARENT, LLC., *et al.,* | Case No. 20-10475 (BLS) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of John A. Morris of Pachulski Stang Ziehl & Jones LLP, to represent the Official Committee of Unsecured Creditors, in the above-captioned cases and any related adversary proceedings.

Dated: May 11, 2020    */s/ Colin R. Robinson*
Colin R. Robinson (DE Bar. No. 5524)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Email: crobinson@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 11, 2020    */s/ John A. Morris*
John A. Morris (NY Bar No. 2405397)
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jmorris@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.