# EXHIBIT A

# CURE AMOUNTS

| Company: | Brookside Properties Inc | | | | | | |
|---|---|---|---|---|---|---|---|
| Report | Tenant Aging Report | | | | | | |
| As of Date: | 5/11/2020 | | | | | | |
| | | | | | | | |
| Tenant: | OCI ENTERPRISES INC | | | | | | |
| Tenant ID: | 459-1 | | | | | | |
| | | | | | | | |
| Date | Charge | Invoice | 0-30 | 31-60 | 61-90 | 91- | Total |
| 4/1/2020 | RNT | MONTHLY RENT | 0 | 6,185.06 | 0 | 0 | 6,185.06 |
| 5/1/2020 | RNT | MONTHLY RENT | 16,357.50 | 0 | 0 | 0 | 16,357.50 |
| 5/1/2020 | TAX | PRO-RATA SHARE TAX | 2,685.67 | 0 | 0 | 0 | 2,685.67 |
| | | Total for 459-1 | 19,043.17 | 6,185.06 | 0.00 | 0.00 | 25,228.23 |

1