# CERTIFICATE OF SERVICE

I, J. Cory Falgowski, hereby certify that on May 15, 2020, I served or caused to be served the foregoing *Limited Objection and Reservation of Rights of OCI RE Cool Springs Partners, LLC in its Capacity as Landlord, to Debtors' Motion for an Order (I) Authorizing and Approving Semi-Private Sale of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (III) Granting Related Relief* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service upon the persons listed below as indicated:

**Electronic Mail**

Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Email: dpacitti@klehr.com
      myurkewicz@klehr.com
(Counsel to the Debtors)

Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Email: mbranzburg@klehr.com
(Counsel to the Debtors)

Steven J. Reisman, Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
Email: sreisman@katten.com
(Counsel to the Debtors)

Peter A. Siddiqui, Esquire
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
Email: peter.siddiqui@katten.com
(Counsel to the Debtors)

W. Austin Jowers, Esquire
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Email: ajowers@kslaw.com
(Counsel Prepetition First Lien Agent/DIP)

John R. Schneider, Esquire
Hunton Andrews Kurth LLP
Bank of America Plaza
600 Peachtree Street, NE
Suite 4100
Atlanta, GA 30308
Email: jschneider@huntonak.com
(Counsel Prepetition First Lien Agent/DIP)

43480031 v1

| | |
|---|---|
| Robert J. Feinstein, Esquire<br>Bradford J. Sandler, Esquire<br>Pachulksi Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Email: rfeinstein@pszjlaw.com<br>          bsandler@pszjlaw.com<br>(Proposed Counsel OCUC) | Linda Casey, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE  19801<br>Email: linda.casey@usdoj.gov<br>(U.S. Trustee) |

*/s/  J. Cory Falgowski*
J. Cory Falgowski (DE No. 4546)