# EXHIBIT B

# Anthony D'Artiglio

| | |
|---|---|
| **From:** | Siddiqui, Peter A. <peter.siddiqui@katten.com> |
| **Sent:** | Thursday, May 14, 2020 6:44 PM |
| **To:** | Anthony D'Artiglio; 'dpacitti@klehr.com'; 'myurkewicz@klehr.com'; 'mbranzburg@klehr.com'; Reisman, Steven J. |
| **Cc:** | Josh Bauchner; Carol Sheridan; Churbuck, Bryant P. |
| **Subject:** | RE: In re Craftworks - 111 Broadway, Nashville, Tennessee |

Anthony: Yes, this is your client's lease at 111 Broadway. We call it Rock Bottom store 4202, and our proposed cure is $165,070. Let us know if you have any issues with the cure. Thanks.


Peter A. Siddiqui
Partner

## Katten

Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
direct +1.312.902.5455
peter.siddiqui@katten.com | katten.com

---

**From:** Anthony D'Artiglio <ajd@ansellgrimm.com>
**Sent:** Thursday, May 14, 2020 5:13 PM
**To:** 'dpacitti@klehr.com' <dpacitti@klehr.com>; 'myurkewicz@klehr.com' <myurkewicz@klehr.com>; 'mbranzburg@klehr.com' <mbranzburg@klehr.com>; Reisman, Steven J. <sreisman@katten.com>; Siddiqui, Peter A. <peter.siddiqui@katten.com>
**Cc:** Josh Bauchner <jb@ansellgrimm.com>; Carol Sheridan <carols@ansellgrimm.com>
**Subject:** RE: In re Craftworks - 111 Broadway, Nashville, Tennessee

*EXTERNAL EMAIL – EXERCISE CAUTION*
Counsel:

Having not received the courtesy of a response to the below, we went back and looked at the assignment and assumption notice only to discover a lease with Avison Young as the counterparty. Avison Young is the property manager for the property identified in the subject line but is not the counterparty to the lease. We believe that may be our client's lease as the termination date and location generally track with our lease, although the effective date is several years prior to the lease in question.

Please confirm **immediately** whether the lease for the above described property is included in the assignment and assumption application with the misidentification of Avison Young as the counter-party, as the delay in properly identifying our client's lease has now severely prejudiced its rights.

Best,

Anthony J. D'Artiglio
Ansell Grimm & Aaron, P.C.
(973) 247-9000 ext. 427
Bio | V-Card | Website

---

**From:** Anthony D'Artiglio
**Sent:** Wednesday, May 13, 2020 3:48 PM

1

**To:** dpacitti@klehr.com; myurkewicz@klehr.com; mbranzburg@klehr.com; sreisman@katten.com; bryan.kotilar@katten.com; peter.siddiqui@katten.com
**Cc:** Josh Bauchner <jb@ansellgrimm.com>; Carol Sheridan <carols@ansellgrimm.com>
**Subject:** In re Craftworks - 111 Broadway, Nashville, Tennessee

Counsel:

We represent Tower 111 Broadway, LLC, landlord for the property located at 111 Broadway, Nashville, Tennessee. We reviewed all notices on the docket and did not locate our client's property either in a rejection motion or in the notice of cure amounts for contracts and leases to be assumed and assigned. We further note that the list of leases to be assigned was not annexed to the Asset Purchase Agreement filed with the Court as part of the Motion for the Semi-Private. Therefore, we do not see a cure notice for our property anywhere on the docket nor have we or our client received a separate cure notice for the property.

In order to ensure our client is not precluded from objecting to a cure amount with the first cure deadline currently scheduled for May 15, 2020, please confirm that no cure amount has yet been asserted for that property.

Best,

Anthony J. D'Artiglio
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
*t:*  (973) 247-9000 ext. 427
*f:*  (973) 807-1835
*m:* (609) 529-8406
Bio | V-Card | Website

===========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
===========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================