# EXHIBIT C

**Craftworks**
**Tower 111 Broadway, LLC**
**2020**



| Month | Charges Suite B/100 | Charges Suite 400 | Total Monthly Charges | Payments | Balance | | |
|---|---|---|---|---|---|---|---|
| | | | | | $ (474.67) | 12/31/2019 | Ending Balance (includes Nov19 & Dec19 utilites and <$1,506.42> duplicate utility payment) |
| Jan20 Base Rent | $ 26,978.28 | $ 12,387.99 | $ 39,366.27 | | | | |
| Jan20 CAM | $ 9,707.91 | $ 1,740.33 | $ 11,448.24 | | | | |
| Jan20 Utilities | $ 624.87 | | $ 624.87 | | | | |
| Check #2334411 | | | | $ (461.94) | | | Nov19 Utilities Payment |
| Check #2333751 | | | | $ (50,814.53) | | | |
| Total Jan20 | $ 37,311.06 | $ 14,128.32 | $ 51,439.38 | $ (51,276.47) | $ 162.91 | | |
| | | | | | $ (311.76) | 1/31/2020 | Ending Balance |
| Feb20 Base Rent | $ 26,978.28 | $ 12,387.99 | $ 39,366.27 | | | | |
| Feb20 CAM | $ 9,707.91 | $ 1,740.33 | $ 11,448.24 | | | | |
| Feb20 Utilities | $ 607.00 | | $ 607.00 | | | | |
| Check #2335940 | | | | $ (50,814.53) | | | |
| Check #2339801 | | | | $ (569.81) | | | Dec19 Utilities Payment |
| Total Feb20 | $ 37,293.19 | $ 14,128.32 | $ 51,421.51 | $ (51,384.34) | $ 37.17 | | |
| | | | | | $ (274.59) | 2/28/2020 | Ending Balance |
| Mar20 Base Rent | $ 26,978.28 | $ 12,387.99 | $ 39,366.27 | | | | |
| Mar20 CAM | $ 9,707.91 | $ 1,740.33 | $ 11,448.24 | | | | |
| 2019 PY CAM | $ 22,714.46 | $ 1,328.03 | $ 24,042.49 | | | | |
| Mar20 Utilities | $ 386.67 | | $ 386.67 | | | | |
| | | | | $ - | | | |
| Late Fee | | | $ 3,698.77 | | | | |
| Interest Fee | | | $ 246.86 | | | | |
| Total Mar20 | $ 59,787.32 | $ 15,456.35 | $ 79,189.30 | $ - | $ 79,189.30 | | |
| | | | | | $ 78,914.71 | 3/31/2020 | Ending Balance |
| Apr20 Base Rent | $ 26,978.28 | $ 12,387.99 | $ 39,366.27 | | | | |
| Apr20 CAM | $ 11,304.06 | $ 2,026.48 | $ 13,330.54 | | | | |
| Apr20 Utilities | $ - | | | | | | |
| Late Fee | | | $ 6,530.89 | | | $ 6,930.63 | |
| Interest Fee | | | $ 470.25 | | | | |
| Total Apr20 | $ 38,282.34 | $ 14,414.47 | $ 59,697.95 | $ - | $ 59,697.95 | | |
| | | | | | $ 138,612.66 | 4/30/2020 | Ending Balance |
| May20 Base Rent | $ 26,978.28 | $ 12,387.99 | $ 39,366.27 | | | | |
| May20 CAM | $ 11,304.06 | $ 2,026.48 | $ 13,330.54 | | | | |
| May20 Utilities | $ - | | | | | | |
| | | | | $ - | | | |
| Total May20 | $ 38,282.34 | $ 14,414.47 | $ 52,696.81 | $ - | $ 52,696.81 | | |
| | | | | | $ 191,309.47 | 5/8/2020 | Balance |