**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| CRAFTWORKS PARENT, LLC., *et al.* | : | Case No.  20-10475 (BLS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

<u>**REPORT OF THE CONSUMER PRIVACY OMBUDSMAN**</u>

Boris Segalis, Esq., CIPP/US*
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6610 office
+1 212 479 6275 fax

*Certified Information Privacy Professional/United States

May 28, 2020

## <u>TABLE OF CONTENTS</u>

Section A:      Introduction……………………………………………………….4-5

Section B:      Summary of Findings…………………………………………..5-8

Section C:      Recommendations…………………………………………….8-9

Section D:      Non-Bankruptcy Laws………………………………………9-12

Section E:      Debtors' Privacy Policies
                And Privacy Practices………………………………………..12-13

Section F:      Bankruptcy Code Section 332…………………………………..13-14

# TABLE OF EXHIBITS

EXHIBIT A                    Debtors' Privacy Statements

EXHIBIT B                    *FTC v. Toysmart.com:* [Proposed] Stipulation and Order
                            Establishing Conditions on Sale of Customer Information

Boris Segalis, Esq., CIPP/US, the Consumer Privacy Ombudsman ("Ombudsman"), duly appointed pursuant to Section 332 of the Bankruptcy Code,[1] respectfully submits this Report of the Consumer Privacy Ombudsman ("Report") on the above captioned matter to the Court and states:

## Section A:  Introduction

1.  On or about May 16, 2020, the Court directed the appointment of a Consumer Privacy Ombudsman.  Dkt. No. 504.

2.  On or about May 18, 2020, the United States Trustee filed the *Notice of Appointment of Consumer Privacy Ombudsman*.  Dkt. No. 518.

3.  On May 20, 2020, at a telephonic hearing, the Ombudsman orally provided a preliminary recommendation to the Court regarding the transfer of Personally Identifiable Information (or "PII") to Purchaser.  The Ombudsman has now duly prepared his final recommendations in this Report in accordance with Section 363(b)(1)(B) of the Bankruptcy Code to assist the Court in its consideration of the facts, circumstances, and conditions of the sale by Craftworks Parent, LLC, *et al.*  (together, the "Debtors") of the PII that Debtors have collected.[2]

4.  The purpose of this Report is to provide the Court with the information specified in Section 332(b) of the Bankruptcy Code and to assist the Court in understanding the "applicable non-bankruptcy law" referenced in Section 363(b)(1)(B)(ii) of the Bankruptcy Code.[3]

5.  In preparing this Report, the Ombudsman has relied upon and reviewed, among other things, the following:

    a.  Debtors' websites, mobile applications, and privacy policies attached in Exhibit A hereto;

---

[1]  11 U.S.C.  § 332 (2009).

[2]  '[P]ersonally identifiable information' means-

(A)    if provided by an individual to the debtor in connection with obtaining a product or a service from the debtor primarily for personal, family, or household purposes—

(i) the first name (or initial) and last name of such individual, whether given at birth or time of adoption or resulting from a lawful change of name;

(ii) the geographic address or a physical place of residence of such individual...."

11 U.S.C.  § 101 (41A).

[3]  11 U.S.C.  § 332.  Pursuant to the Bankruptcy Code, the Consumer Privacy Ombudsman may provide this Court with information relating to (1) Debtors' privacy policies; (2) the potential losses or gains of privacy to consumers if a sale or lease is approved by the Court; (3) the potential costs or benefits to consumers if a sale or lease is approved by the Court; and (4) the potential alternatives that would mitigate potential privacy losses or potential costs to consumers.

      b.  Telephone interviews with Debtors' Counsel and Debtors' representatives with knowledge of Debtors' PII privacy practices;

      c.  Telephone interviews with Purchaser's Counsel with knowledge of Purchaser's data use and privacy commitments;

      d.  The Asset Purchase Agreement between Debtors and Purchaser, dated May 4, 2020;

      e.  Applicable United States federal and state privacy laws, regulations, enforcement actions, guidance and industry best practices.

**Section B:  Findings**

Based upon the above investigation, it is the understanding of the Ombudsman that:

6.     Debtors were one of the U.S. leading operators and franchisors of steakhouses and brewery and craft-beer focused casual dining restaurants (each brand, a "Restaurant" and, collectively, "Restaurants"), with 338 locations in 39 States and the District of Columbia and abroad in Taiwan.

7.     Restaurants include:

      a.  Logan's Roadhouse,
      b.  Old Chicago Pizza & Taproom ("Old Chicago"),
      c.  Gordon Biersch Brewery Restaurant ("Gordon Biersch"),
      d.  Rock Bottom Restaurant and Brewery ("Rock Bottom"),
      e.  Big River Grille & Brewing Works ("Big River"),
      f.  ChopHouse & Brewery ("ChopHouse"),
      g.  A1A Ale Works Restaurant and Taproom ("A1A Ale Works"),
      h.  Ragtime Tavern Seafood and Grille ("Ragtime"), and
      i.  Seven Bridges Grille and Brewery ("Seven Bridges").

8.     In connection with operating and promoting their Restaurants, Debtors have collected PII from and about consumers, including through in-person and telephone interactions, point-of-sale terminals, Debtors' and third-party websites and mobile applications, social media platforms and other third parties.  As further described in Debtors' relevant privacy policies and as represented by Debtors in telephone interviews, Debtors have collected, used, disclosed and otherwise processed the PII to facilitate Restaurants' operations, including in-store and mobile purchases; Restaurants' rewards and loyalty programs; contests, sweepstakes, surveys and other promotions; consumer inquiries, including table and event reservations; email sign-ups; and other programs.

9.     **Social Media Platforms**.  Debtors utilize Facebook, Instagram, and Twitter to host Restaurant pages.  Among other purposes, Debtors use the social media presence to invite consumers to sign up to receive marketing emails and to participate in promotions.  The amounts and types of information that Debtors

collected in connection with this social media presence, and Debtors' use, retention and disclosure of the information are governed by those platforms' terms and conditions.  The Ombudsman understands that Debtors have collected, used and otherwise processed PII from the platforms in compliance with relevant platform rules.

10.     **Third-Party Delivery and Reservation Platforms.**  Debtors utilize a number of third-party platforms to process food delivery orders and table reservations for Restaurants, including Olo, DoorDash, Grubhub, PostMates, Uber Eats, OpenTable, and Resy.  The amounts and types of PII that Debtors collected in connection with their use of such third-party services, and Debtors' use, retention and disclosure of the information may be governed by those platforms' terms and conditions, and/or Debtors' agreements with such third-party providers.  The Ombudsman understands that Debtors have collected, used and otherwise processed PII from these platforms in compliance with relevant platform requirements and agreements.

11.     **Privacy Policies.**  Debtors have published privacy policies on websites and mobile applications associated with Restaurants.  A number of the privacy policies, as set out below, state that PII "is not sold or otherwise transferred outside the company," while other privacy policies explain that PII may be shared in the event of an acquisition.  Specifically:

  a.   The privacy policies for the following Restaurants – available via the Restaurants' websites and/or mobile applications – describe the possibility of the disclosure of PII in the event of a corporate transaction, specifically stating that:

   (1)  "We may disclose Personal Information … to any buyer or successor in the event of a merger, reorganization, dissolution, or other sale or transfer of title." **– Logansroadhouse.com.**

   (2)  "[We may share information about you with a] third party who acquires any part of Craftworks or any of its Affiliates, whether such acquisition is by way of merger, consolidation or purchase of all or a substantial portion of our assets." **– Oldchicago.com.**

   (3)  "We may disclose or share your information as follows: … Merger or Acquisition: A third party who acquires any part of Craftworks or any of its Affiliates, whether such acquisition is by way of merger, consolidation or purchase of all or a substantial portion of our assets." **– Gordonbierschrestaurants.com (this site and affiliated app serve the Gordon Biersch brand, as well as the joint rewards program for Gordon Biersch, Big River, A1A Ale Works, Ragtime, and Seven Bridges).**

(4) "We may disclose or share your information as follows: … Merger or Acquisition: A third party who acquires any part of Craftworks or any of its Affiliates, whether such acquisition is by way of merger, consolidation or purchase of all or a substantial portion of our assets." **– Rockbottom.com**.

b. The privacy policies for the following Restaurants – available via the Restaurants' websites and/or mobile applications – represent that PII would not be sold or transferred outside the company, specifically stating that "Personally identifiable information that may be collected in connection with visitors is retained by CraftWorks Restaurants & Breweries, Inc., and is not sold or otherwise transferred outside the company." **– Bigrivergrille.com, Chophouse.com, A1aaleworks.com, Ragtimetavern.com, and 7bridgesgrille.com.**

c. The website which serves CraftWorks Holdings as well as gift card purchases for all of Restaurants **– Craftworksrestaurants.com –** does not provide a link to a privacy policy.

d. In addition to the representation of non-disclosure of personal information in some of the Restaurants' privacy policies, these single-paragraph policies do not appear to describe the relevant Restaurants' privacy practices with the level of detail that is consistent with applicable legal requirements and best practices, including FTC's Section 5 enforcement precedent, as well as the California Online Privacy Protection Act ("CalOPPA")[4] and the California Consumer Privacy Act ("CCPA"),[5] to the extent applicable. In addition, the longer, more detailed privacy policies serving brands such as Logan's Roadhouse, Old Chicago, Rock Bottom and Gordon Biersch may not provide the information required by the CCPA, to the extent the CCPA is applicable to those policies.

12.    Debtors maintain PII in a number of databases, hosted by Debtors and by third parties on Debtors' behalf.

13.    DBFLF CFTWE Holdings, L.P. ("Purchaser") has proposed to purchase Debtors' assets, as set forth in the Asset Purchase Agreement, Dkt. No. 336-1. The proposed purchase includes personal information about Debtors' customers. Purchaser intends to continue operating Debtors' business, including up to approximately 250 Restaurants in substantially the same manner as Debtors.

14.    Debtors and Purchaser have represented in the relevant part of the Asset Purchase Agreement, including Section 6.11, that Purchasers – in using,

---

[4] Cal. Bus. & Prof. Code §§ 22577 – 22579.
[5] Cal. Civil Code §§ 1798.100 - 1798.199.

sharing, protecting and otherwise processing PII – will employ appropriate security controls and procedures (technical, operational and managerial) to protect PII, and abide by all applicable laws and regulations with respect to PII.  Additionally, absent a consumer's express consent received after adequate notice, Purchaser has committed to: (a) abide by the Debtors' privacy policies and privacy-related covenants made in Debtors' terms of service that were in effect as of the Petition Date, (b) respect prior requests of customers to opt out of receipt of marketing messages (to the extent Debtors make Purchaser aware of such requests; provided that Purchaser shall seek to obtain such information from Debtors), and (c) use PII only for purposes of continuing business operations and continuing to provide similar goods and services to consumers, including marketing the products and services related to the Purchased Assets.

**Section C:  Recommendations**

15.   Based upon the foregoing paragraphs 1-14, the Ombudsman respectfully submits the following recommendations to the Court (and for the purposes of clarity, to the extent that any ambiguities exist as between these recommendations and the rest of the Report, these recommendations govern):

   a.   The Court should find that Purchaser is a Qualified Purchaser because Purchaser intends to operate Debtors' business in substantially the same manner as Debtors, and has made certain privacy-related commitments, as discussed above, including in Section 6.11 of the Asset Purchase Agreement.

   b.   The Court should approve the transfer of the PII from Debtors to Purchasers without requiring Debtors or Purchasers to provide to consumers additional notice of the transfer or offering consumers the right to opt out of such transfer, provided that Purchasers abide by the recommendations set forth in this Report.

   c.   The Court should allow Purchasers to use, disclose, maintain and otherwise process PII for the purposes of operating Restaurants, as set out in the relevant Restaurants' privacy policies.  Where the privacy policies do not describe Restaurants' privacy practices in appropriate detail (see paragraph 11 above), the Court should allow Purchasers to use, disclose, maintain and otherwise process PII as reasonably necessary to operate the relevant Restaurants.

   d.   The Court should require Purchaser, within 90 days of the Closing Date, to use its commercially reasonable efforts to:

      (1) Update all surviving privacy policies, including without limitation the privacy policies for Bigrivergrille.com,

Chophouse.com, A1aaleworks.com, Ragtimetavern.com, 7bridgesgrille.com, and Craftworksrestaurants.com, to accurately and completely describe the Restaurants' privacy practices, in compliance with Section 5 of the FTC Act and The Federal Trade Commission's Section 5 enforcement precedent, CalOPPA, CCPA, and applicable foreign data protection laws. To the extent that updates to privacy policies would result in material, retroactive changes to the description of the Restaurants' privacy practices, the Purchasers should be required to notify consumers via a short statement on each Restaurant's website, an email to each consumer whose email address is currently held by Debtors, and, where feasible, an in-app push notification. Purchasers should be required to then give consumers the opportunity to opt out of updated privacy policies (to the extent the policies contain material, retroactive changes) and delete the Restaurant accounts and information for any objecting consumers, except where applicable law would require Restaurants to retain the PII.

(2) Ensure that all relevant Restaurants websites and mobile applications link to the relevant privacy policies and privacy choices to which consumers may be entitled.

(3) Verify that the PII is protected using appropriate administrative, technical and physical information security safeguards, in compliance with applicable federal, state and foreign legal requirements.

e. The Court should require Purchaser – within 100 days of the Closing Date – to file with the Court a statement under oath that Purchaser has used its commercially reasonable efforts to comply with the requirements set out in this Report. If Purchaser is unable to comply with any such requirements, Purchaser shall list and provide an explanation for any areas of non-compliance.

**Section D: Non-Bankruptcy Laws**

**Applicable Consumer Privacy Laws**

16. In the United States, the privacy of consumer PII is governed by a combination of FTC enforcement against unfair or deceptive trade practices under Section 5 of the FTC Act, industry sector-specific statutes such as the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and Title V of the Gramm-Leach-Bliley Act ("GLBA"), and state laws and regulations. The PII maintained by Debtors does not include information that is subject to such federal industry-specific requirements, but this information

9

still remains subject to the FTC's Section 5 jurisdiction.  In addition, to the extent PII maintained by Debtors is used for telemarketing or mobile marketing via SMS, such use may be subject to the requirements of the Telephone Consumer Protection Act ("TCPA").  In addition, the PII at issue here is likely subject to the requirements of state laws, including the CalOPPA and the CCPA.

## U.S Laws and Cases

17.     The FTC Act – Section 5 of the FTC Act declares unfair or deceptive practices in commerce as unlawful.[6]  To determine whether this prohibition against deceptive trade practices has been violated, the FTC will first identify what "express claims" and "implied claims" have been made by a company.[7]  An "express claim" refers to a factual assertion made in an advertisement or promotion or other publicly available statement such as a corporate policy.[8]  An "implied claim" refers to the net impression conveyed by all elements of a company's policies or statements, "including an evaluation of such factors as the entire document, the juxtaposition of various phrases in the document, the nature of the claim, and the nature of the transactions." Section 5 of the FTC Act is violated when an express or implied claim is "likely to affect a consumer's choice or conduct regarding a product" and is "likely to mislead reasonable consumers under the circumstances."[9]  In addition, an act or practice may be considered "unfair" under the FTC Act, if it causes, or is likely to cause, substantial injury to consumers that is not outweighed by countervailing benefits to consumers or competition and is not reasonably avoidable by consumers.[10]

18.     The FTC has applied the prohibition found in Section 5 of the FTC Act against deceptive acts and practices to corporate privacy statements made on the Internet and elsewhere in more than a dozen consent orders.[11]

---

[6]  15 U.S.C.  §45.

[7]  FTC Policy Statement on Deception, *appended to Cliffdale Associates, Inc.*, 103 FTC 110, 174 (1984), available at http://www.ftc.gov/bcp/policystmt/ad-decept.htm.

[8]  *Id.*

[9]  *Id.*

[10]  *See generally,* FTC Policy Statement on Unfairness, *appended to International Harvester Co.,* 104 FTC 949, 1070 (1984) available at http://www.ftc.gov/bcp/policystmt/ad-unfair.htm.

[11]  *See e.g., United States v.  Choice Point, Inc.,* Stipulated Final Judgment and Order (N.D.  Ga 2006) available at http://www.ftc.gov/os/caselist/choicepoint/0523069stip.pdf; *In the Matter of Vision I Properties d/b/a/ CartManager International,* Agreement Containing Consent Order (FTC 2004) available at http://www.ftc.gov/os/caselist/0423068/050310agree0423068.pdf; *In the Matter of Petco Animal Supplies, Inc.,* Decision and Order (FTC 2005) available at http://www.ftc.gov/os/caselist/0323221/050308do0323221.pdf; *In the Matter of Gateway Learning Corp.,* Decision and Order (FTC 2004) available at http://www.ftc.gov/os/caselist/0423047/040917do0423047.pdf; *In the Matter of Tower Records,* Decision and Order (FTC 2004) available at

19.     The Order in *Toysmart*[12] has particular significance in the present case, as it brought about the amendment to the Bankruptcy Code that now requires the appointment of the Consumer Privacy Ombudsman in certain circumstances. See Exhibit B.

20.     <u>The Privacy Policy Enforcement in Bankruptcy Act</u> ("PPEBA") changed the Bankruptcy Code by amendment to create the position of Consumer Privacy Ombudsman and to provide for his/her appointment in certain proceedings.

21.     This amendment to the Bankruptcy Code was the direct result of the FTC action against Toysmart and incorporated aspects of the [Proposed] Stipulation and Order from that case.

22.     Toysmart was a company engaged in the advertising, promotion and sale of toys online.  In the course of Toysmart's business, it collected PII from its consumers.  This consumer information included names, addresses, billing information and shopping preferences.  Toysmart's website's privacy policy represented that Toysmart never shared consumer information with third parties.[13]  Toysmart filed for bankruptcy protection and, as part of the bankruptcy process, sought to sell the PII in contravention to its privacy policy.  The FTC sued Toysmart for deceptive trade practices under Section 5 of the FTC Act, in addition to violating the Children's Online Privacy Protection Act.

23.     The FTC and Toysmart entered into a [Proposed] Stipulation and Settlement that would have enabled Toysmart to sell its consumer PII under certain conditions.  However, forty-six states' Attorneys General objected, stating that

---

http://www.ftc.gov/os/caselist/0323209/040602do0323209.pdf; *In the Matter of Guess?,* available at https://www.ftc.gov/enforcement/cases-proceedings/022-3260/guess-inc-guesscom-inc-matter; *In the Matter of Educational Research center of American, Inc and Student Marketing Group, Inc.*, Decision and Order, (FTC 2002) available at http://www.ftc.gov/os/2003/01/ercaconsent.htm; *In the Matter of the National Research Center for College and University Admissions, Inc.,* Decision and Order (FTC 2003) available at http://www.ftc.gov/os/2003/01/nrccuamuncedo.htm; *In the Matter of Microsoft Corporation,* Decision and Order (FTC 2002) available at https://www.ftc.gov/enforcement/cases-proceedings/012-3240/microsoft-corporation-matter; *In the Matter of Eli Lilly and Company,* Decision and Order (FTC 2002) available at http://www.ftc.gov/os/2002/05/elilillydo.htm; *FTC v. Reverseauction.com, Inc.,* Decision and Order (FTC 2002) available at https://www.ftc.gov/enforcement/cases-proceedings/reverseauctioncom-inc; *In the Matter of Liberty Financial Col,* Decision and Order (FTC 1999) available at http://www.ftc.gov/os/2000/01/libertyconsent.htm; *In the Matter of Geocities* Decision and Order (FTC 1999) available at https://www.ftc.gov/enforcement/cases-proceedings/982-3015/geocities.

[12]  *See* Stipulation and [Proposed] Order Establishing Conditions on Sale of Customer Information, Civil Action No.  00-13995 (Bkr.  D.  Mass 2000) available at https://www.ftc.gov/sites/default/files/documents/cases/toysmarttbankruptcy.1.htm, attached hereto as Exhibit B.

[13]  *Id.*

the word "never" in the privacy policy meant never and therefore Toysmart should not be permitted to sell its consumer PII under any circumstances.

24.     Although Toysmart liquidated and never sold consumers' PII, the value of the Toysmart case is that the FTC established the criteria to determine the propriety of the transfer of customer PII in a bankruptcy proceeding.

25.     In relevant part, the [Proposed] Stipulation and Settlement provided that Toysmart's customers' PII would be sold only to a "Qualified Purchaser," an entity that (a) concentrates in the same business and market as Toysmart; (b) expressly agrees to be Toysmart's successor-in-interest as to the customer information; [and] (c) agrees to be responsible for any violation of that policy following the date of purchase.[14]

**Applicable State Laws**

26.     The PII maintained by Debtors pertains to consumers in many U.S. states.

27.     CalOPPA requires an operator of commercial websites that collect personally identifiable information through the Internet about individual consumers residing in California to post a privacy policy on the website that (a) identifies the categories of personal information that the operator collects through the website and the categories of third parties with whom the operator may share that personal information; (b) provides a description of the process for the consumer to request changes to the consumer's information to the extent the operator provides for such process; (c) describes the process by which the operator notifies consumers of material changes to the operator's privacy policy; and (d) identifies the privacy policy's effective date.[15]  CalOPPA has had the effect of a nationwide requirement to post a privacy policy for any online business that extends its operations to California.

28.     The CCPA offers consumers a set of core rights with respect to the personal information collected by certain businesses, including: (a) the right to know what personal information is collected and disclosed; (b) the right to object to the sale of personal information; (c) the right to deletion of personal information; and (d) the right to non-discrimination should a consumer choose to exercise their rights.

**Section E:  Debtors' Privacy Policies and Privacy Practices**

---

[14]  *See* Stipulation and [Proposed] Order Establishing Conditions on Sale of Customer Information, Civil Action No. 00-13995 (Bkr. D. Mass 2000) available at https://www.ftc.gov/sites/default/files/documents/cases/toysmarttbankruptcy.1.htm.

[15]  Cal. Bus. & Prof. Code §§ 22575.

29.     Debtors' privacy policies and privacy statements are discussed in Section B above.  While some of Debtors' Restaurants' privacy policies explicitly address the transfer of PII to a third party in connection with a sale of assets or other corporate transaction, others explicitly state that no data will be transferred to third parties.

**Section F:  Bankruptcy Code § 332**

**Factors to be Considered**

30.     The Bankruptcy Code §332 provides that the Ombudsman "…shall provide to the court information to assist the court in its consideration of the facts, circumstances, and conditions of the proposed sale …of personally identifiable information under section 363(b)(1)(B).  Such information may include the presentation of:

> (1) the debtor's privacy policy;
> (2)  the potential losses or gains or privacy to consumers if such sale …is approved by the court;
> (3) the potential costs or benefits to consumers if such sale …is approved by the court; and
> (4) the potential alternatives that would mitigate potential privacy losses or potential costs to consumers."

31.     **Debtors' Privacy Policies**:  While the transfer of PII is not consistent with some of the Restaurants' privacy policies, Purchaser has committed to continue to operate the Restaurants in materially the same manner as Debtors and to continue to abide by the Restaurants' privacy policies and commitments.  Consumers will continue interacting with the Restaurants on the same conditions as they have under Debtors' ownership, and the Purchasers' processing of PII – subject to compliance with the recommendations in the Report – will continue to be consistent with consumers' reasonable expectations.  Therefore, Debtors' privacy policies pose no material barrier to transfer.

32.     **Potential Losses or Gains of Privacy to Individuals Who Provided PII:** The contemplated transfer of PII is unlikely to have a material impact on consumers because Purchasers will continue to operate Restaurants in materially the same manner as Debtors and to continue to abide by the Restaurants' privacy policies and commitments.  The Ombudsman, therefore, has no reason to believe that the proposed transfer of PII would result in loss of privacy or other loss or costs to the consumers who provided their PII to Debtors.  Furthermore, Purchasers are committing to update Restaurants' privacy policies to comply with applicable law, which would result in more fulsome disclosures of privacy practices to the benefit of the consumers.

33.    **Potential Costs or Benefits to Individuals Who Provided PII:**  The proposed acquisition of Debtors' PII by Purchasers is likely to be beneficial to consumers.  The Ombudsman understands that Debtors' Restaurants have served customers across the country for years, and these consumers have benefited from discounts, rewards, and promotions all enabled by marketing and loyalty program initiatives that leverage PII.  The transfer of PII to Purchaser would allow Purchaser to continue offering such perks to customers, maintaining the goodwill between consumers and the CraftWorks brands.

34.    **Potential Alternatives that Would Mitigate Potential Privacy Losses or Costs to Individuals Who Provided PII:**  Assuming that Purchaser will comply with the recommendations set forth in this Report, the Ombudsman does not believe that consumers will suffer losses or costs as a result of the transfer of their PII to Purchaser.  Accordingly, the Ombudsman does not believe that an alternative is necessary under the circumstances.  In any event, the Ombudsman does not believe there is an alternative that would provide a more balanced approach to the concerns of consumer privacy, than the path proposed in the Report.

Dated: May 28, 2020            BY:
                               Boris Segalis, Esq., CIPP/US
                               Partner, Cooley LLP

Exhibit A

# Logansroadhouse.com Privacy Policy

# Logan's Roadhouse Privacy Policy

🌐 logansroadhouse.com/privacy

## Privacy Policy

PRIVACY POLICY FOR LOGANSROADHOUSE.COM LAST UPDATED January 18, 2017

## 1. WELCOME

Logan's Roadhouse, Inc. ("We," "Us," "Our," or "Logan's") operates this website, http://www.logansroadhouse.com/ ("Site"). This Privacy Policy ("Privacy Policy") is applicable to you ("User," "You," or "Your"). This Privacy Policy informs all Users of Our practices of collecting, maintaining, using, disclosing, and protecting User information. This Privacy Policy is effective upon Your access and use of Our Site, and the terms that follow describe the type(s) of information that We may collect from You or that You may provide when You visit and use this Site. All Users should read this Privacy Policy carefully before using the Site. By accessing and/or using the Site, You accept and agree to be bound by this Privacy Policy and Our "Terms of Use," found at http://www.logansroadhouse.com/terms, which are hereby incorporated by reference. If You do not agree to be bound by this Privacy Policy, then do not use this Site. Note that this Privacy Policy may change from time to time, and Your continued use of the Site, after We have made changes to the terms, is considered acceptance of those changes. It is Your responsibility to check this Privacy Policy for updates.

## 2. COPPA COMPLIANCE NOTICE

This Site is intended as a general audience commercial website. It is not directed to children. Children are not eligible to utilize the services within this Site. We do not knowingly collect, nor do we seek nor intend to collect, any information personal, or otherwise, from children under the age of thirteen (13) years old. For more information about the Children's Online Privacy Protection Act ("COPPA"), which applies to websites that direct their services to children under the age of thirteen (13), please visit the Federal Trade Commission's website https://www.ftc.gov/tips-advice/business-center/guidance/complying-coppa-frequently-asked-questions.

## 3. INFORMATION WE COLLECT AND HOW WE COLLECT IT

We obtain information about Users of the Site in order to conduct Our business, to develop comprehensive Site statistics, to serve Our customers better, and for other business-related purposes.

We collect information about Users, including but not limited to: (a) use of the Site that does not identify an individual User, (b) Internet connections, (c) computer equipment, (d) web browsers, (e) websites visited before entering Site, (f) websites visited after leaving Site, (g) IP addresses, and (f) other similar information about traffic and usage, collectively "Non-Personal Information."

We also collect information that You provide to Us through forms on this Site, for example, when You fill out our "Join the Club" form, when you fill out our "Contact Us" form, or when you complete the information required to purchase a "Logan's Roadhouse® Gift Card." We also collect information through any correspondence that You provide to Us whether through standard mail, e-mail, or phone call(s). Information that You provide might include, but is not limited to the following: (a) first and last names, (b) demographic information, (c) mailing address, (d) e-mail address, (e) phone number, (f) credit card number, and (g) other information, collectively "Personal Information."

We collect information automatically, as You navigate to, through, and away from Our Site. The information We collect automatically may be aggregated with other Users' information. It may also be combined with associated Personal Information that You provide directly to Us or that We receive from third parties.

## 4. TECHNOLOGY RELATED TO INFORMATION COLLECTION

Cookies, Anonymous Identifiers, Web Beacons, and Other Internet Tracking Technology. We utilize Cookies, Anonymous Identifiers, Web Beacons, and other Internet tracking technology to collect information from Your computer.

A "Cookie" is a data file that is created and stored on Your computer's hard drive when You visit Our Site. An "Anonymous Identifier" is a random string of characters that is used for similar reasons as Cookies.

We use Cookies and Anonymous Identifiers to become more familiar with Users through the study of analytics. Some portions of this Site require the use of Cookies for proper function. Anonymous Identifiers can be used where Cookie technology is not available. You may refuse to accept Cookies by activating the appropriate setting on Your web browser. If You select this setting, You may be unable to access certain parts of Our Site. Unless You have adjusted Your browser setting so that it will refuse Cookies, We will issue Cookies when You direct Your browser to our Site.

A "Web Beacon" is an object embedded into a web page or an e-mail that collects various data. A Web Beacon is known by several common terms, such as a web bug, tag, page tag, tracking bug, tracking pixel, pixel tag, web pixel, targeting pixel, re-targeting pixel, and clear gif. A Web Beacon functions similarly to a Cookie and can allow Us to learn more about a User's behaviors, actions, and preferences. When used within e-mail, for example, a Web Beacon can track whether a User opens a message, clicks on a link within the e-mail, and similar actions. We also use other, similar Internet tracking technology to monitor a User's actions coming to Our Site, moving through Our Site, and after leaving Our Site.

## 5. THIRD-PARTY SERVICES RELATED TO INFORMATION COLLECTION

Google Analytics. We have enabled Google Analytics to collect data about our traffic through the use of Google Advertising Cookies and other Anonymous Identifiers. We use Google Analytics Cookies and other Cookies to compile data to better understand Users and provide Users with a more tailored experience. You can opt out of Google Analytics by visiting Google's Opt-Out Browser Add-on website.

Google AdWords. We use Google AdWords to provide advertisements across the Internet that direct Users to Our Site. We might also utilize Google's remarketing technology that enables Users who have shown interest in Our Site to see targeted advertising on sites associated with the Google network. These ads are typically displayed using Cookie technology. You can learn more about Google's use of Cookies and how to manage your "Ads Settings," by visiting Google's Ads Settings website. Facebook. We use Facebook's marketing software and technology, such as the Facebook Pixel, to advertise to Our Users and to monitor their interests in Our products and services. You can learn more about Facebook's privacy and data management policies at its website.

Twitter. We use Twitter's marketing software and technology, such as the Twitter tracking pixel, to advertise to Our Users and to monitor their interests in Our products and services. You can learn more about Twitter's Support Page at its website.

Emma. We use Emma to manage our "Logan's Roadhouse® Club" subscriptions and related promotions. We use Emma's e-mail marketing services to send mass communication e-mails to Users. We track how Users open these e-mails and what links they click so that We can better serve customers with products and information that they find relevant. When You "subscribe" to the Club mailing list, You agree to receive e-mail advertisements and other information from Us. Upon receiving an e-mail from Us, You may choose to opt-out of future e-mail messages, in accordance with the CAN-SPAM Act of 2003 by clicking the opt-out or unsubscribe option at the bottom of Our e-mails and following Emma's simple opt-

out procedure. We also monitor Our customer's preferences through Emma's software and integrations with Our social media platforms and this Site. You can learn more about Emma's privacy policies by visiting its website.

ServiceCheck. We use ServiceCheck to facilitate and enhance Our customer service communications. We receive customer feedback through the ServiceCheck software, and We monitor Our customer's preferences through ServiceCheck's software and integrations with Our social media platforms and this Site. You can learn more about ServiceCheck by visiting its website.

OTHER

Third-Party Use of Cookies and Other Tracking Technologies. In addition to the applications listed above, there might be other content or applications on this Site served by third-parties, including advertisers, ad networks and servers, social media websites, content providers, and application providers. These third parties may use Cookies alone or in conjunction with Web Beacons or other Internet tracking technologies to collect information about You when You use Our Site. The information they collect may be associated with Your Personal Information or they may collect information, including Personal Information, about Your online activities over time and across different websites and other online services. We do not control these third parties' tracking technologies or how they may be used. You can learn more about opting out of third-party vendors' use(s) of Cookies by visiting the "Network Advertising Initiative" website http://www.networkadvertising.org/choices/.

## 6. HOW WE USE YOUR INFORMATION

We collect and processes information about Users in order to conduct business, to inform and make available products and services that may be of interest to Users, and for the development of web statistics and User profiles. For example, We might make use of User information to enhance, improve, operate, maintain, and update this Site (including but not limited to, Our programs, Our services, and Our systems). We might utilize User information to prevent fraudulent use of this Site, or to maintain a record of Our relationship, interactions, and transactions with You. The information Users provide will be used to contact Users from time to time, for example to notify a User about functionality changes to the Site or terms changes to this Policy, and to offer goods or services that Users may find helpful (provided the User has not opted out of receiving such notices). We also use Your information to:

Deliver any products or services requested by You

Manage and attend to Our relationship with You

Research, analyze, study, and review Your use of Our products or services

Communicate with You

Develop and deliver targeted advertisements to Users

Measure, assess, analyze, and review the efficacy of Our advertising, this Site's content, Our services and products, and other related assessments

Perform Our obligations and enforce Our rights

Fulfill any other purpose for which You have consented and have provided information to Us

## 7. DISCLOSURE AND EXCHANGE OF INFORMATION

You may elect to provide information on Our Site for the purposes of making a product purchase. You may provide information on Our Site for the purposes of obtaining more information or product promotions from Us. When You purchase a "Physical Gift Card" or when you buy an "E-Gift Card," when you send Your information to us through the "Join Our Club" form, or when You enter Your information into the "Contact Us" form, You are consenting to release any provided information and/or data to Us or to a third party. Likewise, by submitting Your information through Our Site, You are consenting to receive e-mail information from Us. We reserve the right to disclose Your information in accordance with our business standards and business judgment. We may disclose aggregated information about You without restriction. We may disclose Personal Information that We collect and/or that You provide to any of our affiliates, to third-party contractors and service providers with whom We have contractual relationships, to other third parties that We hire to serve Our business' interests, and/or to any buyer or successor in the event of a merger, reorganization, dissolution, or other sale or transfer of title. We may disclose any of Your information in order to comply with any court order, law, legal demand, or legal process, including to respond to any government or regulatory request.

## 8. CALIFORNIA USERS

California Civil Code Section § 1798.83 permits Users of this Site who are California residents to request certain information regarding Our disclosure of Personal Information to third parties for their direct marketing purposes (namely, a list of what Personal Information (if any) We have disclosed to third parties for direct marketing purposes in the preceding calendar year and the names and addresses of those third parties). If You are a California resident, and You would like to make such a request, please send an e-mail to marketing@logansroadhouse.com. You may also write a letter to: ATTENTION: California "Shine the Light Law" Logan's Roadhouse, Inc. 3011 Armory Drive, Suite 300 Nashville, TN 37204

## 9. DATA SECURITY

Although Logan's uses reasonable security measures, designed to protect Your Personal Information, no data security measures are guaranteed to be completely effective. We are not responsible for any circumvention of security or privacy measures deployed on this Site. Furthermore, it is common knowledge that transmission of information via the Internet is not wholly secure, and We cannot guarantee the security of Your Personal Information transmitted to Our Site. Any transmission of Personal Information is at Your own risk. By continuing to use this Site, You acknowledge and accept these risks.

## 10. CHANGES TO THIS PRIVACY POLICY

As iterated above, We will make changes to this Privacy Policy from time to time. It is Our custom to provide notification on this page when We make material changes. The date that this Privacy Policy was last revised is identified at the top of the page. You are responsible for ensuring that You periodically visit Our Site and this Privacy Policy to check for any changes.

## 11. CONTACT US

To ask questions or comment about this Privacy Policy, You may contact Us at: E-mail Address: marketing@logansroadhouse.com Mailing Address: Attn: Guest Relations Logan's Roadhouse, Inc. 3011 Armory Drive, Suite 300 Nashville, TN 37204 12. ENTIRE AGREEMENT The Privacy Policy, along with the Terms of Use, referenced herein, represent the entire understanding and complete agreement by and among User and Logan's Roadhouse, Inc. BY USING THIS SITE, YOU ACKNOWLEDGE THAT YOU HAVE READ THIS PRIVACY POLICY, AND YOU AGREE TO BE BOUND BY ALL APPLICABLE TERMS AND CONDITIONS.

# Oldchicago.com Privacy Policy





**MISSOULA**
*Open Now!*

Order Online

# PERSONAL INFORMATION POLICY

### PRIVACY POLICY UPDATES

Due to the Internet's rapidly evolving nature, we may need to update this Privacy Policy from time to time. If so, we will post our updated Privacy Policy on our Site along with a change notice on the Site. We may also send registered users of our services a notice that this Privacy Policy has been changed. Your continued use of this Site and/or services and/or your continued provision of personally identifiable information to us after the posting of such notice will be subject to the terms of the then-current Privacy Policy.

### INFORMATION WE COLLECT

We may collect personal information (which is information that identifies you or relates to you as an identifiable person) about you such as your name, mailing address, telephone number, email address, profile picture, social media account ID, and your communication preferences.

We may collect information from you when you interact with us such as when you register for an account, send us questions or requests, use our website, participate in a contest or sweepstakes promotion, or participate in our loyalty program.

### OTHER INFORMATION WE COLLECT ABOUT YOU

In addition, when you visit our Website, open our emails, use our apps, access the WiFi in any of our restaurants, or interact with our related tools, widgets or plug-ins, we may collect certain information by automated means, such as cookies, web beacons and web server logs. The information we collect in this manner includes your IP address, unique device identifier, browser characteristics, domain and other system settings, search queries, device characteristics, operating system type, language preferences, referring URLs, actions taken on our site, dates and times of website visits, metadata and other information associated with other files stored on your device.

A "cookie" is a file that websites send to a visitor's computer or other Internet-connected device to uniquely identify the visitor's browser or to store information or settings in the browser. A "web beacon," also known as an Internet tag, pixel tag or clear GIF, links web pages to web servers and their cookies, and may be used to transmit information collected through cookies back to a

web server. Through these automated collection methods, we obtain "clickstream data," which is a log of the links and other content on which a visitor clicks while browsing a website. As the visitor clicks through the website, a record of the action may be collected and stored. We may link certain data elements we have collected through automated means, such as your browser information, with other information we have obtained about you to let us know, for example, whether you have opened an email we sent to you. Most Internet browsers allow you to remove or manage cookie functions and adjust your privacy and security preferences. For information on how to do this, access the "help" menu on your Internet browser. Please note, however, that without cookies you may not be able to use all of the features of our Website.

We also may collect information about the location of the mobile device or tablet used to access the Website ("Location Data"). Location Data includes: (a) the location of the mobile device or tablet derived from GPS or WiFi use; (b) the IP address of the mobile device or tablet or internet service used to access the Website; and (c) other information made available by a user or others that indicates the current or prior location of the user, such as geotag information in photographs.

We will inform you if a specific Website, app or service collects precise Location Data. If you do not want us to collect Location Data from your device, please delete the app or disable the location settings on your device or tablet. Note, however, that disabling the location setting may affect your ability to access and use that app.

When you connect with social media though the Website, you may link with social media platforms and social media plug-ins (e.g., the Facebook "Like" button, "Share to Twitter" button) (collectively, "Social Media"). When accessing services through a Facebook or other social media account, we may (depending on the applicable user privacy settings) automatically have access to information provided to or through the social media platform. We may collect and use this information for the purposes described in this Policy or at the time the information was collected.

Information collected directly by the third party providers of the features is subject to the privacy policies or notices of these providers. We are not responsible for these providers' information and privacy practices.

# HOW WE USE YOUR INFORMATION

The information we collect from you helps us to identify ways that we can continue to serve you in the best way possible. *We may use personal information for the* following purposes:

- To respond to your inquiries and fulfill your requests, such as sending you newsletters.
- To send you information about our restaurants and events in which you may be interested.
- To let you know about changes to our terms, conditions, and policies.
- To send you marketing communications that we believe may be of interest to you via postal mail, email, telephone or SMS.

- To personalize your experience on our website by presenting products and offers tailored to you.
- To allow you to participate in sweepstakes, contests and similar promotions and to administer these activities. Some of these activities have additional rules, which could contain additional information about how we use and disclose your Personal Information, so we suggest that you read these rules carefully.
- To facilitate social sharing functionality.
- To allow you to send messages to a friend through the Services. By using this functionality, you are telling us that you are entitled to use and provide us with your friend's name and email address.
- For our business purposes, such as data analysis, audits, fraud monitoring and prevention, developing new products, enhancing, improving or modifying our Services, identifying usage trends, determining the effectiveness of our promotional campaigns and operating and expanding our business activities.
- As we believe to be necessary or appropriate: (a) under applicable law, including laws outside your country of residence; (b) to comply with legal process; (c) to respond to requests from public and government authorities including public and government authorities outside your country of residence; (d) to enforce our terms and conditions; (e) to protect our operations or those of any of our affiliates; (f) to protect our rights, privacy, safety or property, and/or that of our affiliates, you or others; and (g) to allow us to pursue available remedies or limit the damages that we may sustain.

We may also aggregate and/or anonymize personal information for research, to improve our products and services; and for other business purposes.

# HOW WE SHARE YOUR INFORMATION

Affiliated Companies: We may share information about you to our direct affiliates and subsidiaries for purposes sharing information about affiliated restaurants and events in which you may be interested as well as affiliated loyalty programs.

Vendors and Service Providers: We may disclose your information to vendors and service providers retained by us in connection with our business such as: website hosting, data analysis, payment processing, order fulfillment, information technology and related infrastructure provision, customer service, email delivery, tax and financial advisers, legal advisers, accountants or auditing services.

Message Boards: We may make message boards, blogs, and other such user-generated content facilities available to users. Any information that is disclosed in these areas becomes public information and you should always be careful when deciding to disclose your personal information. We are not responsible for privacy practices of other users including website operators to whom you provide information.

Merger or Acquisition: A third party who acquires any part of Craftworks or any of its Affiliates, whether such acquisition is by way of merger, consolidation or purchase of all or a substantial portion of our assets.

Disclosure Permitted by Law: Law enforcement authorities, government or public agencies, regulators, and/or to any other person having appropriate legal authority or justification for receipt of your information, if we believe that we are required or permitted to do so by law or legal process, to respond to claims, or to protect the rights, property or safety of Craftworks or others.

Anonymized/Aggregated Information: Because aggregated or anonymized information does not personally identify you, we may use it for any purpose. If we combine anonymized or aggregated data with personal information, we will treat the combined information as personal information in accordance with this Privacy Policy.

NOTE. Notwithstanding any of the foregoing, we do not at any time sell your personal information.

# SECURITY

We safeguard your information by taking reasonable steps to protect the information you provide us from loss, misuse and unauthorized access, disclosure, alteration and destruction. We have implemented appropriate physical, electronic and managerial procedures to help safeguard and secure your information from loss, misuse, unauthorized access or disclosure, alteration or destruction. No security system is 100% secure, thus we cannot ensure the security of information that you provide to us electronically and via our website.

# OTHER INFORMATION YOU SHOULD KNOW

## INFORMATION PROVIDED ON SOMEONE ELSE'S BEHALF

If you provide us with information about someone else, please ensure you have the person's permission to do so for the purposes detailed in this Privacy Notice.

## LINKS TO WEBSITES

The Services may have links to other websites that are not operated by us and therefore, we have no control over how these websites may collect your information. You should read the privacy notices on those other websites before you submit your information through them

## SOCIAL MEDIA SITES

Please note that we are not responsible for the collection, usage and disclosure policies and practices (including the data security practices) of other organizations, such as Facebook, Apple,

Google, Microsoft, RIM or any other app developer, app provider, social media platform provider, operating system provider, wireless service provider or device manufacturer, including any personal information you disclose to other organizations through or in connection with the Apps or our Social Media Pages.

## CHANGES TO OUR PRIVACY NOTICE

From time to time we may revise this Notice and/or use personal information for new, unanticipated uses not previously disclosed in this Notice to meet changes in the regulatory or business environment, or to satisfy the needs of our customers and service providers. Updated and date stamped versions will be posted on the Services.

## MINORS

We do not knowingly collect, maintain or use personal information from children under 18 years of age, and no part of Services is directed to individuals under the age of 18.

## RETENTION PERIOD

We will retain your personal information for the period necessary to fulfill the purposes outlined in this Privacy Notice unless a longer retention period is required or permitted by law.

# YOUR CHOICES

Marketing: We may contact you by email, telephone, SMS or postal mail with information about products or services offered by Craftworks or a third party that may be of interest to you. You can opt-out in this way at any time by: 1) Using the unsubscribe function in the email you receive from us. 2) If you do not wish to receive further direct marketing from us about Craftworks products, send an email to tourguide@cwrestaurants.com.

Notice to California Residents: If you are a resident of California, California Civil Code Section 1798.83 allows you to request information regarding the disclosure of your personal information by us to third parties for the third parties' direct marketing purposes. With respect to these entities, this Notice applies only to their activities within the State of California. To make such a request, please contact us at tourguide@cwrestaurants.com.

Access to Information We Hold about You: If you would like to access, obtain copies, update, correct or request that we suppress or delete any of the information we hold about you or if you require further information from us about how we use your information please contact us at tourguide@cwrestaurants.com. In some jurisdictions, you may be charged a reasonable fee for access to your information.

   

**ABOUT US**

**CRAFTWORKS FOUNDATION**

**WORKING FOR OC**

**CONTACT US**

**TERMS & CONDITIONS**

**PRIVACY POLICY**

**GIFT CARDS**

**FRANCHISING**

**NUTRITION & ALLERGY INFO**

   

© 2020 All Rights Reserved Old Chicago Pizza and Taproom.

# Gordonbierschrestaurants.com Privacy Policy

# Privacy Policy, Terms & Conditions

**gordonbierschrestaurants.com**/privacy-policy

## PRIVACY POLICY UPDATES

Due to the Internet's rapidly evolving nature, we may need to update this Privacy Policy from time to time. If so, we will post our updated Privacy Policy on our Site along with a change notice on the Site. We may also send registered users of our services a notice that this Privacy Policy has been changed. Your continued use of this Site and/or services and/or your continued provision of personally identifiable information to us after the posting of such notice will be subject to the terms of the then-current Privacy Policy.

## INFORMATION WE COLLECT

We may collect personal information (which is information that identifies you or relates to you as an identifiable person) about you such as your name, mailing address, telephone number, email address, profile picture, social media account ID, and your communication preferences.

We may collect information from you when you interact with us such as when you register for an account, send us questions or requests, use our website, participate in a contest or sweepstakes promotion, or participate in our loyalty program. For more information on our loyalty program, visit our Terms & Conditions Page

## OTHER INFORMATION WE COLLECT ABOUT YOU

In addition, when you visit our Website, open our emails, use our apps, access the WiFi in any of our restaurants, or interact with our related tools, widgets or plug-ins, we may collect certain information by automated means, such as cookies, web beacons and web server logs. The information we collect in this manner includes your IP address, unique device identifier, browser characteristics, domain, and other system settings, search queries, device characteristics, operating system type, language preferences, referring URLs actions taken on our site, dates and times of website visits, metadata and other information associated with other files stored on your device. A "cookie" is a file that websites send to a visitor's computer or another Internet-connected device to uniquely identify the visitor's browser or to store information or settings in the browser. A "web beacon," also known as an Internet tag, pixel tag or clear GIF, links web pages to web servers and their cookies and may be used to transmit information collected through cookies back to a web server. Through these automated collection methods, we obtain "clickstream data," which is a log of the links and other content on which a visitor clicks while browsing a website. As the visitor

clicks through the website, a record of the action may be collected and stored. We may link certain data elements we have collected through automated means, such as your browser information, with other information we have obtained about you to let us know, for example, whether you have opened an email we sent to you. Most Internet browsers allow you to remove or manage cookie functions and adjust your privacy and security preferences. For information on how to do this, access the "help" menu on your Internet browser. Please note, however, that without cookies you may not be able to use all of the features of our Website.

We also may collect information about the location of the mobile device or tablet used to access the Website ("Location Data"). Location Data includes: (a) the location of the mobile device or tablet derived from GPS or WiFi use; (b) the IP address of the mobile device or tablet or internet service used to access the Website; and (c) other information made available by a user or others that indicates the current or prior location of the user, such as geotag information in photographs.

We will inform you if a specific Website, app or service collects precise Location Data. If you do not want us to collect Location Data from your device, please delete the app or disable the location settings on your device or tablet. Note, however, that disabling the location setting may affect your ability to access and use that app.

When you connect with social media through the Website, you may link with social media platforms and social media plug-ins (e.g., the Facebook "Like" button, "Share to Twitter" button) (collectively, "Social Media"). When accessing services through a Facebook or other social media account, we may (depending on the applicable user privacy settings) automatically have access to information provided to or through the social media platform. We may collect and use this information for the purposes described in this Policy or at the time the information was collected.

Information collected directly by the third-party providers of the features is subject to the privacy policies or notices of these providers. We are not responsible for these providers' information and privacy practices.

## HOW WE USE YOUR INFORMATION

The information we collect from you helps us to identify ways that we can continue to serve you in the best way possible. **We may use personal information for the following purposes:**

- To respond to your inquiries and fulfill your requests, such as sending you newsletters.
- To send you information about our restaurants and events in which you may be interested.

- To let you know about changes to our terms, conditions, and policies.
- To send you marketing communications that we believe may be of interest to you via postal mail, email, telephone or SMS.
- To personalize your experience on our website by presenting products and offers tailored to you.
- To allow you to participate in sweepstakes, contests, and similar promotions and to administer these activities. Some of these activities have additional rules, which could contain additional information about how we use and disclose your Personal Information, so we suggest that you read these rules carefully.
- To facilitate social sharing functionality.
- To allow you to send messages to a friend through the Services. By using this functionality, you are telling us that you are entitled to use and provide us with your friend's name and email address.
- For our business purposes, such as data analysis, audits, fraud monitoring, and prevention, developing new products, enhancing, improving or modifying our Services, identifying usage trends, determining the effectiveness of our promotional campaigns and operating and expanding our business activities.
- As we believe to be necessary or appropriate: (a) under applicable law, including laws outside your country of residence; (b) to comply with legal process; (c) to respond to requests from public and government authorities including public and government authorities outside your country of residence; (d) to enforce our terms and conditions; (e) to protect our operations or those of any of our affiliates; (f) to protect our rights, privacy, safety or property, and/or that of our affiliates, you or others; and (g) to allow us to pursue available remedies or limit the damages that we may sustain.

We may also aggregate and/or anonymize personal information for research, to improve our products and services; and for other business purposes.

## HOW WE SHARE YOUR INFORMATION

We may disclose or share your information as follows:

- Affiliated Companies: We may share information about you to our direct affiliates and subsidiaries for purposes sharing information about affiliated restaurants and events in which you may be interested as well as affiliated loyalty programs.
- Vendors and Service Providers: We may disclose your information to vendors and service providers retained by us in connection with our business such as website hosting, data analysis, payment processing, order fulfillment, information technology, and related infrastructure provision, customer service, email delivery, tax and financial advisers, legal advisers, accountants or auditing services.

- Message Boards: We may make message boards, blogs, and other such user-generated content facilities available to users. Any information that is disclosed in these areas becomes public information and you should always be careful when deciding to disclose your personal information. We are not responsible for the privacy practices of other users including website operators to whom you provide information.
- Merger or Acquisition: A third party who acquires any part of Craftworks or any of its Affiliates, whether such acquisition is by way of merger, consolidation or purchase of all or a substantial portion of our assets.

Disclosure Permitted by Law: Law enforcement authorities, government or public agencies, regulators, and/or to any other person having appropriate legal authority or justification for receipt of your information,

if we believe that we are required or permitted to do so by law or legal process, to respond to claims, or to protect the rights, property or safety of Craftworks or others.

- Anonymized/Aggregated Information: Because aggregated or anonymized information does not personally identify you, we may use it for any purpose. If we combine anonymized or aggregated data with personal information, we will treat the combined information as personal information in accordance with this Privacy Policy.
- NOTE. Notwithstanding any of the foregoing, we do not at any time sell your personal information.

## SECURITY

We safeguard your information by taking reasonable steps to protect the information you provide us from loss, misuse, and unauthorized access, disclosure, alteration, and destruction. We have implemented appropriate physical, electronic and managerial procedures to help safeguard and secure your information from loss, misuse, unauthorized access or disclosure, alteration or destruction. No security system is 100% secure, thus we cannot ensure the security of information that you provide to us electronically and via our website.

## OTHER INFORMATION YOU SHOULD KNOW

- Information Provided on Someone Else's Behalf: If you provide us with information about someone else, please ensure you have the person's permission to do so for the purposes detailed in this Privacy Notice.

- Links to Websites: The Services may have links to other websites that are not operated by us and therefore, we have no control over how these websites may collect your information. You should read the privacy notices on those other websites before you submit your information through them.
- Social Media Sites: Please note that we are not responsible for the collection, usage and disclosure policies and practices (including the data security practices) of other organizations, such as Facebook, Apple, Google, Microsoft, RIM or any other app developer, app provider, social media platform provider, operating system provider, wireless service provider or device manufacturer, including any personal information you disclose to other organizations through or in connection with the Apps or our Social Media Pages.
- Changes to Our Privacy Notice: From time to time we may revise this Notice and/or use personal information for new, unanticipated uses not previously disclosed in this Notice to meet changes in the regulatory or business environment, or to satisfy the needs of our customers and service providers. Updated and date stamped versions will be posted on the Services.
- Minors: We do not knowingly collect, maintain or use personal information from children under 18 years of age, and no part of Services is directed to individuals under the age of 18.
- Retention Period. We will retain your personal information for the period necessary to fulfill the purposes outlined in this Privacy Notice unless a longer retention period is required or permitted by law.

## YOUR CHOICES

- Marketing: We may contact you by email, telephone, SMS or postal mail with information about products or services offered by Craftworks or a third party that may be of interest to you. You can opt-out in this way at any time by Using the unsubscribe function in the email you receive from us.
- If you do not wish to receive further direct marketing from us about Craftworks products, send an email to Passport@cwrestaurants.com.
- Notice to California Residents: If you are a resident of California, California Civil Code Section 1798.83 allows you to request information regarding the disclosure of your personal information by us to third parties for the third parties' direct marketing purposes. With respect to these entities, this Notice applies only to their activities within the State of California. To make such a request, please contact us at Passport@cwrestaurants.com.

- Access to Information We Hold about You: If you would like to access, obtain copies, update, correct or request that we suppress or delete any of the information we hold about you or if you require further information from us about how we use your information please contact us at Passport@cwrestaurants.com In some jurisdictions, you may be charged a reasonable fee for access to your information.

# Rockbottom.com Privacy Policy

**BY ACCEPTING TO USE OUR WiFi, YOU AGREE TO RECEIVE MARKETING COMMUNICATIONS FROM ROCK BOTTOM RESTAURANTS & BREWERIES**

## COMPLETE TERMS & CONDITIONS ON OUR PERSONAL INFORMATION POLICY

## PRIVACY POLICY UPDATES

Due to the Internet's rapidly evolving nature, we may need to update this Privacy Policy from time to time. If so, we will post our updated Privacy Policy on our Site along with a change notice on the Site. We may also send registered users of our services a notice that this Privacy Policy has been changed. Your continued use of this Site and/or services and/or your continued provision of personally identifiable information to us after the posting of such notice will be subject to the terms of the then-current Privacy Policy.

## INFORMATION WE COLLECT

We may collect personal information (which is information that identifies you or relates to you as an identifiable person) about you such as your name, mailing address, telephone number, email address, profile picture, social media account ID, and your communication preferences.

We may collect information from you when you interact with us such as when you register for an account, send us questions or requests, use our website, participate in a contest or sweepstakes promotion, or participate in our loyalty program.

**Other Information We Collect About You:**

In addition, when you visit our Website, open our emails, use our apps, access the WiFi in any of our restaurants, or interact with our related tools, widgets or plug-ins, we may collect certain information by automated means, such as cookies, web beacons and web server logs. The information we collect in this manner includes your IP address, unique device identifier, browser characteristics, domain and other system settings, search queries, device characteristics, operating system type, language preferences, referring URLs, actions taken on our site, dates and times of website visits, metadata and other information associated with other files stored on your device. A "cookie" is a file that websites send to a visitor's computer or other Internet-connected device to uniquely identify the visitor's browser or to store information or settings in the browser. A "web beacon," also known as an Internet tag, pixel tag or clear GIF, links web pages to web servers and their cookies, and may be used to transmit information collected through cookies back to a web server. Through these automated collection methods, we obtain "clickstream data," which is a log of the links and other content on which a visitor clicks while browsing a website. As the visitor clicks through the website, a record of the action may be collected and stored. We may link certain data elements we have collected through automated means, such as your browser information, with other information we have obtained about you to let you know, for example, whether you have opened an email we sent to you. Most Internet browsers allow you to remove or manage cookie functions and adjust your privacy and security preferences. For information on how to do this,

access the "help" menu on your Internet browser. Please note, however, that without cookies you may not be able to use all of the features of our Website.

We also may collect information about the location of the mobile device or tablet used to access the Website ("Location Data"). Location Data includes: (a) the location of the mobile device or tablet derived from GPS or WiFi use; (b) the IP address of the mobile device or tablet or internet service used to access the Website; and (c) other information made available by a user or others that indicates the current or prior location of the user, such as geotag information in photographs.

We will inform you if a specific Website, app or service collects precise Location Data. If you do not want us to collect Location Data from your device, please delete the app or disable the location settings on your device or tablet. Note, however, that disabling the location setting may affect your ability to access and use that app.

When you connect with social media though the Website, you may link with social media platforms and social media plug-ins (e.g., the Facebook "Like" button, "Share to Twitter" button) (collectively, "Social Media"). When accessing services through a Facebook or other social media account, we may (depending on the applicable user privacy settings) automatically have access to information provided to or through the social media platform. We may collect and use this information for the purposes described in this Policy or at the time the information was collected.

Information collected directly by the third party providers of the features is subject to the privacy policies or notices of these providers. We are not responsible for these providers' information and privacy practices.

## HOW WE USE YOUR INFORMATION

The information we collect from you helps us to identify ways that we can continue to serve you in the best way possible. ***We may use personal information for the following purposes***:

- To respond to your inquiries and fulfill your requests, such as sending you newsletters.

- To send you information about our restaurants and events in which you may be interested.

- To let you know about changes to our terms, conditions, and policies.

- To send you marketing communications that we believe may be of interest to you via postal mail, email, telephone or SMS.

- To personalize your experience on our website by presenting products and offers tailored to you.

- To allow you to participate in sweepstakes, contests and similar promotions and to administer these activities. Some of these activities have additional rules, which could contain additional information about how we use and disclose your Personal Information, so we suggest that you read these rules carefully.

- To facilitate social sharing functionality.

- To allow you to send messages to a friend through the Services. By using this functionality, you are telling us that you are entitled to use and provide us with your friend's name and email address.

- For our business purposes, such as data analysis, audits, fraud monitoring and prevention, developing new products, enhancing, improving or modifying our Services, identifying usage

trends, determining the effectiveness of our promotional campaigns and operating and expanding our business activities.

- As we believe to be necessary or appropriate: (a) under applicable law, including laws outside your country of residence; (b) to comply with legal process; (c) to respond to requests from public and government authorities including public and government authorities outside your country of residence; (d) to enforce our terms and conditions; (e) to protect our operations or those of any of our affiliates; (f) to protect our rights, privacy, safety or property, and/or that of our affiliates, you or others; and (g) to allow us to pursue available remedies or limit the damages that we may sustain.

We may also aggregate and/or anonymize personal information for research, to improve our products and services; and for other business purposes.

## HOW WE SHARE YOUR INFORMATION

We may disclose or share your information as follows:

- **Affiliated Companies:** We may share information about you to our direct affiliates and subsidiaries for purposes sharing information about affiliated restaurants and events in which you may be interested as well as affiliated loyalty programs.

- **Vendors and Service Providers:** We may disclose your information to vendors and service providers retained by us in connection with our business such as: website hosting, data analysis, payment processing, order fulfillment, information technology and related infrastructure provision, customer service, email delivery, tax and financial advisers, legal advisers, accountants or auditing services.

- **Message Boards:** We may make message boards, blogs, and other such user-generated content facilities available to users. Any information that is disclosed in these areas becomes public information and you should always be careful when deciding to disclose your personal information. We are not responsible for privacy practices of other users including website operators to whom you provide information.

- **Merger or Acquisition:** A third party who acquires any part of Craftworks or any of its Affiliates, whether such acquisition is by way of merger, consolidation or purchase of all or a substantial portion of our assets.

- **Disclosure Permitted by Law:** Law enforcement authorities, government or public agencies, regulators, and/or to any other person having appropriate legal authority or justification for receipt of your information, if we believe that we are required or permitted to do so by law or legal process, to respond to claims, or to protect the rights, property or safety of Craftworks or others.

- **Anonymized/Aggregated Information:** Because aggregated or anonymized information does not personally identify you, we may use it for any purpose. If we combine anonymized or aggregated data with personal information, we will treat the combined information as personal information in accordance with this Privacy Policy.

- **NOTE.** Notwithstanding any of the foregoing, we do not at any time sell your personal information.

## SECURITY

We safeguard your information by taking reasonable steps to protect the information you provide us from loss, misuse and unauthorized access, disclosure, alteration and destruction. We have implemented appropriate physical, electronic and managerial procedures to help safeguard and secure your information from loss, misuse, unauthorized access or disclosure, alteration or destruction. No security system is 100% secure, thus we cannot ensure the security of information that you provide to us electronically and via our website.

## OTHER INFORMATION YOU SHOULD KNOW

- **Information Provided on Someone Else's Behalf:** If you provide us with information about someone else, please ensure you have the person's permission to do so for the purposes detailed in this Privacy Notice.

- **Links to Websites:** The Services may have links to other websites that are not operated by us and therefore, we have no control over how these websites may collect your information. You should read the privacy notices on those other websites before you submit your information through them.

- **Social Media Sites:** Please note that we are not responsible for the collection, usage and disclosure policies and practices (including the data security practices) of other organizations, such as Facebook, Apple, Google, Microsoft, RIM or any other app developer, app provider, social media platform provider, operating system provider, wireless service provider or device manufacturer, including any personal information you disclose to other organizations through or in connection with the Apps or our Social Media Pages.

- **Changes to Our Privacy Notice:** From time to time we may revise this Notice and/or use personal information for new, unanticipated uses not previously disclosed in this Notice to meet changes in the regulatory or business environment, or to satisfy the needs of our customers and service providers. Updated and date stamped versions will be posted on the Services.

- **Minors:** We do not knowingly collect, maintain or use personal information from children under 18 years of age, and no part of Services is directed to individuals under the age of 18.

- **Retention Period.** We will retain your personal information for the period necessary to fulfill the purposes outlined in this Privacy Notice unless a longer retention period is required or permitted by law.

## YOUR CHOICES:

- **Marketing:** We may contact you by email, telephone, SMS or postal mail with information about products or services offered by Craftworks or a third party that may be of interest to you. You can opt-out in this way at any time by:
  - Using the unsubscribe function in the email you receive from us.
  - If you do not wish to receive further direct marketing from us about Craftworks products, send an email to RockRewards@RockBottom.com.

- **Notice to California Residents:** If you are a resident of California, California Civil Code Section 1798.83 allows you to request information regarding the disclosure of your personal information by us to third parties for the third parties' direct marketing purposes. With respect to these entities, this Notice applies only to their activities within the State of California. To make such a request, please contact us at RockRewards@RockBottom.com.

- **Access to Information We Hold about You:** If you would like to access, obtain copies, update, correct or request that we suppress or delete any of the information we hold about you or if you require further information from us about how we use your information please contact us at RockRewards@RockBottom.com. In some jurisdictions, you may be charged a reasonable fee for access to your information.

---

### Find a Rock Bottom

### Rock Rewards

### Gift Cards

### Contact Us

**About Rock Bottom**                          **National Group Sales**

**Careers**                                         **Nutrition**

**Franchising**                                   **Privacy Policy**

Copyright 2020 All Rights Reserved.
Rock Bottom Restaurant & Brewery

**Follow Us On:**

**Twitter**

**Facebook**

**Instagram**

# Bigrivergrille.com Privacy Policy

HOME (/WELCOME)      DELIVERY (/#DELIVERY-SECTION)

LOCATIONS (/#LOCATIONS-SECTION)      MENU (/#MENU-SECTION)

ABOUT US (/#ABOUT-US-SECTION)      CONTACT US (/#CONTACT-US-SECTION)

PRIVATE DINING      RESERVATIONS (/LOCATIONS)

# Privacy Policy

CraftWorks Restaurants & Breweries, Inc., is very sensitive to the privacy concerns of the visitors to our site on the Internet. As a general policy, no personal information is automatically collected from visitors to the site. However, certain non-personal information of visitors is recorded by the standard operation of CraftWorks Restaurants & Breweries, Inc., Internet servers. This information is primarily used to provide an enhanced online experience for the visitor. Information tracked includes the type of operating system in use and the type of browser being used by the visitor. Other uses of this information include internal review of the number of visitors to the site but only in an aggregate and non-personally-identifiable form. E-mail addresses and other personally identifiable data about visitors to this site are known only when voluntarily submitted. Personally identifiable information that may be collected in connection with visitors is retained by CraftWorks Restaurants & Breweries, Inc., and is not sold or otherwise transferred outside the company. This information is collected to help us better understand visitors' use of our site. To the extent that any of the sites accessible through CraftWorks Restaurants & Breweries, Inc., Web Site have different practices, these practices will be explained at that site.

PASSPORT REWARDS (HTTP://GC.CRAFTWORKSRESTAURANTS.COM/REWARDS)

CAREERS (HTTPS://CRAFTCAREERS.NET/BRG)

GIFT CARDS (HTTP://CRAFTWORKSRESTAURANTS.COM/GIFTCARD/GORDON-BIERSCH-GIFT-CARD)

CRAFTWORKS FOUNDATION (HTTP://WWW.CRAFTWORKSFOUNDATION.ORG/)

NUTRITION & ALLERGY INFO (/NUTRITION-ALLERGY-INFO)

PRIVACY POLICY (/PRIVACY-POLICY)     ACCESSIBILITY POLICY (/ACCESSIBILITY-POLICY)

Powered by Squarespace (http://www.squarespace.com)

# Chophouse.com Privacy Policy



# Privacy Policy

CraftWorks Restaurants & Breweries, Inc., is very sensitive to the privacy concerns of the visitors to our site on the Internet. As a general policy, no personal information is automatically collected from visitors to the site. However, certain non-personal information of visitors is recorded by the standard operation of CraftWorks Restaurants & Breweries, Inc., Internet servers. This information is primarily used to provide an enhanced online experience for the visitor. Information tracked includes the type of operating system in use and the type of browser being used by the visitor. Other uses of this information include internal review of the number of visitors to the site but only in an aggregate and non-personally-identifiable form. E-mail addresses and other personally identifiable data about visitors to this site are known only when voluntarily submitted. Personally identifiable information that may be collected in connection with visitors is retained by CraftWorks Restaurants & Breweries, Inc., and is not sold or otherwise transferred outside the company. This information is collected to help us better understand visitors' use of our site. To the extent that any of the sites accessible through CraftWorks Restaurants & Breweries, Inc., Web Site have different practices, these practices will be explained at that site.

CRAFTWORKS FOUNDATION (HTTP://WWW.CRAFTWORKSFOUNDATION.ORG/)

PRIVACY POLICY (/PRIVACY-POLICY)

CRAFTWORKS RESTAURANTS & BREWERIES

Powered by Squarespace (http://www.squarespace.com)

/

# A1aaleworks.com Privacy Policy

**HOME (/#HOME-SECTION)**      **RESERVATIONS (/#RESERVATIONS-SECTION)**

**MENU (/#MENU-SECTION)**      **BEER LIST (/#BEER-SECTION)**

**CATERING (/#CATERING-SECTION)**

**PRIVATE DINING (/#PRIVATEDINING-SECTION)**

**ABOUT US (/#ABOUT-US-SECTION)**      **CONTACT US (/#CONTACT-US-SECTION)**

# Privacy Policy

CraftWorks Restaurants & Breweries, Inc., is very sensitive to the privacy concerns of the visitors to our site on the Internet. As a general policy, no personal information is automatically collected from visitors to the site. However, certain non-personal information of visitors is recorded by the standard operation of CraftWorks Restaurants & Breweries, Inc., Internet servers. This information is primarily used to provide an enhanced online experience for the visitor. Information tracked includes the type of operating system in use and the type of browser being used by the visitor. Other uses of this information include internal review of the number of visitors to the site but only in an aggregate and non-personally-identifiable form. E-mail addresses and other personally identifiable data about visitors to this site are known only when voluntarily submitted. Personally identifiable information that may be collected in connection with visitors is retained by CraftWorks Restaurants & Breweries, Inc., and is not sold or otherwise transferred outside the company. This information is collected to help us better understand visitors' use of our site. To the extent that any of the sites accessible through CraftWorks Restaurants & Breweries, Inc., Web Site have different practices, these practices will be explained at that site.

PASSPORT REWARDS (HTTP://GC.CRAFTWORKSRESTAURANTS.COM/REWARDS)

CAREERS (HTTPS://CRAFTCAREERS.NET/A1A)

GIFT CARDS (HTTP://CRAFTWORKSRESTAURANTS.COM/GIFTCARD/GORDON-BIERSCH-GIFT-CARD)

CRAFTWORKS FOUNDATION (HTTP://WWW.CRAFTWORKSFOUNDATION.ORG/)

NUTRITION & ALLERGY INFO (/NUTRITION-ALLERGY-INFO)

PRIVACY POLICY (/PRIVACY-POLICY)    ACCESSIBILITY POLICY (/ACCESSIBILITY-POLICY)

Powered by Squarespace (http://www.squarespace.com)

# Ragtimetavern.com Privacy Policy



**DELIVERY (/#DELIVERY-SECTION)**    **HOME (/#HOME-SECTION)**

**MENU (/#MENU-SECTION)**    **BEER (/#BEER-SECTION)**

**ABOUT US (/#ABOUT-US-SECTION)**    **CONTACT US (/#CONTACT-US-SECTION)**

# Privacy Policy

CraftWorks Restaurants & Breweries, Inc., is very sensitive to the privacy concerns of the visitors to our site on the Internet. As a general policy, no personal information is automatically collected from visitors to the site. However, certain non-personal information of visitors is recorded by the standard operation of CraftWorks Restaurants & Breweries, Inc., Internet servers. This information is primarily used to provide an enhanced online experience for the visitor. Information tracked includes the type of operating system in use and the type of browser being used by the visitor. Other uses of this information include internal review of the number of visitors to the site but only in an aggregate and non-personally-identifiable form. E-mail addresses and other personally identifiable data about visitors to this site are known only when voluntarily submitted. Personally identifiable information that may be collected in connection with visitors is retained by CraftWorks Restaurants & Breweries, Inc., and is not sold or otherwise transferred outside the company. This information is collected to help us better understand visitors' use of our site. To the extent that any of the sites accessible through CraftWorks Restaurants & Breweries, Inc., Web Site have different practices, these practices will be explained at that site.

PASSPORT REWARDS (HTTP://WWW.CRAFTWORKSRESTAURANTS.COM/REWARDS)

CAREERS (HTTPS://CRAFTCAREERS.NET/RT)

GIFT CARDS (HTTP://WWW.CRAFTWORKSRESTAURANTS.COM/GIFTCARD/GORDON-BIERSCH-GIFT-CARD)

CRAFTWORKS FOUNDATION (HTTP://WWW.CRAFTWORKSFOUNDATION.ORG/)

NUTRITION & ALLERGY INFO (/NUTRITION-ALLERGY-INFO)

PRIVACY POLICY (/PRIVACY-POLICY)    ACCESSIBILITY POLICY (/ACCESSIBILITY-POLICY)

Powered by Squarespace (http://www.squarespace.com)

# 7bridgesgrille.com Privacy Policy



**DELIVERY (/#DELIVERY-SECTION)     HOME (/#HOME-SECTION)**

**MENU (/#MENU-SECTION)     BEER (/#BEER-SECTION)**

**GROUP DINING (/#GROUP-DINING-SECTION)**

**ABOUT US (/#ABOUT-US-SECTION)     CONTACT US (/#CONTACT-US-SECTION)**

# Privacy Policy

CraftWorks Restaurants & Breweries Inc. is very sensitive to the privacy concerns of the visitors to our site on the Internet. As a general policy, no personal information is automatically collected from visitors to the site. However, certain non-personal information of visitors is recorded by the standard operation of CraftWorks Restaurants & Breweries, Inc., Internet servers. This information is primarily used to provide an enhanced online experience for the visitor. Information tracked includes the type of operating system in use and the type of browser being used by the visitor. Other uses of this information include internal review of the number of visitors to the site but only in an aggregate and non-personally-identifiable form. E-mail addresses and other personally identifiable data about visitors to this site are known only when voluntarily submitted. Personally identifiable information that may be collected in connection with visitors is retained by CraftWorks Restaurants & Breweries, Inc., and is not sold or otherwise transferred outside the company. This information is collected to help us better understand visitors' use of our site. To the extent that any of the sites accessible through CraftWorks Restaurants & Breweries Inc., website have different practices, these practices will be explained at that site.

PASSPORT REWARDS (HTTP://WWW.CRAFTWORKSRESTAURANTS.COM/REWARDS)

CAREERS (HTTPS://CRAFTCAREERS.NET/7B)

GIFT CARDS (HTTP://WWW.CRAFTWORKSRESTAURANTS.COM/GIFTCARD/GORDON-BIERSCH-GIFT-CARD)

CRAFTWORKS FOUNDATION (HTTP://WWW.CRAFTWORKSFOUNDATION.ORG/)

NUTRITION & ALLERGY INFO (/NUTRITION-ALLERGY-INFO)

PRIVACY POLICY (/PRIVACY-POLICY)      ACCESSIBILITY POLICY (/ACCESSIBILITY-POLICY)

Powered by Squarespace (http://www.squarespace.com)

Exhibit B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

## TOYSMART.COM, LLC, Debtor.

### Chapter 11
### Case No. 00-13995-CJK

## STIPULATION AND ORDER ESTABLISHING CONDITIONS
## ON SALE OF CUSTOMER INFORMATION

This Stipulation is entered into this twentieth day of July, 2000, by and between, Toysmart.com, LLC, debtor and debtor-in-possession ("Debtor" or "Toysmart"), and the Federal Trade Commission ("FTC").[1]

WHEREAS, on June 9, 2000, an involuntary petition was commenced against the Debtor under chapter 11 of 11 U.S.C. § 101, et seq. ("Code"). On June 23, 2000, the Debtor filed a consent to the order for relief under chapter 11 of the Code;

WHEREAS, the Debtor is a Delaware limited liability corporation involved in the "e-tail" business. The Debtor has, among other things, advertised, promoted, and sold toys on the Internet including through its Web site www.toysmart.com;

WHEREAS, the FTC is an independent agency of the United States government created pursuant to 15 U.S.C. § 41, et seq. ("FTC Act"). The FTC enforces § 5(a) of the FTC Act, which prohibits unfair or deceptive acts or practices in or affecting commerce;

WHEREAS, the Debtor has collected personal customer information including, but not limited to, consumers' names, addresses, billing information, shopping preferences, and family profile information;

WHEREAS, from at least September 1999 to July 2000, the Debtor's Web site included a privacy statement ("Privacy Statement") stating that (1) "Personal information voluntarily submitted by visitors to our site, such as name, address, billing information and shopping preferences, is never shared with a third party. All information obtained by toysmart.com is used only to personalize your experience online," and (2) "When you register with toysmart.com, you can rest assured that your information will never be shared with a third party;"

---

[1] The FTC assents to this Court's jurisdiction solely for purposes of approval of this Stipulation. Should this Stipulation not be approved by the Bankruptcy Court, the FTC reserves the right to take all actions as it deems necessary and appropriate to protect its exercise of police and regulatory powers.

WHEREAS, on or about May 22, 2000, the Debtor announced that it had ceased operations and began to offer for sale customer information through advertisements appearing in the Wall Street Journal and the Boston Globe and through its Web site;

WHEREAS, on June 29, 2000, the Debtor filed the Debtor's Motion For Authority To Sell Assets (Excluding Inventory) By Public Sale Free And Clear Of Liens, Claims And Encumbrances ("Sale Motion") and related pleadings. Pursuant to the Sale Motion, the Debtor, among other things, seeks to sell a group of assets set forth in Category C and entitled "Web Site Applications, Names, Customer List, and Product Databases" consisting of the Debtor's right, title and interest in customer information, including contents of its customer databases including detailed customer lists and related information, as well as names, trademarks, goodwill, URL names, Web site source code, and data base schemas without content and publishable content located on its Web site (each and together, the "Goodwill"); and

WHEREAS, the FTC has filed a complaint in the United States District Court for the District of Massachusetts, Federal Trade Commission v. Toysmart.com, LLC, Civil Action No. 00-11341-RGS, which alleges that the proposed sale of the customer information would constitute a deceptive act or practice in or affecting commerce under § 5(a) of the FTC Act; and

WHEREAS, the Debtor disputes the FTC's allegations and further responds that it has never violated the Privacy Statement, but in any event, seeks to resolve this matter so as to preserve the value of the Debtor's assets for the benefit of its creditors.

**NOW THEREFORE**, in an effort to resolve this matter without further cost or delay, the parties hereby agree, subject only to the approval of this Court, as follows:

For the purposes of this Agreement, the following definitions shall apply:

>"Qualified Buyer" shall mean an entity that (1) concentrates its business in the family commerce market, involving the areas of education, toys, learning, home and/or instruction, including commerce, content, product and services, and (2) expressly agrees to be Toysmart's successor-in-interest as to the Customer Information, and expressly agrees to the obligations set forth in Paragraphs 2, 3 and 4, below. Nothing herein, however, shall create any liability for such Qualified Buyer as a result of any actions or omissions by the Debtor, as the Customer Information is to be sold free and clear of all liens, claims and encumbrances, except for the Qualified Buyer's obligations under the Privacy Statement.

"Customer Information" shall mean information of or relating to consumers collected by the Debtor, including, but not limited to, name, address, billing information, shopping preferences, order history, gift registry selection, family profile information about consumers' children, such as name, gender, birthday, and toy interests.

"Third Party" shall mean any individual, firm, or organization other than the Qualified Buyer and its successors, except to the extent that disclosure of Customer Information to such an individual, firm, or organization is necessary to maintain the technical

functioning of the Toysmart Web site or customer databases, or to fulfill a consumer's request. "Third Party" includes any affiliates of the Qualified Buyer.

"Privacy Statement" shall mean the privacy statement posted on the Toysmart Web site from at least September 1999 to July 2000, the terms of which are included in full in Exhibit 1.

The Debtor shall only assign or sell its Customer Information as part of the sale of its Goodwill and only to a Qualified Buyer approved by the Bankruptcy Court. In the process of approving any sale of the Customer Information, the Bankruptcy Court shall require that the Qualified Buyer agree to and comply with the terms of this Stipulation.

The Qualified Buyer shall treat Customer Information in accordance with the terms of the Privacy Statement and shall be responsible for any violation by it following the date of purchase. Among other things, the Qualified Buyer shall use Customer Information only to fulfill customer orders and to personalize customers' experience on the Web site, and shall not disclose, sell or transfer Customer Information to any Third Party.

If the Qualified Buyer materially changes the Privacy Statement, prior notice will be posted on the Web site. Any such material change in policy shall apply only to information collected following the change in policy. The Customer Information shall be governed by the Privacy Statement, unless the consumer provides affirmative consent ("opt-in") to the previously collected information being governed by the new policy.

In the event that an order is not entered on or before July 31, 2001, approving the sale of the Customer Information to a Qualified Buyer or approving a plan of reorganization, the Debtor shall, on or before August 31, 2001, delete or destroy all Customer Information in its possession, custody or control, and provide written confirmation to the FTC, sworn to under penalty of perjury, that all such Customer Information has been deleted or destroyed. Pending approval of any sale of the Customer Information to a Qualified Buyer or of a plan of reorganization, the Debtor shall handle Customer Information in accordance with the Privacy Statement.

This Stipulation and Order, after approval by the Bankruptcy Court, shall be attached to and incorporated in full into the terms of any plan of liquidation or reorganization that is ultimately approved in this bankruptcy case.

|  |  |
|---|---|
| Of Counsel: | Harold B. Murphy (BBO #567781) |
|  | Alex M. Rodolakis (BBO #567781) |
|  | Hanify & King |
| Jeanne M. Crouse | One Federal Street |
| Counsel for Bankruptcy & Redress | Boston, MA 02110 |
| Washington, DC 20580 | (617) 423-0400 |
| (202) 326-3312 |  |

By its Attorneys,

FEDERAL TRADE COMMISSION
Debra A. Valentine,
General Counsel,
Federal Trade Commission

600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 326-3424/(202) 326-3296

TOYSMART.COM, LLC

Laura Mazzarella
Ellen Finn
Federal Trade Commission

David N. Lord
Chief Executive Officer

## IT IS SO ORDERED.

Entered at Boston, Massachusetts, this ___ day of July, 2000.

_____
Honorable Carol J. Kenner
United States Bankruptcy Judge

## EXHIBIT 1

### PRIVACY STATEMENT

#### Our promise

At toysmart.com, we take great pride in our relationships with our customers and pledge to maintain your privacy while visiting our site. Personal information voluntarily submitted by visitors to our site, such as name, address, billing information and shopping preferences, is never shared with a third party. All information obtained by toysmart.com is used only to personalize your experience online. This information is received via the following areas of our site: My toysmart and the Gift Center. When you place additional orders, our site will update your order history, which you can view in My toysmart. If you sign up for the gift registry, information you submit will be added to your personal profile. Other than these two instances, the information that you provide us is not supplemented in any way.

#### Your option

If you do not wish to receive emails containing promotional offers or contests from toysmart.com, please click the box located at the bottom of the "My toysmart" registration page. If you are already registered and would like to opt-out of such promotional offers, please go to "My toysmart," click on the "My Profile" icon, and unselect the email option located at the bottom of the page. When you register with toysmart.com, you can rest assured that your information will never be shared with a third party.

#### Editing your personal information

If you would like to edit your personal information, please click on the "My toysmart" button located on the top of our homepage. Then, simply click on the "My Profile" icon and update any of your information.

#### Contests

toysmart.com is committed to protecting the privacy of all children who enter contests on our site. We request only the child's first name and age be sent with the contest entry. We email every child's parent with notification that his or her child has entered the contest. Only winners' parents will be sent a release form, which requests a shipping

address as well a permission request to post the winning entry on our site. No entries will be posted without a parent or guardian's permission, and no prizes will be sent without written consent from the parent or guardian.

**Your information is safe with us!**

All personal information is encrypted on a separate server. Also, we give you the option of further securing your information with the use of a password. To create a personal password, simply go to "My toysmart." Shopping with toysmart.com is guaranteed to be 100% safe. That means we will guarantee your protection against any liability if unauthorized charges are made to your card as a result of shopping at toysmart.com. Simply stated, you are guaranteed a safe and secure transaction every time you shop with us. Visit our "Security" (http://www.toysmart.com/toysmart/ts_cs_security.asp) section for more details.

Questions regarding this statement should be directed to support@toysmart.com.