**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CRAFTWORKS PARENT, LLC**, *et al.*, | : | **Case No. 20-10475 (BLS)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |

**FOURTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on March 30, 2020, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the Order Establishing Temporary Procedures and Granting Related Relief [Docket No. 217] (the "Order"), authorizing and approving, among other things, procedures for the Debtors to reject executory contracts and unexpired leases (each a "Contract or Lease").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order and by this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract or Lease set forth on **Schedule 1** attached hereto is hereby rejected effective as of the date (the "Rejection Date") set forth in **Schedule 1**, or such other date as the Debtors and the counterparty or counterparties to such Contract(s) or Lease(s) agree.

**PLEASE TAKE FURTHER NOTICE** that, parties seeking to object to the Debtors' rejection of any Contract or Leases listed in **Schedule 1** must file and serve a written objection, so that such objection is filed with the Court and is *actually received* no later than **4:00 p.m. (prevailing Eastern Time) on June 8, 2020** (the "Objection Deadline"), upon the following parties: (i) counsel to the Debtors, Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022, Attn: Steven J. Reisman, Esq. (sreisman@katten.com) and 525 W.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 2981 Sidco Drive, Nashville, TN 37204.

Monroe Street, Chicago, IL 60661, Attn: Peter A. Siddiqui (peter.siddiqui@katten.com); (ii) Delaware co-counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti, Esq. (DPacitti@klehr.com) and Michael W. Yurkewicz, Esq. (MYurkewicz@klehr.com); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Linda Casey, Esq. (linda.casey@usdoj.gov); (iv) counsel for the Committee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: Bradford J. Sandler, Esq. (bsandler@pszjlaw.com), Robert J. Feinstein, Esq. (rfeinstein@pszjlaw.com) and Colin R. Robinson, Esq. (crobinson@pszjlaw.com), and; (v) counsel for the DIP Agent, King & Spalding LLP, 1180 Peachtree Street NE, Atlanta, GA 30309, Attn: W. Austin Jowers, Esq. (ajowers@kslaw.com) and 1185 6th Avenue, New York, NY 10036, Attn: Michael R. Handler, Esq. (mhandler@kslaw.com); and (vi) counsel for the Prepetition Second Lien Agent, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060, Attn: Jennifer Feldsher, Esq. (jennifer.feldsher@morganlewis.com) and Sula Fiszman, Esq. (sula.fiszman@morganlewis.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection to the rejection of any Contract or Lease being timely filed no later than the Objection Deadline as set forth in the preceding paragraph, the rejection of any Contract or Lease listed on **Schedule 1** shall become effective on the Rejection Date set forth in **Schedule 1** without further notice, hearing or order of this Court, unless (i) the Debtors withdraw such Rejection Notice on or prior to the Rejection Date or (ii) the Debtors and the pertinent counterparty or counterparties agree, prior to the Rejection Date, upon another such date.[2]

**PLEASE TAKE FURTHER NOTICE** that, if a timely objection to the rejection of any Contract or Lease listed on **Schedule 1** is timely filed and not withdrawn or resolved, the Debtors shall file a notice of hearing to consider the unresolved objection. If such objection is overruled or withdrawn, such Contract(s) or Lease(s) shall be rejected as of the applicable Rejection Date set forth in Schedule 1 or such other date as the Debtors and the counterparty or counterparties to any such Contract or Lease agree.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if the Debtors have deposited monies with a Contract or Lease counterparty as a security deposit or other arrangement, the Contract or Lease counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contract(s) or Lease(s) otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert any claim(s) arising out of the rejection of your Contract(s) or Lease(s) listed on **Schedule 1**, you must do so before the later of (i) the deadline for filing proofs of claim established in the Chapter 11 Cases, if any, and (ii) 30 days after the latest of (A) the objection deadline for this Notice, if no objection is filed or (B) the date that all such filed objections have either been overruled or

---

[2]  An objection to the rejection of any particular Contract or Lease listed in Schedule 1 to this Rejection Notice shall not constitute an objection to the rejection of any other Contract or Lease listed in Schedule 1. Any objection to the rejection of any particular Contract or Lease must state with specificity the Contract or Lease to which it is directed. For each particular Contract or Lease whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Order.

withdrawn.  **IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.**

[*Rest of page left intentionally blank*]

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and orders referenced herein can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' notice and claims agent, PrimeClerk, LLC, at http://cases.primeclerk.com/craftworks. Further information may be obtained by calling PrimeClerk, LLC at: 877-720-6590 (toll-free; domestic) or 646-979-4413 (international) or emailing at craftworksinfo@primeclerk.com.

| | |
|---|---|
| Dated: May 31, 2020<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Morton R. Branzburg (admitted *pro hac vice*)<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 569-2700<br>Facsimile: (215) 568-6603<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Steven J. Reisman (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8876<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Peter A. Siddiqui (admitted *pro hac vice*)<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br><br>*Attorneys for the Debtors*<br>*and Debtors in Possession* |

**SCHEDULE 1**

**Rejected Contracts or Leases**

| Contract or Lease | Debtor(s) Party to Contract or Lease | Counterparty Name and Address | Rejection Date[1] | Description of Property Subject to Rejected Lease (if applicable) |
|---|---|---|---|---|
| LR Warner Robins (Store #410) | Logan's Roadhouse, Inc. | W R Logan's, LLC c/o The Ramsbottom Co. 892 Mulberry Street Macon, GA 31201 | May 31, 2020 | 2701 Watson Blvd. Warner Robins, GA 31093 |

---

[1] In the event the leased premises are not surrendered by the dates listed, the Rejection Date shall be that date on which the Debtors relinquish control of the premises by notifying the affected landlord in writing of the Debtors' surrender of the premises and (1) turn over keys, key codes, and security codes, if any, to the affected landlord or (2) notify the affected landlord in writing that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.  Order ¶ 2(a)(iv).

1

| Contract or Lease | Debtor(s) Party to Contract or Lease | Counterparty Name and Address | Rejection Date[1] | Description of Property Subject to Rejected Lease (if applicable) |
|---|---|---|---|---|
| RB Westminster (Store #1082) | Walnut Brewery, Inc. | WestCol Center, LLC c/o EPR Properties 909 Walnut Street Suite 200 Kansas City, MO 64106 Attn: Lease Administration -and- EPR Properties 909 Walnut Street Suite 200 Kansas City, MO 64106 Attn: General Counsel -and WestCol Center, LLC c/o CBRE, Inc. 1225 17th Street Denver, CO 80202 Attn: Jaime Stone | May 31, 2020 | 10633 Westminster Boulevard Westminster, CO 80020 |

2