**Exhibit A**

**Supplemental Assumed Contract Cure Amounts**

| Counterparty | Contract/Lease Title or Description | Cure Amount |
|---|---|---|
| Robert Davies Volk as Trustee for the Robert Davies Volk Living Trust U/T/D August 7, 1997 | Ground Lease between Robert Davies Volk as Trustee for The Robert Davies Volk Living Trust U/T/D, successor in interest to Vaquero MG Presidio Partners II, L.P., and Wadsworth Old Chicago, Inc., dated as of June 17, 2015, as amended by that Short Form Lease, dated as of June 17, 2015, First Amendment to Ground Lease, dated as of September 24, 2015, Letter, dated as of March 16, 2016, Agreement Regarding Dates, dated as of March 17, 2016, Letter, dated as of May 6, 2016, Letter, dated as of December 5, 2016, Letter, dated as of January 9, 2020, and Second Amendment to Ground Lease, dated as of May 14, 2020 (Store #0080, 8933 North Freeway, Fort Worth, Texas). | $76,948.71 |
| IRC Stone Creek, L.L.C | Ground Lease between Inland Stone Creek, L.L.C., successor in interest to Stone Creek Development Company of Ohio, LLC, and Logan's 488Roadhouse, Inc., dated as of October 30, 2007, as amended by that Subordination, Non-Disturbance and Attornment Agreement, dated as of December 7, 2007, Letter, dated as of January 11, 2008, Memorandum of Lease, dated as of May 8, 2008, Certificate of Commencement, dated as of December 10, 2008, Subordination, Non-Disturbance and Attornment Agreement, dated as a date in 2011, and Assignment of Leases and Guaranties, dated as of February 12, 2012 (Store #473, 3720 Stone Creek Boulevard, Cincinnati, Ohio). | $0 |
| Colorado Plaza on Union LLC | Multi-Tenant Retail Lease between Colorado Plaza on Union LLC, successor in interest to Plaza on | $23,220.75 |

|  |  |  |
|---|---|---|
|  | Union LLC, and Wadsworth Old Chicago, Inc., dated as of February 21, 2006, as amended by that Letter, dated as of April 17, 2006, Letter, dated as of June 28, 2006, First Amendment to Lease of Space, dated as of January 26, 2007, Letter, dated as of March 15, 2007, Second Amendment to Lease of Space, dated as of September 1, 2015 (Store #0066, 145 Union Boulevard., Unit 101, Lakewood, Colorado). |  |
| NTS Bluegrass Commonwealth Park | Ground Lease between NTS Bluegrass Commonwealth Park and Logan's Restaurant, Inc., dated as of May 15, 2010, as amended by that First Amendment to Ground Lease, dated as of August 10, 2010, Certificate of Commencement, dated as of February 22, 2011, and Second Amendment to Ground Lease, dated as of May 14, 2020 (Store #505, 1540 Alliant Avenue, Louisville, Kentucky). | $4,166.79 |
| Evin-Greeley, LLC | Restaurant Lease Agreement between Evin-Greeley, LLC and Old Chicago of Colorado, Inc., dated as of May 11, 1999, as amended by that First Amendment to Restaurant Lease Agreement, dated as of May 1, 2010, Second Amendment to Restaurant Lease Agreement, dated May 14, 2020 (Store #0010, 2349 West 29th Street, Greeley, Colorado). | $40,871.88 |
| Evin-Grand Junction, LLC | Restaurant Lease Agreement between Evin-Grand Junction, LLC and Wadsworth Old Chicago, Inc., dated as of May 11, 1999, as amended by that Landlord Consent Agreement, dated as of August 3,, 1999, Leasehold Mortgage, Assignment of Rent and Leases and Security Agreement, dated as of August 13, 1999, First Amendment | $26,012.32 |

| | | |
|---|---|---|
| | to Restaurant Lease Agreement, dated as of May 1, 2010, and Second Amendment to Restaurant Lease Agreement, dated as of May 14, 2020 (Store #0027 120 North Avenue, Grand Junction, Colorado). | |
| Evin-Broomfield, LLC | 53. Restaurant Lease Agreement between Evin-Broomfield, LLC and Old Chicago of Colorado, Inc., dated as of September 15, 2000, as amended by that First Amendment, dated as of March 5, 2015 Letter, dated as of July 22, 2017, and Second Amendment to Restaurant Lease Agreement, dated as of May 14, 2020 (Store #0052, 1280 East First Avenue, Broomfield, Colorado). | $69,966.56 |
| Hjortling Family Trust | Lease between Flemming Hjorting and May Hjorting, Trustees of the Hjorting Family Trust dated December 25, 1997, successors in interest to EDA Laredo Limited Partnership, and Logan's Restaurant, Inc., dated as of December 29, 1999, as amended by that Letter, dated September 1, 2000, Memorandum of Lease, dated as of April 29, 2002, Subordination, Non-Disturbance and Attornment Agreement, dated as of April 29, 2002, Letter, dated as of November 2004, Tenant Direction Letter, dated as of March 9, 2015, First Amendment to Lease, dated as of March 6, 2018, Assignment and Assumption of Ground Lease, dated as of March 6, 2018, Assignment of Lessor's Interest in Lease, dated as of March 27, 2018, Letter, dated as of March 27, 2019 (Store #367, 5300 San Dario Ave., Laredo, Texas). | $0 |
| Retail Partners 153, LLC | Ground Lease between Retail Partners 153, LLC, successor in interest to Northgate Mall L.L.C., | $3,208.31 |

| | | |
|---|---|---|
| | and Logan's Roadhouse, Inc., dated as of February 26, 2002; as amended and affected by that Letter dated September 30, 2011; Letter dated August 12, 2016; First Amendment dated October 26,2016; Second Amendment dated May 11, 2020 (Store #388, 504A Northgate Mall, Chattanooga, TN, 37415). | |
| Broad Street Land Company, L.L.C. | Lease between Broad Street Land Company, L.L.C., successor in interest to TBB Properties, Inc., and Big River Breweries, Inc., successor in interest to Trolley Barn Brewery, Inc., dated as of June 1, 1993, as amended by that Lease Assignment and Amendment Agreement, dated as of May 24, 1996, Second Amendment to Lease, dated as of July 1, 1996, Third Amendment to Lease, dated as of October 15, 1997, Second Amendment to Lease, dated as of     , 2001; Fourth Amendment to Lease, dated as of May 24, 2006, Assignment of Lease, dated as of October 27, 2004, Letter, dated as of March 1, 2011, Letter, dated as of February 22, 2016, Fifth Amendment to Lease, dated as of May 18, 2020 (Store #4201). | $37,932.53 |
| Brixmor Operating Partnership LP | Arapahoe Crossing Easement Agreement | $0 |