# EXHIBIT A



1835 Market Street | Suite 1400
Philadelphia, PA 19103
t 215.569.2700  f 215.568.6603
www.klehr.com

May 20, 2020

Jim Lebs
CraftWorks Holdings Inc.
Chief Financial Officer
3011 Armory Drive
Suite 300
Nashville, TN  37204

Invoice #:  424157
Client #:   20932
Matter #:    0002

For professional services through April 30, 2020:

RE:   Chapter 11

PROFESSIONAL SERVICES

Asset Disposition

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/03/20 | MWY | Work on potential sale restart | .70 | 332.50 |
| 4/03/20 | MWY | Call on sale issues with Katten and Configure teams | .60 | 285.00 |
| 4/06/20 | MWY | Address sale status and UST inquiries | .40 | 190.00 |
| 4/09/20 | DEP | Review and revise sale motion draft | 1.00 | 685.00 |
| 4/13/20 | DEP | Call with Katten team on revised sale motion | .80 | 548.00 |
| 4/13/20 | DEP | Call with M3 and Katten on sale and case closing issues | 1.30 | 890.50 |
| 4/13/20 | DEP | Review DE precedent on sale cases and case closing issues | 4.50 | 3,082.50 |
| 4/13/20 | MWY | Review and address sale motion revisions (1.1)/ call with Katten team on sale issues (.6) | 1.70 | 807.50 |
| 4/14/20 | DEP | Call with P. Morgan re: sale cases and case closing issues | 1.20 | 822.00 |
| 4/15/20 | MWY | Planning call with Katten (.5)/ call with Board (1.1) | 1.60 | 760.00 |
| 4/23/20 | MRB | Review current version of asset purchase agreement and summary of terms | .60 | 441.00 |
| 4/29/20 | MWY | Review settlement proposal (.2)/ follow up on sale and DIP hearings (.6) | .80 | 380.00 |

Task Total:  $ 9,224.00

| | | | | |
|---|---|---|---|---|
| 20932: CraftWorks Holdings Inc. | | | | May 20, 2020 |
| 0002: Chapter 11 | | | | Invoice #: 424157 |

## Assumption and Rejection of Leases and C

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/01/20 | MRB | Review motion to reject leases | .10 | 73.50 |
| 4/01/20 | DEP | Work on second omnibus rejection motion (,70) / emails with B. Kotliar re: same (0.30) | 1.00 | 685.00 |
| 4/01/20 | MKH | Prepare and revise Second Motion of Debtors for an Omnibus Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, if Any, Each Effective as of the Surrender Date; and (II) Granting Related Relief; prepare email to counsel attaching same for review | .80 | 220.00 |
| 4/01/20 | MKH | Review revise and prepare Second Motion of Debtors for an Omnibus Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, if Any, Each Effective as of the Surrender Date; and (II) Granting Related Relief/Notice/Exhibits for filing and efile same with Bankruptcy Court | .70 | 192.50 |
| 4/01/20 | MWY | Review and address rejection motion | .80 | 380.00 |
| 4/01/20 | MWY | Work on submission of 1st rejection order | .50 | 237.50 |
| 4/02/20 | MWY | Address lease rejection issues | .30 | 142.50 |
| 4/03/20 | DEP | Review for filing the Motion of Debtors for an Order Authorizing the Rejection of Certain Executory Contracts; | .40 | 274.00 |
| 4/03/20 | MKH | Draft Notice re Motion of Debtors for an Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts; and (II) Granting Related Relief | .70 | 192.50 |
| 4/03/20 | MKH | Revise Notice re Motion of Debtors for an Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts; and (II) Granting Related Relief | .40 | 110.00 |
| 4/03/20 | MKH | Review revise and prepare Motion of Debtors for an Order (I) Authorizing the Rejection of Certain Executory Contracts; and (II) Granting Related Relief/Notice/Exhibits for filing and efile same with Bankruptcy Court | .60 | 165.00 |
| 4/03/20 | MWY | Work on rejection motion | .70 | 332.50 |
| 4/06/20 | MKH | Review revise and prepare Amended Notice of Motion of Debtors for an Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts; and (II) Granting Related Relief for filing and efile same with Bankruptcy Court | .70 | 192.50 |
| 4/06/20 | MWY | Address 2nd rejection motion issues | .80 | 380.00 |
| 4/07/20 | MWY | Address landlord inquiries | .20 | 95.00 |
| 4/08/20 | MWY | Address landlord inquiries | .30 | 142.50 |
| 4/14/20 | MWY | Address rejection scheduling (.5)/ respond to landlord inquiries (.2) | .70 | 332.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/15/20 | MKH | Review revise and prepare Certification of Counsel Regarding Second Motion of Debtors for an Omnibus Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, If Any, Each Effective as of the Surrender Date; and (II) Granting Related Relief/proposed order/redline order for filing and efile same with Bankruptcy Court | .70 | 192.50 |
| 4/15/20 | MKH | Prepare and upload order re Second Motion of Debtors for an Omnibus Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, If Any, Each Effective as of the Surrender Date; and (II) Granting Related Relief with Bankruptcy Court | .50 | 137.50 |
| 4/15/20 | MWY | Work on second rejection order documentation | .70 | 332.50 |
| 4/16/20 | MWY | Follow up on rejection documentation | .40 | 190.00 |
| 4/17/20 | DEP | Research stub rent issues (2.1)/ call B. Kotliar re: DE stub rent cases (.50) / call with M. Branzburg and M. Yurkewicz re: stub rent issues (.40) | 3.00 | 2,055.00 |
| 4/17/20 | MKH | Review revise and prepare Notice of Rejection of Certain Unexpired Leases/Schedules for filing and efile same with Bankruptcy Court | .60 | 165.00 |
| 4/17/20 | MWY | Address and research stub rent potential (1.1)/ call with MRB DEP on stub rent (.4)/ follow up on stub rent (.5)/ address lease rejection notice (.2) | 2.20 | 1,045.00 |
| 4/21/20 | MWY | Address contract rejection motion (.6)/ address landlord inquiries (.2) | .80 | 380.00 |
| 4/23/20 | MKH | Review revise and prepare Amended Notice of Rejection of Certain Unexpired Leases for filing and efile same with Bankruptcy Court | .50 | 137.50 |
| 4/23/20 | MKH | Review revise and prepare Second Notice of Rejection of Certain Executory Contracts and Unexpired Leases for filing and efile same with Bankruptcy Court | .40 | 110.00 |
| 4/23/20 | MWY | Address rejection notices | .50 | 237.50 |
| 4/30/20 | MRB | Review rejection of Long Beach store | .20 | 147.00 |

|  |  | Task Total: |  | $ 9,277.00 |

Business Operations

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/08/20 | MWY | Address utility issues | .10 | 47.50 |
| 4/20/20 | MWY | Address Chubb potential motion | .30 | 142.50 |
| 4/27/20 | MWY | Address CRO engagement amendment | .80 | 380.00 |
| 4/30/20 | MWY | Work on Chubb motion | .90 | 427.50 |

|  |  | Task Total: |  | $ 997.50 |

20932: CraftWorks Holdings Inc.  
0002: Chapter 11  

May 20, 2020  
Invoice #: 424157

## Case Administration

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/01/20 | MRB | Review agenda for April 2, 2020 | .10 | 73.50 |
| 4/01/20 | MRB | Status call with Shannon | 1.20 | 882.00 |
| 4/01/20 | DEP | Work on agenda for 4/3 | 1.30 | 890.50 |
| 4/01/20 | MKH | Review and prepare Declaration of Colin M. Adams in Support of Motion to Supplement DIP Motion and for (I) Entry of Further Modified Interim Order and (II) Related Relief for filing and efile same with Bankruptcy Court | .50 | 137.50 |
| 4/01/20 | MKH | Revise and finalize agenda for April 3, 2020 for filing and efile same with Bankruptcy Court; prepare same for delivery to Court via email with hyperlinks | 1.20 | 330.00 |
| 4/01/20 | MKH | Review and prepare Certification of Counsel Regarding Motion of Debtors for an Omnibus Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, If Any, Each Effective Nunc Pro Tunc to the Petition Date; and (II) Granting Related Relief/proposed order for filing and efile same with Bankruptcy Court; upload order and exhibit re same | .70 | 192.50 |
| 4/01/20 | MKH | Update case calendar re upcoming objection deadlines, filing and hearings | .30 | 82.50 |
| 4/01/20 | MWY | Work on agenda | .70 | 332.50 |
| 4/01/20 | MWY | Address hearing status with Court | .30 | 142.50 |
| 4/01/20 | MWY | Work on amended agenda | .30 | 142.50 |
| 4/02/20 | MRB | Review message from Harlington landlord / forward same to client | .10 | 73.50 |
| 4/02/20 | MRB | Review M-III retention supplement package | .20 | 147.00 |
| 4/02/20 | MWY | Respond to creditor inquiries | .30 | 142.50 |
| 4/03/20 | MRB | Review status of M-III disclosures | .10 | 73.50 |
| 4/03/20 | MRB | Email exchange J. McLean re: rejection of leases | .10 | 73.50 |
| 4/03/20 | MRB | Telephone conference J. Smith re: Rustin LA location | .10 | 73.50 |
| 4/03/20 | MRB | Email exchange B. Kotliar re: Rustin LA location | .10 | 73.50 |
| 4/03/20 | MRB | Review email exchanges re: M-III retention | .20 | 147.00 |
| 4/03/20 | MRB | Conference with D. Pacitti and M. Yurkewicz re: M-III | .20 | 147.00 |
| 4/03/20 | MRB | Conference with Katten re: strategy | .50 | 367.50 |
| 4/03/20 | MRB | Review email from A. Jowers re: sale | .10 | 73.50 |
| 4/03/20 | MKH | Update case calendar re upcoming objection deadlines | .20 | 55.00 |
| 4/04/20 | MRB | Review email exchanges with B. Kotliar and L. Casey re: CRO | .20 | 147.00 |
| 4/06/20 | MRB | Review L. Casey's comments re: Hileo application | .20 | 147.00 |

| | | | | |
|---|---|---|---|---|
| 20932: CraftWorks Holdings Inc. | | | | May 20, 2020 |
| 0002: Chapter 11 | | | | Invoice #: 424157 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/06/20 | MKH | Review case docket, draft and finalize CNO re Motion of Debtors for an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs/proposed order for filing and efile same with Bankruptcy Court; upload order re same | .80 | 220.00 |
| 4/06/20 | MWY | Address inquiry from gift card intermediary | .20 | 95.00 |
| 4/07/20 | MRB | Email exchange C. Miller re: trademarks | .10 | 73.50 |
| 4/07/20 | MRB | Retrieve phone message from C. Miller / email exchange clients | .10 | 73.50 |
| 4/07/20 | MRB | Review B. Kotliar email exchange with L. Casey re: retentions | .10 | 73.50 |
| 4/07/20 | MKH | Review revise and prepare Notice of Withdrawal of Appearance for filing and efile same with Bankruptcy Court | .60 | 165.00 |
| 4/08/20 | MRB | Email exchange S. Reisman re: M-III / conference with D. Pacitti | .10 | 73.50 |
| 4/08/20 | MRB | Review Katten supplemental disclosures re: retention | .20 | 147.00 |
| 4/08/20 | MRB | Telephone conference Katten re: M-III | .30 | 220.50 |
| 4/08/20 | MRB | Telephone conference Andy, Linda and Pat at United States Trustee's Office re: CRO | .40 | 294.00 |
| 4/08/20 | DEP | Update call with Katten team | .80 | 548.00 |
| 4/08/20 | MKH | Review case docket; update case docket re new hearing dates and upcoming case deadlines | .40 | 110.00 |
| 4/09/20 | MRB | Review U.S. Trustee's revisions to CRO order | .10 | 73.50 |
| 4/10/20 | MRB | Review private sale motion | .40 | 294.00 |
| 4/10/20 | MKH | Review and prepare Declaration in Support of Ordinary Course Retention/Exhibit for filing and efile same with Bankruptcy Court | .40 | 110.00 |
| 4/13/20 | MRB | Review revised sale motion | .20 | 147.00 |
| 4/13/20 | MRB | Telephone conference with Katten re: Board call | 1.50 | 1,102.50 |
| 4/13/20 | MKH | Review case docket; update case calendar re upcoming objection deadlines and upcoming hearings | .60 | 165.00 |
| 4/14/20 | MRB | Review B. Kotliar's information request | .10 | 73.50 |
| 4/14/20 | MRB | Conference with D. Pacitti | .20 | 147.00 |
| 4/14/20 | MRB | Telephone conference P. Morgan re: dismissal and strategy | .50 | 367.50 |
| 4/14/20 | MRB | Telephone conference with D. Pacitti, P. Siddiqui, B. Kotliar re: strategy | .50 | 367.50 |
| 4/14/20 | MRB | Review email exchange re: M-III and deal with UST re: motion to seal | .10 | 73.50 |
| 4/14/20 | MKH | Review and prepare Declaration of Drumm Law in Support of Ordinary Course Retention for filing and efile same with Bankruptcy Court | .50 | 137.50 |
| 4/14/20 | MKH | Draft agenda for April 17, 2020 hearing and prepare email to counsel attaching same for review and comment | 1.30 | 357.50 |
| 4/15/20 | MRB | Telephone conference re: filing motion under seal and strategy | .70 | 514.50 |
| 4/15/20 | MRB | Internal call pre-board meeting | .50 | 367.50 |
| 4/15/20 | MRB | Board call | 1.20 | 882.00 |

20932: CraftWorks Holdings Inc.  
0002: Chapter 11

May 20, 2020  
Invoice #: 424157

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/15/20 | MRB | Review memo re: questions from board | .20 | 147.00 |
| 4/15/20 | MRB | Review summary of asset purchase agreement | .20 | 147.00 |
| 4/15/20 | DEP | Precall with Katten team for board meeting (.06) . board update call (1.0) | 1.60 | 1,096.00 |
| 4/15/20 | MKH | Confer with counsel; revise and finalize agenda for April 17, 2020 telephonic hearing for filing and efile same with Bankruptcy Court | .90 | 247.50 |
| 4/15/20 | MWY | Address hearing issues and agenda | .50 | 237.50 |
| 4/16/20 | MKH | Confer with D. Pacitti; draft and finalize amended agenda for April 17, 2020 for filing and efile same with Bankruptcy Court | .80 | 220.00 |
| 4/17/20 | MRB | Research law related to administrative claim for post-rejection period - Koenig - Sam Goody - Montgomery Ward / conference with D. Pacitti and M. Yurkewicz re: same | 2.00 | 1,470.00 |
| 4/20/20 | MRB | Review Chubb draft motion and related emails | .20 | 147.00 |
| 4/21/20 | MRB | Review Linda's email exchange re: motion to seal | .10 | 73.50 |
| 4/23/20 | MRB | Review email exchange with B. Kotliar and L. Casey re: CRO compensation | .10 | 73.50 |
| 4/23/20 | MKH | Update case calendar re upcoming hearings and deadlines | .40 | 110.00 |
| 4/23/20 | MKH | Review case docket re upcoming April 29, 2020 hearing and status of same; confer with D. Pacitti | .50 | 137.50 |
| 4/24/20 | MKH | Review and prepare Supplemental Declaration of Tracy Burr in Support of the Retention and Employment of RSM LLP as Ordinary Course Professional for the Debtors for filing and efile same with Bankruptcy Court | .50 | 137.50 |
| 4/24/20 | MKH | Confer with D. Pacitti, draft agenda for April 29, 2020 hearing; prepare email attaching same to counsel for review | 2.90 | 797.50 |
| 4/25/20 | MRB | Email exchange S. Reisman re: PPP loan to companies in bankruptcy | .10 | 73.50 |
| 4/27/20 | MKH | Revise and finalize agenda for April 27, 2020 for filing and efile same with Bankruptcy Court | 1.10 | 302.50 |
| 4/27/20 | MWY | Address agenda | .40 | 190.00 |
| 4/28/20 | MKH | Draft and finalize amended agenda for April 29, 2020 hearing for filing and efile same with Bankruptcy Court | .80 | 220.00 |
| 4/28/20 | MWY | Work on agenda (.3)/ address hearing coordination and amended agenda (.4) | .70 | 332.50 |
| 4/29/20 | MRB | Attend status conference (telephonic) | .80 | 588.00 |
| 4/29/20 | MRB | Email exchange S. Reisman re: hearing | .10 | 73.50 |
| 4/29/20 | MWY | Address hearing issues (1.5)/ hearing on DIP and sale potential (.8) | 2.30 | 1,092.50 |
| 4/30/20 | MRB | Review Bradley application | .20 | 147.00 |
| 4/30/20 | MRB | Review DIP budget and calculate administrative claim | .20 | 147.00 |
| 4/30/20 | MRB | Review claim of Grand Sakawa Management and Jason Miller | .10 | 73.50 |
| 4/30/20 | MRB | Review DIP budget (.10) / review administrative solvency | .20 | 147.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/30/20 | MKH | Review revise and prepare Debtors' Motion for Entry of an Order (I) Authorizing Assumption of the Existing Insurance Program; (II) Authorizing the Debtors to Enter into the New Insurance Program; and (III) Granting Related Relief/Notice/Exhibits for filing and efile same with Bankruptcy Court | .80 | 220.00 |
| 4/30/20 | MKH | Review and prepare Declaration for Ordinary Course Professional for filing and efile same with Bankruptcy Court | .40 | 110.00 |
| 4/30/20 | MKH | Review case docket and update case calendar re upcoming hearing and objection deadline | .50 | 137.50 |
| 4/30/20 | MWY | Coordination with Court on hearings | .40 | 190.00 |

|  |  | Task Total: |  | $ 21,306.50 |

## Employment and Fee Applications

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/01/20 | DEP | Call with M-III and Katten re: M-III retention issues | .40 | 274.00 |
| 4/01/20 | MKH | Draft and prepare Certificate of No Objection Regarding Application of Debtors for Order Authorizing the Employment and Retention of Prime Clerk LLC as Administrative Advisor/proposed order for filing and efile same with Bankruptcy Court; upload order re same | .70 | 192.50 |
| 4/01/20 | MKH | Draft and prepare Certificate of No Objection Regarding Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Delaware Co-Counsel for the Debtors Effective as of the Petition Date/proposed order for filing and efile same with Bankruptcy Court; upload order re same | .70 | 192.50 |
| 4/01/20 | MWY | Address m-iii retention issues | 1.00 | 475.00 |
| 4/02/20 | MWY | Work on m-iii retention issues | .90 | 427.50 |
| 4/03/20 | DEP | Conference with D. Pacitti and M. Branzburg re: M-III (.30) / call with Katten team re: strategy (.50) | .80 | 548.00 |
| 4/03/20 | DEP | Review for filing the Application to Employ/Retain Hilco | .30 | 205.50 |
| 4/03/20 | MKH | Draft Notice re Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Hilco Real Estate, LLC as Real Estate Consultants and Advisors for the Debtors Effective as of the Petition Date and (II) Waiving Certain Requirements Imposed by Local Rule 2016-2 | .70 | 192.50 |
| 4/03/20 | MKH | Review revise and prepare Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Hilco Real Estate, LLC as Real Estate Consultants and Advisors for the Debtors Effective as of the Petition Date and (II) Waiving Certain Requirements Imposed by Local Rule 2016-2/Notice/Exhibits for filing and efile same with Bankruptcy Court | .70 | 192.50 |

20932: CraftWorks Holdings Inc.  May 20, 2020
0002: Chapter 11  Invoice #: 424157

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/03/20 | MKH | Revise Notice re Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Hilco Real Estate, LLC as Real Estate Consultants and Advisors for the Debtors Effective as of the Petition Date and (II) Waiving Certain Requirements Imposed by Local Rule 2016-2 | .50 | 137.50 |
| 4/03/20 | MWY | Work on m-iii retention issues (1.6)/ work on interim compensation and OCP submissions (.7)/ address Hilco retention (.4) | 2.70 | 1,282.50 |
| 4/06/20 | MKH | Review revise and prepare Amended Notice of Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Hilco Real Estate, LLC as Real Estate Consultants and Advisors for the Debtors Effective as of the Petition Date and (II) Waiving Certain Requirements Imposed by Local Rule 2016-2 for filing and efile same with Bankruptcy Court | .70 | 192.50 |
| 4/06/20 | MWY | Review and address UST comments on Hilco retention (.4)/ follow up on Hilco modifications and strategy (.9) | 1.30 | 617.50 |
| 4/08/20 | DEP | Review emails and issue son CRO Motion (1.0) / call with Katten team to discuss CRO motion | 1.60 | 1,096.00 |
| 4/08/20 | DEP | Review for filing the Supplemental Declaration of Steven J. Reisman in Support of the Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Katten | .40 | 274.00 |
| 4/08/20 | MKH | Review and prepare Supplemental Declaration of Steven J. Reisman in Support of the Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel for the Debtors Effective as of the Petition Date for filing; efile same with Bankruptcy Court | .40 | 110.00 |
| 4/08/20 | MKH | Review revise and prepare COC re Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel for the Debtors Effective as of the Petition Date/proposed order/blacklined order for filing and efile same with Bankruptcy Court; upload proposed order re same | .70 | 192.50 |
| 4/08/20 | MKH | Prepare Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel for the Debtors Effective as of the Petition Date and upload same with Bankruptcy Court; prepare email to Court attaching same | .50 | 137.50 |
| 4/08/20 | MWY | Address MIII retention (.8)/ work on Katten retention (1.1)/ call with Katten on CRO retention (.4)/ call with UST on CRO retention (.4) | 2.70 | 1,282.50 |
| 4/10/20 | MWY | Address Katten retention | .30 | 142.50 |
| 4/13/20 | MWY | Work on MIII retention issues | 1.20 | 570.00 |
| 4/14/20 | MWY | Work on M-III retention and seal issues (2.2)/ work on CRO retentions (1.1) | 3.30 | 1,567.50 |
| 4/15/20 | DEP | Call with Katten team on M3 retention | .60 | 411.00 |

20932: CraftWorks Holdings Inc.  May 20, 2020
0002: Chapter 11  Invoice #: 424157

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/15/20 | MKH | Review revise and prepare Motion of Debtors for an Order Authorizing Certain Confidential Information to be Filed Under Seal Related to the Application of Debtors for Entry of an Order Authorizing the Retention and Employment of M-III Advisory Partners, LP as Financial Advisors for the Debtors Effective as of the Petition Date/proposed Order for filing and efile same with Bankruptcy Court | .80 | 220.00 |
| 4/15/20 | MKH | Review and prepare Supplemental Declaration of Colin M. Adams in Support of Application of Debtors for Entry of an Order Authorizing the Retention and Employment of M-III Advisory Partners, LP as Financial Advisor for the Debtors Effective as of the Petition Date for filing and efile same with Bankruptcy Court | .40 | 110.00 |
| 4/15/20 | MKH | Review revise and prepare SEALED Supplemental Declaration of Colin M. Adams in Support of Application of Debtors for Entry of an Order Authorizing the Retention and Employment of M-III Advisory Partners, LP as Financial Advisor for the Debtors Effective as of the Petition Date for filing and efile same with Bankruptcy Court | .70 | 192.50 |
| 4/15/20 | MWY | Address M-III retention and seal issues | 3.20 | 1,520.00 |
| 4/16/20 | MWY | Work on MIII documentation and strategy | 1.20 | 570.00 |
| 4/17/20 | MWY | Address CRO retention (.2)/ address Hilco retention (.2) | .40 | 190.00 |
| 4/20/20 | MKH | Review revise and prepare Certification of Counsel Regarding Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Hilco Real Estate Consultants and Advisors for the Debtors Effective as of the Petition Date and (II) Waiving Certain Requirements Imposed by Local Rule 2016-2/proposed order/redline order for filing and efile same with Bankruptcy Court | .80 | 220.00 |
| 4/20/20 | MKH | Prepare and upload proposed order re Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Hilco Real Estate Consultants and Advisors for the Debtors Effective as of the Petition Date and (II) Waiving Certain Requirements Imposed by Local Rule 2016-2 with Bankruptcy Court | .60 | 165.00 |
| 4/20/20 | MWY | Address MIII retention and seal issues (.7)/ work on Hilco retention documentation (.7)/ address Katten expense inquiries (.5)/ further revisions to Hilco documents (.8) | 2.70 | 1,282.50 |
| 4/21/20 | MWY | Work on MIII retention issues and document preparation | 1.90 | 902.50 |
| 4/22/20 | MKH | Review revise and prepare Certification of Counsel Regarding Retention of M-III and Motion to Seal Certain Confidential Information/Exhibits A-C for filing and efile same with Bankruptcy Court | .70 | 192.50 |
| 4/22/20 | MKH | Prepare for and upload proposed order and exhibit re Application of Debtors for Entry of an Order Authorizing the Retention and Employment of M-III Advisory Partners, LP as Financial Advisor for the Debtors Effective as of the Petition Date with Bankruptcy Court | .50 | 137.50 |

| | |
|---|---|
| 20932: CraftWorks Holdings Inc. | May 20, 2020 |
| 0002: Chapter 11 | Invoice #: 424157 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/22/20 | MKH | Prepare for and upload proposed order re Motion of Debtors for an Order Authorizing Certain Confidential Information to be Filed Under Seal Related to the Application of Debtors for Entry of an Order Authorizing the Retention and Employment of M-III Advisory Partners, LP as Financial Advisors for the Debtors Effective as of the Petition Date with Bankruptcy Court | .40 | 110.00 |
| 4/22/20 | MWY | Work on MIII retention and court coordination | 1.60 | 760.00 |
| 4/23/20 | MKH | Revise review and prepare Notice of Filing of Proposed Redacted Version of Supplemental Declaration of Colin M. Adams in Support of Application of Debtors for Entry of an Order Authorizing the Retention and Employment of M-III Advisory Partners, LP as Financial Advisor for the Debtors Effective as of the Petition Date/Exhibit A for filing and efile same with Bankruptcy Court | .70 | 192.50 |
| 4/23/20 | MKH | Review interim comp order | .30 | 82.50 |
| 4/23/20 | MKH | Draft Notice re First Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtors for the period March 3, 2020 to March 31, 2020 | .80 | 220.00 |
| 4/23/20 | MKH | Review revise and prepare First Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtors for the period March 3, 2020 to March 31, 2020/Notice/Exhibits for filing and efile same with Bankruptcy Court; coordinate service of same | .90 | 247.50 |
| 4/23/20 | MWY | Work on MIII retention documentation and sealing (1.3)/ address fee application procedures (1.1) | 2.40 | 1,140.00 |
| 4/28/20 | DEP | Review for filing the First Monthly Fee Application of Configure Partners | .40 | 274.00 |
| 4/28/20 | MKH | Draft Notice re First Monthly Fee Application of Configure Partners, LLC as Investment Banker for the Debtors for the period March 3, 2020 to March 31, 2020 | .70 | 192.50 |
| 4/28/20 | MKH | Review revise and prepare First Monthly Fee Application of Configure Partners, LLC as Investment Banker for the Debtors for the period March 3, 2020 to March 31, 2020/Notice/Exhibits for filing and efile same with Bankruptcy Court | .60 | 165.00 |
| 4/28/20 | MWY | Address Configure pleadings | .30 | 142.50 |
| 4/30/20 | MWY | Address Bradley retention | .70 | 332.50 |

| | | |
|---|---|---|
| | Task Total: | $ 20,275.00 |

Financing and Cash Collateral

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/01/20 | DEP | Review for filing the Declaration of Colin M. Adams in Support of Motion to Supplement DIP Motion and for (I) Entry of Further Modified Interim Order and (II) Related Relief | .30 | 205.50 |

20932: CraftWorks Holdings Inc.  May 20, 2020
0002: Chapter 11  Invoice #: 424157

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/01/20 | MWY | Telephonic hearing on DIP supplement (1.4)/ review and address DIP objections and comments (.4)/ address Revised DIP order (.6)/ Address Revised DIP submission (.3) | 2.70 | 1,282.50 |
| 4/02/20 | MWY | Address DIP order entry and noticing | .80 | 380.00 |
| 4/03/20 | MKH | Review revise and prepare Notice of Telephonic Hearing Regarding DIP Supplement Motion for filing and efile same with Bankruptcy Court | .50 | 137.50 |
| 4/03/20 | MWY | Work on DIP noticing | .60 | 285.00 |

Task Total: $ 2,290.50

Litigation: Contested Matters and Advers

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/01/20 | DEP | Attend telephonic hearing | 1.20 | 822.00 |

Task Total: $ 822.00

Reporting

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/02/20 | MWY | Address operating report (.2)/ follow up with UST on operating report (.2) | .40 | 190.00 |
| 4/06/20 | MWY | Address schedules extension | .60 | 285.00 |
| 4/14/20 | MWY | Address operating reports | .20 | 95.00 |
| 4/20/20 | MWY | Address operating report | .40 | 190.00 |
| 4/21/20 | MWY | Address operating report issues | .40 | 190.00 |

Task Total: $ 950.00

**TOTAL PROFESSIONAL SERVICES**  $ 65,142.50

| 20932: CraftWorks Holdings Inc. | May 20, 2020 |
| --- | --- |
| 0002: Chapter 11 | Invoice #: 424157 |

## SUMMARY OF PROFESSIONAL SERVICES

| Atty | Name | Hours | Rate | Total |
| --- | --- | --- | --- | --- |
| MRB | Branzburg, Morton R. | 16.10 | 735.00 | 11,833.50 |
| DEP | Pacitti, Domenic E. | 22.90 | 685.00 | 15,686.50 |
| MKH | Hughes, Melissa K. | 38.70 | 275.00 | 10,642.50 |
| MWY | Yurkewicz, Michael W. | 56.80 | 475.00 | 26,980.00 |
|  | TOTALS | 134.50 |  | $ 65,142.50 |

## DISBURSEMENTS

| Description | Amount |
| --- | --- |
| Pacer | 98.10 |
| Conference Call Charges | 76.50 |
| Special Copy | 387.50 |
| TOTAL DISBURSEMENTS | $ 562.10 |
| TOTAL THIS INVOICE | $ 65,704.60 |