# EXHIBIT B

**DISBURSEMENTS**

## Service Code Summary Report

CraftWorks Holdings Inc. / Chapter 11 (20932-0002)

| Service Code | Description | Orig Amt |
|---|---|---|
| 00016 | Special Copy | 387.50 |
| 00023 | Pacer | 98.10 |
| 00024 | Conference Call Charges | 76.50 |
| | | **562.10** |



6383 Arizona Circle
Los Angeles, CA 90045

Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

Court Conference® is a division of CourtCall®

## INVOICE / RECEIPT

04/06/2020 08:30 PM

All amounts below are in **U.S. Dollars**

| | |
|---:|:---|
| COURTCALL ID: | 10501060 |
| CASE NUMBER/NAME: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932-0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Wednesday, April 1st, 2020 at 11:00 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Domenic Pacitti |
| TELEPHONE: | (302) 552-5511 |
| FAX/EMAIL: | (302) 426-9193 |
| BASIC FEE/LATE FEE: | $38.25 |
| AMOUNT PAID: | $38.25 |
| PAYMENT NOW DUE: | $0.00 |

The duration of this call was 77 minutes. The 'Basic Fee' above was calculated as follows: $22.50 base fee for the first 45 minutes plus 3 x 15-minute increment(s) at $5.25 each.

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $38.25 | Visa ending in 9182 | 4/6/2020 8:27:37PM |

If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.

If there is an amount due, please remit your payment upon receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: CourtCall LLC, 6383 Arizona Circle, Los Angeles, CA 90045. Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---:|:---|
| COURTCALL ID: | 10501060 |
| CASE NAME/NUMBER: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932-0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Wednesday, April 1st, 2020 at 11:00 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Domenic Pacitti |
| TELEPHONE: | (302) 552-5511 |

---

Cindy Uribe ext. 854         INVOICE FOR COURTCALL® APPEARANCE         Copyright © 2020 CourtCall, LLC. All Rights Reserved.



6383 Arizona Circle
Los Angeles, CA 90045
Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

Court Conference® is a division of CourtCall®

## INVOICE / RECEIPT

04/06/2020 08:30 PM

All amounts below are in **U.S. Dollars**

| | |
|---:|:---|
| COURTCALL ID: | 10499613 |
| CASE NUMBER/NAME: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | ~~20761/0002~~ |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Wednesday, April 1st, 2020 at 11:00 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Michael Yurkewicz |
| TELEPHONE: | (302) 552-5519 |
| FAX/EMAIL: | (302) 426-9113 |
| BASIC FEE/LATE FEE: | $38.25 |
| AMOUNT PAID: | $0.00 |
| PAYMENT NOW DUE: | $38.25 |

If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.

If there is an amount due, please remit your payment upon receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle, Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---:|:---|
| COURTCALL ID: | 10499613 |
| CASE NAME/NUMBER: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20761/0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Wednesday, April 1st, 2020 at 11:00 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Michael Yurkewicz |
| TELEPHONE: | (302) 552-5519 |

Cindy Uribe ext. 854        INVOICE FOR COURTCALL® APPEARANCE        Copyright © 2020 CourtCall, LLC. All Rights Reserved.

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| rlemisch Raymond Lemisch (4215903) | PAMBK | 02/25/2020 | 20902.0001 | 50 | 0 | $5.00 |
| rlemisch Raymond Lemisch (4215903) | PAMBK | 02/26/2020 | 20902.0001 | 29 | 0 | $2.90 |
| rlemisch Raymond Lemisch (4215903) | PAMBK | 02/27/2020 | 20902.0001 | 73 | 0 | $7.30 |
| rlemisch Raymond Lemisch (4215903) | PAMBK | 02/28/2020 | 20902.0001 | 17 | 0 | $1.70 |
| rlemisch Raymond Lemisch (4215903) | PAMBK | 03/02/2020 | 20902.0001 | 35 | 0 | $3.50 |
| Subtotal: | | | | 220 pages | | $22.00 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $22.00 |
| Group Total for 20902.0001 | | | | 220 pages | | $22.00 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $22.00 |

### 20932.0001

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| KH4345 Mellisa Hughes (4207484) | | | | | | |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/03/2020 | 20932.0001 | 5 | 0 | $0.50 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/04/2020 | 20932.0001 | 15 | 0 | $1.50 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/05/2020 | 20932.0001 | 12 | 0 | $1.20 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/10/2020 | 20932.0001 | 24 | 0 | $2.40 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/11/2020 | 20932.0001 | 13 | 0 | $1.30 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/12/2020 | 20932.0001 | 152 | 0 | $15.20 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/16/2020 | 20932.0001 | 69 | 0 | $6.90 |
| Subtotal: | | | | 290 pages | | $29.00 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $29.00 |
| Group Total for 20932.0001 | | | | 290 pages | | $29.00 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $29.00 |

### 20932.0002

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| KH4345 Mellisa Hughes (4207484) | | | | | | |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/16/2020 | 20932.0002 | 22 | 0 | $2.20 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/17/2020 | 20932.0002 | 48 | 0 | $4.80 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/18/2020 | 20932.0002 | 18 | 0 | $1.80 |
| Group Total for 20932.0002 | | | | 283 pages | | $28.30 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $28.30 |

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/25/2020 | 20932.0002 | 58 | 0 | $5.80 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/26/2020 | 20932.0002 | 80 | 0 | $8.00 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/30/2020 | 20932.0002 | 28 | 0 | $2.80 |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/31/2020 | 20932.0002 | 29 | 0 | $2.90 |
| Subtotal: | | | | 283 | pages | $28.30 |
| | | | | 0 | audio files ($2.40 ea) | $0.00 |
| | | | | | | $28.30 |
| Group Total for 20932.0002 | | | | 283 | pages | $28.30 |
| | | | | 0 | audio files ($2.40 ea) | $0.00 |
| | | | | | | $28.30 |

| 20932/0001 | | | | | | |
|---|---|---|---|---|---|---|
| Login | Court | Date | Client Code | Pages | Audio | Cost |
| myurkewicz Michael Yurkewicz (4215889) | | | | | | |
| myurkewicz Michael Yurkewicz (4215889) | DEBK | 03/03/2020 | 20932/0001 | 126 | 0 | $12.60 |
| myurkewicz Michael Yurkewicz (4215889) | DEBK | 03/04/2020 | 20932/0001 | 47 | 0 | $4.70 |
| myurkewicz Michael Yurkewicz (4215889) | DEBK | 03/06/2020 | 20932/0001 | 42 | 0 | $4.20 |
| Subtotal: | | | | 215 | pages | $21.50 |
| | | | | 0 | audio files ($2.40 ea) | $0.00 |
| | | | | | | $21.50 |
| Group Total for 20932/0001 | | | | 215 | pages | $21.50 |
| | | | | 0 | audio files ($2.40 ea) | $0.00 |
| | | | | | | $21.50 |

| 209320001 | | | | | | |
|---|---|---|---|---|---|---|
| Login | Court | Date | Client Code | Pages | Audio | Cost |
| KH4345 Mellisa Hughes (4207484) | | | | | | |
| KH4345 Mellisa Hughes (4207484) | DEBK | 03/25/2020 | 209320001 | 25 | 0 | $2.50 |
| Subtotal: | | | | 25 | pages | $2.50 |
| | | | | 0 | audio files ($2.40 ea) | $0.00 |
| | | | | | | $2.50 |
| Group Total for 209320001 | | | | 25 | pages | $2.50 |
| | | | | 0 | audio files ($2.40 ea) | $0.00 |
| | | | | | | $2.50 |

| 20944.0001 | | | | | | |
|---|---|---|---|---|---|---|
| Login | Court | Date | Client Code | Pages | Audio | Cost |
| pmwillan7679 Paige Willan (4602503) | | | | | | |
| pmwillan7679 Paige Willan (4602503) | PAEDC | 03/26/2020 | 20944.0001 | 105 | 0 | $10.50 |
| | PAEDC | 03/27/2020 | 20944.0001 | 2 | 0 | $0.20 |
| Group Total for 20944.0001 | | | | 107 | pages | $10.70 |
| | | | | 0 | audio files ($2.40 ea) | $0.00 |
| | | | | | | $10.70 |

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| Subtotal: | | | 5 | pages | | $0.50 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $0.50 |
| Group Total for 20363-0009 | | | 5 | pages | | $0.50 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $0.50 |

**20384.0001**

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| rlemisch Raymond Lemisch (4215903) | | | | | | |
| rlemisch Raymond Lemisch (4215903) | DEBK | 01/29/2020 | 20384.0001 | 108 | 0 | $10.80 |
| Subtotal: | | | 108 | pages | | $10.80 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $10.80 |
| sallyveghte Sally Veghte (4215825) | | | | | | |
| sallyveghte Sally Veghte (4215825) | DEBK | 02/05/2020 | 20384.0001 | 8 | 0 | $0.80 |
| sallyveghte Sally Veghte (4215825) | DEBK | 02/19/2020 | 20384.0001 | 11 | 0 | $1.10 |
| sallyveghte Sally Veghte (4215825) | DEBK | 03/11/2020 | 20384.0001 | 2 | 0 | $0.20 |
| Subtotal: | | | 21 | pages | | $2.10 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $2.10 |
| Group Total for 20384.0001 | | | 129 | pages | | $12.90 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $12.90 |

**20392/0001**

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| myurkewicz Michael Yurkewicz (4215889) | | | | | | |
| myurkewicz Michael Yurkewicz (4215889) | DEBK | 03/02/2020 | 20392/0001 | 168 | 0 | $16.80 |
| Subtotal: | | | 168 | pages | | $16.80 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $16.80 |
| Group Total for 20392/0001 | | | 168 | pages | | $16.80 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $16.80 |

**20435.0001**

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| deagle58 David Eagle (4215900) | | | | | | |
| deagle58 David Eagle (4215900) | DEDC | 01/13/2020 | 20435.0001 | 203 | 0 | $20.30 |
| Subtotal: | | | 203 | pages | | $20.30 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| Group Total for 20435.0001 | | | 311 | pages | | $31.10 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $31.10 |

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



E-Discovery & Litigation Support | Managed Services & Consulting | Business Document Services

**INVOICE**
Date    04/07/20
Number WL091892
Page 1

customerservice@reliable-co.com
Fed Id # 23-2473700

Sold To:
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

Ship To:
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

Customer ID    DEC0597
Our Order No.  WL091892
Terms          Net 30 Days
Due Date       05/07/20
Salesperson    Gene Matthews

Client No./PO No CRAFTWORKS
P.O. Date      04/07/20
Ordered By     Melissa Hughes
Ship Via       Client responsible for shipping

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00684 Hourly Transcript-Original | | 50.00 | 1.00 | 50.00 | 50 | PAGE | 7 25 | 362 50 |

4/1/20

**20932.0002**

| | |
|---|---|
| Subtotal: | 362 50 |
| Sales Tax: | 0 00 |
| Total: | 362.50 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0 00 |
| Total Due: | 362.50 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

## Slater, Joshua

**From:** Delaney, Suzanne
**Sent:** Thursday, May 7, 2020 12:44 PM
**To:** OfficeServices070
**Subject:** FW: Reliable Invoices
**Attachments:** Reliable Invoices.pdf


Can you make this two attachments with Dom's approval with both invoices, thanks!

**From:** Pacitti, Domenic <DPacitti@klehr.com>
**Sent:** Wednesday, April 15, 2020 11:22 AM
**To:** Delaney, Suzanne <SDelaney@klehr.com>
**Cc:** Hughes, Melissa <MHughes@klehr.com>
**Subject:** FW: Reliable Invoices

The attached invoices are all approved

Dom



**DOMENIC E. PACITTI | PARTNER**
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street | Suite 1000 | Wilmington, DE 19801
t 302.552.5511 | f 302.426.9193 | c 215.260.1382
dpacitti@klehr.com | LinkedIn | Twitter

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.


**From:** Hughes, Melissa <MHughes@klehr.com>
**Sent:** Wednesday, April 15, 2020 10:34 AM
**To:** Pacitti, Domenic <DPacitti@klehr.com>; Delaney, Suzanne <SDelaney@klehr.com>
**Subject:** Reliable Invoices

Please approve for payment.



**MELISSA HUGHES  PARALEGAL**
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street | Suite 1000 | Wilmington, DE 19801
t 302.552.5516 | f 302.426.9193
mhughes@klehr.com | LinkedIn | Twitter

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



E-Discovery & Litigation Support | Managed Services & Consulting | Business Document Services

**INVOICE**
Date    04/21/20
Number WL092024
Page 1

customerservice@reliable-co.com
Fed Id # 23-2473700

**Sold To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE 19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE 19801-3062

| | | | |
|---|---|---|---|
| Customer ID | DEC0597 | Client No./PO No | CRAFTWORKS |
| Our Order No. | WL092024 | P.O. Date | 04/21/20 |
| Terms | Net 30 Days | Ordered By | Melissa Hughes |
| Due Date | 05/21/20 | Ship Via | Client responsible for shipping |
| Salesperson | Gene Matthews | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00113 Hyperlink Agenda Binder | | 1.00 | 1.00 | 1.00 | 1 | HOUR | 25.00 | 25.00 |

4/16/20

|   |   |
|---|---|
| Subtotal: | 25.00 |
| Sales Tax: | 0.00 |
| Total: | 25.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **25.00** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

# Slater, Joshua

**From:** Delaney, Suzanne
**Sent:** Monday, April 27, 2020 1:39 PM
**To:** OfficeServices070
**Subject:** FW: Reliable Invoice
**Attachments:** Reliable WL092024.pdf

Email approval below and invoice attached to be scanned together

**From:** Pacitti, Domenic <DPacitti@klehr.com>
**Sent:** Monday, April 27, 2020 12:37 PM
**To:** Hughes, Melissa <MHughes@klehr.com>; Delaney, Suzanne <SDelaney@klehr.com>
**Subject:** RE: Reliable Invoice

Approved



**DOMENIC E. PACITTI | PARTNER**
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street | Suite 1000 | Wilmington, DE 19801
t 302.552.5511 | f 302.426.9193 | c 215.260.1382
dpacitti@klehr.com | LinkedIn | Twitter

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Hughes, Melissa <MHughes@klehr.com>
**Sent:** Monday, April 27, 2020 12:36 PM
**To:** Pacitti, Domenic <DPacitti@klehr.com>; Delaney, Suzanne <SDelaney@klehr.com>
**Subject:** FW: Reliable Invoice

Dom, please approve for payment.
Suzanne, please charge 20932.0002

Thank you!
Melissa



**MELISSA HUGHES  PARALEGAL**
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street | Suite 1000 | Wilmington, DE 19801
t 302.552.5516 | f 302.426.9193
mhughes@klehr.com | LinkedIn | Twitter

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

1

**From:** Larry Taylor <ltaylor@reliable-co.com>
**Sent:** Monday, April 27, 2020 12:01 PM
**To:** Hughes, Melissa <MHughes@klehr.com>
**Subject:** Reliable Invoice

Melissa,

Attached is a recent invoice. Thanks and be safe!

---



**Larry Taylor**
General Manager
1007 Orange Street Suite 110
Wilmington, DE 19801
(302) 654-8080
ltaylor@reliable-co.com
www.reliable-co.com

2