## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **CRAFTWORKS PARENT, LLC, et al.,** | Case No. 20-10475 (BLS) |
| Debtors. | Jointly Administered |

### REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

> Amish R. Doshi, Esq.
> **Doshi Legal Group, P.C.**
> 1979 Marcus Avenue, Suite 210E
> Lake Success, NY 11042
> E-Mail: amish@doshilegal.com

Dated: July 2, 2020         **Respectfully Submitted,**
Lake Success, New York

By:     /s/ Amish R. Doshi
         Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel (516) 622-2335
E-Mail:     amish@doshilegal.com

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **CRAFTWORKS PARENT, LLC, et al.,** | ) | **Case No. 20-10475 (BLS)** |
| | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Amish R. Doshi, hereby certify that on July 2, 2020, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

      /s/ Amish R. Doshi_____
      Amish R. Doshi

## SERVICE LIST

| | |
|---|---|
| Linda B. Casey, Esq.<br>OFFICE OF UNITED STATES TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 | Domenic E. Pacitti, Esq.<br>Michael W. Yurkewicz, Esq.<br>KLEHR HARRISON HARVEY &<br>BRANZBURG, LLP<br>919 North Market Street, Suite 1000<br>Wilmington, DE 19801 |
| Steven Reisman, Esq.<br>KATTEN MUCHIN ROSENMAN, LLP<br>575 Madison Avenue<br>New York, New York 10022 | Peter A. Siddiqui, Esq.<br>KATTEN MUCHIN ROSENMAN, LLP<br>525 W. Monroe Street,<br>Chicago, IL 60661 |
| Craftworks Parent, Inc.<br>C/O PRIME CLERK<br>830 Third Avenue, Suite 412<br>Brooklyn, NY 11232 | |