## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **CRAFTWORKS PARENT, LLC,** *et al.*, | ) Case No. 20-10475 (BLS) |
| | ) |
| Debtors. [1] | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Fee Notice Service List attached hereto as **Exhibit A**; and via first class mail on Linebarger Goggan Blair & Sampson, LLC, Attn: Diane Wade Sanders, P.O. Box 17428, Austin, TX 78760:

- Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period April 1, 2020 through April 30, 2020 [Docket No. 626]

- Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the period May 1, 2020 through May 31, 2020 [Docket No. 627]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

- First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the period March 3, 2020 through May 31, 2020 [Docket No. 629]

Dated: July 8, 2020

                                        */s/ Nathan Chien*
                                        Nathan Chien

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 8, 2020, by Nathan Chien, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 43705

**<u>Exhibit A</u>**

# Exhibit A
Fee Notice Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Ansell Grimm & Aaron, PC | Attn: Joshua S. Bauchner, Anthony J. D'Artiglio | jb@ansellgrimm.com; ajd@ansellgrimm.com |
| Attorney General of Texas | Attn: Kimberly A. Walsh | kimberly.walsh@oag.texas.gov |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen and Chantelle D. McClamb | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; mcclambc@ballardspahr.com |
| Ballard Spahr LLP | Attn: Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian | branchd@ballardspahr.com; simonjm@ballardspahr.com; zarnighiann@ballardspahr.com |
| Barclay Damon LLP | Attn: Kevin M. Newman, Esq. | knewman@barclaydamon.com |
| Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| Barron & Newburger, PC | Attn: Stephen W. Sather | gmagnuson@bn-lawyers.com |
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Brookfield Property REIT, Inc., as Agent | Attn: Kristen N. Pate | bk@brookfieldpropertiesretail.com |
| Bryan Cave Leighton Paisner LLP | Attn: Leah Fiorenza McNeill | leah.fiorenza@bclplaw.com |
| Bryan Cave Leighton Paisner LLP | Attn: Timothy R. Bow | timothy.bow@bclplaw.com |
| Cafaro Management Company | Attn: Lindsey M. Harrison Madgar, Richard T. Davis | LMadgar@cafarocompany.com |
| Carl Marks Strategic Investments, L.P. | Attn: James F. Wilson; Esteban Rakela | jwilson@carlmarks.com; erakela@carlmarks.com |
| Carl Marks Strategic Opportunities Fund II, L.P. | Attn: James F. Wilson; Esteban Rakela | jwilson@carlmarks.com; erakela@carlmarks.com |
| Centerbridge Partners, L.P. | Attn: President or General Counsel | btruong@centerbridge.com; amodi@centerbridge.com |
| Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan | kbifferato@connollygallagher.com; kconlan@connollygallagher.com |
| Delaware Attorney General | Attn: Bankruptcy Dept | attorney.general@state.de.us |
| Delaware Division of Revenue | Attn: Zillah Frampton | FASNotify@state.de.us |
| Delaware Secretary of State | Division of Corporations Franchise Tax | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Attn: Bankruptcy Dept | statetreasurer@state.de.us |
| Essex Richards, PA | Attn: Natalie D. Potter | npotter@essexrichards.com |
| Fabian VanCott | Attn: David P. Billings | dbillings@fabianvancott.com |
| Fortress Investment Group | Attn: Morgan J. McClure, Marc Blanchette | mmcclure@fortress.com; mblanchette@fortress.com |
| Fox Rothschild LLP | Attn: Seth A. Niederman | sniederman@foxrothschild.com |
| Fox Rothschild LLP | Attn: Martha B. Chovanes | mchovanes@foxrothschild.com |
| Fox Rothschild LLP | Attn: Dana S. Katz | dkatz@foxrothschild.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & A.J. Webb | rgold@fbtlaw.com; awebb@fbtlaw.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb & Erin P. Severini | rgold@fbtlaw.com; awebb@fbtlaw.com; eseverini@fbtlaw.com |
| FS Investment Corporation II | Attn: Ryan O'Hagan | credit.notices@fsinvestments.com; kkrcreditlegal@kkr.com; FSICII_Team@fsinvestments.com |
| FS Investment Corporation III | Attn: Ryan O'Hagan | credit.notices@fsinvestments.com; kkrcreditlegal@kkr.com; FSICIII_Team@fsinvestments.com |
| FS KKR Capital Corp (f/k/a FS Investment Corporation) | Attn: Ryan O'Hagan | credit.notices@fsinvestments.com; kkrcreditlegal@kkr.com; FSIC_Team@fsinvestments.com |

Exhibit A
Fee Notice Service List
Served via Email

| | | |
|---|---|---|
| Gallagher Evelius & Jones LLP | Attn: David G. Sommer | dsommer@gejlaw.com |
| Gawthrop Greenwood, PC | Attn: David W. deBruin | ddebruin@gawthrop.com |
| Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Amy D. Brown | mbusenkell@gsbblaw.com; abrown@gsbblaw.com |
| Hunton Andrews Kurth LLP | Attn: Tyler P. Brown | tpbrown@HuntonAK.com |
| Hunton Andrews Kurth LLP | Attn: John R. Schneider, Mary L. Santanello, Mack Emerson | jschneider@HuntonAK.com; msantanello@HuntonAK.com; memerson@HuntonAK.com |
| Hunton Andrews Kurth LLP | Attn: John T. O'Connor | joconnor@HuntonAK.com |
| Ice Miller LLP | Attn: Tyson A. Crist, John C. Cannizzaro | tyson.crist@icemiller.com; john.cannizzaro@icemiller.com |
| Kane Russell Coleman & Logan PC | Attn: S. Kyle Woodard | kwoodard@krcl.com |
| Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | wlevant@kaplaw.com |
| Katten Muchin Rosenman LLP | Attn: Steven J. Reisman, Cindi M. Giglio, David A. Crichlow, Brian J. Hecht | sreisman@katten.com; cindi.giglio@katten.com; david.crichlow@katten.com; brian.hecht@kattenlaw.com; |
| Katten Muchin Rosenman LLP | Attn: Peter A. Siddiqui, Stephanie Hor-Chen, Ethan Trotz | peter.siddiqui@katten.com; stephanie.hor-chen@katten.com; ethan.trotz@katten.com |
| Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Michael W. Reining | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com; mreining@kelleydrye.com |
| Kelso Investment Associates VIII, L.P. | Attn: William Woo | wwoo@kelso.com |
| KEP VI, LLC | c/o Kelso & Company | wwoo@kelso.com |
| King & Spalding LLP | Attn: W. Austin Jowers | ajowers@kslaw.com |
| King & Spalding LLP | Attn: Michael R. Handler, Jeff Pawlitz | mhandler@kslaw.com |
| KKR Credit Advisors (Ireland) | Attn: Ryan O'Hagan | credit.notices@fsinvestments.com; kkrcreditlegal@kkr.com; FSIC_Team@fsinvestments.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti and Michael W. Yurkewicz | DPacitti@klehr.com; myurkewicz@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Knowles & Sullivan, LLC | Attn: Haley K. Tucker | tami@kkslawgroup.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Larkins Vacura Kayser LLP | Attn: Cody Hoesly | choesly@lvklaw.com |
| Lewis Roca Rothgerber Christie LLP | Attn: Chad S. Caby | ccaby@lrrc.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Marblegate Special Opportunities Master Fund, L.P. | Attn: General Counsel | notices@marblegate.com |
| Maricopa County Attorney's Office | Attn: Peter Muthig | muthigk@mcao.maricopa.gov |
| McCarron & Diess | Attn: Gregory Brown | gbrown@mccarronlaw.com |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | tleday@mvbalaw.com |

Exhibit A
Fee Notice Service List
Served via Email

| | | |
|---|---|---|
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | pcarey@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P. Foley | kfoley@mirickoconnell.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | deecf@dor.mo.gov |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther | deecf@dor.mo.gov |
| Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky & Brian J. McLaughlin | rmersky@monlaw.com; bmclaughlin@monlaw.com |
| Morgan, Lewis & Bockius, LLP | Attn: Sula R. Fiszman | sula.fiszman@morganlewis.com |
| Morgan, Lewis & Bockius, LLP | Attn: Jennifer Feldsher | jennifer.feldsher@morganlewis.com |
| Morris James LLP | Attn: Eric J. Monzo | emonzo@morrisjames.com |
| Morris James LLP | Attn: Eric J. Monzo | emonzo@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Andrew R. Remming, Joseph C. Barsalona II | aremming@mnat.com; jbarsalona@mnat.com |
| Moye White LLP | Attn: Vikrama S. Chandrashekar | vika.chandrashekar@moyewhite.com |
| Mullin Hoard & Brown, LLP | Attn: Brad W. Odell | bodell@mhba.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Office of the Attorney General of Texas, Bankruptcy & Collections Division | Attn: Jason B. Binford, Abigail Ryan | jason.binford@oag.texas.gov; abigail.ryan@oag.texas.gov; public.information@oag.state.tx.us |
| Office of the United States Trustee | Attn: Linda J. Casey | Linda.Casey@usdoj.gov |
| Oklahoma County Assistant District Attorney | Attn: Gretchen Crawford | grecra@oklahomacounty.org |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Robert J. Feinstein, Colin R. Robinson | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; crobinson@pszjlaw.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb | ecobb@pbfcm.com |
| Potter Anderson & Corroon LLP | Attn: L. Katherine Good, R. Stephen McNeill | rmcneill@potteranderson.com; kgood@potteranderson.com |
| S&D Law | Attn: Steven W. Kelly | skelly@s-d.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy | john.demmy@saul.com |
| Securities & Exchange Commission | Attn: Secretary Of The Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Attn: Andrew Calamari, Regional Director | bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| SHCO 56 SARL | c/o Kelso & Company | wwoo@kelso.com |
| ShopCore Properties | Attn: William F. McDonald III | wmcdonald@shopcore.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | rtucker@simon.com |
| State of Arizona Attorney General | Attn: Bankruptcy Dept | aginfo@azag.gov |
| State of California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| State of Hawaii Attorney General | Attn: Bankruptcy Dept | hawaiiag@hawaii.gov |
| State of Illinois Attorney General | Attn: Bankruptcy Dept | webmaster@atg.state.il.us |
| State of Louisiana Attorney General | Attn: Bankruptcy Dept | ConsumerInfo@ag.state.la.us |

In re: CraftWorks Parent, LLC, *et al.*
Case No. 20-10475 (BLS)

Page 3 of 4

Exhibit A
Fee Notice Service List
Served via Email

| | | |
|---|---|---|
| State of Maryland Attorney General | Attn: Bankruptcy Dept | oag@oag.state.md.us |
| State of Michigan Attorney General | Attn: Bankruptcy Dept | miag@michigan.gov |
| State of Missouri Attorney General | Attn: Bankruptcy Dept | attorney.general@ago.mo.gov |
| State of Montana Attorney General | Attn: Bankruptcy Dept | contactdoj@mt.gov |
| State of Nebraska Attorney General | Attn: Bankruptcy Dept | ago.info.help@nebraska.gov |
| State of North Dakota Attorney General | Attn: Bankruptcy Dept | ndag@nd.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Dept | consumer.hotline@doj.state.or.us |
| State of Tennessee Attorney General | Attn: Bankruptcy Dept | consumer.affairs@tn.gov |
| State of Utah Attorney General | Attn: Bankruptcy Dept | uag@utah.gov |
| State of West Virginia Attorney General | Attn: Bankruptcy Dept | consumer@wvago.gov |
| Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III | zallinson@sha-llc.com |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| Thomas, Cinclair & Beuttenmuller, PLLC | Attn: Richard J. Cinclair, Jr., Esq. | rick@tcblawfirm.com |
| US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Weil, Gotshal & Manges LLP | Attn: Matthew S. Barr, Andriana Georgallas, Sunny Singh, Benton Lewis, Bryan R. Podzius | matt.barr@weil.com; andriana.georgallas@weil.com; sunny.singh@weil.com; benton.lewis@weil.com; allison.liff@weil.com; bryan.podzius@weil.com |
| Weil, Gotshal & Manges LLP | Attn: Brendan C. Conley | brendan.conley@weil.com |
| Wells Fargo Bank, National Association | MAC D1109-019 | agencyservices.requests@wellsfargo.com |
| Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward and Morgan L. Patterson | matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |
| Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |
| Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan, Jaime Luton Chapman, Jordan E. Sazant | bankfilings@ycst.com; pmorgan@ycst.com; jchapman@ycst.com; jsazant@ycst.com |