Outstanding checks in Bankruptcy Proceedings  Wednesday 8 12 2020
Bankruptcy Court

I recently contacted Prime Clerk law firm regarding Chapter 11 bankruptcy of Rock Bottom and Craftworks businesses, and outstanding checks that my business possesses, and was told to possibly obtain private legal counsel
Since we own a very small cleaning business in the time of Covid, it's impossible for us to afford a bankruptcy counsel at this time.
We would appreciate any consideration in this manner.
Thank you.

Clean Rite Cleaning
Adam & Lauri Teriaca
W151 N8262 Thomas Drive
Menomonee Falls WI  53051

262 250 2601

**From:** eyeofnewt34@gmail.com
**Sent:** Saturday, August 8, 2020 9:09 AM
**To:** AP@craftworksholdings.com; craftworksinfo@primeclerk.com
**Subject:** bankruptcy proceeding for Rock Bottom restaurant case 20-10475

We are the owners of Clean Rite Cleaning Company, W151 N8262 Thomas Drive, Menomonee Falls WI 53051. We have provided cleaning services for Rock Bottom restaurant and tavern 740 N Plankinton Ave, Milwaukee WI for several years.

Starting in July 2019, the checks we received from Rock Bottom were returned for insufficient funds for our cleaning services. We had this problem previously with the business and its changing management, and the checks were always made good.

So we continued cleaning, and the checks kept being returned. Starting in late spring early summer I called Rock Bottom and asked to talk to the management regarding these insufficient funds. I was told the woman who handled these matters was on maternity leave and would be back at the end of August. In July I called Rock Bottom again, and asked for someone higher in management since these checks were piling up. I was given an 800 #, and it turned out to be the tech department, who had no idea what I needed, but referred me onto someone else. The new person said they would send me info, and I was presented with bankruptcy info. I was not previously informed that Rock Bottom or its parent company, CraftWorks, was in the bankruptcy process. There was definitely deceit, or possibly outright fraud by the Rock Bottom company not informing me of the bankruptcy.

We would appreciate any help in this matter.
Attached are copies of the checks involved.
Thank you
Clean Rite Cleaning company
Adam and Lauri Teriaca
W151 N8262 Thomas Drive
Menomonee Falls WI 53051
262 250 2601

Sent from Mail for Windows 10

SRF 44827

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*, | : Case No. 20-10475 (BLS) |
| Debtors.[1] | : (Jointly Administered) |
| | : Objection Deadline: August 18, 2020 at 4:00 p.m. (ET) |
| | : Hearing Date: August 26, 2020 at 10:30 a.m. (ET) |

## NOTICE OF MOTION DEBTORS FOR AN ORDER DISMISSING THEIR CHAPTER 11 CASES AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on August 4, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Dismissal of the Debtors' Chapter 11 Cases; and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Court on or before August 18, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 2981 Sidco Drive, Nashville, TN 37204.

# BMO Harris Bank

P.O. Box 94033, Palatine, IL 60094  
Date: Mar 25, 2020  Advice D-100626

Acct: 29/10952854

We are charging your account and returning unpaid items previously deposited. The return reason is indicated on the check(s). Please contact 1-888-340-2265 with any questions.  
CONSUMERS ONLY: See back for Check 21 information

| REASON | SEQ # | ITEM AMOUNT |
|---|---|---|
| Refer To Maker | 937000626 | $250.00 |

CLEAN RITE CLEANING COMPANY  
W151 N8262 THOMAS DR  
MENOMONEE FALLS, WI 530513877

1 Item charged totalling   $250.00  
Advice Total              $250.00

⑈402333198⑈ 10952854⑈ ⑈100626⑈

*071900595*  
03/25/2020  
937000626

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S  
REFER TO MAKER



REFER TO MAKER

**Check 2321433 — 03-Jul-19**  
CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC.  
d/b/a GORDON BIERSCH, ROCK BOTTOM & OLD CHICAGO RESTAURANTS  
201 West Main Street, Suite 301 • Chattanooga, TN 37408  
423-424-2000

PAY Two Hundred Fifty Dollars And Zero Cents*****   250.00

TO THE ORDER OF:  
CLEAN RITE CLEANING COMPANY  
W151 N8262 THOMAS DRIVE  
MENOMONEE FALLS, WI 53051

VOID AFTER 6 MONTHS  
2 SIGNATURES REQUIRED IF OVER $100,000.00

WELLS FARGO BANK GRAND JUNCTION, N.A.  
GRAND JUNCTION, CO 81501-5130

⑈2321433⑈ ⑈102100918⑈ 606 2003389⑈ ⑈00000 25000⑈

---

**Check 2337947 — 26-Feb-20**  
CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC.  
d/b/a GORDON BIERSCH, ROCK BOTTOM & OLD CHICAGO RESTAURANTS  
201 West Main Street, Suite 301 • Chattanooga, TN 37408  
423-424-2000

PAY Five Hundred Dollars And Zero Cents*****   500.00

TO THE ORDER OF:  
CLEAN RITE CLEANING COMPANY  
W151 N8262 THOMAS DRIVE  
MENOMONEE FALLS, WI 53051

VOID AFTER 6 MONTHS  
2 SIGNATURES REQUIRED IF OVER $100,000.00

WELLS FARGO BANK GRAND JUNCTION, N.A.  
GRAND JUNCTION, CO 81501-5130

⑈2337947⑈ ⑈102100918⑈ 606 2003389⑈

# BMO Harris Bank

P.O. Box 94033, Palatine, IL 60094
Date: Mar 27, 2020 Advice D-100309

Acct: 29/10952854

We are charging your account and returning unpaid items previously deposited. The return reason is indicated on the check(s). Please contact 1-888-340-2265 with any questions.
CONSUMERS ONLY: See back for Check 21 information

| REASON | SEQ # | ITEM AMOUNT |
|---|---|---|
| Refer To Maker | 937000389 | $300.00 |
| Refer To Maker | 937000388 | $400.00 |

CLEAN RITE CLEANING COMPANY
W151 N8262 THOMAS DR
MENOMONEE FALLS, WI 530513877

2 Item charged totalling $700.00
Advice Total $700.00

⑈40 2333198⑈ 10952854⑈ ⑈100309⑈

---

*071900595*
03/27/2020
937000389

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

## REFER TO MAKER

**CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC.**
d/b/a GORDON BIERSCH, ROCK BOTTOM & OLD CHICAGO RESTAURANTS
201 West Main Street, Suite 301 • Chattanooga, TN 37408
423-424-2000

02-Nov-19    82-91/1021    2330114

PAY Three Hundred Dollars And Zero Cents*****    300.00

TO THE ORDER OF
CLEAN RITE CLEANING COMPANY
W151 N8262 THOMAS DRIVE
MENOMONEE FALLS, WI 53051

VOID AFTER 6 MONTHS
2 SIGNATURES REQUIRED IF OVER $100,000.00

WELLS FARGO BANK GRAND JUNCTION, N.A.
GRAND JUNCTION, CO 81501-5130

⑈2330114⑈ ⑈102100918⑈ 606200389⑈

⑈2330114⑈ ⑈102100918⑈ 606200389⑈ ⑈000000300.00⑈

---

*071900595*
03/27/2020
937000388

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

## REFER TO MAKER

**CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC.**
d/b/a GORDON BIERSCH, ROCK BOTTOM & OLD CHICAGO RESTAURANTS
201 West Main Street, Suite 301 • Chattanooga, TN 37408
423-424-2000

18-Oct-19    82-91/1021    2329504

PAY Four Hundred Dollars And Zero Cents*****    400.00

TO THE ORDER OF
CLEAN RITE CLEANING COMPANY
W151 N8262 THOMAS DRIVE
MENOMONEE FALLS, WI 53051

VOID AFTER 6 MONTHS
2 SIGNATURES REQUIRED IF OVER $100,000.00

WELLS FARGO BANK GRAND JUNCTION, N.A.
GRAND JUNCTION, CO 81501-5130

⑈2329504⑈ ⑈102100918⑈ 606200389⑈

⑈2329504⑈ ⑈102100918⑈ 606200389⑈ ⑈000000400.00⑈

# BMO Harris Bank

P.O.Box 94033, Palatine, IL 60094  
Date: Mar 30, 2020   Advice D-100054

Acct: 29/10952854

We are charging your account and returning unpaid items previously deposited. The return reason is indicated on the check(s). Please contact 1-888-340-2265 with any questions. CONSUMERS ONLY: See back for Check 21 information

| REASON | SEQ # | ITEM AMOUNT |
|---|---|---|
| Refer To Maker | 937000329 | $400.00 |
| Refer To Maker | 937000330 | $400.00 |

CLEAN RITE CLEANING COMPANY  
W151 N8262 THOMAS DR  
MENOMONEE FALLS, WI 530513877

2 Item charged totalling    $800.00  
Advice Total    $800.00

⑈402333198⑈ 10952854⑈ 100054⑈



*071900595*  
03/30/2020  
937000329

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S  
REFER TO MAKER

**REFER TO MAKER**

CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC.  
d/b/a GORDON BIERSCH, ROCK BOTTOM & OLD CHICAGO RESTAURANTS  
201 West Main Street, Suite 301 • Chattanooga, TN 37408  
423-424-2000

10-Jan-20    82-91/1021    2334863

PAY Four Hundred Dollars And Zero Cents*****        400.00

TO THE ORDER OF  
CLEAN RITE CLEANING COMPANY  
W151 N8262 THOMAS DRIVE  
MENOMONEE FALLS, WI 53051

VOID AFTER 6 MONTHS  
2 SIGNATURES REQUIRED IF OVER $100,000.00

WELLS FARGO BANK GRAND JUNCTION, N.A.  
GRAND JUNCTION, CO 81501-5130

⑈2334863⑈ ⑆102100918⑆ 606200338⑈

*071900595*  
03/30/2020  
937000330

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S  
REFER TO MAKER

**REFER TO MAKER**

CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC.  
d/b/a GORDON BIERSCH, ROCK BOTTOM & OLD CHICAGO RESTAURANTS  
201 West Main Street, Suite 301 • Chattanooga, TN 37408  
423-424-2000

24-Feb-20    82-91/1021    2337299

PAY Four Hundred Dollars And Zero Cents*****        400.00

TO THE ORDER OF  
CLEAN RITE CLEANING COMPANY  
W151 N8262 THOMAS DRIVE  
MENOMONEE FALLS, WI 53051

VOID AFTER 6 MONTHS  
2 SIGNATURES REQUIRED IF OVER $100,000.00

WELLS FARGO BANK GRAND JUNCTION, N.A.  
GRAND JUNCTION, CO 81501-5130

⑈2337299⑈ ⑆102100918⑆ 606200338⑈