United States Bankruptcy Court
District of Delaware
Chapter 11
Case No. 20-10475 (BLS)

FILED
2020 AUG 18 AM 8: 52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Please take notice that Florida Janitor & Paper Supply of St. Augustine, Florida hereby **objects** to motion by Craftworks Parent, LLC, et al., Debtors filed on August 4, 2020.
1. Authorizing the dismissal of the Debtors Chapter 11 cases;
2. Granting Related Relief (the "motion") with the United States Bankruptcy court For the District of Delaware

This letter is to advise the court that Florida Janitor & Paper Supply objects to any motion that grants relief of the debt that is owed to them as well as no dismissal of the case until settlement is agreed upon.

W. Joseph Taylor
President
Florida Janitor & Paper Supply
2775 Industry Center Road
St. Augustine, Florida 32084
904-825-0773