

- PLUMBING
- WATER HEATERS
- DOMESTIC BOILERS
- BACKFLOW TESTING AND INSTALLATIONS

- DRAIN CLEANING
- 24-HOUR SERVICE
- SINCE 1947
- BBB A+ RATING
- INSTALLATIONS & REPAIRS

435 E. BURNETT AVENUE • LOUISVILLE, KY 40217
502-636-5171
RESIDENTIAL • COMMERCIAL • INDUSTRIAL

August 12, 2020

United States Bankruptcy Court
District of Delaware
824 Market Street North
Wilmington, DE 19801

Re: Case No. 20-10475 (BLS)

We are writing in reference to the above-mentioned case.

Please be advised that this letter serves as our notice of objection to the proposed relief order in this case. The Debtor owes us a balance of $5,041.43. We are a small company and losing this amount of money will cause a financial hardship.

Thank You,

*Matthew Ralston*

Matthew Ralston
Owner