**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CRAFTWORKS PARENT, LLC, *et al.*, | : | Case No. 20-10475 (BLS) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | : | Re: Docket Nos. 348, 469, 513, 540 547, |
| | : | 593, 619, & 684 |

**STIPULATED NOTICE OF WITHDRAWAL OF TOWER 111 BROADWAY, LLC'S OBJECTION TO THE (A) NOTICE OF CURE AMOUNTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED CONTRACTS; AND (B) SECOND NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

PLEASE TAKE NOTICE that on May 6, 2020, CraftWorks Parent, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases filed with the United Stated Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the *Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* [Dkt. No. 348].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 2981 Sidco Drive, Nashville, TN 37204.

9094812v.1

PLEASE TAKE FURTHER NOTICE that on May 15, 2020, Tower 111 Broadway, LLC ("Tower 111") filed with the Bankruptcy Court the *Objection of Tower 111 Broadway, LLC to the Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "First Objection") [Dkt. No. 469].

PLEASE TAKE FURTHER NOTICE that on May 18, 2020, *Tower 111* filed with the Bankruptcy Court the *Amended Objection of Tower 111 Broadway, LLC to the Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Second Objection") [Dkt. No. 513]].

PLEASE TAKE FURTHER NOTICE that on May 25, 2020, the Bankruptcy Court entered the *Order (I) Authorizing And Approving Semi-Private Sale Of Debtors' Assets Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests; (II) Authorizing And Approving Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (III) Granting Related Relief* [Docket No. 540] (the "Sale Order").

PLEASE TAKE FURTHER NOTICE that on May 27, 2020, Tower 111 filed with the Bankruptcy Court the *Second Amended Objection of Tower 111 Broadway, LLC to the Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Third Objection") [Dkt. No. 547].

PLEASE TAKE FURTHER NOTICE than on June 20, 2020, the Debtors filed the *Second Notice of Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Dkt. No. 593], which indicated the Debtors' intent to assume and assign a lease for real property located at 11 Broadway, Nashville, Tennessee (the "Lease") between Logan's Roadhouse, Inc. and Tower 111 to DBFLF CFTWE Holdings L.P. and its affiliates (the "Buyer").

PLEASE TAKE FURTHER NOTICE that on June 29, 2020, Tower 111 filed with the Bankruptcy Court the *Third Amended Objection of Tower 111 Broadway, LLC to the Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Fourth Objection") [Dkt. No. 603].

PLEASE TAKE FURTHER NOTICE that on August 7, 2020, Tower 111 filed with the Bankruptcy Court the *Second Amended Objection of Tower 111 Broadway, LLC to the Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Fifth Objection", and together with the First Objection, Second Objection, Third Objection and Fourth Objection, the "Objections") [Dkt. No. 684].

PLEASE TAKE FURTHER NOTICE that Tower 111 hereby withdraws the Objections, and the Lease, as amended, most recently by amendment dated August 24, 2020, is assumed and assigned to Buyer pursuant to the terms of the Sale Order.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| Dated: August 25, 2020<br>Wilmington, DE | Dated: August 25, 2020<br>Woodland Park, NJ |
| By: */s/ Michael W. Yurkewicz* | By: */s/ Anthony J. D'Artiglio* |

<table>
<tr><td>

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189

-and-

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Morton R. Branzburg
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone: (215) 569-2700

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (admitted *pro hac vice*)
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
sreisman@katten.com
bryan.kotliar@katten.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.siddiqui@katten.com

*Attorneys for the Debtors*
*and Debtors in Possession*

</td><td>

**ANSELL GRIMM & AARON, P.C.**
Joshua S. Bauchner, Esq.
Anthony J. D'Artiglio, Esq.
365 Rifle Camp Road
Woodland Park, NJ 07424
Telephone: (973) 247-9000

*Attorneys for Tower 111 Broadway, LLC*

</td></tr>
</table>

9094812v.1