**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CRAFTWORKS PARENT, LLC, *et al.*,[1] | ) Case No. 20-10475 (BLS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Obj. Deadline: September 16, 2020 at 4:00 p.m.** |
|  | ) **Hearing Date: Only if Objections are timely filed.** |

**NOTICE OF FIFTH MONTHLY FEE APPLICATION OF KLEHR
HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") filed the *Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from July 1, 2020 through July 31, 2020* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Application is submitted pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals; and (II) Granting Related Relief* [Docket No. 264] (the "Administrative Order") dated April 6, 2020.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the Bankruptcy Court, on or before **September 16, 2020 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following:  counsel to the Debtors, Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022, Attn: Steven J. Reisman, Esq. (sreisman@katten.com) and Bryan A. Kotliar, Esq. (bryan.kotliar@katten.com) and 525 West Monroe Street, Chicago, IL 60661, Attn: Peter A. Siddiqui, Esq. (peter.siddiqui@katten.com); (ii) Delaware counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801, Attn: Domenic E. Pacitti, Esq. (dpacitti@klehr.com) and Michael W. Yurkewicz, Esq. (myurkewicz@klehr.com) and 1835 Market Street, 14th Floor, Philadelphia, PA 19103, Attn: Morton R. Branzburg, Esq. (mbranzburg@klehr.com); (iii) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Linda J. Casey, Esq. (Linda.Casey@usdoj.gov); (iv) proposed counsel to the Committee, Pachulski Stang Ziehl & Jones, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Esq. (rfeinstein@pszjlaw.com) and Bradford J. Sandler, Esq. (bsandler@pszjlaw.com); (v) counsel to the administrative agent under the Debtors' prepetition first lien debt facility and the Debtors' debtor-in-possession financing facility, King & Spalding LLP, 1180 Peachtree Street NE, Atlanta, GA 30309, Attn: W. Austin Jowers, Esq. (ajowers@kslaw.com); and (vi) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002 (collectively, the "Application Recipients")

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN 80% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER NOTICE, HEARING, OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE IN ACCORDANCE WITH THE PROCEDURES SET FORTH IN THE ADMINISTRATIVE ORDER AND A HEARING WILL BE HELD.

*{Remainder of Page Intentionally Left Blank}*

| | |
|---|---|
| Dated: August 26, 2020<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Morton R. Branzburg<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 569-2700<br>Facsimile: (215) 568-6603<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Steven J. Reisman (admitted *pro hac vice*)<br>Bryan M. Kotliar (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8876<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Peter A. Siddiqui (admitted *pro hac vice*)<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br><br>*Attorneys for the Debtors and Debtors in Possession* |