# EXHIBIT A



**KLEHR HARRISON HARVEY BRANZBURG LLP**

1835 Market Street | Suite 1400
Philadelphia, PA 19103
t 215.569.2700  f 215.568.6603
www.klehr.com

August 11, 2020

Jim Lebs
CraftWorks Holdings Inc.
Chief Financial Officer
3011 Armory Drive
Suite 300
Nashville, TN  37204

Invoice #:      429529
Client #:        20932
Matter #:        0002

For professional services through July 31, 2020:

RE:   Chapter 11

PROFESSIONAL SERVICES

Asset Disposition

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/10/20 | DEP | Review sale motion and related declaration and comment on same | 2.10 | 685.00 | 1,438.50 |
| 7/10/20 | DEP | Emails with Katten team re: sale motion and related issues | .30 | 685.00 | 205.50 |
| 7/10/20 | MWY | Review and address sale motion | 1.30 | 475.00 | 617.50 |
| 7/20/20 | MWY | Follow up on sale motion | .30 | 475.00 | 142.50 |
| 7/28/20 | MWY | Address sale order supplement | .20 | 475.00 | 95.00 |

Task Total:                                                                            $ 2,499.00

Assumption and Rejection of Leases and C

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/20/20 | MWY | Address 365d4 extension | .40 | 475.00 | 190.00 |

Task Total:                                                                            $ 190.00

## Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/24/20 | MWY | Address admin claim motion | .60 | 475.00 | 285.00 |
| 7/27/20 | MWY | Follow up on court requests on Seritage documentation | .90 | 475.00 | 427.50 |

**Task Total:** $ 712.50

## Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/01/20 | MRB | Review Bradley documents | .20 | 735.00 | 147.00 |
| 7/07/20 | MRB | Review additional assurance request from Pope | .10 | 735.00 | 73.50 |
| 7/08/20 | MRB | Review motion to dismiss | .30 | 735.00 | 220.50 |
| 7/10/20 | MKH | Draft Notice re Debtors' Motion for an Order (I) Authorizing and Approving Private Sale of Membership Interests of Logan's Roadhouse, Inc. in Martins BBQ West End LLC, Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Assumption and Assignment of Unexpired Leases Related Thereto; and (III) Granting Related Relief | .70 | 275.00 | 192.50 |
| 7/10/20 | MKH | Review and revise Debtors' Motion for an Order (I) Authorizing and Approving Private Sale of Membership Interests of Logan's Roadhouse, Inc. in Martins BBQ West End LLC, Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Assumption and Assignment of Unexpired Leases Related Thereto; and (III) Granting Related Relief; proposed order re same and Declaration | .90 | 275.00 | 247.50 |
| 7/10/20 | MKH | Revise and finalize Debtors' Motion for an Order (I) Authorizing and Approving Private Sale of Membership Interests of Logan's Roadhouse, Inc. in Martins BBQ West End LLC, Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Assumption and Assignment of Unexpired Leases Related Thereto; and (III) Granting Related Relief/proposed Order/Notice for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 7/10/20 | MKH | Update case calendar with objection deadlines | .20 | 275.00 | 55.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/10/20 | MKH | Revise and finalize Declaration of Mark Smith in Support of Debtors' Motion for an Order (I) Authorizing and Approving Private Sale of Membership Interests of Logan's Roadhouse, Inc. in Martins BBQ West End LLC, Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Assumption and Assignment of Unexpired Leases Related Thereto; and (III) Granting Related Relief for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |
| 7/13/20 | MKH | Update case calendar re objection deadlines | .40 | 275.00 | 110.00 |
| 7/17/20 | DEP | Review motion to dismiss | .90 | 685.00 | 616.50 |
| 7/17/20 | MWY | Review motion to dismiss | .70 | 475.00 | 332.50 |
| 7/20/20 | DEP | Review UST comments and issues for upcoming hearing | .50 | 685.00 | 342.50 |
| 7/20/20 | MKH | Draft and finalize Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order (A) Approving the Settlement Agreement By and Among the Debtors, Fortress Credit Co LLC, and Hazem Ouf; and (B) Granting Related Relief/proposed order for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 7/20/20 | MKH | Prepare for and upload proposed order re Motion of the Debtors for Entry of an Order (A) Approving the Settlement Agreement By and Among the Debtors, Fortress Credit Co LLC, and Hazem Ouf; and (B) Granting Related Relief with Bankruptcy Court | .60 | 275.00 | 165.00 |
| 7/20/20 | MKH | Draft and prepare CNO re Motion of the Debtors to Extend the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code/proposed order for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |
| 7/20/20 | MKH | Prepare for and upload proposed order re Motion of the Debtors to Extend the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code with Bankruptcy Court | .50 | 275.00 | 137.50 |
| 7/20/20 | MWY | Review and address UST inquiries on hearing | .70 | 475.00 | 332.50 |
| 7/22/20 | MWY | Address utility request and payment issues | .60 | 475.00 | 285.00 |
| 7/23/20 | MKH | Draft agenda for July 29, 2020 fee and omnibus hearing | 1.20 | 275.00 | 330.00 |
| 7/23/20 | MKH | Update case calendar re upcoming hearing and objection deadlines | .30 | 275.00 | 82.50 |
| 7/23/20 | MWY | Address Windstream payment issues (.3)/ address agenda and hearing (.6) | .90 | 475.00 | 427.50 |
| 7/24/20 | DEP | Review agenda (.70) / emails with Katten re: same (.30) | 1.00 | 685.00 | 685.00 |
| 7/24/20 | MKH | Revise agenda for July 29, 2020 hearing; prepare email to counsel attaching same for review | 1.40 | 275.00 | 385.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/24/20 | MKH | Review and prepare Certification of Counsel Regarding Stipulation Resolving Motion for Administrative Claim/proposed order for filing and efile same with Bankruptcy Court | .50 | 275.00 | 137.50 |
| 7/24/20 | MWY | Address hearing and agenda issues | 1.60 | 475.00 | 760.00 |
| 7/26/20 | MWY | Address agenda and hearing issues | .70 | 475.00 | 332.50 |
| 7/27/20 | MKH | Draft and finalize Certification of Counsel re Omnibus Hearing Date/proposed order for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 7/27/20 | MKH | Prepare for and upload proposed order re Certification of Counsel re Omnibus Hearing Date with Bankruptcy Court | .40 | 275.00 | 110.00 |
| 7/27/20 | MKH | Prepare for and upload proposed order re Stipulation Resolving Motion for Administrative Claim with Bankruptcy Court | .50 | 275.00 | 137.50 |
| 7/27/20 | MKH | Revise and finalize agenda for July 29, 2020 hearing for filing and efile same with Bankruptcy Court | .80 | 275.00 | 220.00 |
| 7/27/20 | MKH | Draft and finalize amended agenda for July 29, 2020 hearing for filing and efile same with Bankruptcy Court | .50 | 275.00 | 137.50 |
| 7/27/20 | MWY | Work on agenda and hearing issues | 1.40 | 475.00 | 665.00 |
| 7/27/20 | MWY | Address additional hearing scheduling | .30 | 475.00 | 142.50 |
| 7/28/20 | MKH | Update case calendar re upcoming hearing and deadlines | .40 | 275.00 | 110.00 |
| 7/29/20 | MWY | Hearing on cure issues | .50 | 475.00 | 237.50 |
| 7/30/20 | MRB | Review motion to dismiss | .20 | 735.00 | 147.00 |
| 7/30/20 | MWY | Work on utility inquiries | .70 | 475.00 | 332.50 |
| 7/30/20 | MWY | Review dismissal pleadings | .60 | 475.00 | 285.00 |

**Task Total:** **$ 9,829.50**

### Employment and Fee Applications

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/01/20 | DEP | Review and revise Klehr Interim Fee Application | .50 | 685.00 | 342.50 |
| 7/01/20 | MKH | Draft and finalize KHHB 2nd Monthly Fee Application for April 2020 /Notice/Charts/Certification for filing and efile same with Bankruptcy Court | 1.40 | 275.00 | 385.00 |
| 7/01/20 | MKH | Draft and finalize KHHB 3rd Monthly Fee Application for May 2020 /Notice/Charts/Certification for filing and efile same with Bankruptcy Court | 1.30 | 275.00 | 357.50 |
| 7/01/20 | MKH | Draft and prepare Klehr Harrison's First Interim Fee Application for March 3 2020 through May 31, 2020/Notice/Charts/Certification for filing and efile same with Bankruptcy Court | 2.40 | 275.00 | 660.00 |

20932: CraftWorks Holdings Inc.                                      August 11, 2020
0002: Chapter 11                                                     Invoice #: 429529

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 7/01/20 | MWY | Work on Bradley engagement modification | 1.10 | 475.00 | 522.50 |
| 7/02/20 | DEP | Review and comment on amended retention applications (.70) / emails with Katten team re: same (.30) | 1.00 | 685.00 | 685.00 |
| 7/02/20 | MKH | Review and prepare Supplemental Declaration of T. Parker Griffin, Jr. in Support of the Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Bradley Arant Boult Cummings LLP as Special Counsel for the Debtors Nunc Pro Tunc to April 17, 2020 for filing and efile same with Bankruptcy Court | .40 | 275.00 | 110.00 |
| 7/02/20 | MWY | Review amended retention documents (0.9) / call with Katten team on amended retention (0.3) / work on revised amended retention applications (0.8) / revise amended retention documents (0.2) | 2.20 | 475.00 | 1,045.00 |
| 7/06/20 | MWY | Call on Bradley fee application (.3)/ follow up on Bradley fee application issues (.6) | .90 | 475.00 | 427.50 |
| 7/09/20 | MKH | Review case docket; draft and prepare CNO re Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from (I) March 3, 2020 through March 31, 2020 and (II) May 1, 2020 through May 31, 2020 for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 7/09/20 | MKH | Review case docket; draft and prepare CNO re Third Monthly Fee Statement of Katten Muchin Rosenman LLP (Katten) As Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2020 Through May 31, 2020 for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 7/09/20 | MWY | Address Bradley fee application | .40 | 475.00 | 190.00 |
| 7/13/20 | MKH | Draft Notice re Fourth Monthly Fee Statement of M-III Advisory Partners, LP as Financial Advisor to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the period June 1, 2020 to June 30, 2020 | .70 | 275.00 | 192.50 |
| 7/13/20 | MKH | Review revise and prepare Fourth Monthly Fee Statement of M-III Advisory Partners, LP as Financial Advisor to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the period June 1, 2020 to June 30, 2020/Notice for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |
| 7/13/20 | MWY | Address miii fee statement | .20 | 475.00 | 95.00 |
| 7/16/20 | MKH | Review revise and prepare Certification of Counsel Regarding Stipulation Amending Fees of Bradley Arant Boult Cummings LLP as Special Counsel for the Debtors/proposed order/stipulation for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/16/20 | MKH | Prepare for and upload proposed order re Stipulation Amending Fees of Bradley Arant Boult Cummings LLP as Special Counsel for the Debtors with Bankruptcy Court | .50 | 275.00 | 137.50 |
| 7/16/20 | MKH | Draft and prepare Certificate of No Objection Regarding Final Fee Application of Configure Partners, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors in Possession for the Period from March 3, 2020 through June 1, 2020/proposed order for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 7/16/20 | MKH | Prepare for and upload proposed order re Final Fee Application of Configure Partners, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors in Possession for the Period from March 3, 2020 through June 1, 2020 with Bankruptcy Court | .50 | 275.00 | 137.50 |
| 7/16/20 | MKH | Review and review proposed order re Final Fee Application of Configure Partners, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors in Possession for the Period from March 3, 2020 through June 1, 2020 | .40 | 275.00 | 110.00 |
| 7/16/20 | MWY | Address Bradley amendment (.6)/ address Configure final application (.6) | 1.20 | 475.00 | 570.00 |
| 7/17/20 | MWY | Review configure application (.2)/ review and address Bradley application (.7) | .90 | 475.00 | 427.50 |
| 7/20/20 | MKH | Review case docket; draft and prepare CNO re First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from March 3, 2020 through March 31, 2020 for filing and efile same with Bankruptcy Court | .80 | 275.00 | 220.00 |
| 7/20/20 | MWY | Call with P Griffin on fee application (.2)/ address Bradley inquiries on application (.7) | .90 | 475.00 | 427.50 |
| 7/23/20 | DEP | Review status of pending monthly fee applications | .30 | 685.00 | 205.50 |
| 7/23/20 | MKH | Review docket; draft and prepare CNO re Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from May 1, 2020 through May 31, 2020 for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/23/20 | MKH | Review case docket; draft and prepare CNO re Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from April 1, 2020 through April 30, 2020 for filing and efile same with Bankruptcy Court | .80 | 275.00 | 220.00 |
| 7/23/20 | MKH | Draft first interim fee application index for all professionals all and related documents for July 29, 2020 fee hearing for delivery to Judge | 2.60 | 275.00 | 715.00 |
| 7/24/20 | MKH | Draft and prepare CNO re First Interim Fee Application of Katten Muchin Rosenman LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period March 3, 2020 through May 31, 2020 for filing and efile same with Bankruptcy Court; confer with D. Pacitti re same | .80 | 275.00 | 220.00 |
| 7/24/20 | MKH | Draft first omnibus fee order for interim fee applications | .70 | 275.00 | 192.50 |
| 7/24/20 | MKH | Draft fee chart for professionals re first interim fee applications | 1.20 | 275.00 | 330.00 |
| 7/24/20 | MWY | Address Bradley fee application and coordination with Court | 1.10 | 475.00 | 522.50 |
| 7/24/20 | MWY | Work on interim fee procedures and documents | .80 | 475.00 | 380.00 |
| 7/27/20 | DEP | Review for filing the Fourth Monthly Fee Statement of Katten | .30 | 685.00 | 205.50 |
| 7/27/20 | DEP | Emails from Katten team re: interim fee application issues | .30 | 685.00 | 205.50 |
| 7/27/20 | MKH | Revise review and prepare Final Fee Application of Bradley Arant Boult Cummings LLP for Compensation for Services Rendered as Special Counsel for the Debtors for the period April 17, 2020 to July 22, 2020/Notice/Exhibit/Proposed Order for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |
| 7/27/20 | MKH | Draft Notice re Fourth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the period June 1, 2020 to June 30, 2020 | .60 | 275.00 | 165.00 |
| 7/27/20 | MKH | Review and prepare Fourth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the period June 1, 2020 to June 30, 2020/Notice for filing and efile same with Bankruptcy Court | .60 | 275.00 | 165.00 |
| 7/27/20 | MKH | Revise and finalize Certification of Counsel re Interim Fee Applications/proposed fee order and fee chart for filing and efile same with Bankruptcy Court | .70 | 275.00 | 192.50 |
| 7/27/20 | MKH | Prepare for and upload proposed omnibus order re interim fee applications and professional fee chart with Bankruptcy Court | .50 | 275.00 | 137.50 |
| 7/27/20 | MWY | Address interim fee order documentation (1.3)/ work on Bradley fee application (.5) | 1.80 | 475.00 | 855.00 |
| 7/28/20 | MWY | Follow up on Bradley fee application | .30 | 475.00 | 142.50 |

20932: CraftWorks Holdings Inc.                                      August 11, 2020
0002: Chapter 11                                                     Invoice #: 429529

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/30/20 | MKH | Update fee and expense chart of all professionals relating to order entered on interim fee applications | .80 | 275.00 | 220.00 |

**Task Total:** $ 13,381.50

### Relief from Stay and Adequate Protection

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/07/20 | MWY | Address lift stay response | .20 | 475.00 | 95.00 |

**Task Total:** $ 95.00

**TOTAL PROFESSIONAL SERVICES** $ 26,707.50

### SUMMARY OF PROFESSIONAL SERVICES

| Atty | Name | Hours | Rate | Total |
|------|------|-------|------|-------|
| MRB | Branzburg, Morton R. | .80 | 735.00 | 588.00 |
| DEP | Pacitti, Domenic E. | 7.20 | 685.00 | 4,932.00 |
| MKH | Hughes, Melissa K. | 34.90 | 275.00 | 9,597.50 |
| MWY | Yurkewicz, Michael W. | 24.40 | 475.00 | 11,590.00 |
| | **TOTALS** | **67.30** | | **$ 26,707.50** |

# EXHIBIT B

20932: CraftWorks Holdings Inc.                                             August 11, 2020
0002: Chapter 11                                                            Invoice #: 429529

**DISBURSEMENTS**

| Description | Amount |
| --- | ---: |
| Express Delivery | 21.13 |
| Filing Fees | 25.00 |
| Special Copy | 4,256.90 |
| Conference Call Charges | 170.25 |

|  | TOTAL DISBURSEMENTS | $ 4,473.28 |
| --- | --- | --- |
|  | TOTAL THIS INVOICE | $ 31,180.78 |



6383 Arizona Circle
Los Angeles, CA 90045

Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

**Court Conference®** is a division of **CourtCall®**

## INVOICE / RECEIPT

07/02/2020 08:04 PM

All amounts below are in **U.S. Dollars**

| | |
|---|---|
| COURTCALL ID: | 10673345 |
| CASE NUMBER/NAME: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932.0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Tuesday, June 30th, 2020 at 10:30 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Michael Yurkewicz |
| TELEPHONE: | (302) 552-5519 |
| FAX/EMAIL: | (302) 426-9113 |
| BASIC FEE/LATE FEE: | $22.50 |
| AMOUNT PAID: | $0.00 |
| **PAYMENT NOW DUE:** | $22.50 |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment upon receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 10673345 |
| CASE NAME/NUMBER: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932.0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Tuesday, June 30th, 2020 at 10:30 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Michael Yurkewicz |
| TELEPHONE: | (302) 552-5519 |

---

INVOICE FOR COURTCALL® APPEARANCE  Copyright © 2020 CourtCall, LLC. All Rights Reserved.



6383 Arizona Circle
Los Angeles, CA 90045

Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

**Court Conference®** is a division of **CourtCall®**

## INVOICE / RECEIPT

06/03/2020 04:47 PM

All amounts below are in **U.S. Dollars**

| | |
|---|---|
| COURTCALL ID: | 10588491 |
| CASE NUMBER/NAME: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932-0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Thursday, May 28th, 2020 at 10:30 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Domenic Pacitti |
| TELEPHONE: | (302) 552-5511 |
| FAX/EMAIL: | (302) 426-9193 |
| BASIC FEE/LATE FEE: | $27.75 |
| AMOUNT PAID: | $0.00 |
| **PAYMENT NOW DUE:** | $27.75 |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment upon receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks**.**

| | |
|---|---|
| COURTCALL ID: | 10588491 |
| CASE NAME/NUMBER: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932-0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Thursday, May 28th, 2020 at 10:30 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Domenic Pacitti |
| TELEPHONE: | (302) 552-5511 |



6383 Arizona Circle
Los Angeles, CA 90045
Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

**Court Conference®** is a division of **CourtCall®**

## INVOICE / RECEIPT

06/03/2020 04:48 PM

All amounts below are in **U.S. Dollars**

| | |
|---|---|
| COURTCALL ID: | 10594676 |
| CASE NUMBER/NAME: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932.0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Thursday, May 28th, 2020 at 10:30 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Michael Yurkewicz |
| TELEPHONE: | (302) 552-5519 |
| FAX/EMAIL: | (302) 426-9113 |
| BASIC FEE/LATE FEE: | $27.75 |
| AMOUNT PAID: | $0.00 |
| **PAYMENT NOW DUE:** | $27.75 |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment upon receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks**.**

| | |
|---|---|
| COURTCALL ID: | 10594676 |
| CASE NAME/NUMBER: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932.0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Thursday, May 28th, 2020 at 10:30 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Michael Yurkewicz |
| TELEPHONE: | (302) 552-5519 |



6383 Arizona Circle
Los Angeles, CA 90045

Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

**Court Conference®** is a division of **CourtCall®**

## INVOICE / RECEIPT

04/05/2020 05:22 PM

All amounts below are in **U.S. Dollars**

|  |  |
|---|---|
| COURTCALL ID: | 10496276 |
| CASE NUMBER/NAME: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932-0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Monday, March 30th, 2020 at 10:30 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Domenic Pacitti |
| TELEPHONE: | (302) 552-5511 |
| FAX/EMAIL: | (302) 426-9193 |
| BASIC FEE/LATE FEE: | $33.00 |
| AMOUNT PAID: | $0.00 |
| **PAYMENT NOW DUE:** | $33.00 |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment upon receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks**.**

|  |  |
|---|---|
| COURTCALL ID: | 10496276 |
| CASE NAME/NUMBER: | 20-10475 / CraftWorks Parent, LLC |
| CUSTOMER REF. NUMBER: | 20932-0002 |
| PROCEEDING: | Hearing |
| DATE OF HEARING: | Monday, March 30th, 2020 at 10:30 AM ET |
| FIRM NAME: | Klehr Harrison Harvey Branzburg LLP |
| ATTORNEY/PARTY APPEARING: | Domenic Pacitti |
| TELEPHONE: | (302) 552-5511 |

---



6383 Arizona Circle
Los Angeles, CA 90045

Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

**Court Conference®** is a division of **CourtCall®**

### INVOICE / RECEIPT

08/03/2020 08:1 0 AM

All amounts beloware in **U.S. Dollars**

| | |
|---|---|
| COURTCALL ID: | 1 0579377 |
| CASE NUMBER/NAME: | 20-10475 / Craf tWorks Parent , LLC |
| CUSTOMER REF. NUMBER: | 20932.0002 |
| PROCEEDING: | Hea ri ng |
| DATE OF HEARING: | Wedne sda y, May 20t h, 2020 a t 1 0:30 AM ET |
| FIRM NAME: | Kl ehr Ha rri son Harvey Bra nzburg LLP |
| ATTORNEY/PARTY APPEARING: | Mi cha el Yurke wi cz |
| TELEPHONE: | (302) 552-551 9 |
| FAX/EMAIL: | (302) 426-911 3 |
| BASIC F EE/LATE FEE: | $59.25 |
| AMOUNT PAID: | $59.25 |
| **PAYMENT NOW DUE:** | $0. 00 |

The durati on of thi s ca ll wa s 1 44 mi nut es. The ' Ba si c Fee' a bove wa s ca l cula te d as
f ol l ows: $22. 50 base f ee for the f irst 45 mi nut es pl us 7 x 15-mi nut e i ncre ment (s) a t $5. 25
ea ch.

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Cha rge | $59.25 | Vi sa ending in 8944 | 7/24/2020  2:41:58PM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If t here is an amount due, please remit your payment upon recei pt of this notice. If you have already sent payment please Account in r Depart ment as our records do not reflect recei pt of payment at the time this notice was sent. IF PAYMENT RECEIVED, F UTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REF USAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made onl i ne by registering and l ogging www.court ca l l.com or by ca l l ing (888) 882-6878 a nd sel ecti ng option "5 for the Accounting Depart ment. Pl ease have your Cou Debi t Account number or complete credit card billing address in addition to the credit card number, expira ti on da te a nd ca name ava i l able when ma ki ng payme r

PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a ba l ance is due detach and mail this payment section with your check, payable **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Pl ease wri te the CourtCall ID number in the memo section of check. Pl ease note: Court Cal l does not accept personal checks

| | |
|---|---|
| COURTCALL ID: | 1 0579377 |
| CASE NAME/NUMBER: | 20-10475 / Craf tWorks Parent , LLC |
| CUSTOMER REF. NUMBER: | 20932.0002 |
| PROCEEDING: | Hea ri ng |
| DATE OF HEARING: | Wedne sda y, May 20t h, 2020 a t 1 0:30 AM ET |
| FIRM NAME: | Kl ehr Ha rri son Harvey Bra nzburg LLP |
| ATTORNEY/PARTY APPEARING: | Mi cha el Yurke wi cz |
| TELEPHONE: | (302) 552-551 9 |

---

INVOICE FOR COURTCALL® APPEARANCE

Copyright © 2020 Court Call , LLC. Al l Rights Reserved.

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880

**Reliable**

E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

## INVOICE

Date     03/05/20
Number WL091364

Page  1

customerservice@reliable-co.com
Fed Id # 23-2473700

**Sold To:**
Klehr, Harrison,...
919 Market Street
*10th Floor*
Wilmington, DE 19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE 19801-3062

| | | | |
|---|---|---|---|
| Customer ID | DEC0597 | Client No./PO No | CRAFTWORKS |
| Our Order No. | WL091364 | P.O. Date | 03/05/20 |
| Terms | Net 30 Days | Ordered By | Melissa Hughes |
| Due Date | 04/04/20 | Ship Via | Client responsible for shipping |
| Salesperson | Gene Matthews | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00189 | | 1.00 | 1.00 | 1.00 | 1 | EA | 21.13 | 21.13 |
| **Client Special Pickup - DiMeo's (2 People)** | | | | | | | | |

**3/4/20**

| | |
|---|---|
| Subtotal: | 21.13 |
| Sales Tax: | 0.00 |
| Total: | 21.13 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **21.13** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

| | |
|---|---|
| **From:** | Pacitti, Domenic |
| **To:** | Hughes, Melissa; Delaney, Suzanne |
| **Subject:** | Fwd: RELIABLE INVOICES |
| **Date:** | Monday, July 20, 2020 1:22:45 PM |
| **Attachments:** | Reliable WL085939 MH.pdf |
| | ATT00001.htm |
| | Reliable WL086104 MH.pdf |
| | ATT00002.htm |
| | Reliable WL090438 MH.pdf |
| | ATT00003.htm |
| | Reliable WL091310 MH.pdf |
| | ATT00004.htm |
| | Reliable WL091341 MH.pdf |
| | ATT00005.htm |
| | Reliable WL091364 MH.pdf |
| | ATT00006.htm |
| | Reliable WL091465 MH.pdf |
| | ATT00007.htm |
| | Reliable WL091777 MH.pdf |
| | ATT00008.htm |
| | Reliable WL091819.pdf |
| | ATT00009.htm |
| | Reliable WL091866 MH.pdf |
| | ATT00010.htm |
| | Reliable WL092281 MH.pdf |
| | ATT00011.htm |
| | Reliable WL092282 MH.pdf |
| | ATT00012.htm |
| | Reliable WL092288 MH.pdf |
| | ATT00013.htm |
| | Reliable WL092389 MH.pdf |
| | ATT00014.htm |
| | Reliable WL092793 DEP.pdf |
| | ATT00015.htm |
| | Relliable WL092715 MH.pdf |
| | ATT00016.htm |

Approved

Domenic E. Pacitti
Klehr | Harrison | Harvey | Branzburg LLP
919 N. Market St., Suite 1000
Wilmington, Delaware 19801
302-552-5511 (Direct)
215-260-1382 (Cell)
302-426-9193 (Facsimile)

Begin forwarded message:


**From:** "Hughes, Melissa" <MHughes@klehr.com>
**Date:** July 20, 2020 at 1:09:10 PM EDT
**To:** "Delaney, Suzanne" <SDelaney@klehr.com>, "Pacitti, Domenic"
<DPacitti@klehr.com>
**Subject: RELIABLE INVOICES**

**Kuhn, Susan**

| | |
|---|---|
| **From:** | Hughes, Melissa |
| **Sent:** | Monday, June 29, 2020 8:48 PM |
| **To:** | Kuhn, Susan |
| **Subject:** | FW: Pay.gov Payment Confirmation: DELAWARE DISTRICT COURT |

20932.0002

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Monday, June 29, 2020 6:58 PM
To: Hughes, Melissa <MHughes@klehr.com>
Subject: Pay.gov Payment Confirmation: DELAWARE DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Clerk Office at 3025736170.

Account Number: 4215899
Court: DELAWARE DISTRICT COURT
Amount: $25.00
Tracking Id: ADEDC-3026047
Approval Code: 028394
Card Number: ************1061
Date/Time: 06/29/2020 06:58:19 ET

NOTE: This is an automated message. Please do not reply

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880

**RELIABLE**

E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

**INVOICE**

Date        03/05/20
Number WL091310

Page  1

customerservice@reliable-co.com

Fed Id # 23-2473700

**Sold To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

| | | | |
|---|---|---|---|
| Customer ID | DEC0597 | Client No./PO No | 20932.0001 |
| Our Order No. | WL091310 | P.O. Date | 03/05/20 |
| Terms | Net 30 Days | Ordered By | Melissa Hughes |
| Due Date | 04/04/20 | Ship Via | Client responsible for shipping |
| Salesperson | Gene Matthews | | |

| Product Code / Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00197 / Print From CM/ECF Site | | 1,933.00 | 1.00 | 1,933.00 | 1,933 | PAGE | 0.20 | 386.60 |
| R00037 / Digital Printing B/W- PDFs | | 1,933.00 | 7.00 | 13,531.00 | 13,531 | PAGE | 0.10 | 1,353.10 |
| R00108 / Tabs Pre-printed | | 52.00 | 8.00 | 416.00 | 416 | EA | 0.25 | 104.00 |
| I01012 / Binder, View, 3" Black | | 8 | 8 | | 8 | EA | 10.00 | 80.00 |
| I01010 / Binder, View, 2" Black | | 8 | 8 | | 8 | EA | 7.00 | 56.00 |
| R00181 / Hand Delivery Courier Service | | 1.00 | 1.00 | 1.00 | 1 | EA | 5.00 | 5.00 |
| R00181 / Hand Delivery Courier Service | | 1.00 | 1.00 | 1.00 | 1 | EA | 5.00 | 5.00 |
| R00070 / Color - 36 x 48 Mounted | | 1.00 | 1.00 | 1.00 | 1 | EXHIBI | 180.00 | 180.00 |
| **3/3/20** | | | | | | | | |
| R00181 / Hand Delivery Courier Service - Boxes to Judge Shannon | | 3.00 | 1.00 | 3.00 | 3 | EA | 5.00 | 15.00 |
| R00181 / Hand Delivery Courier Service - X-Large ro Judge Shannon | | 1.00 | 1.00 | 1.00 | 1 | EA | 10.00 | 10.00 |

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880



**INVOICE**

Date      03/05/20
Number  WL091310
Page  2

customerservice@reliable-co.com
Fed Id # 23-2473700

E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

**Sold To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

| | | | | |
|---|---|---|---|---|
| Customer ID | DEC0597 | | Client No./PO No | 20932.0001 |
| Our Order No. | WL091310 | | P.O. Date | 03/05/20 |
| Terms | Net 30 Days | | Ordered By | Melissa Hughes |
| Due Date | 04/04/20 | | Ship Via | Client responsible for shipping |
| Salesperson | Gene Matthews | | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00181 | | 3.00 | 1.00 | 3.00 | 3 | EA | 5.00 | 15.00 |
| Hand Delivery Courier Service - Boxes from Judge Shannon | | | | | | | | |
| R00181 | | 1.00 | 1.00 | 1.00 | 1 | EA | 10.00 | 10.00 |
| Hand Delivery Courier Service - X-Large from Judge Shannon | | | | | | | | |

3/4/20

PAST DUE

| | |
|---|---|
| Subtotal: | 2,219.70 |
| Sales Tax: | 0.00 |
| Total: | 2,219.70 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **2,219.70** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880



# INVOICE

**Date**    03/30/20
**Number** WL091777
Page  1

E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

customerservice@reliable-co.com
Fed Id # 23-2473700

**Sold To:**
Klehr, Harrison,...
919 Market Street
*10th Floor*
Wilmington, DE  19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

Customer ID      DEC0597
Our Order No.    WL091777
Terms            Net 30 Days
Due Date         04/29/20
Salesperson      Gene Matthews

Client No./PO No CRAFTWORKS
P.O. Date        03/30/20
Ordered By       Melissa hughes
Ship Via         Client responsible for shipping

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00113 Hyperlink Agenda Binder | | 1.00 | 1.00 | 1.00 | 1 | HOUR | 25.00 | 25.00 |

3/27/20

| | |
|---|---|
| Subtotal: | 25.00 |
| Sales Tax: | 0.00 |
| Total: | 25.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **25.00** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880

**Reliable**

E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

# INVOICE

Date      03/31/20
Number  WL091819

Page  1

customerservice@reliable-co.com
Fed Id # 23-2473700

**Sold To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

| | | |
|---|---|---|
| Customer ID | DEC0597 | |
| Our Order No. | WL091819 | |
| Terms | Net 30 Days | |
| Due Date | 04/30/20 | |
| Salesperson | Gene Matthews | |

| | |
|---|---|
| Client No./PO No | CRAFTWORKS |
| P.O. Date | 03/31/20 |
| Ordered By | Melissa Hughes |
| Ship Via | Client responsible for shipping |

| Product Code / Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00113 Hyperlink Agenda | | 14.00 | 1.00 | 14.00 | 14 | HOUR | 2.00 | 28.00 |

3/31/20

| | |
|---|---|
| Subtotal: | 28.00 |
| Sales Tax: | 0.00 |
| Total: | 28.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **28.00** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880



E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

**INVOICE**

Date    07/14/20
Number WL093417
Page  1

customerservice@reliable-co.com
Fed Id # 23-2473700

**Sold To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

| | |
|---|---|
| Customer ID | DEC0597 |
| Our Order No. | WL093417 |
| Terms | Net 30 Days |
| Due Date | 08/13/20 |
| Salesperson | Gene Matthews |

| | |
|---|---|
| Client No./PO No | CRAFTWORKS |
| P.O. Date | 07/14/20 |
| Ordered By | Melissa Hughes |
| Ship Via | Client responsible for shipping |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00683 Daily Transcript-Original | | 14.00 | 1.00 | 14.00 | 14 | PAGE | 6.05 | 84.70 |

6/30/20

20932.0002

| | |
|---|---|
| Subtotal: | 84.70 |
| Sales Tax: | 0.00 |
| Total: | 84.70 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | 84.70 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately
following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and
expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations
  from the standard retention policy can be made upon request.

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880

## Reliable

E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

customerservice@reliable-co.com
Fed Id # 23-2473700

# INVOICE

**Date**    **05/06/20**
**Number WL092288**

         **Page  1**

| Sold To: | Ship To: |
|---|---|
| Klehr, Harrison,... | Klehr, Harrison,... |
| 919 Market Street | 919 Market Street |
| 10th Floor | 10th Floor |
| Wilmington, DE  19801-3062 | Wilmington, DE  19801-3062 |

| | | | |
|---|---|---|---|
| Customer ID | DEC0597 | Client No./PO No | CRAFTWORKS |
| Our Order No. | WL092288 | P.O. Date | 05/06/20 |
| Terms | Net 30 Days | Ordered By | Melissa Hughes |
| Due Date | 06/05/20 | Ship Via | Client responsible for shipping |
| Salesperson | Gene Matthews | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00684 Hourly Transcript-Original | | 35.00 | 1.00 | 35.00 | 35 | PAGE | 7.25 | 253.75 |

4/29/20

| | |
|---|---|
| Subtotal: | 253.75 |
| Sales Tax: | 0.00 |
| Total: | 253.75 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **253.75** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880

customerservice@reliable-co.com
Fed Id # 23-2473700

# Reliable

E-Discovery & Litigation Support | Managed Services & Consulting | Business Document Services

**INVOICE**

Date    05/14/20
Number WL092389

Page  1

**Sold To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

| | | |
|---|---|---|
| Customer ID | DEC0597 | |
| Our Order No. | WL092389 | |
| Terms | Net 30 Days | |
| Due Date | 06/13/20 | |
| Salesperson | Gene Matthews | |

Client No./PO No CRAFTWORKS
P.O. Date        05/14/20
Ordered By       Melissa Hughes
Ship Via         Client responsible for shipping

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00684 **Hourly Transcript-Original** | | 49.00 | 1.00 | 49.00 | 49 | PAGE | 7.25 | 355.25 |

**5/5/20**

| | |
|---|---|
| Subtotal: | 355.25 |
| Sales Tax: | 0.00 |
| Total: | 355.25 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **355.25** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.



Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880

E-Discovery & Litigation Support | Managed Services & Consulting | Business Document Services

**INVOICE**

Date        03/31/20
Number  WL091866

Page  1

customerservice@reliable-co.com
Fed Id # 23-2473700

**Sold To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE  19801-3062

| | |
|---|---|
| Customer ID | DEC0597 |
| Our Order No. | WL091866 |
| Terms | Net 30 Days |
| Due Date | 04/30/20 |
| Salesperson | Gene Matthews |

| | |
|---|---|
| Client No./PO No | CRAFTWORKS |
| P.O. Date | 03/31/20 |
| Ordered By | Melissa Hughes |
| Ship Via | Client responsible for shipping |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00684 Hourly Transcript-Original | | 51.00 | 1.00 | 51.00 | 51 | PAGE | 7.25 | 369.75 |

3/30/20

| | |
|---|---|
| Subtotal: | 369.75 |
| Sales Tax: | 0.00 |
| Total: | 369.75 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **369.75** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880

**INVOICE**

**Date    03/10/20**
**Number WL091465**

Page 1

customerservice@reliable-co.com
Fed Id # 23-2473700

**Sold To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE 19801-3062

**Ship To:**
Klehr, Harrison,...
919 Market Street
10th Floor
Wilmington, DE 19801-3062

| | |
|---|---|
| Customer ID | DEC0597 |
| Our Order No. | WL091465 |
| Terms | Net 30 Days |
| Due Date | 04/09/20 |
| Salesperson | Gene Matthews |

| | |
|---|---|
| Client No./PO No | CRAFTWORKS |
| P.O. Date | 03/10/20 |
| Ordered By | Melissa Hughes |
| Ship Via | Client responsible for shipping |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00684 Hourly Transcript-Original | | 127.00 | 1.00 | 127.00 | 127 | PAGE | 7.25 | 920.75 |

3/4/20

| | |
|---|---|
| Subtotal: | 920.75 |
| Sales Tax: | 0.00 |
| Total: | 920.75 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **920.75** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*