**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CRAFTWORKS PARENT, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10475 (BLS)<br><br>Jointly Administered |

**Objection Deadline: September 17, 2020 at 4:00 p.m. (ET)**
**Hearing Date: September 24, 2020 at 11:00 a.m. (ET)**

# COVER SHEET TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 12, 2020 THROUGH AUGUST 31, 2020

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 12, 2020 by Order entered May 20, 2020 |
| Period for which Compensation and Reimbursement is Sought: | March 12, 2020 through August 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $430,545.50[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $7,842.66 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

[2] This amount includes $5,000 to cover the estimated cost of preparation of the Final Application incurred after August 31, 2020 and the preparation for and attendance at the final fee hearing.

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Rates are Higher than those Approved or Disclosed at Retention? Yes__ No _<br>If yes, Total Compensation Sought Using Rates Disclosed in Retention Application: | No. |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $128,906.40 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $1,916.64 |
| Number of Professionals Included in this Application: | 12 |
| If Applicable, Number of Professionals in this Application not Included in Staffing Plan Approved by Client: | N/A |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for this Period: | ($24,454.50) |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 4 |

This is a: monthly interim _X_ final application.

The total time expended for fee application preparation is approximately 3.0 hours and the corresponding compensation requested is approximately $3,000.00.

**PRIOR MONTHLY APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 05/20/29 | 03/12/20 – 03/31/20 | $115,397.00 | $1,090.90 | $115,397.00 | $1,090.90 |
| 05/29/20 | 04/01/20 – 04/30/20 | $ 45,736.00 | $ 825.74 | $ 45,736.00 | $ 825.74 |
| 06/19/20 | 05/01/20 – 05/31/20 | $124,549.00 | $3,391.48 | $124,549.00 | $3,391.48 |
| 07/20/20 | 06/01/20 – 06/30/20 | $118,233.50 | $1,357.92 | $118,233.50 | $1,357.92 |
| 09/09/20 | 07/01/20 – 07/31/20 | $ 16,648.50 | $ 807.62 | Pending | Pending |

**PSZ&J PROFESSIONALS**
**FOR THE STUB PERIOD OF AUGUST 1, 2020 – AUGUST 31, 2020**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert J. Feinstein | Partner; Member NY Bar 1982 | $1,245.00 | .90 | $1,120.50 |
| Bradford J. Sandler | Partner; Member PA & NJ Bars 1996; Member DE Bar 2001; Member NY Bar 2008 | $1,050.00 | 1.10 | $1,155.00 |
| Shirley S. Cho | Partner; Member CA Bar 1997 | $925.00 | .40 | $370.00 |
| Patricia J. Jeffries | Paralegal | $425.00 | .70 | $297.50 |
| Cheryl A. Knotts | Paralegal | $395.00 | .30 | $118.50 |
| Beatrice M. Koveleski | Case Management Assistant | $350.00 | 1.40 | $490.00 |
| Charles J. Bouzoukis | Case Management Assistant | $350.00 | 2.00 | $700.00 |
| Karen S. Neil | Case Management Assistant | $350.00 | 2.60 | $910.00 |

| | |
|---|---|
| **Grand Total:** | **$5,161.50** |
| **Total Hours:** | **9.40** |
| **Blended Rate:** | **$549.10** |

**COMPENSATION BY CATEGORY**
**FOR THE STUB PERIOD OF AUGUST 1, 2020 - AUGUST 31, 2020**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Litigation | 2.90 | $1,311.00 |
| Case Administration | 4.40 | $1,820.00 |
| Claims Administration/ Objection | .30 | $ 315.00 |
| Compensation of Professionals | .60 | $ 305.00 |
| Compensation of Professionals/ Other | .30 | $ 290.00 |
| Hearing | .90 | $1,120.50 |
| **Totals** | **9.40** | **$5,161.50** |

**EXPENSE SUMMARY**
**FOR THE STUB PERIOD OF AUGUST 1, 2020 - AUGUST 31, 2020**

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Reproduction Expense | | $ 53.40 |
| Reproduction/ Scan Copy | | $315.60 |
| **Totals** | | **$ 369.00** |

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*,[1] | Case No. 20-10475 (BLS) |
| Debtors. | Jointly Administered |

**Objection Deadline: September 17, 2020 at 4:00 p.m. (ET)**
**Hearing Date: September 24, 2020 at 11:00 a.m. (ET)**

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 12, 2020 THROUGH AUGUST 31, 2020**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel to the Official Committee of Unsecured Creditors ("Committee") of the above-captioned debtors (the "Debtors"), hereby submits its *First and Final Application for Compensation and for Reimbursement of Expenses for the Period from March 12, 2020 through August 31, 2020* (the "Final Application").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

By this Final Application PSZ&J seeks a final allowance of compensation in the amount of $430,545.50[2] and actual and necessary expenses in the amount of $7,842.66 for a total allowance of $435,388.16 and payment of the unpaid portion of such fees and expenses for the period March 12, 2020 through August 31, 2020 (the "Fee Period").

**Background**

1. On March 3, 2020 (the "Petition Date"), each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Cases.

2. On March 11, 2020, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these Cases pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) Performance Food Group; (ii) FS KKR Capital Corp.; (iii) Joe Pinheiro & Sons Dairy; (iv) The Coca-Cola Company; and (v) Brookfield Property REIT, Inc. The *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 114] was filed on March 12, 2020.

3. The Administrative Order authorizes certain professionals and members of any official committee ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.

---

[2] This amount includes $5,000 to cover the estimated cost of preparation of the Final Application incurred after August 31, 2020 and the preparation for and attendance at the final fee hearing.

The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending July 31, 2020, and at three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of PSZ&J, as counsel to the Committee, was approved effective as of March 12, 2020, by this Court's *Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to March 12, 2020*, signed on May 20, 2020 [Docket No. 533] (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

6. Attorneys retained pursuant to sections 327 or 1103 of the Bankruptcy Code must comply with certain requirements of the United States Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases* (the "Revised UST Guidelines"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised

UST Guidelines. Charts and tables based on such forms are attached hereto as exhibits and filled out with data to the extent relevant to these cases: **Exhibit "A",** Customary and Comparable Compensation Disclosures with Fee Applications; **Exhibit "B"**, Summary of Timekeepers Included in this Fee Application, **Exhibit "C-1"**, Budget; **Exhibit "C-2"**, Staffing Plan; **Exhibit "D-1"**, Summary of Compensation Requested by Project Category; **Exhibit "D-2"**, Summary of Expense Reimbursement Requested by Category; and **Exhibit "E"**, Summary Cover Sheet of Fee Application.

**Monthly Fee Applications Covered Herein**

7. The monthly fee applications (the "Monthly Fee Applications") for the periods March 12, 2020 through July 31, 2020 of PSZ&J have been filed and served pursuant to the Compensation Procedures Order.

8. On May 29, 2020, PSZ&J filed its *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor in Possession for the Period March 12, 2020 through March 31, 2020* [Docket No. 555] (the "First Monthly Fee Application") requesting $115,397.00 in fees and $1,090.90 in expenses. PSZ&J has received payment of 80% of fees and 100% of expenses on account of the First Monthly Fee Application pursuant to the Compensation Procedures Order. A true and correct copy of the First Monthly Fee Application is attached hereto as **Exhibit F**.

9. On May 29, 2020, PSZ&J filed its *Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as*

*Counsel to the Debtor and Debtor in Possession for the Period April 1, 2020 through April 30, 2020* [Docket No. 556] (the "Second Monthly Fee Application") requesting $45,736.00 in fees and $825.74 in expenses. PSZ&J has received payment of 80% of fees and 100% of expenses on account of the Second Monthly Fee Application pursuant to the Compensation Procedures Order. A true and correct copy of the Second Monthly Fee Application is attached hereto as **Exhibit G**.

10. On June 19, 2020, PSZ&J filed its *Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor in Possession for the Period May 1, 2020 through May 31, 2020* [Docket No. 592] (the "Third Monthly Fee Application") requesting $124,549.00 in fees and $3,391.48 in expenses. PSZ&J has not received payment on account of the Third Monthly Fee Application pursuant to the Compensation Procedures Order. A true and correct copy of the Third Monthly Fee Application is attached hereto as **Exhibit H**.

11. On July 20, 2020, PSZ&J filed its *Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor in Possession for the Period June 1, 2020 through June 30, 2020* [Docket No. 656] (the "Fourth Monthly Fee Application") requesting $118,233.50 in fees and $1,357.92 in expenses. PSZ&J has not received payment on account of the Fourth Monthly Fee Application pursuant to the Compensation Procedures Order. A true and correct copy of the Fourth Monthly Fee Application is attached hereto as **Exhibit I**.

12. On September 9, 2020, PSZ&J filed its *Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as*

*Counsel to the Debtor and Debtor in Possession for the Period July 1, 2020 through July 31, 2020* [Docket No. 726] (the "Fifth Monthly Fee Application") requesting $16,648.50 in fees and $807.62 in expenses. The Fifth Monthly Fee Application is pending. A true and correct copy of the Fifth Monthly Fee Application is attached hereto as **Exhibit J**.

13. The Monthly Fee Applications covered by this Final Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the periods covered by such applications as well as other detailed information required to be included in fee applications.

**Fee Application for Stub Period of**
**August 1, 2020 to August 31, 2020**

14. The monthly invoices for the period from August 1, 2020 through August 31, 2020 (the "Stub Period") are attached hereto as **Exhibit K**. These statements contain the daily time logs describing the time spent by each attorney and paraprofessional during the Stub Period. To the best of PSZ&J's knowledge, this Final Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Compensation Procedures Order. PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working travel time to fifty percent

(50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

15. A summary of actual and necessary expenses incurred by PSZ&J for the Stub Period are attached hereto as part of **Exhibit K**. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

16. PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Debtors for the receipt of faxes in this case.

17. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

18. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered for Stub**
**Period of August 1, 2020 to August 31, 2020**

19. The names of the timekeepers of PSZ&J who have rendered professional services in this case during Stub Period are set forth in the attached **Exhibit K**. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.

20. The services rendered by PSZ&J during the Stub Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit K**. **Exhibit K** identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A. Bankruptcy Litigation**

21. During the Stub Period, the Firm, among other things, addressed issues related to dismissal of the Debtors' cases, and prepared hearing binders in connection with the August 26 dismissal hearing.

Fees: $1,311.00 Hours: 2.90

**B. Case Administration**

22. This category relates to work regarding administration of these cases. During the Stub Period, the Firm, among other things, reviewed correspondence and pleadings and forwarded them to appropriate parties and maintained a memorandum of critical dates.

Fees: $1,820.00 Hours: 4.40

**C. Claims Administration/ Objection**

23. The Firm billed minimal time to this category communicating regarding claims and case status.

Fees: $315.00 Hours: .30

**D. Compensation of Professionals**

24. During the Stub Period, the Firm prepared its July monthly fee statement.

Fees: $305.00 Hours: .60

**E. Compensation of Professionals/ Other**

25. During the Stub Period, the Firm, among other things, communicated with estate professionals regarding final fee applications.

Fees: $290.00 Hours: .30

## F. Hearing

26. During the Stub Period, the Firm billed time for attending the hearing on the dismissal motion.

Fees: $1,120.50 Hours: .90

**Valuation of Services During the Stub Period of**
**August 1, 2020 – August 31, 2020**

27. Attorneys and paraprofessionals of PSZ&J expended a total 9.40 hours in connection with their representation of the Committee during the Stub Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert J. Feinstein | Partner; Member NY Bar 1982 | $1,245.00 | .90 | $1,120.50 |
| Bradford J. Sandler | Partner; Member PA & NJ Bars 1996; Member DE Bar 2001; Member NY Bar 2008 | $1,050.00 | 1.10 | $1,155.00 |
| Shirley S. Cho | Partner; Member CA Bar 1997 | $925.00 | .40 | $370.00 |
| Patricia J. Jeffries | Paralegal | $425.00 | .70 | $297.50 |
| Cheryl A. Knotts | Paralegal | $395.00 | .30 | $118.50 |
| Beatrice M. Koveleski | Case Management Assistant | $350.00 | 1.40 | $490.00 |
| Charles J. Bouzoukis | Case Management Assistant | $350.00 | 2.00 | $700.00 |
| Karen S. Neil | Case Management Assistant | $350.00 | 2.60 | $910.00 |

**Grand Total: $5,161.50**
**Total Hours: 9.40**
**Blended Rate: $549.10**

28. The nature of work performed by these persons is fully set forth in **Exhibit K** attached hereto. These are PSZ&J's normal hourly rates for work of this character.

The reasonable value of the services rendered by PSZ&J for the Committee during the Stub Period is $5,161.50.

**Statement from PSZ&J**

29. Pursuant to the *Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, PSZ&J responds to the following questions regarding the Application:

| **Question** | **Yes** | **No** | **Additional Explanation or Clarification** |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | No | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | N/A | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | Yes | Time incurred reviewing and preparing PSZ&J Monthly Fee Applications. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| If the fee application includes any rate increases since retention in these Cases:<br>i. Did your client review and approve those rate increases in advance?<br>ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | N/A | |

30. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, PSZ&J respectfully requests that the Court enter a final order, substantially in the form attached hereto, providing that, for the period of March 12, 2020 through August 31, 2020, a final allowance be made to PSZ&J in the sum of $425,545.50 and actual and necessary expenses in the amount of $7,842.66, and $5,000.00 for the preparation of the Final Application and attendance at the final fee hearing for a total final allowance of $438,388.16; that Debtors be authorized and directed to pay to PSZ&J the outstanding amount of such sums; that to the extent PSZ&J has incurred fees and expenses in addition to the foregoing,

PSZ&J may file a supplement to the Final Application for final approval of such additional fees and expenses; and for such other and further relief as this Court deems proper.

Dated: September 10, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com

**DECLARATION**

STATE OF DELAWARE :
:
COUNTY OF NEW CASTLE :

Bradford J. Sandler, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Committee by the lawyers and paraprofessionals of PSZ&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule.

*/s/ Bradford J. Sandler*
Bradford J. Sandler