FILED

2020 SEP 10  PM 3: 50

# EXHIBIT "B"



**Dylan Contreras, esq**

| | |
|---|---|
| **From:** | Tracy Kilbride <tracy.kilbride@piperjordan.com> |
| **Sent:** | Wednesday, September 9, 2020 1:39 PM |
| **To:** | Jay Jordan |
| **Subject:** | FW: COVID-19 Furlough - Insurance Continuation Information |
| **Attachments:** | RSLI Notice - final.pdf; COVID-19 Furlough - insurance continuation.pdf |

**From:** Lisa Richter <Lisa.Richter@Craftworksholdings.com>
**Sent:** Wednesday, March 18, 2020 1:38 PM
**To:** Cheryl Soper <cheryl.soper@piperjordan.com>; Tracy Kilbride <tracy.kilbride@piperjordan.com>; Kelly Ellis <kelly.ellis@piperjordan.com>
**Cc:** Carlotta Harden <Carlotta.Harden@Craftworksholdings.com>; Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Subject:** COVID-19 Furlough - Insurance Continuation Information

Please see attached. This should be posted on the FT and PT benefits microsite on the initial landing page. Please take down the Corona Virus Help Center. Also please put the RSLI payment instructions on the FT and PT landing page. I can't currently find this information on the site.

As of noon today we furloughed over 16,000 hourly TMs. I am going to send this information out this evening to all impacted for whom I have an email address. You can respond to the emails you currently have with this information attached or direct them to the microsite as soon as you have it updated as I request above.

Thanks,

Lisa

**Lisa Richter** | VP, Total Rewards
**CraftWorks Holdings**
3011 Armory Drive, Suite 300
Nashville, TN 37204
P 615-885-9056 x1260



CONFIDENTIAL AND PROPRIETARY: This e-mail and any attachments are confidential and the proprietary property of Craftworks Holdings LLC and our brands. If this message was not intended for you, please notify the individual who sent it and delete it from your system. Our lawyers also kindly remind you that any unauthorized review, use, distribution, copying or disclosure is strictly prohibited, and receipt by anyone other than the intended recipient is not a waiver of confidentiality

## Dylan Contreras, esq

| | |
|---|---|
| **From:** | Tracy Kilbride <tracy.kilbride@piperjordan.com> |
| **Sent:** | Wednesday, September 9, 2020 1:40 PM |
| **To:** | Jay Jordan |
| **Subject:** | FW: Furlough Communications |

**From:** Tracy Kilbride
**Sent:** Wednesday, March 18, 2020 12:02 PM
**To:** Lisa Richter <Lisa.Richter@Craftworksholdings.com>; Cheryl Soper <cheryl.soper@piperjordan.com>
**Cc:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>; Kelly Ellis <kelly.ellis@piperjordan.com>
**Subject:** RE: Furlough Communications

Hi Lisa,

The emails and calls are coming pretty fast.  We are just holding them for now.  Please let us know as soon as we can begin responding.

Thank You,


**Tracy Kilbride**
**Piper Jordan**
**Lead Client Services Representative**
**Direct Line 855-858-9791 ext 104**
**Call Center (877)-741-4703**
**Fax # 858-368-5998**

**P I P E R ⬤ J O R D A N**

*This message and any attachments are confidential, proprietary, and may be privileged.  If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege.  If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone.  Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized.  The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf.  All e-mail sent to or from this address is subject to electronic storage and review by Piper Jordan, LLC.  Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.*


**From:** Lisa Richter <Lisa.Richter@Craftworksholdings.com>
**Sent:** Wednesday, March 18, 2020 10:17 AM
**To:** Cheryl Soper <cheryl.soper@piperjordan.com>
**Cc:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>; Kelly Ellis <kelly.ellis@piperjordan.com>; Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Subject:** Re: Furlough Communications

1

I've sent a note to Bill.  I'll confirm.

Sent from my iPhone

On Mar 18, 2020, at 12:08 PM, Cheryl Soper <cheryl.soper@piperjordan.com> wrote:

**[EXTERNAL EMAIL] - This message is from outside of the company.**

Hi Lisa,
I think a notice was already sent – we are getting a ton of emails with questions.

**Cheryl Soper**
Piper Jordan
Sr. Consultant, Director of Client Services
858-345-6113 Office Direct
805-746-0322 Cell

<Image001.png>

*This message and any attachments are confidential, proprietary, and may be privileged.  If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege.  If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone.  Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized.  The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf.  All e-mail sent to or from this address is subject to electronic storage and review by Piper Jordan, LLC.  Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.*

**From:** Lisa Richter <Lisa.Richter@Craftworksholdings.com>
**Sent:** Wednesday, March 18, 2020 10:07 AM
**To:** Cheryl Soper <cheryl.soper@piperjordan.com>
**Cc:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>; Kelly Ellis <kelly.ellis@piperjordan.com>; Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Subject:** Re: Furlough Communications

Cheryl please do not post anything until I alert you that we have started to furlough TMs.

Thanks!

Lisa

Sent from my iPhone

On Mar 18, 2020, at 11:26 AM, Cheryl Soper <cheryl.soper@piperjordan.com> wrote:

**[EXTERNAL EMAIL] - This message is from outside of the company.**

2

Hi Julie,
I agree on the appeals I created the attached and modified for more of an employee communication.  Review this one.

**Cheryl Soper**
Piper Jordan
Sr. Consultant, Director of Client Services
858-345-6113 Office Direct
805-746-0322 Cell

<image001.png>

*This message and any attachments are confidential, proprietary, and may be privileged.  If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege.  If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone.  Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized.  The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf.  All e-mail sent to or from this address is subject to electronic storage and review by Piper Jordan, LLC.  Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.*

**From:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Sent:** Wednesday, March 18, 2020 9:08 AM
**To:** Cheryl Soper <cheryl.soper@piperjordan.com>; Lisa Richter <Lisa.Richter@Craftworksholdings.com>
**Cc:** Kelly Ellis <kelly.ellis@piperjordan.com>; Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Subject:** RE: Furlough Communications

I reviewed last night and thought we needed to add a few changes as I do not necessary want them to know about appeals, etc.

Let me get it back over to you.

**Julie Johnson** | Director, Total Rewards
**CraftWorks Holdings**
3011 Armory Drive, Suite 300
Nashville, TN 37204
P 615-885-9056  ext: 4441
<image002.jpg>

Questions about your benefits?
www.craftworksbenefits.com

CONFIDENTIAL AND PROPRIETARY: This e-mail and any attachments are confidential and the proprietary property of CraftWorks Holdings and our brands. If this message was not intended for you, please notify the individual who sent it and delete it from your system. Our lawyers also kindly remind you that any unauthorized review, use, distribution, copying or disclosure is strictly prohibited, and receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege.

**From:** Cheryl Soper <cheryl.soper@piperjordan.com>
**Sent:** Wednesday, March 18, 2020 11:06 AM
**To:** Lisa Richter <Lisa.Richter@Craftworksholdings.com>; Julie Johnson
<Julie.Johnson@Craftworksholdings.com>
**Cc:** Kelly Ellis <kelly.ellis@piperjordan.com>; Tracy Kilbride
<tracy.kilbride@piperjordan.com>
**Subject:** RE: Furlough Communications

[EXTERNAL EMAIL] - This message is from outside of the company.

Hello Lisa and Julie,
I wanted to circle back and see if we had your ok to move forward with the posting to
microsite?  We have officially received our first call about furlough.

Thank you!

**Cheryl Soper**
Piper Jordan
Sr. Consultant, Director of Client Services
858-345-6113 Office Direct
805-746-0322 Cell

<image001.png>

*This message and any attachments are confidential, proprietary, and may be
privileged.  If this message was misdirected, Piper Jordan, LLC does not waive any
confidentiality or privilege.  If you are not the intended recipient, please notify us
immediately and destroy the message without disclosing its contents to anyone.  Any
distribution, use or copying of this e-mail or the information it contains by other than an
intended recipient is unauthorized.  The views and opinions expressed in this e-mail
message are the author's own and may not reflect the views and opinions of Piper
Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or
opinions on its behalf.  All e-mail sent to or from this address is subject to electronic
storage and review by Piper Jordan, LLC.  Although Piper Jordan, LLC operates anti-virus
programs, it does not accept responsibility for any damage whatsoever caused by viruses
being passed.*

**From:** Cheryl Soper
**Sent:** Tuesday, March 17, 2020 1:10 PM
**To:** Lisa Richter <LisaR@logansroadhouse.com>; Julie Johnson
<Julie.Johnson@logansroadhouse.com>
**Cc:** Kelly Ellis <kelly.ellis@piperjordan.com>; Tracy Kilbride
<tracy.kilbride@piperjordan.com>
**Subject:** Furlough Communications

Hi Lisa,
I have updated the attached notice and added the Microsite and the phone number for
PJ Advocacy team.

I recommend updating the Microsite to add a special notice 'Benefits during Furlough'
on the home page.  We'd recommend adding the attached notice for the Cigna/Reliance

4

plans. We can add more details once you know more about balances etc. at the end of furlough.  As soon as you let us know the notice was sent to employees, we can have this posted.

Please let me know your thoughts.

Cheryl

**Cheryl Soper**
Piper Jordan
Sr. Consultant, Director of Client Services
858-345-6113 Office Direct
805-746-0322 Cell

<image001.png>

*This message and any attachments are confidential, proprietary, and may be privileged.  If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege.  If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone.  Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized.  The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf.  All e-mail sent to or from this address is subject to electronic storage and review by Piper Jordan, LLC.  Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.*

<CraftWorks Furlough Microsite Notice.docx>

## Dylan Contreras, esq

| | |
|---|---|
| **From:** | Tracy Kilbride <tracy.kilbride@piperjordan.com> |
| **Sent:** | Wednesday, September 9, 2020 1:42 PM |
| **To:** | Jay Jordan |
| **Subject:** | FW: Please Read --> Furloughs--> Terminated on the demo file |

**From:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Sent:** Friday, March 20, 2020 3:48 PM
**To:** Wylie, Jennifer M <jwylie@bswift.com>; Julie Johnson <Julie.Johnson@Craftworksholdings.com>; Scott Workman <Scott.Workman@craftworksholdings.com>; Kelly Ellis <kelly.ellis@piperjordan.com>; Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Cc:** Patel, Rahul B <RPatel@bswift.com>; Jackson, Courtney F <JacksonC@bswift.com>
**Subject:** RE: Please Read --> Furloughs--> Terminated on the demo file

Can we set up a call to discuss on Monday morning?

Thank you for catching this before it went over to the vendors.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
**From:** "Wylie, Jennifer M" <jwylie@bswift.com>
**Date:** 3/20/20 4:44 PM (GMT-06:00)
**To:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>, Scott Workman <Scott.Workman@craftworksholdings.com>, Kelly Ellis <kelly.ellis@piperjordan.com>, Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Cc:** "Patel, Rahul B" <RPatel@bswift.com>, "Jackson, Courtney F" <JacksonC@bswift.com>
**Subject:** Please Read --> Furloughs--> Terminated on the demo file

**[EXTERNAL EMAIL] - This message is from outside of the company.**

Hi all –

The 15,000 furloughed employees came over to bswift with termination dates and term reason codes of 4. This was put into production before we caught it. As a result all furloughed employees look terminated from employment – and all benefits have been terminated on bswift as well.

Here are the facts:

- Employees won't be able to access bswift if they are terminated in error on our system
- We are taking all EDI files offline so there is no chance terminated benefits are sent to vendors
- We are putting plans in place to correct the employment status data and also reinstate benefits on bswift
- A higher volume of calls will be expected if employees are trying to use the system

1

- PiperJordan reps should be aware that bswift data is NOT CORRECT and will have to be fixed before benefit coverages show again

Please send immediate questions our way. We are going to work on this Monday morning but would like to understand the following. I believe we should meet to discuss what the next demo file will look like.

- Why were termination dates sent? Is furlough a termination with benefits reason on your system?
- Is there any reason we should not clean the data up by removing termination dates and reinstating coverages as if the 3/18/2020 term date doesn't exist?

**Jennifer Wylie** | bswift
Client Relationship Manager
Grand Rapids, MI
616.802.9569 (Direct)
jwylie@bswift.com


NOTICE TO RECIPIENT OF INFORMATION:
This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately.
This e-mail may also contain protected health information (PHI) with information about sensitive medical conditions, including, but not limited to, treatment for substance use disorders, behavioral health, HIV/AIDS, or pregnancy. This type of information may be protected by various federal and/or state laws which prohibit any further disclosure without the express written consent of the person to whom it pertains or as otherwise permitted by law. Any unauthorized further disclosure may be considered a violation of federal and/or state law. A general authorization for the release of medical or other information may NOT be sufficient consent for release of this type of information. Thank you

## Dylan Contreras, esq

| | |
|---|---|
| **From:** | Tracy Kilbride <tracy.kilbride@piperjordan.com> |
| **Sent:** | Wednesday, September 9, 2020 1:37 PM |
| **To:** | Jay Jordan |
| **Subject:** | FW: Copy of State Specific Vacation Payout Laws.xlsx |
| **Attachments:** | Copy of State Specific Vacation Payout Laws.xlsx |

We provided Team Members with PTO payout questions

**From:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Sent:** Tuesday, March 31, 2020 2:36 PM
**To:** Cathy Blazej <cathy.blazej@piperjordan.com>; Kelly Ellis <kelly.ellis@piperjordan.com>; Christian Deknock <christian.deknock@piperjordan.com>; Cheryl Soper <cheryl.soper@piperjordan.com>; Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Subject:** Copy of State Specific Vacation Payout Laws.xlsx

Anyone highlighted in green is a payout state.

Vacation was paid out today and they will see it in their accounts either on 03/31 or 04/01

1

**Dylan Contreras, esq**

| | |
|---|---|
| **From:** | Tracy Kilbride <tracy.kilbride@piperjordan.com> |
| **Sent:** | Wednesday, September 9, 2020 1:37 PM |
| **To:** | Jay Jordan |
| **Subject:** | FW: Important Letter From CEO - Marc Buehler |
| **Attachments:** | Letter to team members 03312020 Email.pdf |

This is the letter that they sent us to speak on behalf

**From:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Sent:** Tuesday, March 31, 2020 2:32 PM
**To:** Cathy Blazej <cathy.blazej@piperjordan.com>; Kelly Ellis <kelly.ellis@piperjordan.com>; Cheryl Soper
<cheryl.soper@piperjordan.com>; Tracy Kilbride <tracy.kilbride@piperjordan.com>; Christian Deknock
<christian.deknock@piperjordan.com>
**Subject:** FW: Important Letter From CEO - Marc Buehler

**Julie Johnson** | Director, Total Rewards
**CraftWorks Holdings**
3011 Armory Drive, Suite 300
Nashville, TN 37204
P 615-885-9056 ext: 4441



Questions about your benefits?
www.craftworksbenefits.com

CONFIDENTIAL AND PROPRIETARY: This e-mail and any attachments are confidential and the proprietary property of CraftWorks Holdings and our brands. If this message was not intended for you, please notify the individual who sent it and delete it from your system. Our lawyers also kindly remind you that any unauthorized review, use, distribution, copying or disclosure is strictly prohibited, and receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege.

**From:** Josh Kern <josh.kern@craftworksholdings.com>
**Sent:** Tuesday, March 31, 2020 4:21 PM
**Subject:** Important Letter From CEO - Marc Buehler

Please see the attached letter.

Thank you.

**Josh Kern**
**CraftWorks Holdings**



1

**Dylan Contreras, esq**

| | |
|---|---|
| **From:** | Tracy Kilbride <tracy.kilbride@piperjordan.com> |
| **Sent:** | Wednesday, September 9, 2020 1:42 PM |
| **To:** | Jay Jordan |
| **Subject:** | FW: Furlough Question |

**From:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Sent:** Tuesday, March 24, 2020 12:50 PM
**To:** Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Cc:** Holly Mariotte <holly.mariotte@piperjordan.com>
**Subject:** RE: Furlough Question

Great question; currently we are not considering the furlough a QLE as they are not losing their health insurance as we are allowing them to pay the team member premiums to continue coverage.    Additionally, currently we would not allow them to enroll into coverage when they return to work if the coverage was terminated for non-payment.

This is subject to change as we continue through this process.

Please let me know if there is anything else I can do to assist.

**Julie Johnson** | Director, Total Rewards
**CraftWorks Holdings**
3011 Armory Drive, Suite 300
Nashville, TN  37204
P  615-885-9056  ext: 4441



Questions about your benefits?
www.craftworksbenefits.com

CONFIDENTIAL AND PROPRIETARY: This e-mail and any attachments are confidential and the proprietary property of CraftWorks Holdings and our brands. If this message was not intended for you, please notify the individual who sent it and delete it from your system. Our lawyers also kindly remind you that any unauthorized review, use, distribution, copying or disclosure is strictly prohibited, and receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege.

**From:** Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Sent:** Tuesday, March 24, 2020 2:28 PM
**To:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Cc:** Holly Mariotte <holly.mariotte@piperjordan.com>
**Subject:** Furlough Question

**[EXTERNAL EMAIL] - This message is from outside of the company.**

Hi Julie,

1

Does CW consider the furlough or LOA a QLE event?  Can the team member terminate benefits?  Will they be allowed to enroll when they return to work?

Thank You,

**Tracy Kilbride**
Piper Jordan
**Lead Client Services Representative**
Direct Line 855-858-9791 ext 104
Call Center (877)-741-4703
Fax # 858-368-5998

P I P E R ⬤ J O R D A N

*This message and any attachments are confidential, proprietary, and may be privileged.  If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege.  If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone.  Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized.  The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf.  All e-mail sent to or from this address is subject to electronic storage and review by Piper Jordan, LLC.  Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.*