# EXHIBIT "C"



FILED
2020 SEP 10 PM 3:50
CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Dylan Contreras, esq

| | |
|---|---|
| **From:** | Cathy Blazej <cathy.blazej@piperjordan.com> |
| **Sent:** | Wednesday, September 9, 2020 1:48 PM |
| **To:** | Jay Jordan |
| **Subject:** | FW: Invoice for Piper Jordan |
| **Attachments:** | 3_16_2020 CW Advocacy and Consulting.pdf |

**From:** Cathy Blazej
**Sent:** Friday, March 20, 2020 8:33 AM
**To:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Cc:** Tracy Kilbride <tracy.kilbride@piperjordan.com>; Jay Jordan <jay.jordan@piperjordan.com>
**Subject:** FW: Invoice for Piper Jordan

Good morning, Julie –

I believe that Bill was getting this invoice to the director. I wanted to include you in the event this does not get passed along.

Thanks, I am sorry as I know several people have contacted you about the invoices.

Cathy

**From:** Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Sent:** Thursday, March 19, 2020 2:38 PM
**To:** Bill.Streitberger@craftworksholdings.com
**Cc:** Cathy Blazej <cathy.blazej@piperjordan.com>; Jay Jordan <jay.jordan@piperjordan.com>
**Subject:** Invoice for Piper Jordan

Good Afternoon Bill,

Attached is the invoice for Piper Jordan for 3 months of consulting and advocacy services. Please let me know if you have questions.

Thank You,

**Tracy Kilbride**
Piper Jordan
Lead Client Services Representative
Direct Line 855-858-9791 ext 104
Call Center (877)-741-4703
Fax # 858-368-5998

**PIPER ● JORDAN**

*This message and any attachments are confidential, proprietary, and may be privileged. If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege. If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. The views and opinions*

1

*expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf. All e-mail sent to or from this address is subject to electronic storage and review by Piper Jordan, LLC. Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.*

## Dylan Contreras, esq

**From:** Cathy Blazej <cathy.blazej@piperjordan.com>
**Sent:** Wednesday, September 9, 2020 1:47 PM
**To:** Jay Jordan
**Subject:** FW: Piper Jordan Invoices

fyi

**From:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Sent:** Wednesday, March 25, 2020 5:25 PM
**To:** Cathy Blazej <cathy.blazej@piperjordan.com>; Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Subject:** RE: Piper Jordan Invoices

No follow up all you need to. I took an invoice over on Monday and I was told payment was already requested on it.

I will go ask again tomorrow.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Cathy Blazej <cathy.blazej@piperjordan.com>
Date: 3/25/20 7:13 PM (GMT-06:00)
To: Julie Johnson <Julie.Johnson@Craftworksholdings.com>
Subject: Piper Jordan Invoices

**[EXTERNAL EMAIL] - This message is from outside of the company.**

Hey Julie –

I know you are keeping all the balls in the air right now. I am so sorry to ask you about our invoices, but thought I would check on the status.

We had billed for January – April 2020. Bill was supposed to have someone process the invoice and I think they were also sent to you. Do you happen to know the status of the payment?

I am sorry again, but thought I should follow up before someone else pings you.

Thanks!

Cathy

*Cathy Blazej*
*Senior Account Executive*
*Piper Jordan*
*12520 High Bluff, Suite 240*

1

San Diego, CA 92130
858.257.2605 O | 805.501.5393 C
cathy.blazej@piperjordan.com

CA License #0C80557

This message and any attachments are confidential, proprietary, and may be privileged. If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege. If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf. All e-mail sent to or from this address is subject to electronic storage and review by Piper Jordan, LLC. Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.

**Dylan Contreras, esq**

**From:** Cathy Blazej <cathy.blazej@piperjordan.com>
**Sent:** Wednesday, September 9, 2020 1:47 PM
**To:** Jay Jordan
**Subject:** FW: Piper Jordan Invoices

**From:** Cathy Blazej
**Sent:** Wednesday, March 25, 2020 5:14 PM
**To:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Subject:** Piper Jordan Invoices

Hey Julie –

I know you are keeping all the balls in the air right now. I am so sorry to ask you about our invoices, but thought I would check on the status.

We had billed for January – April 2020. Bill was supposed to have someone process the invoice and I think they were also sent to you. Do you happen to know the status of the payment?

I am sorry again, but thought I should follow up before someone else pings you.

Thanks!

Cathy

*Cathy Blazej*
*Senior Account Executive*
*Piper Jordan*
*12520 High Bluff, Suite 240*
*San Diego, CA 92130*
*858.257.2605 O | 805.501.5393 C*
cathy.blazej@piperjordan.com

*CA License #0C80557*

*This message and any attachments are confidential, proprietary, and may be privileged. If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege. If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf. All e-mail sent to or from this address is subject to electronic storage and review by Piper Jordan, LLC. Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.*

## Dylan Contreras, esq

**From:** Cathy Blazej <cathy.blazej@piperjordan.com>
**Sent:** Wednesday, September 9, 2020 1:43 PM
**To:** Jay Jordan
**Subject:** FW: CraftWorks Outstanding Invoices

**From:** Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Sent:** Monday, May 18, 2020 3:07 PM
**To:** Cathy Blazej <cathy.blazej@piperjordan.com>
**Cc:** Jayme Riester <jayme.riester@piperjordan.com>
**Subject:** RE: CraftWorks Outstanding Invoices

Thanks Cathy●

**From:** Cathy Blazej <cathy.blazej@piperjordan.com>
**Sent:** Monday, May 18, 2020 3:06 PM
**To:** Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Cc:** Jayme Riester <jayme.riester@piperjordan.com>
**Subject:** CraftWorks Outstanding Invoices

Hello, Tracy –

I spoke to Julie this morning about her outstanding invoices. They were submitted for payment, she is going to check in with the accounts payable team to figure out why they have not been processed.

Thanks,

cathy

*Cathy Blazej*
*Senior Account Executive*
*12520 High Bluff, Suite 240*
*San Diego, CA 92130*
*858.257.2605 tel | 805.501.5393 cell*

*CA License #0C80557*

## ♣ **Piper Jordan**

*This message and any attachments are confidential, proprietary, and may be privileged. If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege. If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf. All e-mail sent to or*

*from this address is subject to electronic storage and review by Piper Jordan, LLC. Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.*

## Dylan Contreras, esq

**From:** Cathy Blazej <cathy.blazej@piperjordan.com>
**Sent:** Wednesday, September 9, 2020 1:43 PM
**To:** Jay Jordan
**Subject:** FW: CW

**From:** Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Sent:** Wednesday, May 20, 2020 4:15 PM
**To:** Jay Jordan <jay.jordan@piperjordan.com>
**Cc:** Cathy Blazej <cathy.blazej@piperjordan.com>
**Subject:** Re: CW

Yes they did not pay the full amount on the catch up invoice

Get Outlook for iOS

---

**From:** Jay Jordan <jay.jordan@piperjordan.com>
**Sent:** Wednesday, May 20, 2020 3:30:37 PM
**To:** Tracy Kilbride <tracy.kilbride@piperjordan.com>
**Cc:** Cathy Blazej <cathy.blazej@piperjordan.com>
**Subject:** CW

Tracy- this is the last amount they paid- 3 mos- not 3...$58,333.32, so they owe Mar/Apr/May now...TY

**Jay Jordan**
**Partner**
Piper Jordan
I 858-257-2603 **tel** I 858.663.1239 **cell** I



This message and any attachments are confidential, proprietary, and may be privileged. If this message was misdirected, Piper Jordan, LLC does not waive any confidentiality or privilege. If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of Piper Jordan, LLC unless the author is authorized by Piper Jordan, LLC to express such views or opinions on its behalf. All e-mail sent to or from this address is subject to electronic storage and review by Piper Jordan, LLC. Although Piper Jordan, LLC operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.

**Dylan Contreras, esq**

| | |
|---|---|
| **From:** | Cathy Blazej <cathy.blazej@piperjordan.com> |
| **Sent:** | Wednesday, September 9, 2020 1:39 PM |
| **To:** | Jay Jordan |
| **Subject:** | FW: Invoices |

Tracy would have any emails on follow up emails on the invoices.

**From:** Julie Johnson <Julie.Johnson@Craftworksholdings.com>
**Sent:** Friday, May 22, 2020 6:45 AM
**To:** Cathy Blazej <cathy.blazej@piperjordan.com>
**Subject:** Invoices

I hate to ask but can you get me a list of the invoices which have not been processed? I am having a hard time getting AP to respond on which ones they have processed and I want to push them.

**Julie Johnson** | Director, Total Rewards
**CraftWorks Holdings**
3011 Armory Drive, Suite 300
Nashville, TN 37204
P 615-885-9056 ext: 4441



Questions about your benefits?
www.craftworksbenefits.com

CONFIDENTIAL AND PROPRIETARY: This e-mail and any attachments are confidential and the proprietary property of CraftWorks Holdings and our brands. If this message was not intended for you, please notify the individual who sent it and delete it from your system. Our lawyers also kindly remind you that any unauthorized review, use, distribution, copying or disclosure is strictly prohibited and receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege.