# EXHIBIT "D"

FILED
2020 SEP 10 PM 3:50
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



## Piper Jordan

2300 West Sahara Avenue, #800
Las Vegas, NV 89102
Phone (858) 350-1774 Fax (858) 724-2726

# INVOICE

INVOICE #CA2020_3

DATE: March 2, 2020

**TO:**
Lisa Richter
Sr. Director, Total Rewards
3011 Armory Drive #300
Nashville, TN 37204
lisar@logansroadhouse.com

**FOR:**

Consulting Fees and Advocacy Fees

| DESCRIPTION | # of Months | RATE | AMOUNT |
|---|---|---|---|
| Consulting | 1 | $20,833.00 | $20,833.00 |
| Advocacy | 1 | $8,333.00 | $8,333.00 |
| Total Charges | | | $29,166.66 |

ACH Piper Jordan
Wells Fargo Bank
Account Number 7403807915
Routing Number 321270742

Total Due April 1, 2020


# Piper Jordan

**Piper Jordan**

2300 West Sahara Avenue, #800
Las Vegas, NV 89102
Phone (858) 350-1774 Fax (858) 724-2726

# INVOICE

INVOICE #CA2020_4R

DATE: April 1, 2020

**TO:**
**Bill Streitberger**
3011 Armory Drive #300
Nashville, TN 37204
Bill.Streitberger@craftworksholdings.com

**FOR:**

Consulting Fees and Advocacy Fees

| DESCRIPTION | # of Months | RATE | AMOUNT |
|---|---|---|---|
| Consulting | 1 | $20,833.00 | $20,833.00 |
| Advocacy | 1 | $8,333.00 | $8,333.00 |
| Total Charges | | | $29,166.00 |

ACH Piper Jordan
Wells Fargo Bank
Account Number 7403807915
Routing Number 321270742

Total Due 30 day upon receipt


# Piper Jordan

**Piper Jordan**

2300 West Sahara Avenue, #800
Las Vegas, NV 89102
Phone (858) 350-1774 Fax (858) 724-2726

# INVOICE

INVOICE #CA2020_5

DATE: May 1, 2020

TO:
Bill Streitberger
3011 Armory Drive #300
Nashville, TN 37204
Bill.Streitberger@craftworksholdings.com

FOR:

Consulting Fees and Advocacy Fees

| DESCRIPTION | # of Months | RATE | AMOUNT |
|---|---|---|---|
| Consulting | 1 | $20,833.00 | $20,833.00 |
| Advocacy | 1 | $8,333.00 | $8,333.00 |
| Total Charges | | | $29,166.00 |

ACH Piper Jordan
Wells Fargo Bank
Account Number 7403807915
Routing Number 321270742

Total Due 30 day upon receipt