FILED
2020 SEP 10 PM 3:49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ajay Gupta, Esq. (SBN: #242132)
GUPTA EVANS AND ASSOCIATES, PC
1620 5th Avenue, Suite 650
San Diego, CA 92101
(619) 866-3444
(619) 330-2055 Facsimile
e-mail: ag@SoCal.law
**Attorney for Unsecured Creditor, Piper Jordan, LLC**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRAFTWORKS PARENT, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10475 (BLS)<br><br>**DECLARATION OF JAY JORDAN IN SUPPORT OF PIPER JORDAN, LLC'S, APPLICATION FOR FEES OR, IN THE ALTERNATIVE, PAYMENTS FOR DUE COURSE ADMINISTRATIVE CHARGES**<br><br>**Jointly Administered** |

1. I am a partner at Piper Jordan, LLC ("Piper"). If called as a witness, I could and would testify competently to the facts outlined below.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 2981 Sidco Drive, Nashville, TN 37204.

---

2. Piper Jordan is in the business of administering employee benefits for large and small companies around the U.S.

3. On or about April 1, 2018, Piper entered into an Agreement (the "Agreement") with Logan Roadhouse, a subsidiary of the CraftWorks Parent, LLC (the "Debtor"). The Agreement was later expanded to include other subsidiaries of the Debtor. A true and correct copy of the Agreement is attached to the motion as **Exhibit "A"**.

4. On or about March 18, 2020, the Debtor furloughed over 16,000 employees. Through March, April, and May, Piper acted as a call center for the Debtor's employees, taking thousands of calls from furloughed and/or terminated employees that had questions concerning their employee benefits. Piper also took appropriate steps to administer benefits where required. A true and correct copy of Piper's correspondence with Debtor regarding the services Piper rendered to Debtor post-petition are collectively attached to the motion as **"Exhibit B"**.

5. At the end of each month, Piper sent the Debtor monthly invoices, but Debtor failed to make any payments to Piper.

6. Piper was in constant contact with Julie Johnson, an employee of the Debtor, regarding the unpaid invoices for March, April, and May. Julie assured Piper that the invoices were paid or would be paid, but Debtor failed to make any payments to Piper. A true and correct copy of Piper's correspondence with Julie Johnson regarding the unpaid invoices are collectively attached to the motion as **"Exhibit "C"**.

7. The Debtor owes Piper $87,498.66 for the services Piper provided to Debtor for the months of March, April, and May 2020.

8. On or about June 22, 2020, Piper retained the legal services of Gupta Evans and Associates, PC to help Piper obtain the money it is owed from the Debtor.

9. On or about July 16, 2020, Piper filed a Proof of Claim with this Court for $87,498.66.

10. I am and remain frustrated that this was not paid in due course as promised.

I declare under penalty of perjury under the laws of the States of California and Delaware that the foregoing is true and correct.

Date: 09/10/2020

*Jay Jordan*

Jay Jordan, Partner at Piper Jordan, LLC

---

DECLARATION OF JAY JORDAN