IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CRAFTWORKS PARENT, LLC, *et al.*,[1] | ) Case No. 20-10475 (BLS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: 9/17/2020 at 4:00 p.m. |
| | ) Hearing Date: 9/24/2020 at 11:00 a.m. |

**NOTICE OF SECOND INTERIM AND FINAL FEE APPLICATION
OF KATTEN MUCHIN ROSENMAN LLP AS COUNSEL FOR THE
DEBTORS FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE (I) INTERIM
PERIOD OF JUNE 1, 2020 THROUGH SEPTEMBER 4, 2020; AND
(II) TOTAL FEE PERIOD OF MARCH 3, 2020 THROUGH SEPTEMBER 24, 2020**

**PLEASE TAKE NOTICE THAT** on September 10, 2020 the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Second Interim and Final Fee Application of Katten Muchin Rosenman LLP as Counsel for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the (I) Interim Period of June 1, 2020 Through September 4, 2020; and (II) Total Fee Period of March 3, 2020 Through September 24, 2020* (the "Application") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, and served upon

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

the undersigned, so as to be received **on or before 4:00 p.m. (prevailing Eastern Time) on September 17, 2020**.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a hearing will be held on **September 24, 2020 at 11:00 A.M. (Prevailing Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, Court Room #1, 6th Floor, Wilmington, Delaware 19801.  Only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following:  counsel to the Debtors, Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022, Attn: Steven J. Reisman, Esq. (sreisman@katten.com) and 525 West Monroe Street, Chicago, IL 60661, Attn: Peter A. Siddiqui, Esq. (peter.siddiqui@katten.com); (ii) Delaware counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801, Attn: Domenic E. Pacitti, Esq. (dpacitti@klehr.com) and Michael W. Yurkewicz, Esq. (myurkewicz@klehr.com) and 1835 Market Street, 14th Floor, Philadelphia, PA 19103, Attn: Morton R. Branzburg, Esq. (mbranzburg@klehr.com); (iii) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn:  Linda J. Casey, Esq. (Linda.Casey@usdoj.gov); (iv) counsel to the Committee, Pachulski Stang Ziehl & Jones, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Esq. (rfeinstein@pszjlaw.com) and Bradford J. Sandler, Esq. (bsandler@ pszjlaw.com); (v) counsel to the administrative agent under the Debtors' prepetition first lien debt facility and the Debtors' debtor-in-possession financing facility, King & Spalding LLP, 1180 Peachtree Street NE, Atlanta, GA 30309, Attn: W. Austin Jowers, Esq. (ajowers@kslaw.com); and (vi) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN 100% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: September 10, 2020<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>-and-<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Morton R. Branzburg<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 569-2700<br>Facsimile: (215) 568-6603<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Steven J. Reisman (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8876<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Peter A. Siddiqui (admitted *pro hac vice*)<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Facsimile: (312) 902-1061<br><br>*Attorneys for the Debtors and Debtors in Possession* |