**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*[1] | ) | Case No. 20-10475 (BLS) |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: September 17, 2020 at 4:00 p.m.**<br>**Hearing Date: September 24, 2020 at 11:00 a.m.** |

# FOURTH MONTHLY AND FINAL FEE APPLICATION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF MARCH 12, 2020 THROUGH JULY 31, 2020

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | May 20, 2020 *nunc pro tunc to* March 12, 2020 |
| Period for which compensation and reimbursement are sought: | March 12, 2020 through July 31, 2020 |
| Amount of monthly compensation sought as actual, reasonable, and necessary: | $4,942.50 |
| Amount of monthly expense reimbursement Sought as actual, reasonable, and necessary: | $0.00 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

Amount of final compensation sought as
actual, reasonable, and necessary: $371,931.00

Amount of final expense reimbursement
Sought as actual, reasonable, and necessary: $0.00

This is a: _X_ monthly ___ interim _X_ final application.

| | | | Total Amount Requested | | Total Amount Paid to Date | | Total Amount Outstanding | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Docket No. | Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 5/29/2020 | 553 | 3/12/20–4/30/20 | $ 92,803.50 | $ - | $ 74,242.80 | $ - | $ 18,560.70 | $ - |
| 7/1/2020 | 630 | 5/1/20–5/31/20 | 130,510.00 | - | 104,408.00 | - | 26,102.00 | - |
| 7/20/2020 | 655 | 6/1/20–6/30/20 | 137,405.00 | - | - | - | 137,405.00 | - |
| n/a | n/a | 7/1/20-7/31/20 | 4,942.50 | - | - | - | 4,942.50 | - |
| **TOTAL** | | | **$ 365,661.00** | **$ -** | **$ 178,650.80** | **$ -** | **$ 187,010.20** | **$ -** |
| Plus: Final Fee Application Preparation | | | 6,270.00 | - | - | - | 6,270.00 | - |
| **GRAND TOTAL** | | | **$ 371,931.00** | **$ -** | **$ 178,650.80** | **$ -** | **$ 193,280.20** | **$ -** |

**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2020 TO JULY 31, 2020**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Star, Samuel | Senior Managing Director | 1,125 | 0.8 | $900.00 |
| Mossop, Julian | Director | 735 | 5.5 | $4,042.50 |
| **GRAND TOTAL** | | | **6.3** | **$4,942.50** |

**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JULY 1, 2020 TO JULY 31, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 16 | POR & DS - Analysis, Negotiation and Formulation | 0.1 | 112.50 |
| 21 | General Meetings with Committee & Committee Counsel | 0.2 | 225.00 |
| 24 | Preparation of Fee Application | 6.0 | 4,605.00 |
| | **GRAND TOTAL** | **6.3** | **$4,942.50** |

**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 12, 2020 TO JULY 31, 2020**

| Professional | Position | Billing Rate | | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Greenblatt, Matthew | Senior Managing Director | $985 | | 73.2 | $72,102.00 |
| Henn, Bradley | Senior Managing Director | 985 | | 16.3 | $16,055.50 |
| Simms, Steven | Senior Managing Director | 1,295 | | 6.2 | $8,029.00 |
| Star, Samuel | Senior Managing Director | 1,125 | | 47.1 | 52,987.50 |
| Strek, John | Senior Managing Director | 1,085 | | 21.5 | 23,327.50 |
| Chin, Clara | Managing Director | 765 | | 49.5 | 37,867.50 |
| Marks, Zachary | Director | 625 | | 26.3 | 16,437.50 |
| Mossop, Julian | Director | 735 | (1) | 76.6 | 56,301.00 |
| Mossop, Julian | Senior Consultant | 660 | | 48.5 | 32,010.00 |
| Brunsdon, Robert | Senior Consultant | 290 | | 9.1 | 2,639.00 |
| Cianciolo, Nicholas | Consultant | 375 | | 108.1 | 40,537.50 |
| Marconi, Michaela | Consultant | 415 | | 7.8 | 3,237.00 |
| Nguyen, Thien | Consultant | 350 | | 6.6 | 2,310.00 |
| Hellmund-Mora, Marili | Associate | 280 | | 6.5 | 1,820.00 |
| **SUBTOTAL** | | | | **503.3** | **$365,661.00** |
| Final Fee Application Preparation | | | | | 6,270.00 |
| **GRAND TOTAL** | | | | **503.3** | **$371,931.00** |

(1) Reflects promotions effective April 1, 2020

**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 12, 2020 TO JULY 31, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 38.9 | $28,641.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 3.2 | 2,437.50 |
| 5 | Real Estate Issues | 1.3 | 1,111.50 |
| 6 | Asset Sales | 29.1 | 26,533.50 |
| 7 | Analysis of Business Plan | 8.4 | 6,330.00 |
| 8 | Valuation and Related Matters | 0.5 | 613.50 |
| 11 | Prepare for and Attendance at Court Hearings | 1.1 | 847.50 |
| 12 | Analysis of SOFAs & SOALs | 8.1 | 6,109.50 |
| 13 | Analysis of Other Miscellaneous Motions | 22.8 | 16,436.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 0.4 | 484.00 |
| 17 | Wind Down Monitoring | 1.9 | 1,569.50 |
| 18 | Potential Avoidance Actions & Litigation Matters | 315.1 | 214,428.00 |
| 19 | Case Management | 2.9 | 2,412.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 9.0 | 9,951.50 |
| 21 | General Meetings with Committee & Committee Counsel | 14.8 | 15,597.50 |
| 22 | Meetings with Other Parties | 0.3 | 337.50 |
| 23 | Firm Retention | 14.2 | 9,965.50 |
| 24 | Preparation of Fee Application | 31.3 | 21,855.00 |
| | **SUBTOTAL** | **503.3** | **$365,661.00** |
| | Final Fee Application Preparation | | 6,270.00 |
| | **GRAND TOTAL** | **503.3** | **$371,931.00** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*[1] | ) | Case No. 20-10475 (BLS) |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: September 17, 2020 at 4:00 p.m.**<br>**Hearing Date: September 24, 2020 at 11:00 a.m.** |

**FOURTH MONTHLY AND FINAL FEE APPLICATION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF MARCH 12, 2020 THROUGH JULY 31, 2020**

This monthly and final fee application for compensation and reimbursement of expenses (the "Fee Application") is filed by FTI Consulting, Inc. ("FTI") requesting payment for services rendered and reimbursement of costs expended as financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of CraftWorks Parent, LLC., *et al.* (the "Debtors" or the "Company"), for the period of July 1, 2020 through July 31, 2020 (the "Fourth Monthly Application Period") and

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

March 12, 2020 through July 31, 2020 (the "Final Application Period"). In support of this Fee Application, FTI respectfully states the following:

**Jurisdiction**

1. The Bankruptcy Court (the "Court") has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On March 3, 2020 (the "Petition Date"), the Debtors filed with this Court its voluntary petition for relief under the Bankruptcy Code.

3. On March 11, 2020, the Office of the United States Trustee held a meeting to appoint the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code (the "Formation Meeting"). After the Formation Meeting, the Committee selected Pachulski Stang Ziehl & Jones LLP as its counsel and FTI Consulting, Inc. as its financial advisor. The Committee consists of the following five members:

a) Performance Food Group;

b) FS KKR Capital Corp.;

c) Joe Pinheiro & Sons Dairy;

d) The Coca-Cola Company; and

e) Brookfield Property REIT.

4. On April 6, 2020, the Court entered the Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (the "Interim Compensation Order") [Docket No. 264].

5. On May 20, 2020, the Court entered the Order Authorizing the Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors effective as of March 12, 2020 (the "Retention Order") [Docket No. 532].

**Relief Requested**

6. FTI submits this Fee Application pursuant to section 328(a) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Interim Compensation Order and the Retention Order.

7. Prior to the filing of this Fee Application, FTI filed monthly fee applications for the period of March 12, 2020 through June 30, 2020 with the Court (the "Monthly Fee Applications"). The Monthly Fee Applications requested payment of professional fees in the aggregate amount of $360,718.50, of which $178,650.80 has been paid to date by the Debtors in accordance with the Interim Compensation Order.

8. Additionally, FTI seeks the allowance of compensation for professional services rendered in the amounts of $4,942.50 for the Fourth Monthly Application Period and $6,270.00 for the estimated preparation of the Final Fee Application.

9. Accordingly, by this Fee Application, FTI hereby seeks final approval and allowance of $371,931.00 in professional fees for services rendered in connection with its role as financial advisor to the Committee pursuant to the terms of its engagement approved in the Retention Order. As of the date of this Fee Application, FTI is owed $193,280.20 for professional fees and $0.00 in expenses which have not been paid by the Debtors.

**Summary of Fees**

10. The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 503.3 hours.

Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee plus reimbursement of actual and necessary expenses incurred by FTI.

11. Hours rendered by each FTI professional and paraprofessional during the Fourth Monthly Application Period and Final Application Period, a summary of the time incurred by task code and detailed time entries are attached hereto as **Exhibit A** and **Exhibit B**.

12. The following paragraphs describe the primary services rendered by FTI during the Final Application Period, but are not limited to the categories set forth below.

**(Code 2) Cash & Liquidity Analysis**

**Total Hours: 38.9**

13. During the Final Application Period, FTI analyzed several versions of the Debtors' cash flow projections reflecting various operating scenarios (e.g., partial shut-down, complete shut-down, etc.) and supporting materials to the Debtors' budget. FTI analyzed the budget to understand and evaluate the key assumptions, as well as assess the significant changes from prior versions. Time in this task code includes reviewing the Debtors' reopening plan for its restaurants and analyzing actual cash flow results versus budgeted amounts. FTI drafted lists of questions and potential issues regarding actual cash flow results and cash flow projections for the Debtors' financial advisor.

**(Code 6) Asset Sales**

**Total Hours: 29.1**

14. FTI reviewed marketing materials and buyer lists prepared by the Debtors and participated on calls with the Debtors' investment banker and financial advisor to monitor and assist with the Debtors' sales process and evaluate the Debtors' alternatives. FTI reviewed and analyzed the proposed Asset Purchase Agreement to understand key terms of the sale transaction and assess potential issues for the Committee. FTI also participated in discussions regarding the Asset Purchase Agreement with Committee counsel and the Debtors to develop a position on the proposed sale. Time

in this code also includes the preparation of analysis regarding the proposed investment banker's fee structure including potential payments under various buyer scenarios and related negotiations.

**(Code 13)** **Analysis of Other Miscellaneous Motions**

**Total Hours: 22.8**

15. During the Final Application Period, FTI analyzed the first day motions prepared by the Debtors including cash management, PACA/PASA, critical vendor and wages to evaluate any potential issues for the Committee. FTI also reviewed the motions to retain the chief restructuring officers and provided comments regarding potential changes to these motions to Committee counsel. FTI participated on calls with Committee counsel and the Debtors advisors to determine positions on these motions and evaluate potential changes.

**(Code 18)** **Potential Avoidance Actions & Litigation Matters**

**Total Hours: 315.1**

16. FTI investigated potential causes of action at the request of Committee Counsel during the Final Application Period. In particular, FTI analyzed the Debtors' 2018 acquisition of Logan's Roadhouse and related recapitalization (the "Logan's Transaction") to evaluate any potential claims for the benefit of the Committee. In order to complete the analysis, FTI reviewed diligence information provided by the Debtors, including historical financial reports, funds flow statements, valuation reports, merger agreements and other closing documents. FTI analyzed historical financials and performed valuation and solvency analysis related to the Logan's Transaction. FTI assisted Counsel to develop detailed document request lists in order to complete the necessary analysis related to the Logan's Transaction. FTI's investigations also included the analysis of payments made to various parties prior to the bankruptcy filing. FTI developed a detailed presentation outlining our analysis and key findings for the Committee.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

17. In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours for each professional and a summary of hours categorized by task code are included in this Final Fee Application. The undersigned submits that this Final Fee Application complies with Del. Bankr. LR 2016-2 and the Retention Order.

18. FTI submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of the Bankruptcy Code and Bankruptcy Rules.

19. No agreement or understanding exists between FTI and any other entity (other than shareholders or employees of FTI) for the sharing of compensation received or to be received for services rendered in connection with these cases.

**Conclusion**

WHEREFORE, FTI respectfully requests a final award of compensation for professional services rendered as financial advisor to the Committee in the amount of $4,942.50 for the Fourth Monthly Application Period and $371,931.00 (inclusive of the $4,942.50) for the Final Application Period and such other and further relief that the Court deems just and proper.

Dated: September 9, 2020 FTI CONSULTING, INC

By: /s/ Samuel Star
Samuel Star

**VERIFICATION PURSUANT TO DEL. BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Samuel Star, verify as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case.

2. I have read the foregoing application of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR 2016-2, and the Executive Office for the United States Trustee.

Dated: September 9, 2020

FTI CONSULTING, INC

By: /s/ Samuel Star
Samuel Star