FILED
20 SEP 16 AM 9: 02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| CRAFTWORKS PARENT, LLC, et al.,[1] | Case No. 20-10475 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER MAILING MATRIX

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance as counsel for **OUTFRONT Media LLC** ("**OUTFRONT Media**") in the above-captioned case, pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that hard copies of all notices and pleadings given or filed in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405). The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

above-captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

>OUTFRONT Media LLC
>c/o Claudio E. Iannitelli, Esq.
>IANNITELLI MARCOLINI, P.C.
>5353 North 16th Street, Suite 315
>Phoenix, Arizona 85016
>Telephone: (602) 952-6000
>Facsimile:  (602) 952-7020
>Email: bkOUTserve@imlawpc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) OUTFRONT Media's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) OUTFRONT Media's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) OUTFRONT Media's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which OUTFRONT Media is or may be entitled

to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this __10th__ day of September, 2020.

**IANNITELLI MARCOLINI, P.C.**

By _/s/ Claudio E. Iannitelli_
Claudio E. Iannitelli
Attorneys for OUTFRONT Media LLC

**ORIGINAL** of the foregoing filed
this __10th__ day of September, 2020, with:

U.S. Bankruptcy Court
District Of Delaware
824 Market Street N, 3rd Floor
Wilmington, DE 19801

**COPY** of the foregoing mailed
this __10th__ day of September, 2020, to:

Dominic E. Pacitti
LEHR HARRISON HARVEY BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
_Attorneys for Debtors_

Theresa A. Foudy
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
_Attorneys for Debtors_

Peter A. Siddiqui
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
_Attorneys for Debtors_

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox 35
Wilmington, DE 19801
_U.S. Trustee_

4820-0232-4938, v. 1

Linda J. Casey
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
*Attorneys for U.S. Trustee*

Benjamin Joseph Steele
PRIME CLERK LLC
One Grand Central Place
60 East 42nd St., Suite 1440
New York, NY 10165
*Claims Agent*

Robert J. Feinstein
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024
*Attorneys for Committee of Unsecured Creditor*

Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
*Attorneys for Committee of Unsecured Creditor*

By /s/ Dylan Hawkins

C:\Users\victor\ND Office Echo\VAULT-KZ8N6S33\Notice of Appearance 2020 09 10 4820-0232-4938 v.1.docx