UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2020 SEP 16 AM 8: 42

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 11 |
| Craftworks Parent, LLC, et. al,, | ) |
| | ) |
| Debtor(s). | ) CASE NO. 20-10475-BLS |

### REQUEST FOR NOTICE

PLEASE TAKE NOTICE, Pursuant to Bankruptcy Rules 2002, 3017, 9007, 9010 and 11 U.S.C. §342, request is hereby made that all paper, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

**Chatham County Tax Commissioner**
**Attn: THERESA C. HARRELSON**
**Post Office Box 8324**
**Savannah, Georgia 31412-8324**
**Tel: 912.652.7109**

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way of the Chatham County Tax Commissioner in the above-captioned matter.

This 10 day of September, 2020.

*/s/ Daniel T. Powers*

Daniel T. Powers
Chatham County Tax Commissioner


Chatham County Tax Commissioner
Attn: Theresa C. Harrelson
Post Office Box 8324
Savannah, GA  31412
Tel:    912.652.7109
Fax:   912.652.7101

## CERTIFICATE OF SERVICE

FILED
2020 SEP 16 AM 8:42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I hereby certify that I have this day served the parties in the foregoing action with a copy of the document by mailing the same in the United States mail with sufficient postage affixed thereto to assure delivery and properly addressed to:

KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022

Morton R. Branzburg, Esq.
1835 Market Street, Suite 1400
Philadelphia, PA 19103

This 10 day of September, 2020.

_____
Daniel T. Powers
Chatham County Tax Commissioner

P. O. Box 8324
Savannah, GA 31412
(912) 652-7109