**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CRAFTWORKS PARENT, LLC, *et al.*,[1] | ) ) ) | Case No. 20-10475 (BLS) |
|  | ) ) | (Jointly Administered) |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON SEPTEMBER 24, 2020 AT 11:00 A.M. (PREVAILING EASTERN TIME)

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

PLEASE NOTE YOU MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.  TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM AND COURTCALL, PARTIES SHOULD USE THE INSTRUCTIONS BELOW:

Join ZoomGov Meeting:  https://debuscourts.zoomgov.com/j/1600914589
Meeting ID: 160 091 4589
Passcode: 019684

To appear telephonically via CourtCall, parties must make prior arrangements through CourtCall by telephone (866) 582-6878.

FINAL FEE APPLICATIONS:

1.      Final Fee Applications for Professionals

         Related Documents:

                  A.      Final Fee Index attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Big River Breweries, Inc. (6292); Brew Moon Colorado, Inc. (5001); Chophouse License, LLC (2340); Craft Brewery Holding, Inc. (1228); CraftWorks Holdings, LLC (7163); CraftWorks Intermediate Co, LLC (9810); CraftWorks Parent, LLC (3345); CraftWorks Restaurants & Breweries Group, Inc. (4820); CraftWorks Restaurants & Breweries, Inc. (2504); CraftWorks Restaurants & Breweries, LLC (0676); GB Acquisition, Inc. (5175); GB Franchise, LLC (7716); GB Kansas, LLC (0924); GB Maryland, Inc. (6439); GB Parent, Inc. (1281); GBBR Texas, Inc. (9904); Gordon Biersch Brewery Restaurant Group, Inc. (8023); Harbor East Brewery, LLC (7759); Logan's Restaurants, Inc. (9987); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Kansas, Inc. (8716); Logan's Roadhouse of Texas, Inc. (2372); LRI Holdings, Inc. (4571); Old Chicago Franchising LLC (7249); Old Chicago of Colorado, Inc. (4857); Old Chicago of Kansas, Inc. (0606); Old Chicago Oregon, LLC (5083); Old Chicago Parker Crossing, Inc. (9218); Old Chicago Taproom, LLC (5838); Old Chicago Westminster, Inc. (5759); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); Rock Bottom Arizona, Inc. (4848); Rock Bottom License, LLC (9033); Rock Bottom of Minneapolis, Inc. (5762); Wadsworth Old Chicago, Inc. (4849); Walnut Brewery, Inc. (7405).  The Debtors' mailing address is 3011 Armory Drive, Suite 300, Nashville, TN 37204.

Status:    The final fee index is attached hereto as <u>Exhibit A</u>.  **The Debtors will submit a certification of counsel resolving this matter.  The hearing on this matter has been cancelled with the permission of the Court.**

Dated: September 2**4**, 2020
Wilmington, Delaware

/s/ *Michael W. Yurkewicz*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

-and-

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Morton R. Branzburg
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (admitted *pro hac vice*)
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8876

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Debtors and Debtors in Possession*

**EXHIBIT A**

**CraftWorks Parent, LLC, *et al*.**

**Bankruptcy Case No. 20-10475 (BLS)**

**Final Fees and Expenses Scheduled for Final Fee Hearing**

**Final Fee Hearing:  September 24, 2020 at 11:00 a.m. (Prevailing Eastern Time)**

**Debtors' Professionals:**

**Hilco Real Estate, LLC**

1. First and Final Fee Application of Hilco Real Estate, LLC for Allowance of Compensation for Services Rendered as Real Estate Consultants and Advisors to the Debtors for the Period from March 3, 2020 to June 26, 2020 [Docket No. 716; Filed 8/31/2020]

**Klehr Harrison Harvey Branzburg LLP**

2. Final Fee Application of Klehr Harrison Harvey Branzburg LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from March 3, 2020 through September 8, 2020 [Docket No. 730; Filed 9/10/2020]

    A. First Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from March 3, 2020 through March 31, 2020 [Docket No. 599; Filed 6/25/2020]

    B. Certificate of No Objection Regarding Docket No. 599 [Docket No. 654; Filed 7/20/2020]

    C. Second Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from April 1, 2020 through April 30, 2020 [Docket No. 626; Filed 7/1/2020]

    D. Third Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from May 1, 2020 through May 31, 2020 [Docket No. 627; Filed 7/1/2020]

    E. First Interim Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from March 3, 2020 through May 31, 2020 [Docket No. 629; Filed 7/1/2020]

F.      Certificate of No Objection Regarding Docket No. 626 [Docket No. 661; Filed 7/23/2020]

G.      Certificate of No Objection Regarding Docket No. 627 [Docket No. 662; Filed 7/23/2020]

H.      First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 668; Filed 7/27/2020]

I.      Fourth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from June 1, 2020 through June 30, 2020 [Docket No. 679; Filed 8/3/2020]

J.      Certificate of No Objection Regarding Docket No. 679 [Docket No. 710; Filed 8/26/2020]

K.      Fifth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from July 1, 2020 through July 31, 2020 [Docket No. 711; Filed 8/26/2020]

L.      Sixth Monthly Fee Application of Klehr Harrison Harvey Branzburg LLP for Payment of Compensation and Reimbursement of Expenses as Co-Counsel for the Debtors for the Period from August 1, 2020 through September 8, 2020 [Docket No. 727; Filed 9/9/2020]

**M-III Advisory Partners, LP**

3. Final Fee Application of M-III Advisory Partners, LP as Financial Advisor for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 3, 2020 Through July 31, 2020 [Docket No. 731; Filed 9/10/2020]

   A.      First Monthly Fee Statement of M-III Advisory Partners, LP as Financial Advisor to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 3, 2020 Through March 31, 2020 [Docket No. 314; Filed 4/23/2020]

   B.      Certificate of No Objection Regarding Docket No. 314 [Docket No. 500; Filed 5/15/2020]

   C.      Second Monthly Fee Statement of M-III Advisory Partners, LP as Financial Advisor to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 1, 2020 Through April 30, 2020 [Docket No. 342; Filed 5/5/2020]

D. Certificate of No Objection Regarding Docket No. 342 [Docket No. 548; Filed 5/27/2020]

E. Third Monthly Fee Statement of M-III Advisory Partners, LP as Financial Advisor to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2020 Through May 31, 2020 [Docket No. 571; Filed 6/4/2020]

F. Certificate of No Objection Regarding Docket No. 571 [Docket No. 604; Filed 6/29/2020]

G. Fourth Monthly Fee Statement of M-III Advisory Partners, LP as Financial Advisor to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of June 1, 2020 Through June 30, 2020 [Docket No. 644; Filed 7/13/2020]

H. Certificate of No Objection Regarding Docket No. 644 [Docket No. 681; Filed 8/5/2020]

**Katten Muchin Rosenman LLP**

4. Second Interim and Final Fee Application of Katten Muchin Rosenman LLP as Counsel for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the (I) Interim Period of June 1, 2020 Through September 4, 2020; and (II) Total Fee Period of March 3, 2020 Through September 24, 2020 [Docket No. 732; Filed 9/10/2020]

A. First Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 3, 2020 through March 31, 2020 [Docket No. 313; Filed 4/23/2020]

B. Certificate of No Objection Regarding Docket No. 313 [Docket No. 499; Filed 5/15/2020]

C. Second Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 1, 2020 through April 30, 2020 [Docket No. 448; Filed 5/13/2020]

D. Certificate of No Objection Regarding Docket No. 448 [Docket No. 572; Filed 6/4/2020]

E. Third Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses

        for the Period of May 1, 2020 through May 31, 2020 [Docket No. 583; Filed 6/17/2020]

    F.    First Interim Fee Application of Katten Muchin Rosenman LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period of March 3, 2020 through May 31, 2020 [Docket No. 612; Filed 6/29/2020]

    G.    Certificate of No Objection Regarding Docket No. 583 [Docket No. 639; Filed 7/9/2020]

    H.    Certificate of No Objection Regarding Docket No. 612 [Docket No. 664; Filed 7/24/2020]

    I.    First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 668; Filed 7/27/2020]

    J.    Fourth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of June 1, 2020 through June 30, 2020 [Docket No. 675; Filed 7/27/2020]

    K.    Certificate of No Objection Regarding Docket No. 675 [Docket No. 698; Filed 8/18/2020]

    L.    Fifth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses for the Period of July 1, 2020 through July 31, 2020 [Docket No. 704; Filed 8/20/2020]

    M.    Certificate of No Objection Regarding Docket No. 704 [Docket No. 738; Filed 9/16/2020]

**Committee's Professionals:**

**Pachulski Stang Ziehl & Jones LLP**

5.    First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from March 12, 2020 through August 31, 2020 [Docket No. 728; Filed 9/10/2020]

    A.    First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl &Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period March 12, 2020 through March 31, 2020 [Docket No. 555; Filed 5/29/2020]

B. Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl &Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period April 1, 2020 through April 30, 2020 [Docket No. 556; Filed 5/29/2020]

C. Certificate of No Objection Regarding Docket No. 555 [Docket No. 620; Filed 6/30/2020]

D. Certificate of No Objection Regarding Docket No. 556 [Docket No. 621; Filed 6/30/2020]

E. Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl &Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period May 1, 2020 through May 31, 2020 [Docket No. 592; Filed 6/19/2020]

F. Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl &Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period June 1, 2020 through June 30, 2020 [Docket No. 656; Filed 7/20/2020]

G. Certificate of No Objection Regarding Docket No. 656 [Docket No. 724; Filed 9/9/2020]

H. Certificate of No Objection Regarding Docket No. 592 [Docket No. 725; Filed 9/9/2020]

I. Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl &Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2020 through July 31, 2020 [Docket No. 726; Filed 9/9/2020]

**FTI Consulting, Inc.**

6. Fourth Monthly and Final Fee Application of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for Compensation of Services Rendered and Reimbursement of Expenses Incurred for the Period from March 12, 2020 through July 31, 2020 [Docket No. 733; Filed 9/10/2020]

A. First Monthly Fee Application of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period of March 12, 2020 Through April 30, 2020 [Docket No. 553; Filed 5/29/2020]

B. Certificate of No Objection Regarding Docket No. 553 [Docket No. 622; Filed 6/30/2020]

C. Second Monthly Fee Application of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period of May 1, 2020 Through May 31, 2020 [Docket No. 630; Filed 7/1/2020]

D. Third Monthly Fee Application of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period of June 1, 2020 Through June 30, 2020 [Docket No. 655; Filed 7/20/2020]

E. Certificate of No Objection Regarding Docket No. 630 [Docket No. 663; Filed 7/23/2020]

**Committee Members:**

7. Final Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members [Docket No. 734; Filed 9/10/2020]

   A. First Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members [Docket No. 552; Filed 5/29/2020]

   B. Certificate of No Objection Regarding Docket No. 555 [Docket No. 623; Filed 6/30/2020]

**Consumer Privacy Ombudsman:**

8. Combined First and Final Application of Boris Segalis, Consumer Privacy Ombudsman, for Compensation and Reimbursement of Expenses for the Compensation Period of May 18, 2020 Through May 31, 2020 [Docket No. 690; Filed 8/14/2020]

   A. Certificate of No Objection Regarding Docket No. 690 [Docket No. 737; Filed 9/16/2020]