**Exhibit 1**

| Applicant | Role | Final Fees Requested | Final Expenses Requested | Voluntary Fee Reduction | Expense Reduction | Fees Approved | Expenses Approved | Balance Owed to Applicant |
|---|---|---|---|---|---|---|---|---|
| Katten Muchin Rosenman LLP ("Katten") | Counsel to the Debtors | $3,327,698 | $18,957.37 | $100,000.00[3] | $0.00 | $3,227,698 | $18,957.37 | $201,640.29[4] |
| Klehr Harrison Harvey Branzburg LLP ("Klehr") | Local Counsel to the Debtors | $366,384.00 | $9,402.18 | $0.00 | $0.00 | $366,384.00 | $9,402.18 | $104,705.40[5] |
| M-III Advisory Partners, LP ("M-III") | Financial Advisor to the Debtors | $637,632.50 | $13,478.54 | $15,000[6] | $0.00 | $622,632.50 | $13,478.54 | $115,202.50 |
| Hilco Real Estate, LLC | Real Estate Advisor to the Debtors | $750,000.00 | $0.00 | $0.00 | $0.00 | $750,000.00 | $0.00 | $0.00 |

---

[3] By agreement with Fortress Credit Co LLC ("Fortress"), Katten will reduce its allowed Fees by $100,000 and return that amount of fees from the fee escrow to Fortress.

[4] This amount accounts for payment of 80% of fees and 100% of expenses requested in Katten's fee statement for July 2020 [Docket No. 738].

[5] This amount accounts for payment of 80% of fees and 100% of expenses requested in Klehr's fee statement for July 2020 [Docket No. 711].

[6] By agreement among M-III, the Debtors, and Fortress, M-III has reduced its payment request on account of the holdback by $15,000, or 12% of the total holdback otherwise owing to M-III. M-III's agreement is entirely contingent on the allowance and payment in its entirety of the unpaid compensation sought.

| Applicant | Role | Final Fees Requested | Final Expenses Requested | Voluntary Fee Reduction | Expense Reduction | Fees Approved | Expenses Approved | Balance Owed to Applicant |
|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | Counsel to the Official Committee of Unsecured Creditors | $430,545.50 | $7,842.66 | $0.00 | $0.00 | $430,545.20 | $7,842.66 | $103,589.72 |
| FTI Consulting, Inc. | Financial Advisor to the Official Committee of Unsecured Creditors | $371,931.00 | $0.00 | $0.00 | $0.00 | $371,931.00 | $0.00 | $193,280.20 |
| Members of the Official Committee of Unsecured Creditors | Members of the Official Committee of Unsecured Creditors | $0.00 | $1,689.02 | $0.00 | $0.00 | $0.00 | $1,689.02 | $0.00 |
| Boris Segalis, Consumer Privacy Ombudsman | Consumer Privacy Ombudsman | $45,251.00 | $5,571.50 | $1,500.00 | $0.00 | $43,751.00 | $5,571.50 | $49,322.50 |
| TOTAL | | $5,929,441.70 | $56,941.27 | $116,500.00 | $0.00 | $5,812,941.70 | $56,941.27 | $767,740.61 |