UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

Craftworks Parent, LLC, *et al.*,

Debtors.

Chapter 11
Case No. 20-10475 (BLS)
(Jointly Administered)

FILED
2020 OCT -1  AM 10: 14

## REQUEST FOR NOTICE

The Alcohol and Tobacco Tax and Trade Bureau ("TTB"), United States Department of the Treasury, is the Federal Agency that regulates, at the federal level, the production, importation, labeling and distribution of beer. See e.g. Chapter 51, Title 26, United States Code, § 5401 et. seq., and 27 U.S.C. § 203 et. seq. Pursuant to these provisions, brewers must, among other things, pay a federal tax on the production of beer. See 26 U.S.C. § 5051. The excise tax is generally determined at the time the beer is removed from the brewery for consumption or sale, and is paid on the basis of a tax return. See 26 U.S.C. § 5061.

TTB respectfully requests that future notices of all hearings or actions in this case and copies of all motions, documents, or other papers filed by any party in interest in this case—including the Debtor[s], any subsequently-appointed chapter 11 trustee[s], any Committee of Unsecured Creditors, and/or the U.S. Trustee—be sent to the following:

Alcohol & Tobacco Tax & Trade Bureau
Daniel Peralta
Senior Counsel (Field Operations)
1301 Clay Street, Suite 650N
Oakland, California 94612

Dated: September 17, 2020     Respectfully submitted,



Digitally signed by
Andrew D. Seehusen
Date: 2020.09.17
19:22:33 -04'00'

Andrew D. Seehusen
Deputy Assistant Administrator
Permitting and Taxation (Business Operations)
Alcohol & Tobacco Tax & Trade Bureau
United States Department of the Treasury